# In the United States District Court
# for the Southern District of Georgia
# Waycross Division



FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 5:12 pm, Sep 30, 2020

BRANTLEY COUNTY DEVELOPMENT
PARTNERS, LLC,

    Plaintiff,

    v.

BRANTLEY COUNTY, GEORGIA, et
al.,

    Defendants.

No. 5:19—CV-109

## ORDER

Defendants have filed a Motion for Expedited Discovery and Motion to Stay the Deadline to Supplement the Record on Plaintiff's Motion for Preliminary Injunction.  Dkt. No. 67.  Plaintiff has responded.  Dkt. No. 68.  The motion is **GRANTED in part and DENIED in part**.

To the extent Defendants seek to conduct unilateral discovery, the motion is **DENIED**.  Both parties will be permitted to conduct expedited discovery over the next sixty (60) days.  A Rule 26 conference is hereby set, telephonically, before Magistrate Judge Cheesbro for October 2, 2020 at 1:30 p.m.  If any disputes arise regarding the taking or timing of depositions, the Magistrate Judge will handle those telephonically as soon as practicable without the need for written motions.  At the

conclusion of the sixty-day period, the parties may but are not required to supplement their preliminary injunction briefs. The Court will then issue an order on the motion for preliminary injunction.

     **SO ORDERED**, this 30th day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA