

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:04 am, Oct 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BRANTLEY COUNTY DEVELOPMENT
PARTNERS, LLC,

      Plaintiff,

v.

BRANTLEY COUNTY, GEORGIA, et al.,

      Defendants.

CIVIL ACTION NO.: 5:19-cv-109

## ORDER

The Court conducted a telephonic discovery conference with the parties on October 2, 2020, after the Honorable Lisa Godbey Wood granted in part and denied in part Defendants' motion for expedited discovery and motion to stay deadline and set this case for a telephonic conference. Doc. 69. In light of the representations the parties made and the agreement they were able to reach during this conference, the Court hereby enters the following deadlines:

| EVENT | DEADLINE |
| --- | --- |
| All document requests served | October 6, 2020 |
| All production of documents responsive to document requests | October 16, 2020 |
| All depositions taken | November 6, 2020 |
| All supplementation relating to Plaintiff's preliminary injunction motion | November 30, 2020 |
| Submission of the parties' Rule 26(f) report[1] | December 7, 2020 |

---

[1] A Rule 26(f) form is available on the Court's website www.gasd.uscourts.gov under "forms" for use in Judge Wood/Judge Cheesbro cases  The parties are directed to use the content and format contained in this Form when reporting to the Court.

The Court fully expects the parties to meet these deadlines and to otherwise comply with the Orders of this Court.

**SO ORDERED**, this 5th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA