IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANTLEY COUNTY, GEORGIA, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 5:19-cv-109 |

**O R D E R**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on December 18, 2020, and filed their Rule 26(f) report on December 21, 2020.  Doc. 92.  The Court now issues this Order, in consideration of the parties' Report and ongoing litigation. Along with their Rule 26(f) report, pending before the Court is Defendants' motion to dismiss, doc. 48, and Plaintiff's motion for a preliminary injunction, doc. 58.  As a result of Defendants' pending motion to dismiss and on motion from Defendants, the Honorable Lisa Godbey Wood stayed all discovery deadlines and obligations in this case pending further Order from the Court. Doc. 44.  No further Order has been issued; thus, the case remains stayed.

Though Plaintiff states it does not want the case to remain stayed and believes discovery is appropriate, it presents no argument to the Court for lifting the stay prior to the resolution of Defendants' motion to dismiss.  Doc. 92.  Accordingly, the Court advises the parties the case will remained stayed consistent with the Court's July 2, 2020 Order, pending resolution of Defendants' motion to dismiss.  Doc. 44.

Additionally, the Court informs the parties the telephonic status conference scheduled for

March 1, 2021, is cancelled. Dkt. entry dated Feb. 9, 2021.

Finally, due to the potential for the rulings on Defendants' motion to dismiss and Plaintiff's motion for preliminary injunction to alter the scope of this litigation, the Court **ORDERS** the parties to submit a new Rule 26(f) report within 14 days of a ruling on Defendant's motion to dismiss.

**SO ORDERED**, this 23rd day of February, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA