# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY, and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>    Defendants. | CV 5:19-109 |

## ORDER

Before the Court is Defendants' motion for extension of time to respond to Plaintiff's itemization in support of its motion for attorney fees. Dkt. No. 130. The motion is **GRANTED**.

On May 27, 2021, Plaintiff filed a motion for attorney fees, pursuant to 42 U.S.C. § 1988, asserting that the Court should use its discretion to allow Plaintiff—as the prevailing party with regard to its motion for preliminary injunction—reasonable attorney fees. Dkt. No. 116. The Court allowed Plaintiff through June 28, 2021 to file its supporting documentation as to attorney

fees.  Dkt. No. 121.  In the meantime, Defendants filed a response in opposition to Plaintiff's motion for attorney fees, dkt. no. 123, and Plaintiff filed a reply brief, dkt. no. 125.  Then, on June 28, 2021, Plaintiff filed its documents and itemization in support of its motion for attorney fees.  Dkt. No. 127.  Fourteen days later, Defendants filed a notice of intent to respond in opposition to Plaintiff's supporting documents and simultaneously moved the Court for an extension of time—through August 11, 2021— to file same.  Dkt. No. 130.  On August 11, 2021, Defendants filed their opposition brief.  Dkt. No. 132.

    The Court **GRANTS** Defendants' motion for extension of time to respond to Plaintiff's itemization, dkt. no. 130, *nunc pro tunc*.  The Court will take Defendants' opposition brief, dkt. no. 132, into consideration along with the parties' other related briefs when examining Plaintiff's motion for attorney fees, dkt. no. 116.

    **SO ORDERED**, this 8 day of September, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA