IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST THE DEFENDANTS

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff Brantley County Development Partners, LLC ("Plaintiff") hereby moves this Court to enter Summary Judgment against the Defendants on Plaintiff's vested rights claim and its void for vagueness claims under both the United States and Georgia Constitutions.  Plaintiff also moves this Court to enter permanent injunctive relief against the Defendants.  In support of its Motion for Summary Judgment, Plaintiff submits a Memorandum of Law, a Statement of Material Facts For Which There Exist No Genuine Issue Of Dispute To Be Tried, and the following matters and evidence of record:

1.      Plaintiff's Complaint and Exhibits thereto [Dkt No. 1];

2.      Affidavit of Matthew Roper [Dkt No. 58-3];

3.      Affidavit of John Kelly [Dkt. No. 58-2];

1

103609.1 141566-000002

4.     Declaration of Carl Roland [Dkt. No. 74];

5.     Transcript of Proceedings held on February 19, 2021 [Dkt. No. 100];

6.     Affidavit of Steve Harbin [Dkt. No. 58-1];

7.     Certified Minutes, Brantley County Board of Commissioners, September 8, 2016 [Dkt. No. 64-3];

8.     Notice of Filing Supplemental Documents in Support of Motion for Preliminary Injunction [Dkt. No. 86];

9.     Deposition of Charlie Summerlin [Dkt. No. 89];

10.    Deposition of Carl Roland [Dkt. 88-1];

11.    Deposition of Brian Hendrix [Dkt. No. 90];

12.    Deposition of Jesse Mobley [Dkt. No. 91];

13.    Notice of Filing by Brantley County Board of Commissioners, Documents in Opposition to Plaintiff's Motion for Preliminary Injunction [Dkt. No. 64];

14.    Deposition of 30(b)(6) representative of the Georgia EPD (Charles Mueller) [Dkt. No. 88-5];

15.    Transcript of Proceedings held on September 24, 2020 [Dkt. No. 66];

16.    Notice to Court regarding submission of Design and Operation Plan [Dkt. No. 136];

17.    Second Affidavit of Matthew Roper [Dkt. No. 85];

18.    Order Granting Motion for Preliminary Injunction [Dkt. No. 114];

19.    Order Granting In Part and Denying In Part Defendants' Motion to Dismiss [Dkt. No. 135]; and

20.    Response In Opposition to Motion to Stay [Dkt. No. 129].

2

103609.1 141566-000002

WHEREFORE, Plaintiff respectfully requests that this Court grant summary judgment in favor of Plaintiff on its vested rights claim and its void for vagueness claims under both the United States and Georgia Constitutions.   Plaintiff further requests that this Court grant permanent injunctive relief enjoining Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the injunction, from retrospective application of regulatory action injuriously impairing Plaintiff's vested rights, including but not limited to, application of the July 9, 2020 Resolution, the 2016 Zoning Ordinance, the 2017 Zoning Ordinance, the 2017 SWMP and the 2020 SWMP to Plaintiff, Plaintiff's Property and its EPD permit Application.   Plaintiff is also entitled to a final permanent injunction ordering Defendants to issue the reaffirmation of zoning consistency required by Ga. Comp. R. and Regs. 391-3-4-.05(1)(a).

Respectfully Submitted, this 8th day of October, 2021.

LOVETT LAW GROUP, LLC


By:    /s/ L. Robert Lovett
        L. Robert Lovett
        Georgia Bar No. 459566
        2500 Northside Crossing
        100 Northside Drive
        Macon, Georgia 31210
        (478) 714-2518
        bob@LovettLawGroup.com

3

GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.


By:    /s/ Mark D. Johnson
            Mark D. Johnson
            Georgia Bar No. 395041
            Post Office Box 190
            Brunswick, Georgia 31521-0190
            (912) 265-6700


BROWN ROUNTREE PC


By:    /s/ George Rountree
            George Rountree
            Georgia Bar No. 616205
            26 North Main St
            Statesboro, Georgia 30458
            (912) 489-6900
            georgia@br-firm.com


WILSON BROCK & IRBY, L.L.C.


By:    /s/ Kyler L. Wise
            Kyler L. Wise
            Georgia Bar No. 77128
            2849 Paces Ferry Road SE, Suite 700
            Atlanta, Georgia 30339
            (404) 853-5050
            kwise@wbilegal.com

4

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the PACER e-filing system upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 8th day of October, 2021.

/s/ Kyler L. Wise
Kyler L. Wise

5

103609.1 141566-000002