IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br>　　　　Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

## MOTION FOR CLERK'S EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Brantley County, Georgia, by and through its Chairman and Members of the Brantley County Board of Commissioners and Chris "Skipper" Harris, Randy Davison, Brian Hendrix, Jesse Mobley, and Ray Griffin, and pursuant to Local Rule 6.1 move the Clerk of Court to extend by seven (7) days the deadline for Defendants to file a response to Plaintiff's Motion for Summary Judgment to and including November 5, 2021. In support of this motion, Defendants show the following:

1. Plaintiff filed its Motion for Summary Judgment on October 8, 2021. (Doc. 141.)

2. Defendants' response to Plaintiff's motion is currently due on October 29, 2021. The time for Defendants to file that response has not expired.

3. Defendants have not sought any previous extension of the deadline to file its response.

4. Both parties have consented to this extension.

WHEREFORE, Defendants respectfully request that the Clerk of Court extend by 7 days the deadline for Defendants to file their response to Plaintiff's Motion for Summary Judgment to and including November 5, 2021. Defendants attach hereto a proposed order granting the relief they seek.

This 28th day of October, 2021.

|  |  |
|---|---|
| | **FREEMAN MATHIS & GARY, LLP** |
| | */s/ Dana K. Maine* |
| | Dana K. Maine |
| | Georgia Bar No. 466580 |
| 100 Galleria Parkway, Suite 1600 | dmaine@fmglaw.com |
| Atlanta, GA  30339-5948 | Rachael Slimmon |
| (770) 818-0000 (telephone) | Georgia Bar No. 831661 |
| | rslimmon@fmglaw.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **MOTION FOR CLERK'S EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

L. Robert Lovett
Lovett Law Group
5400 Riverside Drive, Suite 203
Macon, GA 31210
Bob@LovettLawGroup.com

Kyler L. Wise
Wilson Brock & Irby, LLC
2849 Paces Ferry Road, Suite 700
Atlanta, GA 30339
kwise@wbilegal.com

George Rountree
Brown Rountree, P.C.
26 North Main Street
Statesboro, GA 30458
george@br-firm.com

Mark D. Johnson
Gilbert, Harrell, Sumerford & Martin, PC
PO Box 190
Brunswick, GA 31521-0190
mjohnson@gilbertharrelllaw.com

This 28th day of October, 2021.

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
17675675