IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

## CONSENT ORDER

Upon consent of the Parties, Defendants' request pursuant to Southern District of Georgia Local Rule 6.1 for an extension of seven (7) days to file a response to Plaintiff's Motion for Summary Judgment (Doc. 141) is hereby GRANTED. Defendants shall file their responses to this motion no later than until November 5, 2021.

SO ORDERED this _____ day of _____, 2021.

                                                                                        _____
                                                                                        JOHN E. TRIPLETT, CLERK OF COURT
                                                                                       UNITED STATES DISTRICT COURT
                                                                                       SOUTHERN DISTRICT OF GEORGIA