IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

## **CLERK'S EXTENSION ORDER**

Upon consent of the Parties, Defendants' request pursuant to Southern District of Georgia Local Rule 6.1 for an extension of eight (8) days to file a response to Plaintiff's Motion for Order to Show Cause (Doc. 145), is hereby GRANTED. Defendants shall file their responses to this motion no later than until November 5, 2021.

SO ORDERED this  28th  day of  October        , 2021.



JOHN E. TRIPLETT, CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

*Tara H. Burton*
DEPUTY CLERK