Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 1 of 7

30(b)(6) Charles Mueller  November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                    WAYCROSS DIVISION
 3
 4   BRANTLEY COUNTY DEVELOPMENT )
     PARTNER, LLC,               ) CIVIL ACTION FILE
 5                               ) 5:19-CV00109LGWBWC
        Plaintiff,               )
 6                               )
     vs.                         )
 7                               )
     BRANTLEY COUNTY, GEORGIA by )
 8   and through its CHAIRMAN and)
     MEMBERS of the BRANTLEY     )
 9   COUNTY BOARD OF COMMISSIONERS)
     CHRIS SKIPPER• HARRIS,      )
10   RANDY DAVIDSON, BRIAN HENDRIX)
     JESSE MOBLEY and RAY GRIFFIN,)
11   all in their official       )
     capacity capacities as      )
12   COMMISSIONERS; and JESS     )
     MOBLEY, Individually.       )
13                               )
        Defendants.              )
14
                  _____
15
16
         The Veritext Virtual 30(b)(6) Georgia
17
     Department of Natural Resources EPA Division
18
     Representatives deposition of CHARLES MUELLER
19
     taken on behalf of the Defendants by Crystal
20
     Souter, Certified Court Reporter,   commencing at
21
     approximately 1:00 p.m. on the 10th day of November
22
     2020.
23
24
25
```

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 2 of 7
30(b)(6) Charles Mueller                                November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 20

1    A.   The statute requires that we have a
2    reaffirmation that they are consistent with the
3    local ordinances and zoning.   We'll see what is
4    provided at that time and make a determination as
5    to whether or not that meets that administrative
6    check box.
7         Q.   And I have looked --
8              MS. MAINE:   Let me go back to the
9    timing of those reaffirmation letters.   I have a
10   document, which is Exhibit 3.
11        Q.   So Exhibit 3 is an email from Chad Hall to
12   Beth Stephenson and Bruce -- is it Foece?
13        A.   Foece.
14        Q.   -- and it attaches a guide, this
15   administrative procedure and public participation
16   requirements for new municipal solid-waste
17   landfills dated November 1993.   Have you seen that
18   guidance document before?
19        A.   I have seen it, yes.
20        Q.   Is that something in which your department
21   still relies?
22        A.   It provides general guidance on our
23   procedures, yes.
24        Q.   There is a checklist and in that checklist
25   it appears that you don't require those consistency

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 3 of 7
30(b)(6) Charles Mueller                                    November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 21

1    letters until you've made a determination that the
2    DNO permit -- or the DNO application -- has been
3    accepted and right before the permit is going to be
4    issued, is that right?
5        A.   That's correct.
6        Q.   And so you would ask for them, say, if --
7    you're going to get the DNO plans in and then you
8    will process those, correct?
9        A.   That's correct.
10       Q.   And, if you determined that they are
11   acceptable, then you will ask for letters before
12   the permit is issued?
13       A.   That is correct.
14       Q.   Okay.  You have not asked Brantley
15   Development Partners for those letters at this
16   time, have you?
17       A.   No, ma'am, we have not.
18       Q.   Let me ask you.  One of the other issues
19   and I'm sure you are aware in this case is the site
20   suitability meeting?
21       A.   Yes.
22       Q.   And that's another thing that it appears
23   maybe EPD has changed or people within EPD have
24   changed their minds about.  At one point, we can go
25   back to, are you aware that Mr. Hall considered the

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 4 of 7
30(b)(6) Charles Mueller                           November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 49

1    or the preliminary work that's been done.
2         Q.   And, up to this point in terms of the
3    information requested by the Georgia EPD or
4    required by your agency, up at this point has
5    Brantley County Development Partners provided
6    everything that they needed to provide to your
7    agency?
8         A.   To date, that is true.
9         Q.   And I believe you mentioned that the
10   design and operation plans are, typically,
11   submitted within a year of the site suitability
12   notice, is that right?
