Case 5:19-cv-00109-LGW-BWC   Document 150-4   Filed 11/05/21   Page 1 of 4
J. Steven Harbin, PE                           November 12, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                  WAYCROSS DIVISION
 3
     BRANTLEY COUNTY DEVELOPMENT     )
 4   PARTNER, LLC,                   )
                                     )
 5              Plaintiff,           )  CIVIL ACTION
                                     )
 6          vs.                      )  FILE NO.
                                     )
 7   BRANTLEY COUNTY, GEORGIA by     )  5:19-CV-00109-
     and through its CHAIRMAN and    )  LGW-BWC
 8   MEMBERS OF THE BRANTLEY         )
     COUNTY BOARD OF                 )
 9   COMMISSIONERS; CHRIS            )
     "SKIPPER" HARRIS; RANDY         )
10   DAVIDSON BRIAN HENDRIX; JESSE   )
     MOBLEY and RAY GRIFFIN, all     )
11   in their official capacities    )
     as commissioners; and JESSE     )
12   MOBLEY, individually,           )
                                     )
13              Defendants.          )
14                       - - -
15
                     DEPOSITION OF
16
                 J. STEVEN HARBIN, PE
17
           TAKEN BY REMOTE VIDEOCONFERENCE
18
19               November 12, 2020
20                   2:05 p.m.
21
          Pamela L. Porter, RPR, CCR-B-2160
22
                         - - -
23
24
25
```

Case 5:19-cv-00109-LGW-BWC   Document 150-4   Filed 11/05/21   Page 2 of 4
J. Steven Harbin, PE                          November 12, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 96

1   know that we listed a lot of options.  And then at
2   some time on the timeline we went from not doing it on
3   the north side, but switching to the south side
4   because of weather impacts on the south side.
5        Q.   And that -- we know that that decision at
6   least was after February 25th, 2015; right?
7        A.   Yes, ma'am.
8        Q.   And so sometime before December 2016?
9        A.   Correct.
10       Q.   What would you need to look at to tell
11  when that decision was made?
12       A.   I'm not certain.  I can't remember.
13       Q.   Do you have your file with you?
14       A.   I did not bring my files with me.  No.
15       Q.   You did not?
16       A.   I have the exhibits.  Yes.  Is all I have.
17       Q.   Well, would you look through the exhibits
18  and see if there's anything in there?  That's
19  essentially your file that was given to me.  I don't
20  know if I got all your file.
21            But would you please look through the
22  exhibits and see if there is anything that shows when
23  you made the decision.
24       A.   It wasn't me making the decision.  It was
25  the partners.

Case 5:19-cv-00109-LGW-BWC   Document 150-4   Filed 11/05/21   Page 3 of 4
J. Steven Harbin , PE                          November 12, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 97

1    Q.   When the partners made the decision.
2         (Defendant's Exhibit 28 was marked for
3    identification.)
4         THE WITNESS:  -- it's actually Exhibit 28.
5    There's an invoice there for a period between
6    March the 24th and April the 20th.  It appears
7    that -- it appears that we began the work on the
8    site assessment report then through -- in
9    looking at that.
10        So I'm thinking that it happened sometime
11   in that time period that we moved to the south.
12   Q.   (By Ms. Maine)  Okay.  In the spring of
13 2016?
14   A.   I believe that's correct.  Yes.
15   Q.   Okay.  Were you involved with the attempts
16 to sell the south side of the property or the property
17 south of 82?
18   A.   No, I was not.
19   Q.   Did you ever show any prospective
20 purchasers the property?
21   A.   No.
22        (Defendant's Exhibit 13 was marked for
23   identification.)
24   Q.   (By Ms. Maine)  Look at -- let me try to
25 get this a little bit more.  Look at Exhibit 13,

Case 5:19-cv-00109-LGW-BWC   Document 150-4   Filed 11/05/21   Page 4 of 4
J. Steven Harbin , PE                                November 12, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 145

1   you say there was a delay and there was requirement,
2   as you said, for field work and testing that was not
3   typically required.
4           And are you contending that there's
5   anything that Brantley County officials did that made
6   EPD require things -- additional testing or field work
7   that would not otherwise have been required?
8       A.   I'm not sure.  I mean, the pressure wasn't
9   in the comments.
10      Q.   What was the pressure against the project
11  from Brantley County officials that you're referring
12  to in paragraph 11?
13      A.   I'm just -- I guess that maybe I was just
14  assuming that politics might have got involved, people
15  coming down complaining to EPD gets involved, and
16  therefore, in my professional opinion, take longer
17  than projects of typical scope and in similar
18  locations.
19      Q.   So you don't know of anything
20  specifically?
21      A.   No.
22      Q.   Okay.
23      A.   I don't know of anything to where they
24  went down there and did anything at EPD.  Okay?  I'm
25  just saying that it's just really unusual that it