Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 1 of 7

Carl Rowland
October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA
                  WAYCROSS DIVISION


  BRANTLEY COUNTY DEVELOPMENT  )
  PARTNER, LLC,                ) CIVIL ACTION FILE
                               ) 5:19-CV00109LGWBWC
     Plaintiff,                )
                               )
  vs.                          )
                               )
  BRANTLEY COUNTY, GEORGIA by  )
  and through its CHAIRMAN and )
  MEMBERS of the BRANTLEY      )
  COUNTY BOARD OF COMMISSIONERS)
  CHRIS "SKIPPER" HARRIS,      )
  RANDY DAVIDSON, BRIAN HENDRIX)
  JESSE MOBLEY and RAY GRIFFIN,)
  all in their official        )
  capacity capacities as       )
  COMMISSIONERS; and JESS      )
  MOBLEY, Individually.        )
                               )
     Defendants.               )

        _____
```

    The deposition of CARL ROWLAND taken on behalf

of the Defendants by Crystal Souter, Certified

Court Reporter, at the Dougherty County Courthouse

Law Library, 225 Pine Avenue, Albany, Georgia

commencing at approximately 10:00 a.m. on the 29th

day of October 2020.

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 2 of 7
Carl Rowland                                                  October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 107

1   mean, I don't remember specifically, but I'd say,
2   yeah, we're coming along in this project, we're
3   doing this, this and this.   You know, I'd keep 'em
4   informed.
5       Q.   Anything you gave him in writing?
6       A.   No.
7       Q.   When was it that Brantley Development set
8   on a plan for the property?
9       A.   When what?
10      Q.   They sat -- like, they had a plan, that
11  they were set on what their plan was, like where
12  the landfill was gonna go, where the wetlands were,
13  where everything was gonna go?
14      A.   I don't know that was ever presented to
15  Brantley County Board of Commissioners, their plan
16  for the property.   I don't recall that happening.
17  I think that whenever Brantley Partners submitted
18  an application with the EPD at that point in time
19  with the application they probably identified where
20  they wanted to locate a solid waste facility.
21      Q.   But, they had not before that?
22      A.   Not before that.   They had talked about,
23  to Mike and I about putting the landfill on the
24  south side of the property and --
25      Q.   No, the --

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 3 of 7

Carl Rowland                                October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 116

1    at that time.      What was we having a public hearing

2    for?    I mean, I don't know what he's talking about,

3    here, quite frankly. I really don't -- I don't

4    recall getting this email -- and I'm sure I did --

5    with this on it.

6           Q.   But, we know you didn't do a public

7    hearing for the solid waste management plan?

8           A.   No.

9           Q.   And that you didn't submit a DRI?

10          A.   No.

11          Q.   And you did not conduct a public hearing

12   before you submitted a DRI so you --

13          A.   No.

14          Q.   And you don't recall having any discussion

15   one way or another about whether to do that or not

16   do it?

17          A.   No.

18          Q.   Did anyone at Brantley Development

19   Partners tell you to not do it?

20          A.   No.  I don't recall this subject, I really

21   don't.    I could call Steve up and see if he can

22   remember it and help refresh my memory, but I don't

23   -- I don't think that -- I don't recall addressing

24   this issue.

25          Q.   Okay.   And if you flip over to page 43

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 4 of 7
Carl Rowland                                          October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 141

1    A.    James Spradley, Skipper Harris, Brian
2    whatever --
3    Q.    Hendrix.
4    A.    Hendrix.  and, of course, Mike Edgy.  And
5    that's how it started out is a landfill with host
6    fees.  As it turned out, you know, then they
7    started talking about waste-to-energy, a bio-waste
8    type facility to hold stuff on, the leftovers from
9    waste-to-energy, which made better sense to me
10    because they didn't have the area -- I emphasize
11    that again and again and again -- to put in a
12    regular landfill in that area after they did the
13    wetlands study, it was not feasible any longer.
