Page 1

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
                      WAYCROSS DIVISION
      CIVIL ACTION FILE NO:   5:19-CV-00109-LGW-BWC


 BRANTLEY COUNTY DEVELOPMENT
 PARTNER, LLC,

                          Plaintiff,
        -vs-
 BRANTLEY COUNTY, GEORGIA by and
 through its CHAIRMAN and MEMBERS OF
 THE BRANTLEY COUNTY BOARD OF
 COMMISSIONERS; CHRIS "SKIPPER" HARRIS;
 RANDY DAVIDSON; BRIAN HENDRIX;
 JESSE MOBLEY and RAY GRIFFIN,
 all in their official capacities as
 Commissioners; and JESSE MOBLEY,
 individually,
                          Defendants.

                        *   *   *

         Deposition of MICHAEL EDGY, taken on behalf
 of the Defendants, pursuant to Notice, before Barbara
 J. Memory, Registered Professional Reporter, at
 Brantley County Board of Commissioner's Office, 33
 Allen Road, Nahunta, Georgia, on the 28th day of
 October, 2020, commencing at the hour of 10:17 a.m.
 and concluding at the hour of 3:06 p.m.

                        *   *   *
```

Case 5:19-cv-00109-LGW-BWC   Document 150-6   Filed 11/05/21   Page 2 of 5
Michael Edgy                                    October 28, 2020
Brantley County Development Partners, LLC  Vs. Brantley County, Georgia, Et Al.

Page 33

1  problem with what they wanted to do because it would
2  have been great for the county, I could have lived
3  with it, and everything was going to be recycled, in
4  my opinion.  One way or another it was going to run
5  through all of this recycling stuff and it would have
6  just been great for this county.
7       Q.   So they weren't going to do -- they weren't
8  going to be burying anything?
9       A.   No.  They -- they were probably going to
10 bury something.  Because it's just like a pulp mill.
11 When you've got -- you go by the pulp mill right now
12 you see this big mound of chips out there.  Well, if
13 they put stuff down --
14           Because when I went -- we went to -- we
15 went to a company in -- well, we went to a couple
16 companies.  We went to one --
17      Q.   One in Tennessee?
18      A.   -- in Tennessee.  We went to one in
19 Tennessee.  And you've got to have a stockpile of
20 stuff.
21           And, actually, while we were there, there
22 was a gentleman that had come in, or that was
23 interested in putting one of these technologies on
24 some landfill in Florida that had been filled up.
25           And all I'm doing is going off of memory.

Case 5:19-cv-00109-LGW-BWC  Document 150-6  Filed 11/05/21  Page 3 of 5
Michael Edgy                    October 28, 2020
Brantley County Development Partners, LLC  Vs. Brantley County, Georgia, Et Al.

Page 34

1        Q.   Sure, yeah.
2        A.   But this fellow, he was interested in one
3   of these technologies, because they wanted to set it
4   up on this landfill that's been closed.  Because I
5   didn't realize that trash didn't really decompose.
6   So they was going to clean up this landfill with this
7   technology.  And that's awesome.
8             And the biggest thing that got me, they
9   didn't burn it.  It wasn't incinerator.  They baked
10  it.  And I was really impressed.
11            I went to University of Florida and looked
12  at their technology, them and Georgia-Pacific was
13  doing.  And then we went to propane -- Proton Power
14  in Tennessee.
15            And my understanding was you run -- and
16  this is my understanding.  I'm not sure.  I'm going
17  off -- my understanding was you could run 70 percent
18  bio with 30 percent household waste and it would get
19  rid of everything.  That was my understanding.  If
20  they put -- if they brought Proton Power and all
21  these in, they could actually put 30 percent of
22  household waste in with the biofuel and eventually
23  they could, you know, use up all --
24            And it -- that's why it wasn't supposed to
25  be no real big landfill.  It was supposed to have

Case 5:19-cv-00109-LGW-BWC   Document 150-6   Filed 11/05/21   Page 4 of 5
Michael Edgy                                    October 28, 2020
Brantley County Development Partners, LLC  Vs. Brantley County, Georgia, Et Al.

Page 67

1        Q.   I know.
2        A.   My mask.  Green industrial park.
3             And it was, basically, everything that went
4    in there --
5             And that's why we went down and looked at
6    stuff in Florida.  Everything was going to try.  The
7    only thing that I understood we couldn't recycle was
8    PCV.  That's the only thing we couldn't recycle.  Cox
9    couldn't do it.  Couldn't do it with none of those.
10   The only thing that we couldn't recycle was PCV.
11       Q.   So were you going to bury PVC or send it
12   away?
13       A.   I don't know what they was going to do with
14   it.
15       Q.   Okay.  So you weren't --
16       A.   I wasn't concerned about PCV.
17       Q.   Okay.  So the idea was we can hand- -- we
18   can turn anything other than PCV, which you can't
19   because of the --
20       A.   And I may be wrong, but I think that's what
21   they said, that none of them could do anything with
22   PCV.
23       Q.   So everything other than PVC could be --
24   could be baked --
25       A.   Recycled.

Case 5:19-cv-00109-LGW-BWC   Document 150-6   Filed 11/05/21   Page 5 of 5

Michael Edgy                                    October 28, 2020
Brantley County Development Partners, LLC Vs. Brantley County, Georgia, Et Al.

Page 149

1      A.   I believe it was all in conjunction
2   together.  It was all -- landfill, all this was tied
3   together.  That's why -- it was going to be a green
4   industrial park with a landfill in the middle, is the
5   best I understood it.
6           And, I mean, you can show --
7           From the first -- and that's what I'm
8   saying.  From the very first time, they talked
9   landfill.  From the very first meeting.  But it was a
10  green -- and that's the only reason I agreed to it.
11  Because this technology around it, it was all going
12  to be recycled.  That's what we ought to be doing
13  with all of it instead of doing what we're doing.
14  But people live in fear of that new technology.
15          And it's just like that technology over
16  there.  The county --
17          And, see, that's another thing I'm upset.
18  Because I went to their landfill, and there's
19  still -- I bet there's a thousand tires out there, or
20  more.  It's piled up.
21          Cox was going to take that.  That was the
22  agreement.  If they opened it up, they was going to
23  take all of the tires from the county at no cost.
24          They're piled up out there.  And they can't
25  do it there because they have to send them --