**STATE OF GEORGIA**

**COUNTY OF BRANTLEY**

I, Rene' T. Herrin, do hereby certify that I am the duly qualified and acting Clerk of the Brantley County Board of Commissioners, and, as such, am the keeper of the records and seal of said body; and that the foregoing is a true and correct copy of the minutes of the meeting of said body, held on February 3, 2015, said minutes of said Board have not been in any way amended or repealed.

Witness my hand and official seal, this 28th day of September, 2020.

Rene' T. Herrin, County Clerk
Brantley County, Georgia

# BRANTLEY COUNTY COMMISSION
## February 3, 2015
## Work Session

The Brantley County Board of Commissioners held a work session on February 3, 2015, 6:00 PM, in the Commission Office.

Present were Charlie Summerlin, Chairman, Brian Hendrix, Vice Chairman, James Spradley, Mike Edgy and Jesse Mobley, Board Members. Also present was County Manager Carl Rowland and County Attorney Deen Strickland.

Chairman Summerlin called the meeting to order, gave the invocation and led in the pledge of allegiance to the flag.

The County Clerk asked that the item "qPublic.net" be added to the agenda per a request from the Tax Assessors Board.

Commissioner Edgy commended the Brantley County Board of Education and the Waynesville Primary School for scoring second highest in the state on College and Career Readiness Performance Index (CCRPI). There were over 1,000 schools involved and Waynesville scored second to the highest.

## Update of Industrial Park Property

Matt Roper and Donald Marks, partners of Brantley Development Partners, LLC, announced that their investment group has purchased approximately 2,500 acres of property located on the North and South boundaries of GA Highway 520 between Waynesville and Atkinson, formerly known as the site for Magnolia Holdings. The partners stated they were currently pursuing development projects to include warehousing, technology related businesses such as call centers and software development and waste to energy operations. They stated the purchase occurred in December, 2014, and at this time no firm commitments have been made, but expected that efforts should result into specific development potentials in the near future.

## Authorization to Sell Mobile Home Bought in by County at Tax Sale

The County Manager informed the Board there are only 2 or 3 mobile homes that that can be sold resulting from our past mobile home tax sales. The homes have been advertised several times. He has an offer for $50.00 to buy the 1994 Destiny Omni, 24x40 mobile home, located on Cabbage Lane in Hoboken. **Consent Agenda**

### Request from Greg Mullis to Forgive Penalties & Interest on Tax Bill

Mr. Mullis has made a request to the County to waive penalties and interest on his tax bill. The Tax Commissioner forwarded to the Board of Commissioners this request stating Mr. Mullis has always paid his taxes on time. In 2011, he was audited for years 2005 through 2007. The personal property auditors increased his value significantly for those three years and as a result, he was assessed an additional $38,108.08. He paid his 2011 personal property taxes on time but after the audit was completed and the taxes were added, he was required to pay the oldest tax bills first which was for 2005, 2006 and 2007. Mr. Mullis disagreed with the findings and did not want to pay those taxes at the time. Because we require the oldest tax bills to be paid first, he paid none. He is asking for relieve on the penalties and interest.

The Board has received requests such as this in the past and declined to waive any penalties and interest, therefore, they placed this matter on the regular agenda. **Regular Agenda**

### Transportation Bill

The General Assembly has before them House Bill 170 which is a bill to fund transportation in the State of Georgia. The bill provides the LOST, HPLOST, SPLOST and ESPLOST will terminate once the current tax expires. After the expiration of any local sales tax, the county may levy a local motor fuel excise tax up to 3 cents per gallon county wide through the adoption of an ordinance by the governing authority. The County Manager advised this is not a good deal for local governments. He feels the Board should adopt a resolution opposing House Bill 170 and contact our legislative delegation advising them of our opposition. **Regular Agenda**

### Resolution-Floridian Aquifer

The Board of Commissioners received a resolution for consideration regarding the Floridian Aquifer as the sole or primary source of Brantley County's water supply. The resolution provides that Brantley County oppose the study or practice of injection and storage of water in the Floridian Aquifer or any other aquifer(s) by the State of Georgia or any of its political subdivisions or by any private entity or individual. **Consent Agenda**

## County Manager's Report

Mr. Rowland informed the Board he is looking for a grapple truck to replace the old one the County has. There are dealers in Florida and if he finds one, he would like the Board's approval to purchase it. This may occur before the next meeting and the truck could possibly be sold by then. Our mechanic will need to check it out before it's purchased also. There are funds in the 2015 budget to purchase one. The Board stated if he finds one before the next meeting and the mechanic checks it out, then go ahead and buy it if it's within the budget or a little over. **Regular Agenda**

The annual lease agreement between Brantley County and the State Properties Commission is up for renewal. The lease agreement is for office space for adult education. We presently receive $550.00 per month as rent from them. **Consent Agenda**

Commissioner Mobley asked why are the gates at the recreation park locked after work hours. There are times teams want to practice and usually the coaches do not get home from work until after the park is locked.
The Board discussed installing cameras at the park which can be monitored by the EOC. Commissioner Edgy stated this can also work at the airport. The Board instructed the County Manager to proceed with purchasing and installing security cameras at the recreation park and airport. **Consent Agenda**

## Personal Social Media Policies

Mr. Rowland informed the Board several incidents have occurred where employees of one county office make negative comments about another county office on media sites. This is totally unacceptable in our local government. There is a fine line between bashing someone and freedom of speech. Mr. Rowland suggested preparing guidelines for all county departments to follow regarding social media participation and have the County Attorney prepare a policy for the Board's review. **Regular Agenda**

## Hagen Road

The County Manager advised there has been an on-going issue regarding Hagen Road and the drainage problem on this road. After reviewing the problem, he suggested digging a ditch on the east side of Hagen Road, directing the water to Central Avenue and covering the ditch on the west side. The County will stay on our right of way so as not to infringe on someone else's land. **Consent Agenda**

### qPublic.Net

The annual service agreement between qPublic and the Tax Assessors Board is up for renewal. This web site provides public information regarding all land in the County. **Consent Agenda**

There being no further business, Commissioner Edgy made a motion to adjourn. Commissioner Hendrix seconded the motion. Motion carried.

Charlie Summerlin, Chairman

ATTEST:

Dale J. Halligan, County Clerk