13        A.   It's our typical expectation, yes.
14        Q.   And, I believe, actually in this case
15   that's in the site suitability notice?
16        A.   That is language we put in there, yes.
17        Q.   And, in terms of the design and operation
18   plans, is that a fairly involved submittal and
19   process, as well?
20        A.   Yes, to both.
21        Q.   And, matter of fact, you said that's not a
22   rubber stamp that those plans are going to be,
23   would need to be thoroughly reviewed, right?
24        A.   That is correct.
25        Q.   I wanted to ask you one question.  There

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 5 of 7
30(b)(6) Charles Mueller                November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 35

1     A.  I may have.
2         MS. MAINE:  Paragraph 11 says, "Based
3     on my knowledge, training and experience, Georgia's
4     EPD review and processing of BCDP" -- Brantley
5     County Development Partners -- "application was
6     hindered by pressure against the project from
7     Brantley County officials."    Do you agree with
8     that?
9     A.  I have no knowledge of that.
10    Q.  Do you have any knowledge of EPD hindering
11    the application process?
12    A.  No.
13    Q.  He goes on to say, "In my professional
14    opinion, Brantley County's oppositional pressure on
15    the Georgia EPD delayed the project review."    Do
16    you agree with that?
17    A.  I don't have any knowledge that there was
18    "oppositional pressure."
19    Q.  What about EPD delaying the project
20    review, did EPD do that?
21    A.  No, ma'am.
22    Q.  Then it says, "... resulting in a cost
23    increase to the project born by BCDP."    Then it
24    goes on. "Part of the delay in cost increase
25    resulted from additional fieldwork and testing

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 6 of 7
30(b)(6) Charles Mueller                November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 37

1    facility and we asked that that be double-checked
2    and verified, that was the main one I recall.
3       Q.   Anything else that you recall that would
4    be considered or that you asked for as a result of
5    the public comments?
6       A.   Not that I -- that would be out of the
7    normal.  I do not recall what else we asked them
8    for, but there was no additional fieldwork or
9    testing, it was just to verify some information we
10   had and supplement the record.
11              MS. MAINE:  Let me go on to 16,
12   paragraph 16, it says -- or Mr. Harbin says -- that
13   "continued pressure on Georgia EPD in opposition to
14   the project by Brantley County will most likely
15   result in possible delays and cost increases."
16      Q.   What pressure has Brantley County
17   government placed on EPD that caused it to delay
18   the project?
19      A.   Again, I'm not aware of any pressure that
20   resulted in a delay.
21      Q.   Are you aware of any delay?
22      A.   No.
23      Q.   Are you aware of any pressure?
24      A.   We get pressure all the time, comments,
25   people in opposition, people for; both sides.    To

Case 5:19-cv-00109-LGW-BWC   Document 150-1   Filed 11/05/21   Page 7 of 7
30(b)(6) Charles Mueller                                November 10, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 39

1   anything that was unexpected?
2           A.   No.
3           Q.   And, finally, in 18, Mr. Harbin says,
4   "Based on my extensive knowledge, training and
5   experience, I am not aware of nor have I ever known
6   Georgia EPD to deny the issuance of a solid waste
7   handling facilities permit when the application is
8   previously received and complied completely with a
9   notice of site suitability," etcetera.   And, these
10  are my words, but I interpret that for him to be
11  saying that a permit is guaranteed since they got
12  site suitability.   And so I'm going to ask you is a
13  permit guaranteed because you got site suitability?
14          A.   No.
15          Q.   And the EPD is still going to go through
16  the process of evaluating the design and operation
17  plans, correct?
18          A.   Yes.
19          Q.   That's not a meaningless process, is it?
20          A.   No.
21          Q.   And you don't just rubberstamp the DNO
22  application -- the DNO plan -- to give a permit, do
23  you?
24          A.   No, ma'am.
25               MS. MAINE:   Let me -- actually, this