14    Q.    Hadn't they moved off of that by February
15    2015?
16    A.    Pardon?
17    Q.    Had they moved off of a regular landfill
18    by February 2015?
19    A.    Had they what?
20    MR. JOHNSON:  Objection to form.
21    Q.    Moved off of -- you said --
22    A.    They started moving away from the regular
23    landfill pretty quickly after they started
24    exploring these other options they had and they
25    started talking more solid waste facility that

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 5 of 7

Carl Rowland                                            October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 142

1    handled the bi-product of waste-to-energy stuff or
2    a possibility at one time of even using some parts
3    of the household garbage to fuel a waste-to-energy
4    -- the options were all over the smorgasbord at
5    that time -- but it moved more from a traditional
6    landfill to a solid waste facility that handled the
7    bi-products of waste-to-energy facilities.
8         Q.   And, in fact, that's what Mike thought it
9    was when there was that December 22nd meeting, is
10   that right?
11        A.   Pardon?
12        Q.   Do you remember that December, the public
13   hearing that Dean had to conduct?
14        A.   That who had to --
15        Q.   Dean Strickland.  Do you remember that
16   meeting where I think you guys ended up at the
17   courthouse --
18        A.   Yeah.
19        Q.   -- it was the Friday before Christmas?
20        A.   Bob Lovett was there?
21        Q.   Bob Lovett was there.  And there were
22   engineers there and no one was answering questions?
23        A.   Yes.
24        Q.   And do you remember Mike saying they can't
25   talk about it because they have a non-disclosure

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 6 of 7
Carl Rowland                                                  October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 143

1   agreement, but it's not landfill, it's waste-to-
2   energy?
3        A.   Yeah, I think because that's pretty much
4   what everybody was thinking at that time and that's
5   probably a fairly accurate statement on Mike's part
6   and I think --
7        Q.   Well, it's what he thought at the time --
8        A.   Pardon?
9        Q.   That's what he thought, he thought it had
10  already moved away from the traditional landfill?
11       A.   I think Brantley Development Partners had
12  talked enough about it being for waste-to-energy
13  type solid waste facility and I think that was a
14  fairly accurate statement.   They had moved off of
15  the  center of it being a traditional landfill
16  because, like I said, the footprint requirement was
17  just not there to do that.
18       Q.   Did you know at this December meeting that
19  within six days they were going to be filing their
20  application with EPD?
21       A.   The what now?
22       Q.   Did you know -- and let me hand you --
23  that's the transcript.   Have you seen the
24  transcript from the meeting before?
25       A.   No.

Case 5:19-cv-00109-LGW-BWC   Document 150-5   Filed 11/05/21   Page 7 of 7

Carl Rowland                                    October 29, 2020
Brantley Cty Dev Partners, LLC v. Brantley Cty, Georgia, et al.

Page 154

1    Q.   Go down one paragraph from that, "That
2    being said, would we be able to meet with
3    commissioners individually to discuss the project?"
4    My reason for asking is in response to the text
5    regarding you may not have been, it may not have
6    been your text."
7    A.   No, I texted one of them and I told him, I
8    said if you insist on the south side you're gonna
9    run into political opposition, I know that --
10   Q.   Why?
11   A.   -- because -- well, because you had
12   subdivisions that were right to the east of that
13   property that had been platted and developed.   I
14   mean, it don't take a rocket scientist.  I've been
15   in this business long enough to say you're gonna
16   have some problems and, by damn it, they did have
17   problems on that one.  And so I told them that, I
18   said you could probably work out a deal with the
19   banks and I think, in the future, had done that, my
20   understanding is they've done something with the
21   banks and whatever about that whole thing.   I don't
22   know, that's kind of after I left, I believe.   But,
23   I did point out that'll be a hotly discussed issue
24   and it turned out it was.
25   Q.   Yeah.  That it would be "hotly contested"