IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| vs. | :    CASE NO. 5:19-CV-00109 <br> : |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## AFFIDAVIT OF MATTHEW ROPER

PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, Matthew Roper, after being first duly sworn, deposes and says the following:

1.

My name is Matthew Roper. I am over 21 years of age, under no legal disability and of sound mind. I provide this Affidavit based on my personal knowledge. I provide this Affidavit voluntarily and of my own free will. I provide this Affidavit in the above-styled matter for all purposes allowed by law.

2.

I am an investor in and consultant for Brantley County Development Partners, LLC. I am authorized to make this Affidavit.

1

101295.1 141566-000002

3.

I have more than fifteen (15) years of experience in business development, solid waste operations, organization management, project management, and environmental compliance. As a principal and consulting advisor, I have developed several solid waste facilities, including disposal facilities, transfer stations, and material recovery facilities, and regularly assisted as a Consulting Advisor on numerous waste diversion, waste-to-energy/waste-to-fuels projects. I hold two certifications from the Solid Waste Association of North America, and hold an ISO14001 Certification as a Lead Auditor of Environmental Management Systems.

4.

In March 2014, Steve Harbin (principal of Harbin Engineering, P.C.) and I were contacted by the County Manager of Brantley County, Carl Rowland, and Brantley County Commissioner Mike Edgy about siting a landfill in Brantley County. In subsequent discussions, I learned that Brantley County had been selected as one of two counties in Georgia to receive funds from the National Oceanic and Atmospheric Association ("NOAA"), which had funded a grant to the Georgia Department of Natural Resources, Coastal Resources Division, for the development of the Brantley County Disaster Recovery and Redevelopment Plan ("DRRP"). A DRRP assists the Federal Emergency Management Agency and the State of Georgia in managing the cost and speed of post disaster relief and recovery. The final Brantley County DRRP contains the requirement for a subtitle D landfill to be sited in Brantley County for placement, among other things, of post disaster debris for the county and the entire coastal region. A true and correct copy of the Brantley County DRRP is attached hereto as Exhibit "Λ".

2

5.

Throughout 2014, I had further discussions with Steve Harbin and Brantley County representatives, including Carl Rowland and Mike Edgy, about siting a landfill in the County. During these discussions, I learned that because it lacked sufficient financial means to develop a public landfill, Brantley County was soliciting a private and financially stable developer and manager of municipal solid waste disposal facilities to site a landfill in the county to fulfill the requirements of the DRRP. Specifically, Brantley County wanted a private developer to develop a 2,389-acre tract known as the Magnolia Holdings Business Park into a "Technology Park," which would include a small subtitle "D" solid waste disposal facility, a thermal conversion process, and a mixed use light industrial and heavy industrial development to fulfill the requirements contained in Brantley County's DRRP (the "Property"). The Property had been foreclosed and was bank owned.

6.

Brantley County representatives Carl Rowland and Mike Edgy solicited Brantley County Development Partners, LLC to develop the solid waste handling facilities on the Property, among other reasons, because flood maps showed that the Property is the highest ground east of the Satilla River and west of a Category Five (5) tidal surge, enabling the Property to remain accessible and intact in the event that a Category Five (5) storm hits the region. This elevation of the Property additionally allowed Brantley County to maintain compliance with the DRRP.

7.

Prior to initiating the extensive and very expensive engineering, geological, hydrogeological, environmental wetlands, protected and endangered species investigation, and

3

other work required for siting the solid waste handling facilities, and before closing on the Property, Brantley County Development Partners, LLC ("BCDP") requested that Brantley County provide it with two letters addressed to the Georgia Environmental Protection Division ("EPD") which are required in order to file a permit application for solid waste handling facilities with the Georgia EPD. First, a letter of consistency with local land use laws was discussed by the Brantley County Commissioners in 2014, who instructed Carl Rowland, County Manager, to write the local land use compliance letters necessary to file BCDP's permit application with Georgia EPD. The County Commissioners did the same regarding the letter required to certify consistency with Brantley County's Solid Waste Management Plan. Subsequently, Mr. Rowland provided clarification for BCDP that consistency with the local land use laws and Solid Waste Management Plan applied to both the Northern and Southern tracts of the Property. A true and correct copy of the certification letters signed and issued by Carl Rowland, County Manager, dated November 21, 2014 and August 19, 2015 are hereto attached as Exhibits "B", "C" and "D".

8.

On December 22, 2014, having received both verbal and written assurances from County officials that they wanted Plaintiff to develop the Property with the solid waste handling facilities, and that the project was authorized, BCDP decided to pursue the business opportunity and purchased the Property for over 2.6 million dollars. A true and correct copy of the deed by which BCDP acquired the Property is attached hereto as Exhibit "E".

9.

After purchasing the Property, BCDP retained a surveying company to survey the entire Property to establish the legal boundaries, produce a survey and prepare a legal plat. BCDP also

4

retained the professional engineering services of Harbin Engineering, P.C. to prepare all of the necessary information and coordinate all the necessary professional services with various subcontractors to produce the reports required to submit application to the EPD for the determination of the Property's suitability and issuance of permit for the solid waste handling facilities.

10.

To that end, Environmental Services, Inc., an environmental consulting firm, was retained to conduct the necessary testing and investigation of the site and apply to the Army Corp of Engineers for a Section 404 Permit. This firm did site reports based upon their Endangered and Protected Species research and investigations and prepared a detailed delineation of existing wetland areas on this site along with the supervision of a representative from the Army Corp of Engineers; and, then applied for the Section 404 Permit to the Army Corp of Engineers and received the same, which is a condition to filing application for permit with the EPD.

11.

Harbin Engineering, P.C. also obtained the services of a Geologist, Hydrogeologist, Soil Scientist, and other professionals to conduct studies on the site through drilling and testing the soils, surface areas and subsurface areas to determine the geological and hydrogeological features of the site and to prepare the Geological and Hydrogeological reports signed by registered and licensed Geologist and Hydrogeologist, which are also required to be submitted with the application to the EPD. Harbin Engineering, P.C. began the detailed drawings according to the rules and regulations of the State of Georgia for the construction and operation of the solid waste handling facilities on the Property. This included where the facilities would be sited and the detailed engineering drawings of the design and operation of various facilities.

5

12.

In an abundance of caution, BCDP asked the Brantley County Commissioners to re-issue letters verifying that the proposed solid waste handling facilities on the Property are consistent with local land use laws and with the Solid Waste Management Plan. The Commission met on February 5, 2015 and again voted unanimously to have its Chairman re-issue the letters from the Board of Commissioners. A true and correct copy of the minutes from the February 5, 2015 meeting is attached hereto as Exhibit "F" and two re-certification letters signed by Board of Commission Chairman Charlie Summerlin dated February 6, 2015 are attached as Exhibit "G".

13.

Harbin Engineering, P.C. and Environmental Sciences, Inc. completed the onsite surveys and testing on the Property. The application for the Section 404 Wetlands Permit was submitted to the Army Corps of Engineers for jurisdictional determination and it was approved. In January 2016, Harbin Engineering began its due diligence on various waste-to-energy and waste-to-fuel technologies to be located on the Property. In August of 2016, the geological survey was completed. Harbin Engineering completed and received the hydrogeological survey in the same month. In September 2016, Harbin Engineering completed all necessary requirements and assembled all required data to prepare the application for site suitability and permit for the solid waste handling facilities.

14.

On December 29, 2016 BCDP filed its permit application for the solid waste handling facilities on the Property with the Georgia Department of Natural Resources, Environmental

6

Protection Division ("Application").  The Application was complete and was accepted along with the filing fee for processing by the EPD.  A true and correct copy of the Application is attached hereto as Exhibit "H".

15.

On June 9, 2019, BCDP, by and through counsel, demanded that Defendants certify in writing, as needed to complete processing and approval of BCDP's Application with the EPD, that the solid waste handling facilities sought with the Application are neither subject to zoning ordinance or the June 15, 2017 solid waste management plan, that BCDP has a vested right to develop its Property with the solid waste handling facilities sought with the Application, and to reaffirm Defendants' verification of BCDP's consistency with local land use law.  A true and correct copy of the June 9, 2019 correspondence is attached hereto as Exhibit "I".

16.

Defendants have failed and refused to provide any of the requested certifications sought with the June 9, 2019 correspondence.

17.

On May 28, 2020, after years of exhaustive study and analysis, the Georgia EPD issued a site suitability notice for BCDP's solid waste handling facilities on the Property as sought with the Application.  A true and correct copy of such May 28, 2020 correspondence is attached hereto as Exhibit "J".

18.

The solid waste handling facilities sought with the Application will receive, handle and dispose of solid waste generated from outside both Brantley County and the State of Georgia and they will compete in the interstate market for the transfer, transportation, handling and disposal

7

of solid waste. BCDP's solid waste handling facilities on the Property will not accept hazardous
waste.

19.

Since 2017, and continuing to the present, Defendants have taken actions, including
Regulatory actions, against BCDP which are challenged in this lawsuit. These actions forbid the
solid waste handling facilities on the Property and forbid the importation of solid waste into
Brantley County.

20.

I have personally marketed to, and received interest and inquiry from, out-of-state market
participants for the handling and disposal of solid waste generated from outside the State of
Georgia at our proposed solid waste handling facilities as sought with the Application. Some of
these potential customers would involve the use of waste-to-energy and waste-to-fuel
technologies at the Property where solid waste from outside the State of Georgia would be
converted to usable energy and/or fuel. However, Defendants' actions severely impair, harm and
impede BCDP's ability to market its proposed solid waste handling facilities on the Property to
market participants because, among other things, BCDP cannot enter into final non-contingent
contracts with market participants.

21.

In the May 28, 2020 Notice of Site Suitability, Georgia EPD stated that no permit will be
issued for the solid waste handling facilities sought with the Application unless a reaffirmation of
zoning consistency is submitted to Georgia EPD. See Exhibit "J". However, Defendants'
actions, as outlined and challenged in this suit, and their refusal to provide the reaffirmation of
zoning consistency, prevent BCDP from complying with the Georgia EPD's Notice of Site

8

Suitability requirement to receive a permit to construct and operate the solid waste handling facilities sought with the Application. Defendants' actions further prohibit the solid waste handling facilities on the Property and forbid the importation of solid waste from outside Brantley County and outside the State of Georgia. BCDP cannot enter into final non-contingent contracts with market participants, including out-of-state market participants, for the handling and disposal of solid waste because BDCP is not able to give assurances to prospective customers and entities that would potentially deposit solid waste with the solid waste handling facilities that BCDP will actually be able to receive a permit to construct and operate the facilities.

22.

BCDP is precluded from entering into any final non-contingent contracts with market participants, including out-of-state customers, unless and until BCDP is able to receive a permit from Georgia EDP authorizing construction and operation of the solid waste handling facilities sought with the Application.

23.

BCDP has the financial capability to construct and complete the solid waste handling facilities sought with the Application.

24.

Operation of the small subtitle "D" solid waste disposal facility on the Property as sought with the Application will generate approximately 100 good paying jobs for local residents. Additional phases and the other planned facilities on the Property will create many more good paying jobs in Brantley County. In addition, operation of the solid waste handling facilities on

9

the Property will generate significant revenue for Brantley County, as the host local government, in the form of "tipping fees" which are authorized by the Georgia Code, Section 12-8-39.

25.

Any regulatory requirement barring importation of solid waste into Brantley County, or barring acceptance of out-of-county or out-of-state waste at the solid waste handling facilities sought with the Application, would render it economically impossible for BCDP, or any other private landfill operator, to be competitive in the market for solid waste disposal services. There is simply an insufficient volume of solid waste generated only from within the boundaries of Brantley County to make it economically viable or feasible to construct and operate a solid waste handling facility on the Property or anywhere else in Brantley County.

26.

BCDP makes writings, records, or other memoranda of transactions, occurrences, or events in the regular course of its business. It is in the regular course of the business activity of BCDP to make such writings, records or other memoranda at the time of the act, transaction, occurrence, or within a reasonable time thereafter. I am familiar with and have personal knowledge of the business records of BCDP and they are within my custody and control. Exhibits "A" through "J" attached hereto are business records of BCDP and are maintained by BCDP for business purposes. Such business records were made at or near the time of the transaction referenced therein and/or are maintained in the ordinary course of BCDP's business.

[SIGNATURE TO FOLLOW]

10

101295.1 141566-000002

So Sworn this __10__ day of September, 2020.

Matthew Roper

Sworn to and subscribed before me
This __10__ day of __09__ , 2020.

Notary Public
My commission expires: 03-19-2023

101295.1 141566-000002

# Brantley County Disaster Recovery and Redevelopment Plan RSF Summary

## Recovery Support Functions

RSFs are the coordinating structures for key functional areas of recovery assistance. Some or all of the RSFs may be activated following a disaster incident. Their purpose is to support the local community by facilitating problem solving, improving access to resources, and fostering coordination between government agencies and community partners and stakeholders on issues vital to an effective recovery and redevelopment.

Each Brantley County RSF is composed of a coordinating agency and several supporting agencies. The coordinating agency provides leadership, coordination, and oversight for the RSF, and ensures coordination of support agencies. Support agencies provide specific capabilities or resources that support the coordinating agency in executing the objectives of the RSF. Brantley County's recovery organization includes the following RSFs:

Ⓐ Final Version



EXHIBIT
A




This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# RECOVERY SUPPORT FUNCTION 1: DISASTER RECOVERY AND REDEVELOPMENT ASSISTANCE COORDINATION AND PLANNING

RSF-1 serves as the ICS equivalent of the Planning Section Chief. The Disaster Recovery and Redevelopment Assistance Coordination and Planning RSF coordinates public, private, and non-profit efforts to establish recovery priorities, adjudicate resources, and ensure buy-in from local leadership. In collaboration with the LDRM, RSF-1 will review and identify strategies to achieve community recovery objectives. RSF-1 will outline disaster-specific goals, objectives, tactics, authorities, and programs that can be leveraged to execute strategies following the disaster. RSF-1 will coordinate the resources and priorities of RSF-2 through RSF-7 to facilitate tactical recovery operations and ensure consistency with the DRRP. Additionally, RSF-1 supports the development of Recovery Action Plans from each of the other RSFs.

| RSF-1 Agencies | Department / Entity |
| --- | --- |
| Coordinating Agency | Brantley County Emergency Management Agency |
| Supporting Agencies | Brantley County Development Authority<br>Brantley County Emergency Medical Services (EMS)<br>Brantley County Planning Commission<br>Brantley County Manager<br>Satilla Riverkeeper<br>Brantley County Firefighter's Association<br>Brantley County Sheriff's Office<br>City of Hoboken<br>City of Nahunta |

# RECOVERY SUPPORT FUNCTION 2: ECONOMIC DEVELOPMENT

The Economic Development RSF, RSF-2, coordinates the public, private, and nonprofit efforts to develop and implement programs and policies to sustain, rebuild, and promote business and economic opportunities resulting in an economically resilient county. This includes coordinating the local efforts with the State of Georgia and relevant federal agencies.

| RSF-2 Agencies | Department / Entity |
| --- | --- |
| Coordinating Agency | Brantley County Development Authority |
| Supporting Agencies | Bayview Nursing Home<br>Brantley County Chamber of Commerce<br>Brantley County Development Authority<br>Brantley County Emergency Management Agency<br>Brantley Telephone Company, Inc.<br>Clyde Aldridge Insurance & Tax Services<br>CSX<br>Dixie Egg Company<br>Georgia Department of Transportation (DOT)<br>Georgia Power<br>Frye Funeral Home<br>Heritage Bank<br>Marshland Federal Credit Union<br>Okefenoke Rural Electric Membership Corporation (OREMC)<br>Plum Creek Timber Company<br>Satilla Riverkeeper |

| | Southeastern Bank |
| | Varnes Timber Company |
| | ZBLU Berry Farm |

## RECOVERY SUPPORT FUNCTION 3: HEALTH AND SOCIAL SERVICES

The Health and Social Services RSF, RSF-3, coordinates the public, private, and non-profit efforts to implement programs and policies ensuring adequate delivery of public health, social, education, and human services to individuals and households impacted by disasters. Recovery and redevelopment involves collaboration with emergency management and other community partners to develop efficient processes and advocate for the rebuilding of public health, medical, mental/behavioral, educational, and other social service systems to a level of functioning comparable to pre-incident levels and improved levels, where possible. In some cases, this may include providing services to individuals and households from neighboring jurisdictions displaced to Brantley County.

| RSF-3 Agencies | Department / Entity |
|---|---|
| Coordinating Agency | Brantley County Emergency Medical Services (EMS) |
| Supporting Agencies | Bayview Nursing Home |
| | Bennett's Hometown Pharmacy |
| | Brantley Animal Rescue Coalition (BARC) |
| | Brantley County Emergency Management Agency |
| | Brantley County Health Department |
| | Brantley County School System |
| | Brantley Family Medicine Center |
| | Brantley County Sheriff's Office |
| | Camden Medical Center |
| | Concerted Services, Inc. |
| | Division of Family and Children Services (DFCS) |
| | Mayo Clinic Health System |
| | McKinney Medical Center |
| | Southeast Georgia Health System |
| | Southeast Health District |
| | Unison Behavioral Health |
| | Wayne Memorial Hospital |

## RECOVERY SUPPORT FUNCTION 4: COMMUNITY DEVELOPMENT, PLANNING, AND HOUSING

The Community Development, Planning, and Housing Recovery Support Function, RSF-4, coordinates the public, private, and non-profit efforts to develop and implement programs and policies promoting, incentivizing, or directly providing for rehabilitation and reconstruction of destroyed and damaged housing, and/or the development of new permanent housing options while adhering to applicable housing laws and regulations. RSF-4 is also responsible for coordinating sheltering efforts during short-term recovery. For both sheltering and housing efforts, this includes coordinating efforts with the State of Georgia and relevant federal agencies.

| RSF-4 Agencies | Department / Entity |
|---|---|
| Coordinating Agency | Brantley County Planning Commission |
| Supporting Agencies | Brantley County Code Enforcement<br>Brantley County Emergency Management Agency<br>Board of Education<br>Clyde Aldridge Insurance & Tax Services<br>Concerted Services, Inc.<br>Division of Family and Children Services (DFCS)<br>Housing Authority of the City of Nahunta<br>Johns Realty<br>Marshland Federal Credit Union<br>Southeast and Coastal Georgia American Red Cross<br>Southeast Health District |

## RECOVERY SUPPORT FUNCTION 5: INFRASTRUCTURE SYSTEMS

The Infrastructure Systems RSF, RSF-5, coordinates the public, private, and nonprofit efforts to maintain and restore critical facilities, infrastructure systems, and related services. In the context of this plan, infrastructure systems refer to utilities, transportation, privately owned telecommunications and other communications, and debris management. This includes coordinating efforts with the State of Georgia, relevant Federal agencies, and key private sector partners.

| RSF-5 Agencies | Department / Entity |
|---|---|
| Coordinating Agency | Brantley County Manager |
| Supporting Agencies | Advanced Disposal<br>AT&T<br>Brantley County Emergency Management Agency<br>Brantley County Health Department<br>Brantley Telephone Company, Inc.<br>City of Hoboken<br>City of Nahunta<br>Georgia Department of Transportation (DOT)<br>Okefenoke Rural Electric Membership Corporation<br>Georgia Power<br>MIDS, Inc.<br>Satilla Rural Electric Membership Corporation (REMC) |

4

## RECOVERY SUPPORT FUNCTION 6: NATURAL AND CULTURAL RESOURCES

The Natural and Cultural Resources RSF, RSF-6, coordinates the public, private, and non-profit sector efforts to address long-term environmental and cultural resource recovery and redevelopment needs after large-scale incidents. This includes coordinating efforts with the State of Georgia, relevant federal agencies, and key private sector partners.

| RSF-6 Agencies | Department / Entity |
| --- | --- |
| **Coordinating Agency** | Satilla Riverkeeper |
| **Supporting Agencies** | Georgia Hunting and Fishing Cooperation<br>Brantley County Emergency Management Agency<br>Brantley Historical Society<br>Brantley County Chamber of Commerce<br>CSX Georgia Forestry Commission<br>State of Georgia Division of Natural Resources<br>UGA Extension Brantley County |

## RECOVERY SUPPORT FUNCTION 7: VOLUNTEER ORGANIZATIONS ACTIVE IN DISASTERS (VOAD)

The VOAD RSF, RSF-7, coordinates the delivery of scalable recovery assistance by community organizations, nongovernmental partners, and the private sector following disasters having a long-term impact to jurisdictions and populations.

| RSF-7 Agencies | Department / Entity |
| --- | --- |
| **Coordinating Agency** | Brantley County Firefighter's Association |
| **Supporting Agencies** | Brantley County Emergency Management Agency<br>GA Baptist Association<br>HAM Radio Operators<br>Hickox Baptist<br>Hoboken Baptist<br>Hunting & Fishing Clubs<br>Nahunta Baptist<br>Salvation Army<br>Southeast and Coastal Georgia American Red Cross<br>Southside Baptist<br>Waynesville Baptist |

# Brantley County Disaster Recovery and Redevelopment Plan RSF-1 Annex



**RSF-1: Community Planning & Capacity Building**



**RSF-2: Economic Development**



**RSF-7: Voluntary Organizations Active In Disaster**





This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**      **1**

**SCOPE AND APPLICABILITY**      **1**

**ORGANIZATION (RSF LEADERSHIP)**      **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**      **2**

**PRIORITY PROJECTS**      **3**

**AGENCY RESOURCES**      **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 1: Disaster Recovery and Redevelopment Assistance Coordination and Planning Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-1: Disaster Recovery and Redevelopment Assistance Coordination and Planning Annex* is to coordinate the public, private, and non-profit sector efforts to address long-term environmental and cultural resource recovery needs after all incidents.  This includes coordinating efforts with the State of Georgia, relevant federal agencies, and key private sector partners.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to provide a framework for coordination during recovery.  This includes coordination by the Disaster Recovery and Redevelopment Assistance Coordination and Planning RSF with local governments, county agencies, and state and federal partners.

This Annex should be used by local governments, county agencies, and partners in the public, private, and nonprofit sectors acting as the coordinating agency, cooperating organizations, and/or supporting agencies to this recovery function.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| Coordinating Agency | Brantley County Emergency Management Agency |
| Supporting Agencies | Brantley County Development Authority<br>Brantley County Emergency Medical Services (EMS)<br>Brantley County Planning Commission<br>Brantley County Manager<br>Satilla Riverkeeper<br>Brantley County Firefighter's Association<br>Brantley County Sheriff's Office<br>City of Hoboken<br>City of Nahunta |

# Recovery and Redevelopment Operations

**Goal**

Successfully integrate the expertise of partner resources, and build the recovery and redevelopment capacities, and planning resources needed to effectively plan for, manage, and implement disaster recovery activities.

## Strategic Objectives

   

## Priorities for Action

**Objective 1**

- Coordinate preparedness planning.
- Develop recovery tools and best practices.
- Coordinate educational and cross-training opportunities for key participants in community recovery planning.
- Integrate mitigation, recovery, and other pre-disaster plans and activities into existing plans.
- Understand regional planning resources.

- Maintain robust and accessible communications throughout the recovery process.
- Provide technical assistance and planning support to aid all levels of government.
- Review and implement new post-disaster budget.
- Coordinate the Recovery Plan with RSFs.

- Capture after-action recommendations and lessons learned.
- Maintain event-specific community recovery plans.
- Adjudicate resources between and among RSFs.

**Objective 2**

- Be familiar with county and regional stakeholder groups.
- Identify representatives for a Recovery Committee.
- Develop a list of priority post-disaster recovery projects, including mitigation projects.
- Identify county laws and regulations that may impede recovery operations and develop temporary measures to expedite recovery.
- Ensure security plans in place including traffic control.

**Short and Intermediate-Term Recovery**

- Identify recovery partnerships.
- Evaluate the need for recovery support and recommend the activation of RSFs.
- Support the other RSF's development of Recovery Action Plans.
- Abide by security plans.

**Long-Term Recovery and Redevelopment**

- Coordinate the identification of potential recovery and redevelopment projects across RSFs and support data collection and application processes.
- Maintain use of adequate security plans.

**Objective 3**

- Review rules and regulations that may impact rebuilding post-disaster.
- Collect, store, and protect relevant data.
- Properly procure through a full, fair, and open competitive process stand-by contracts with disaster recovery and debris management contractors.
- Develop pre-disaster checklist.

- Coordinate the provision of resources for recovery planning.
- Coordinate damage assessments.
- Coordinate needs assessments.
- Ensure Recovery Planning Process is consistent with federal and state Guidelines.

- Establish mechanisms for tracking recovery progress.

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF Coordinating and Supporting Agencies come together.

| RSF-1 Priority Projects | | | |
|---|---|---|---|
| Priority Projects | | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Identify generators for main infrastructure | Brantley County Emergency Management Agency County Manager | Grant funding |
| | Create fuel plan | Brantley County Emergency Management Agency County Manager | |
| | Create disaster security plan | Brantley County Sheriff's Office | |
| | Procure pre-disaster contracts for recovery and debris | County Manager | |
| | Create communications plan | E911 Brantley County Emergency Management Agency County Manager | |
| | Develop zoning regulations | Brantley County Planning Commission | |
| | Create memorandum of understanding between cities and counties | County Manager Consultant | |
| | Create plan for airport use in a disaster | County Manager Georgia Dept. of Transportation Federal Aviation Administration | |
| Post-Disaster | | | |
| | | | |
| | | | |

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley County Emergency Management Agency (EMA) | | | |
| Brantley County Development Authority | | | |
| Brantley County Emergency Medical Services (EMS) | | | |
| Brantley County Planning Commission | Rebuild and upgrade facilities. | | Money and the ability to organize. |
| Brantley County Manager | | | |
| Satilla Riverkeeper | Protect and restore Satilla River and educate citizens of watershed. | Provide advice on recovery process. Share our contacts regarding water quality and natural resources. Help gather volunteers. | |
| Brantley County Firefighters Association | Work with the Fire Department in the County to restore our communities that we serve. | Equipment and personnel. | Fuel. |
| City of Hoboken | Public Safety. | Public Safety and Public Works. | Security, shelter, fuel, food, communication. |
| City of Nahunta | | | |
| Brantley County Sheriff's Office | Security, traffic control, enforcement of state and local law, validation of people or groups being in or returning to the County. | Active patrol and security for local businesses and private properties. | Transportation: 4x4 vehicles, ATVs, and boats. Reliable radio system communications. Fuel. |

4

# Brantley County Disaster Recovery and Redevelopment Plan RSF-2 Annex



RSF-1: Community Planning & Capacity Building



RSF-2: Economic Development



RSF-7: Voluntary Organizations Active in Disaster

 

This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE** **1**

**SCOPE AND APPLICABILITY** **1**

**ORGANIZATION (RSF LEADERSHIP)** **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS** **2**

**PRIORITY PROJECTS** **3**

**AGENCY RESOURCES** **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 2: Economic Development Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-2: Economic Development Annex* is to coordinate the County's public, private, and non-profit efforts to develop and implement programs and policies to sustain, rebuild, and promote business and economic opportunities in the County that result in an economically resilient county. As disasters grow, the Economic Development RSF agencies will coordinate efforts with those applicable State of Georgia and federal agencies.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to provide a framework for coordination during recovery. This includes coordination by the Economic Development recovery groups with local governments, county agencies, and the State.

This Annex should be used by local governments, county agencies, and partners in the public, private, and nonprofit sectors.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| **Coordinating Agency** | **Brantley County Development Authority** |
| **Supporting Agencies** | Bayview Nursing Home<br>Brantley County Chamber of Commerce<br>Brantley County Development Authority<br>Brantley County Emergency Management Agency<br>Brantley Telephone Company, Inc.<br>Clyde Aldridge Insurance & Tax Services<br>CSX<br>Dixie Egg Company<br>Georgia Department of Transportation (DOT)<br>Georgia Power<br>Frye Funeral Home<br>Heritage Bank<br>Marshland Federal Credit Union<br>Okefenoke Rural Electric Membership Corporation (OREMC)<br>Plum Creek Timber Company<br>Satilla Riverkeeper<br>Southeastern Bank<br>Varnes Timber Company<br>ZBLU Berry Farm |

# Recovery and Redevelopment Operations

## Goal

Promote economic recovery with the timely rebuilding of businesses and employment in the community after large-scale and catastrophic incidents.

## Strategic Objectives

1. Support the recovery of businesses [...]
2. [...]
3. Enable a private sector-driven economic [...]

## Priorities for Action

**Objective 1**

- Identify and establish agreements with recovery contractors to support economic recovery.
- Identify business supply routes and utility connections.
- Encourage resource coordination planning among private companies and the county.
- Support development of a Business Recovery Center Plan.
- Distribute information about access to goods/services.
- Coordinate transition from emergency provision of commodities.
- Identify market sectors that have been disrupted.
- Assess status of businesses in the county.
- Develop an event-specific Recovery Action Plan for economic recovery and redevelopment.
- Monitor commercial real estate issues.
- Monitor insurance issues.

**Objective 2**

- Establish credentialing for key staff of identified area firms and major insurers.
- Support development of disaster case management system, to include employment support.
- Anticipate policy needs.
- Create prioritized business list for re-opening.
- Ensure liability guidelines are understood.

**Short and Intermediate-Term Recovery**

- Promote employment of area residents and small businesses in recovery efforts.
- Coordinate provision of other workforce needs including housing and transportation.
- Provide staffing, expertise, and program support to establish and operate Business Recovery Centers.
- Provide employment resources and workforce placement.

**Long-Term Recovery and Redevelopment**

- Leverage local businesses with recovery capabilities.
- Communicate recovery plans and priorities.

**Objective 3**

- Promote private sector resiliency and continuity through pre-disaster planning, education and outreach.
- Identify key private companies, insurers, and lenders.
- Identify regulations and housing areas for on-site contractors.
- Identify businesses and sectors at risk for leaving the county.
- Identify essential businesses that should receive priority for reopening.
- Assist small businesses in reopening.
- Identify and promote opportunities for enhanced private sector resiliency.

2

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF Coordinating and Supporting Agencies come together.

| RSF-2 Priority Projects | | | |
|---|---|---|---|
| Priority Projects | | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Identify housing areas for on-site contractors | Brantley County Emergency Management Agency | |
| | Determine hierarchy of need in terms of re-opening businesses by prioritizing businesses for the utility companies | County Manager Brantley County Emergency Management Agency | |
| | | | |
| Post-Disaster | | | |
| | | | |
| | | | |

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley County Development Authority | | | |
| Brantley County Chamber of Commerce | | | |
| Plum Creek Timber Company | | | |
| Varnes Timber Company | Forestland and timber company with a sawmill and wood pellet manufacturing facility. | Road maintenance and land clearing equipment. We can help in short term initial recovery of the community surrounding our business. | Our organization would need primary industry specific funding and/or equipment to help us rebuild. |
| Brantley Telephone Company, Inc. | Major data and communication artery. Telephone and internet provider. Re-establishing communications services. Local exchange carrier. Brantley County is our service area for phone, internet, etc. | | |
| ZBLU Berry Farm | | | |
| Dixie Egg Company | | | |
| Satilla Riverkeeper | Protect and restore Satilla River and educate citizens of watershed. | Provide advice on recovery process. Share our contacts regarding water quality and natural resources. Help gather volunteers. | |
| Georgia Power | | | |
| CSX | | | |
| Okefenoke Rural Electric Membership | Electric utility provider. | Restore electricity. | Electric contractors. |

4

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Corporation (OREMC) | | | Fuel. |
| Brantley County Emergency Management Agency | | | |
| Southeastern Bank | Southeastern Bank is the oldest operating bank in Brantley County. We serve the financial needs of citizens for banking services, both consumer and commercial. Our role would be in funding assistance for recovery efforts. | Financial assistance and economic impact recovery. | Depends on the type of catastrophic event of the community experiences. |
| Marshland Federal Credit Union | Credit Union will help citizens with financial recovery. We will remain open as long as possible before a disaster and open as soon as possible after a disaster. | We are open to any role in community recovery. | Access to our building. Power as soon as possible after a disaster. Access to local county resources. |
| Heritage Bank | | | |
| Bayview Nursing Home | Long-term care facility, have skilled healthcare professionals. Need for care may have to be addressed at our facility. | Shelter and skilled care, medical care and observations. Shelter, skilled nursing care, generator available, own water tank, food availability. | Food, water, and supplies for others outside of the residents and staff. Food and water delivery to the facility for prep to feed others. Medical supplies to give continued care. |
| Georgia Department of Transportation (DOT) | Ensure transportation corridors are accessible. | Equipment and manpower. | Mobility and fuel. |
| Frye Funeral Home | | | |
| Clyde Aldridge Insurance & Tax Services | | | |
| Southern LINC | We are a communication company that would help with creating or re-establishing radio/cell communications. | Temporary towers and cell sites. Communication command center. Provide services for people to communicate. Provide generators. | N/A |

# Brantley County
# Disaster Recovery and
# Redevelopment Plan RSF-3
# Annex












This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration.  The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**          **1**

**SCOPE AND APPLICABILITY**          **1**

**ORGANIZATION (RSF LEADERSHIP)**          **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**          **2**

**PRIORITY PROJECTS**          **3**

**AGENCY RESOURCES**          **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 3: Health and Social Services Annex* for predisaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The *Health and Social Services Annex RSF* is responsible for addressing the coordination of the County's public, private, and non-profit sector efforts to ensure adequate provision of public health, health care, social, and human services to affected individuals and communities. As disasters grow, the *Health and Social Services Annex RSF* agencies will coordinate efforts with applicable state and federal agencies.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

Social and Human Services Recovery is focused on coordinating local efforts (and with state and federal recovery programs, as appropriate) designed to sustain the community's social and human services operations during disaster recovery. Such functions are inclusive of provision of mental health and spiritual counseling, as well as other social and human services. The coordinating agency will manage key social and human services stakeholders to pre-determine resource allocation from regional, state, and federal partners to expedite the process of expanding, if necessary, the County's social/human services capabilities.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| **Coordinating Agency** | Brantley County Emergency Medical Services (EMS) |
| **Supporting Agencies** | Bayview Nursing Home<br>Bennett's Hometown Pharmacy<br>Brantley Animal Rescue Coalition (BARC)<br>Brantley County Emergency Management Agency<br>Brantley County Health Department<br>Brantley County School System<br>Brantley Family Medicine Center<br>Brantley County Sheriff's Office<br>Camden Medical Center<br>Concerted Services, Inc.<br>Division of Family and Children Services (DFCS)<br>Mayo Clinic Health System<br>McKinney Medical Center<br>Southeast Georgia Health System<br>Southeast Health District<br>Unison Behavioral Health<br>Wayne Memorial Hospital |

# Recovery and Redevelopment Operations

## Goal

Coordinate recovery efforts in the restoration of the public health, health care, and social services networks to promote the resilience, health, and well-being of affected individuals and communities.

## Strategic Objectives





## Priorities for Action

| | | |
|---|---|---|
| • Provide training for staff and volunteers.<br>• Identify statutory, regulatory, and policy issues that contribute to gaps and unmet needs.<br>• Collect, store, and protect data.<br>• Develop strategies to address recovery issues for health, behavioral health and social services.<br>• Participate in disaster recovery exercises.<br>• Triage plan for response to recovery transition. | • Consider the needs of response and recovery workers and at risk populations such as the children and the elderly.<br>• Facilitate development and maintenance of long-term disaster case management system.<br>• Plan for Service and Information Centers that will provide 'one-stop-shop' to help streamline case management and coordination of unmet needs. | • Plan for the transition from response to recovery.<br>• Coordinate educational and cross-training opportunities for key participants in health recovery.<br>• Integrate mitigation, recovery and other pre-disaster plans into existing local and state and tribal community-wide planning and development activities.<br>• Develop medical surge logistics plan to accommodate for surge in the wake of a disaster. |

**Short and Intermediate-Term Recovery**

| | | |
|---|---|---|
| • Provide short-term sheltering and feeding.<br>• Provide support to staff, contractors and volunteers and provide additional training.<br>• Monitor safety and security of health services including pharmacies, clinics and other facilities.<br>• Develop an event-specific Recovery Action Plan for Health and Social Services. | • Provide for safety, well-being, and as necessary, reunification of household pets and service animals.<br>• Maintain and provide essential social and human services: crisis counseling, food stamps, child protection, elderly care, job and insurance assistance, education, and childcare services. | • Approve reopening of regulated facilities.<br>• Maintain situational awareness to identify and mitigate recovery obstacles.<br>• Track recovery progress.<br>• Maintain accessible communications throughout the recovery process. |

**Long-Term Recovery and Redevelopment**

| | | |
|---|---|---|
| • Monitor healthcare funding issues.<br>• Coordinate and leverage applicable federal resources for health and social services. | • Identify and bring into the system children who may newly be custodians of Brantley County due to a disaster incident. | • Maintain ongoing healthcare professional recruitment and training.<br>• Capture after-action recommendations and lessons learned. |

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF coordinating and supporting agencies come together.

| RSF-3 Priority Projects | | | |
|---|---|---|---|
| Priority Projects | | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Ensure there are generators at facilities across the County | Brantley County Emergency Management Agency<br>Brantley County Emergency Medical Services | Grant funding |
| | Create volunteer lists in case of a disaster | Firefighter's Association | |
| | Create patient priority lists in case of evacuation | Brantley County Health Department | |
| | Make accessible lists of County residents with disabilities | Brantley County Health Department | |
| | Keep sufficient store of medical supplies | Brantley County Emergency Medical Services | |
| | Create EMS triage plan | Brantley County Emergency Medical Services | |
| | Create pet sheltering plan and clearance system | Brantley County Emergency Management Agency | |
| | Identify ways to communicate if a disaster should occur | Brantley County Emergency Management Agency<br>County Manager<br>E911 | |
| | Ensure County buildings that will act as shelters are to hurricane standards | County Manager | |
| | Create pre-disaster checklist | | |
| | | | |
| Post-Disaster | | | |
| | | | |
| | | | |

3

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also to identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| **Brantley County Emergency Management Agency (EMA)** | | | |
| **Brantley County Emergency Medical Services (EMS)** | | | |
| **Brantley County Sheriff's Office** | Security, traffic control, recovery. Enforcement of state and local law. Security and validation of identifying people or groups being in or returning to the County so to limit the amount of loss and property theft. | Active patrol and security for local businesses and private properties. | Transportation; 4x4 vehicles, ATVs, boats, and reliable radio system. Communications. Fuel. |
| **Brantley Division of Family and Children Services (DFCS)** | We are a social services and public service agency. We assist the Red Cross in dealing with sheltering responsibilities. | Red Cross shelter trained staff to assist with shelters as needed. Planning for Emergency benefits access (food stamps, etc.) through other county offices/locations. | Supplies that mainly come from the Red Cross. |
| **Brantley County Health Department** | Public Health roles providing health and environmental services. | Nursing resources are limited so local health department can utilize regional and state public health resources. | Nursing volunteers. Access to health care resources during disaster recovery. |
| **Bayview Nursing Home** | Long-term care facility with skilled healthcare professionals. Need for care can be addressed at our facility. | Shelter and skilled care, medical care and observations. Sheltering. Skilled nursing care. Generator available with our own water tank. Food availability. | Food, water, supplies for others outside of the residents and staff. Food and water delivery to the facility for prep to feed others. Medical supplies to give continued care. |

4

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley Family Medicine Center | | | |
| Mayo Clinic Health System (Waycross, GA) | Mayo is the regional hospital that is contracted with the State of Georgia to help with healthcare planning and recovery. | We have access to disaster supplies specific to healthcare. | Healthcare supplies. |
| Southeast Georgia Health System | | | |
| Wayne Memorial Hospital (Jesup, GA) | | | |
| Camden Medical Center (St. Mary's, GA) | | | |
| Unison Behavioral Health | Unison Behavioral Health provides mental health/community services to Brantley County. | Help with crisis management and counseling needs. Help with shelters. | |
| Brantley Animal Rescue Coalition (BARC) | | | |
| Bennett's Hometown Pharmacy | | | |
| Concerted Services, Inc. | Assist with coordination of social service resources. | Access to discretionary DHS funds. Coordination of social service agencies and resources. | Volunteers. |
| Southeast Health District | Public health, health services and environmental services (i.e. food inspections, sewer installation inspections, etc.). | We have local health department in Nahunta and also part of a sixteen county Public Health District (9-2). We can utilize regional and state public health resources. | Access to County. We will need to understand expectations of healthcare immediately following a disaster. |
| Satilla Riverkeeper | Protect and restore Satilla River and educate citizens of watershed. | Provide advice on recovery process. Share our contacts regarding water quality and natural resources. Help gather volunteers. | |

5

# Brantley County
# Disaster Recovery and
# Redevelopment Plan RSF-4
# Annex



RSF-1: Community Planning & Capacity Building



RSF-2: Economic Development



RSF-4: Community Development, Planning & Housing



RSF-7: Voluntary Organizations Active in Disaster

 

This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**                                                         **1**

**SCOPE AND APPLICABILITY**                                         **1**

**ORGANIZATION (RSF LEADERSHIP)**                                   **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**                           **2**

**PRIORITY PROJECTS**                                               **3**

**AGENCY RESOURCES**                                                **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 4: Community Development, Planning, and Housing Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-4: Community Development, Planning, and Housing Annex* is to assist residents of Brantley County who are displaced from their homes for an extended period of time due to a disaster, and to support the local jurisdictions of Brantley County in assisting residents with post-disaster housing.  This Annex provides operational guidance and information for Brantley County agencies and their local partners to implement recovery operations.  This Annex, including roles, responsibilities, and operations, do not supersede the existing roles and responsibilities of community organizations, nongovernmental partners, or the private sector.  This Annex should be used as a guiding document to direct recovery from an incident.  It should be used in collaboration with operational guidance for response activities.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to provide a framework for coordination of housing efforts during recovery. This includes coordination by the Community Development, Planning, and Housing RSF with local governments, county agencies, and the State.

This Annex should be used by local governments, county agencies, and partners in the public, private, and nonprofit sectors.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
| --- | --- |
| **Coordinating Agency** | Brantley County Planning Commission |
| **Supporting Agencies** | Brantley County Code Enforcement<br>Brantley County Emergency Management Agency<br>Board of Education<br>Clyde Aldridge Insurance & Tax Services<br>Concerted Services, Inc.<br>Division of Family and Children Services (DFCS)<br>Housing Authority of the City of Nahunta<br>Johns Realty<br>Marshland Federal Credit Union<br>Southeast and Coastal Georgia American Red Cross<br>Southeast Health District |

1

# Recovery and Redevelopment Operations

## Goal

Coordinate the delivery of resources and activities to assist those with destroyed and damaged housing from a disaster, and identify and develop new, resilient permanent housing options.

## Strategic Objectives

   

## Priorities for Action

| | | |
|---|---|---|
| • Collect, store and protect data concerning current stock and condition of housing.<br>• Develop plans to increase the cadre of trained personnel who can operate in the shelters.<br>• Ensure appropriate equipment and supply levels necessary to meet a minimum sheltering effort.<br>• Identify potential intermediate housing sites. | • Identify statutory, regulatory and policy issues that contribute to gaps, inconsistencies and unmet needs in housing disaster survivors.<br>• Identify potential intermediate housing strategies.<br>• Coordinate educational and cross-training opportunities for key participants in housing.<br>• Develop long-term housing redevelopment and relocation strategy and identify FEMA temporary housing sites. | • Integrate mitigation, recovery and other pre-disaster plans and activities into existing local, state and tribal community-wide planning and development activities, such as comprehensive plans, land use plans, economic development plans, affordable housing plans, zoning ordinances and other development regulations through technical assistance. |
| | **Short and Intermediate-Term Recovery** | |
| • Conduct housing damage and needs assessments.<br>• Begin implementation of intermediate housing strategies.<br>• Maintain intermediate housing solutions until long-term solutions can be implemented. | • Maintain robust and accessible communications throughout the recovery process.<br>• Develop an event-specific housing recovery plan, including policies, procedures, and programs to implement housing reconstruction and relocation strategies.<br>• Manage interim housing funding. | • Establish and implement consumer-protection reporting and safeguards.<br>• Provide technical assistance and administer funding associated with physical mitigation. |
| | **Long-Term Recovery and Redevelopment** | |
| • Monitor insurance issues.<br>• Assess and communicate the need for longer term sheltering operations.<br>• Coordinate the transition from sheltering to intermediate or long-term housing. | • Provide public information related to long-term housing.<br>• Establish mechanisms for tracking recovery progress.<br>• Capture after-action recommendations and lessons learned.<br>• Ensure housing affordability.<br>• Promote hazard mitigation and resilience strategies. | • Implement programs to facilitate long-term reconstruction and relocation.<br>• Implement programs to facilitate long-term resilient reconstruction and new construction. |

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF coordinating and supporting agencies come together.

| RSF-4 Priority Projects | | | |
|---|---|---|---|
| | Priority Projects | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Find and designate County owned properties. | County Manager | |
| | Identify potential issues at each sheltering site (i.e. power, water, etc.) | Brantley County Emergency Management Agency | |
| | Coordinate food services in shelters with RSF-7 | Brantley County Emergency Management Agency | |
| | Identify emergency shelters in the County | Brantley County Emergency Management Agency | |
| Post-Disaster | Coordinate placement of mobile homes from FEMA | Brantley County Emergency Management Agency County Manager | |
| | | | |
| | | | |

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also to identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley County Emergency Management Agency (EMA) | | | |
| Brantley County Planning Commission | Rebuilding and upgrading facilities. | | Money and the ability to organize. |
| Heritage Bank | | | |
| Marshland Federal Credit Union | Credit Union will help citizens with financial recovery. We will remain open as long as possible before a disaster and open as soon as possible after a disaster. | We are open to any role in community recovery. | Access to our building. Power as soon as possible after a disaster. Access to local county resources. |
| Southeastern Bank | Southeastern Bank is the oldest operating bank in Brantley County. We serve the financial needs of citizens for banking services, both consumer and commercial. Our role would be in funding assistance for recovery efforts. | Financial assistance and economic impact recovery. | Depends on the type of catastrophic event of the community experiences. |
| Housing Authority of the City of Nahunta | | | |
| Gary Johns Realty | Build and rebuild based on real estate needs. | Estimates for construction. Development plans. Needs assessment for residential. | Money to rebuild will be a big issue. |
| Brantley County Code Enforcement | | | |
| Southeast Health District | Public health, health services and environmental services (i.e. food inspections, sewer installation inspections, etc.). | We have local health department in Nahunta and also part of a sixteen county Public Health District (9-2). We can | Access to County. We will need to understand expectations of healthcare immediately following a disaster. |

4

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| | | utilize regional and state public health resources. | |
| **Brantley Division of Family and Children Services (DFCS)** | We are a social services and public service agency. We assist the Red Cross in dealing with sheltering responsibilities. | Red Cross shelter trained staff to assist with shelters as needed. Planning for Emergency benefits access (food stamps, etc.) through other county offices/locations. | Supplies that mainly come from the Red Cross. |

# Brantley County Disaster Recovery and Redevelopment Plan RSF-5 Annex



RSF-1: Community Planning & Capacity Building



RSF-2: Economic Development



RSF-5: Infrastructure Systems



RSF-7: Voluntary Organizations Active in Disaster

 

This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**          **1**

**SCOPE AND APPLICABILITY**          **1**

**ORGANIZATION (RSF LEADERSHIP)**          **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**          **2**

**PRIORITY PROJECTS**          **3**

**AGENCY RESOURCES**          **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 5: Infrastructure Systems Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-5: Infrastructure Systems Annex* is to coordinate public, private, and non-profit efforts to maintain and restore facilities, infrastructure systems, and related services located in Brantley County. In the context of this plan, infrastructure systems refer to utilities, transportation, privately owned telecommunications and other communications, debris management, and government and civic facilities recovery. This includes coordinating efforts with the State of Georgia, relevant federal agencies, and key private sector partners.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to provide a framework for coordination during recovery. This includes coordination by the RSF-5 Coordinating and Support Agencies with local governments, other county agencies, the State of Georgia, and the Federal Government, when applicable.

This Annex should be used by the RSF-5 Coordinating and Support Agencies, local governments, other county agencies, and partners in the public, private, and nonprofit sectors.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| Coordinating Agency | Brantley County Manager |
| Supporting Agencies | Advanced Disposal<br>AT&T<br>Brantley County Emergency Management Agency<br>Brantley County Health Department<br>Brantley Telephone Company, Inc.<br>City of Hoboken<br>City of Nahunta<br>Georgia Department of Transportation (DOT)<br>Georgia Power<br>MIDS, Inc.<br>Satilla Rural Electric Membership Corporation (REMC) |

# Recovery and Redevelopment Operations



**Goal**

Facilitate the recovery and resilient redevelopment of public engineering and county infrastructure systems.

**Strategic Objectives**

1   2   3

**Priorities for Action**

**1**
- Coordinate inventory and prioritization for utility restoration and telecom infrastructure restoration.
- Prioritize transportation infrastructure restoration.
- Review regulations that may impact rebuilding post-disaster.
- Identify critical facilities and reduce risk.
- Review existing policies and procedures for budget expenditures and project approvals.

- Execute debris management and removal.
- Conduct infrastructure damage and needs assessments.
- Coordinate the restoration of critical utilities, transportation services, communications infrastructure, and facilities.
- Develop an event-specific Infrastructure Recovery Action Plan.

- Provide public information related to impacted communications infrastructure, government and civic facility status and access, debris, and utility restoration.

**2**
- Understand what data FEMA, state and private sector relief programs will require to obtain recovery assistance.
- Procure stand-by contracts with disaster recovery contractors.
- Coordinate educational and cross-training opportunities for key participants in infrastructure recovery.
- Prepare draft legislative language to suspend rules and regulations post-disaster should it be desired or required.

**Short and Intermediate-Term Recovery**
- Maintain robust and accessible communications throughout the recovery process.
- Work with RSF partners to leverage available financial and technical assistance.
- Identify priority transportation routes and development plans for repair/mitigation/improvement.
- Ensure security plans are in place.

**Long-Term Recovery and Redevelopment**
- Address permanent debris disposal and site-capacity issues.
- Develop an event-specific Infrastructure Systems Recovery Action Plan, including policies, procedures, and programs.

**3**
- Collect data concerning current condition of community infrastructure.
- Develop a list of priority post-disaster projects.
- Integrate mitigation, recovery and other pre-disaster plans into existing local, state and tribal community-wide planning.
- Develop clear documentation of entity that has legal responsibility for repair of a facility.

- Set a schedule and sequenced time structure for future infrastructure recovery projects.
- Establish mechanisms for tracking recovery progress.
- Assess and communicate long-term utility, transportation, and telecom reconstruction costs.
- Ensure mitigation measures are considered.

- Capture after-action recommendations.
- Evaluate debris reduction strategies.
- Identify potential recovery and redevelopment projects and begin data collection and application processes.

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF coordinating and supporting agencies come together.

| RSF-5 Priority Projects | | | |
|---|---|---|---|
| | Priority Projects | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Identify list of roads for paving | County Manager | |
| | Identify County Site and Funding for Subtitle D Landfill for Debris Placement | County Manager | |
| | Apply for grant to obtain debris site | County Manger Brantley County Emergency Management Agency | |
| | Identify issues within current drainage system | County Manager | |
| | Identify roads and bridges that may flood | County Manager | |
| | Obtain stand-by contract for debris management services | County Manager Consultant | |
| Post-Disaster | | | |
| | | | |
| | | | |

3

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also to identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Roles in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley County Emergency Management Agency (EMA) | Identify needs. | | Trained staff. |
| Brantley County Development Authority | | | |
| Brantley County Planning Commission | Rebuilding and upgrading facilities. | | Money. |
| Brantley County Manager | Coordinate infrastructure efforts. | Board of Commissioners and funding. | Funding. |
| Satilla Riverkeeper | Protect and restore Satilla River and educate citizens of watershed. | Provide advice on recovery process. Share our contacts regarding water quality and natural resources. Help gather volunteers. | |
| City of Hoboken | Public Safety | Public Safety and Public Works. | Security, shelter, fuel, food, communication. |
| City of Nahunta | | | |
| Brantley County Chamber of Commerce (OKEFENOKE REMC) | Electric Utility Provider | Restore electricity. | Electric contractors. Fuel. |
| Varnes Timber Company | Forestland and timber company with a sawmill and wood pellet manufacturing facility. | Road maintenance and land clearing equipment. We can help in short term initial recovery of the community surrounding our business. | Our organization would need primary industry specific funding and/or equipment to help us rebuild. |
| Georgia Power | | | |

| Agency List | Roles in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Brantley County Health Department | Public Health roles providing health and environmental services. | Nursing resources are limited so local health department can utilize regional and state public health resources. | Nursing volunteers. Access to health care resources during disaster recovery. |
| Brantley County School System | | | |
| MIDS, Inc. | | | |
| Georgia Department of Transportation (DOT) | | | |
| Advanced Disposal | | | |
| AT&T | | | |
| Georgia Forestry Commission | | | |

# Brantley County
# Disaster Recovery and
# Redevelopment Plan RSF-6
# Annex












This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**                                              **1**

**SCOPE AND APPLICABILITY**                              **1**

**ORGANIZATION (RSF LEADERSHIP)**                        **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**                **2**

**PRIORITY PROJECTS**                                    **3**

**AGENCY RESOURCES**                                     **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF)6: Natural and Cultural Resources Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-6: Natural and Cultural Resources Annex* is to coordinate the public, private, and non-profit sector efforts to address long-term environmental and cultural resource recovery needs after all incidents. This includes coordinating efforts with the State of Georgia, relevant federal agencies, and key private sector partners.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to provide a framework for coordination during recovery. This includes coordination by the RSF-6 Coordinating and Support Agencies with local governments, other county agencies, the State of Georgia, and the Federal Government, when applicable.

This Annex should be used by the RSF-6 coordinating and support agencies, local governments, other county agencies, and partners in the public, private, and nonprofit sectors.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| Coordinating Agency | Satilla Riverkeeper |
| Supporting Agencies | Brantley County Chamber of Commerce<br>Brantley County Emergency Management Agency<br>Brantley Historical Society<br>CSX Georgia Forestry Commission<br>Georgia Hunting and Fishing Cooperation<br>State of Georgia Division of Natural Resources<br>UGA Extension Brantley County |

1

# Recovery and Redevelopment Operations

## Goal

Integrate assets and capabilities to help communities address long-term environmental and historic resource recovery and redevelopment needs after large-scale and catastrophic incidents.

## Strategic Objectives



## Priorities for Action

**1**

- Identify recovery state and federal programs.
- Understand what FEMA, state and private sector relief programs will for assistance.
- Identify opportunities to leverage mutual aid to inspect natural and historic resources.
- Prepare draft legislative language to suspend rules and regulations post-disaster.
- Coordinate training opportunities.

- Coordinate cross-jurisdictional natural and historic resource issues.
- Ensure permitting processes incorporate considerations for area historic resources.
- Coordinate with public and private partners.

- Engage in mediation strategies to prevent further degradation of historic resources.
- Coordinate efforts with county agencies and federal partners for recovery funding.

**2**

- Develop a consolidated inventory of area natural resources.
- Ensure up to date data concerning historic and natural resources and identify cemetery ordinance.
- Develop a list of priority post-disaster recovery projects.
- Procure stand-by contracts with disaster recovery and debris management contractors.
- Promote principles of disaster resistant communities through the application of natural resources.

### Short and Intermediate-Term Recovery

- Develop an event-specific Natural and Cultural Resources Recovery Action Plan.
- Monitor environmental issues.
- Coordinate debris management with RSF-5.
- Conduct a damage assessment of historic resources.

### Long-Term Recovery and Redevelopment

- Ensure mitigation measures are considered and integrated.
- Engage in mediation strategies to prevent further degradation of environmental systems.
- Ensure threatened and endangered species protection.

**3**

- Review rules and regulations that may impact rebuilding post-disaster.
- Identify and streamline permitting processes specific to natural and historic resources.
- Create, encourage, and participate in disaster recovery exercises to enhance skills and develop needed techniques.
- Develop floodplain ordinance.

- Conduct damage assessments of area natural and historic resources.
- Maintain robust/accessible communications.
- Provide public information related to historic and natural resources recovery.
- Establish mechanisms for tracking recovery.

- Identify recovery and redevelopment projects and begin data collection.
- Capture after-action recommendations.

Preparedness

Post-disaster

2

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF coordinating and supporting agencies come together.

| RSF-6 Priority Projects | | | |
|---|---|---|---|
| | Priority Projects | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Draft floodplain ordinance | Brantley County | |
| | Define historical sites | Brantley County Historical Society | |
| | Identify cemetery ordinances | Brantley County Historical Society | |
| | | | |
| | | | |
| | | | |
| Post-Disaster | Floodplain ordinance implementation | Brantley County | |
| | | | |
| | | | |
| | | | |
| | | | |

# Agency Resources

The following agency resources were self-identified by county agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also to identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| Satilla Riverkeeper | Protect and restore Satilla River and educate citizens of watershed. | Provide advice on recovery process. Share our contacts regarding water quality and natural resources. Help gather volunteers. | |
| CSX | | | |
| Georgia Forestry Commission | | | |
| State of Georgia Division of Natural Resources (DNR) | Provide data on natural resources. | Technical assistance. | |
| UGA Extension Brantley County | Education and distribution of information. | Outreach programs of University of Georgia. Food safety, nutrition, agriculture needs, integrated pest management, economic planning | |
| Southside Baptist | | | |
| Waynesville Baptist | | | |
| Hoboken Baptist | | | |
| Nahunta Baptist | | | |
| Hickox Baptist | | | |
| GA Baptist Association | | | |
| Brantley County Historical Society | Identify, preserve and protect historical artifacts, cemeteries etc. | Time and collected data/information. | |
| Brantley County Emergency Management Agency (EMA) | | | |

# Brantley County
# Disaster Recovery and
# Redevelopment Plan RSF-7
# Annex



RSF-1: Community Planning & Capacity Building



RSF-2: Economic Development



RSF-7: Voluntary Organizations Active in Disaster

Case 5:19-cv-00109-LGW-BWC Document 58-3 Filed 09/25/20 Page 65 of 114




This plan was prepared by Hagerty Consulting, Inc. under grant award #NA14NOS4190117 to the Georgia Department of Natural Resources from the Office for Coastal Management, National Oceanic and Atmospheric Administration. The statements, findings, conclusions, and recommendations are those of the author(s) and do not necessarily reflect the views of DNR, OCM or NOAA.

# Table of Contents

**PURPOSE**       **1**

**SCOPE AND APPLICABILITY**       **1**

**ORGANIZATION (RSF LEADERSHIP)**       **1**

**RECOVERY AND REDEVELOPMENT OPERATIONS**       **2**

**PRIORITY PROJECTS**       **3**

**AGENCY RESOURCES**       **4**

# Purpose

The purpose of this Annex is to outline the roles, responsibilities, and activities of the Brantley County (the County) agencies and individuals supporting *Recovery Support Function (RSF) 7: Volunteer Organizations Active in Disasters (VOAD) Annex* for pre-disaster, short and intermediate-term disaster, and long-term disaster recovery operations.

The purpose of *RSF-7: VOAD Annex* is to provide a framework for the delivery of scalable coordinated recovery assistance by community organizations, nongovernmental partners, and the private sector following disasters that have a long-term impact to jurisdictions and populations in Brantley County.

This is a working document and will assist the RSF in further recovery and redevelopment planning. The coordinating agency will ensure the document is updated yearly to reflect developments in projects and policies. The coordinating agency will also coordinate and hold meetings every six months with all supporting agencies to continue planning and training.

# Scope and Applicability

The scope of this Annex is to coordinate volunteer operations during recovery. This includes coordination with local governments, county agencies, and the state.

This Annex should be used by VOAD, local governments, county agencies, and partners in the public, private, and nonprofit sectors.

# Organization (RSF Leadership)

| Agency Responsibility | Department / Entity |
|---|---|
| **Coordinating Agency** | Brantley County Firefighter's Association |
| **Supporting Agencies** | Brantley County Emergency Management Agency<br>GA Baptist Association<br>HAM Radio Operators<br>Hickox Baptist<br>Hoboken Baptist<br>Hunting & Fishing Clubs<br>Nahunta Baptist<br>Salvation Army<br>Southeast and Coastal Georgia American Red Cross<br>Southside Baptist<br>Waynesville Baptist |

# Recovery and Redevelopment Operations



## Goal

Integrate assets, capabilities, and resources to help communities address short-term volunteer recovery operations.

## Strategic Objectives

## Priorities for Action

- Identify organizations and their resources.
- Recruit potential volunteers.
- Participate in public outreach preparedness.
- Identify potential trainers in volunteer organizations.
- Organize a formal VOAD group in the County.

- Identify drop off location for supplies.
- Anticipate impact of disaster on the community and likely affected populations.
- Identify supplies needs.
- Anticipate allocation issues in the community.

- Organize shelter and logistics trainings.
- Plan and run CPR and First Aid trainings.
- Train the trainers who will be responsible for training event based volunteers.
- Ensure certifications for volunteers stay up to date by organizing yearly trainings.

### Short and Intermediate-Term Recovery

- Understand the presence of unmet needs.
- Activate VOAD Recovery Committee.
- Establish coordination schedule.
- Establish need for and activate special teams.

- Effectively organize supplies donations for affected community members.
- Take stock of existing resources and identify needs.
- Coordinate receipt, storage, staging, inventorying, transporting and distributing of donated goods.
- Provide information to community about supplies needs.

- Provide Just in Time Training for event based volunteers.
- Organize volunteers for recovery efforts.

### Long-Term Recovery and Redevelopment

- Deactivate VOAD Recovery Committee.
- Transition volunteer duties to long-term sustainable solutions for the community.

- Manage long-term receipt, storage, staging, inventorying, transporting and distributing of donated goods.
- Equitably allocate resources to affected community members.
- Identify needs to be fulfilled by the State of Georgia.

- Complete after-action evaluation about effectiveness of volunteer training.
- Identify areas for improvement.

# Priority Projects

The following projects were identified by the County as priority initiatives. The projects are intended to continue recovery planning before a disaster occurs. This list is in-progress and should be updated every few months when the RSF Coordinating and Supporting Agencies come together.

| RSF-7 Priority Projects | | | |
|---|---|---|---|
| | Priority Projects | Champion | Potential Funding Mechanisms |
| Pre-Disaster | Establish VOAD with 501c3 status in Brantley County. | Brantley County Firefighter's Association | |
| | | | |
| | | | |
| Post-Disaster | | | |
| | | | |
| | | | |

3

# Agency Resources

The following agency resources were self-identified by County agencies in a Disaster Recovery and Redevelopment Planning survey. This list is intended to identify specific roles, capabilities, and resources for coordinating and supporting agencies before and after a disaster. It also to identifies projected needs agencies will have after a disaster to better ensure cross-agency communication and resource sharing.

| Agency List | Role in Recovery and Redevelopment | Capabilities and Resources | Needs |
|---|---|---|---|
| **Brantley County Emergency Management Agency (EMA)** | | | |
| **Brantley County Firefighter's Association** | Working with the Fire Department in county to restore our communities that they serve. | Equipment and personnel. | Fuel. |
| **Concerted Services, Inc.** | We are a non-profit that operates head start and early head start, food bank, energy assistance, weatherization so we can assist with coordination of social service resources. | Access to discretionary DHS funds. Coordination of social services agencies and resources. | Volunteers. |
| **State of Georgia Division of Natural Resources (DNR)** | | | |
| **HAM Radio Operators** | | | |
| **Southside Baptist** | | | |
| **Waynesville Baptist** | | | |
| **Hoboken Baptist** | | | |
| **Nahunta Baptist** | | | |
| **Hickox Baptist** | | | |
| **GA Baptist Association** | | | |
| **Red Cross** | | Disaster Action Team. | |

4

Brantley County
Development Partners
⑤



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bebc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Rube Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Helligan, County Clerk
Rena T. Harris, Accounting Coordinator
Cindy Lakes, Office Clerk

November 21, 2014

Ms. Claudia Moeller, Program Manager
4244 International Parkway, Suite 104
Atlanta, Georgia 30354

RE:     Proposed Solid Waste Handling Facility
        Magnolia Holdings Business Park
        Brantley County, Georgia

Dear Ms. Moeller,

The proposed private Solid Waste Handling Facility located at the Magnolia Holdings Business
Park complies with Brantley County's local land use plan. Brantley County at the present time
does not have a zoning ordinance.

Sincerely,

Carl Rowland
County Manager,
Brantley County Board of Commissioners

EXHIBIT
B

*Brantley County*
*Development Partners*
*(5)*



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Debi J. Halligan, County Clerk
René T. Herrin, Accounting Coordinator
Cindy Lukas, Office Clerk

November 21, 2014

Ms. Claudia Moeller, Program Manager
4244 International Parkway, Suite 104
Atlanta, Georgia 30354

RE:     Proposed Solid Waste Handling Facility
        Magnolia Holdings Business Park
        Brantley County, Georgia

Dear Ms. Moeller,

In my official capacity as County Manager of Brantley County, I have reviewed the approved Solid Waste Management Plan adopted by Brantley County and the Cities of Hoboken and Nahunta on June 22, 2006 and its most recent 2011 Five-Year Short-Term Work Program 2010-2019, adopted on August 9, 2011, and have determined that the proposed Solid Waste Handling Facility to be located at the Magnolia Holdings Business Park is consistent with that plan. I further certify that Brantley County has a strategy and is actively engaged in meeting the state-wide goal of reducing waste.

Sincerely,

Carl Rowland
County Manager,
Brantley County Board of Commissioners

---

**EXHIBIT**

tabbies

C

---

"A Progressive County Government for Progressive People"
B.O.C.  5.22.17 RESP. TO PLAINTIFF'S RFQDS



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Hilligan, County Clerk
Rena T Herrin, Accounting Coordinator
Cindy Lukes, Office Clerk

August 19, 2015

Brantley Development Partners, LLC
2255 Cumberland Parkway
Bldg. 1700
Atlanta, GA 30339

Dear Sirs:

Brantley County considers the property of Brantley Development Partners, LLC, formerly Magnolia Landholdings, LLC, situated on the North and South boundaries of State Highway 520 as one and the same tract of land.

Please let me know if I can be of further assistance.

Sincerely,

Carl

Carl L. Rowland
County Manager

**EXHIBIT**

D

013-2014-000995
Brantley County, Georgia
Real Estate Transfer Tax

Paid $ 2,632.80

Date 12-31-14

Clerk of Superior Court

State of Georgia     Clerk's Office
Brantley County     Superior Court
I certify that the within instrument of
writing was filed for record at ___ o'clock
at M this 31 day of Dec 2014
and duly recorded in book 588
O'Record folio 235-239 the
91 day of Dec 2014
Clerk Superior Court, Brantley Co., GA

Record and Return to:
Ross S. Schell
James-Bates-Brannan-Groover-LLP
P. O. Box 4283
Macon, GA 31208-4283

After recording, please return to:
James, Bates, Brannan & Groover, LLP
231 Riverside Drive
Macon, Georgia 31201
Attn: Ross Schell

## LIMITED WARRANTY DEED

This limited warranty deed is made as of December 22, 2014 by PRIMESOUTH BANK - BLACKSHEAR, party of the first part, in favor of BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, a Georgia limited liability company, party of the second part.

The party of the first part, for and in consideration of the sum of ten dollars in hand paid by the party of the second part, the receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, remise, alien, convey and confirm its and their heirs, successors, and assigns, forever, the all of that real estate (the "Real Estate") situated in Brantley County, Georgia and described with particularity on Exhibit "A" which is attached to and made a part of this deed.

To have and to hold the Real Estate, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the party of the second part, its and their heirs, successors, and assigns forever in fee simple, subject, however, to current real estate taxes not yet due and payable and all matters of record prior to the date hereto or which would be revealed by a current survey of the Real Estate (the "Permitted Exceptions").

And the party of the first part, for itself, and its successors, will warrant and forever defend the right and title to the Real Estate unto the part of the second part, its successors and assigns, against the claims of all persons and entities whomsoever claiming by, through or under the party of the first part, subject, however, to the Permitted Exceptions.



EXHIBIT

E

235

In witness whereof, the undersigned has executed this limited warranty deed, evidenced as follows.

PRIMESOUTH BANK - BLACKSHEAR

By: _____ S.V.P.
Tony Crews, Senior Vice President

Signed, sealed and delivered in by
the above-referenced person(s) in
the presence of:

_____
Unofficial Witness

_____
Notary Public

Notary Seal/Commission expiration:

## EXHIBIT "A"

### Legal Description

#### 1245 Waynesville Tract-Part of Tax Parcel No. 96-29 Compartment 516

All that certain lot, tract or parcel of land situate, lying and being in Brantley County, Georgia said to contain 169.54 acres, more or less, situated North of Georgia State Highway 110 and South of Tract "F" of Barlow Tract lands shown on plat of survey made by J. D. Gowen, dated January 21, 1946 and recorded in Plat Book 1, Page 174-175, aforesaid records and being a portion of the property known locally as part of Union Camp - International Paper Company - Waynesville Tract conveyed to Union Bag and Paper Corporation by Waynesville Naval Stores Company by deed recorded in the Office of the Clerk of the Superior Court of Brantley County, Georgia, at Book 13, Page 133, to which deed reference is hereby specifically made.

#### BARLOW TRACT "F"- PART OF TAX PARCEL NO. 96-29 COMPARTMENTS 520, 521, 525 AND 527

All that certain lot, tract or parcel of land situate, lying and being in Brantley County, Georgia, containing 2,244.46 acres, more or less, and being a portion of the property designated as Tract "F" of the Barlow Tract shown on plat of survey prepared by J. D. Gowen, dated January 21, 1946, and recorded in Plat Book 1, Pages 174-175, Clerk's Office, Brantley Superior Court, said composite Tract "F" shown to contain 2,283.54 acres, more or less, and being a portion of the property conveyed to Union Bag and Paper Corporation from Waver J. Barlow by deed recorded at Book 15, Page 73, in the Office of the Clerk of Superior Court of Brantley County, Georgia, to which deed and plat reference is hereby specifically made.

Barlow Tract "F" is bounded, now or formerly, as follows: North by Georgia Pacific Corporation, formerly Hilton, Gibson, L. W. Robinson, and M. H. Robinson; East by Waynesville Naval Stores and Gilman Timberland & Land Development Company, formerly McVeigh, Moody and Rozier; South by Union Bag and Paper Corporation's Waynesville Tract; and West by Oak Woodlands Subdivision, Clayton S. Hendricks, Dale A Middleton, Julian B. Middleton, and Marvin James Kelly, formerly Barlow, Yules, Pierce, Middleton, and Hill.

THERE IS EXCLUDED AND NOT CONVEYED HEREIN FROM THE ABOVE DESCRIBED TRACT "F" BARLOW TRACT THE FOLLOWING:

3

237

1)    That portion of the above described property conveyed in 100-foot wide right-of-way deed for State Route 110 from Union Bag & Paper Corporation to the State Highway Department of Georgia dated December 22, 1955, and recorded in Deed Book 18, Page 9, in said Clerk's Office;

2)    That portion of the above described property conveyed in right-of-way deeds from Union Camp Corporation to the Department of Transportation dated April 30, 1985, recorded in Deed Book 42, Page 39, in said Clerk's Office;

3)    One acre, more or less, described in deed from W. J. Barlow to the Georgia Department of Forestry and Geological Development, Division of Forestry, dated January 15, 1934, and recorded in Deed Book 10, Page 86, in said Clerk's Office;

4)    1.95 acres, more or less, described in deed from Union Camp Corporation to J. B. Middleton dated November 15, 1973, and recorded in Deed Book 30, Page 315, in said Clerk's Office;

5)    1.00 acre described in deed from Union Camp Corporation to Brantley County, Georgia dated March 29, 1984, and recorded in Deed Book 40, Page 252, in said Clerk's Office;

6)    10.1513 acre tract us shown on that certain survey prepared for Larry R. Weappa prepared by Strickland & Associates, Land Surveyors, recorded in Plat Book 20, Page 286, in said Clerk's Office; and

7)    That portion of the above described property lying south of State Route No. 110.

Less and except all that tract or parcel of land lying and being in the 1493rd G.M. District of Brantley County, Georgia, consisting of 25.00 acres, more or less, as shown and delineated upon a certain plat of survey made by Charles H. Tomberlin, Georgia Registered Land Surveyor No. 2973, which plat is dated March 11, 2008, and recorded in Plat Book 25, Page 75, in the office of the Clerk of Superior Court of Brantley County, Georgia, which plat is incorporated herein and made a part hereof by reference. Being the same property conveyed from Magnolia Land Holdings, LLC to Coca Cola Bottling Company United-East, LLC by Warranty Deed dated May 5, 2008 and recorded May 7, 2008 in Deed Book 439, Page 91, aforesaid records.

Less and except all that tract or parcel of land lying and being in the 1493rd G.M. District of Brantley County, Georgia, being Tract C-9 Magnolia Phase 1, containing 1.486 acres, Brantley County, Georgia, as per plat of survey prepared by Charles H. Tomberlin, Georgia Registered Land Surveyor No. 2973, dated

238

August 18, 2009 and being recorded in Plat Book 26, Page 33, Brantley County, Georgia records, said plat being incorporated herein by reference and made a part hereof. Being the same property conveyed from Magnolia Land Holdings, LLC to Philip O. Popwell by Warranty Deed recorded in Deed Book 486, Page 325, aforesaid records.

[NOTE: The above described property, upon information and belief, is the same property as shown on that certain plat of survey for Prime South Bank, containing 2,340.241 acres, more or less, prepared by Charles H. Tumberlin, Georgia Registered Land Surveyor No. 2973, which plat is dated May 6, 2013, and recorded in Plat Book 14A, Pages 208 and 209, Brantley County, Georgia records.]

The above-described property conveyed under this deed is the same property acquired by PRIMESOUTH BANK – BLACKSHEAR under that foreclosure deed under power of sale dated July 2, 2013 and recorded in Book 560, Page 40, records of Brantley County, Georgia.

2160675 1
003152-001018

## BRANTLEY COUNTY COMMISSION
### Regular Agenda
### February 5, 2015

The Brantley County Board of Commissioners held the February regular meeting on February 5, 2015, 6:00 PM, in the Commission Office.

Present were Charlie Summerlin, Chairman, Brian Hendrix, Vice Chairman, James Spradley, Mike Edgy and Jesse Mobley, Board Members. Also present was County Manager Carl Rowland and County Attorney Deen Strickland.

Chairman Summerlin called the meeting to order, gave the invocation and led in the pledge of allegiance to the flag.

### Approval of Minutes-January, 2015

Commissioner Hendrix made a motion to approve the minutes for the month of January, 2015. Commissioner Edgy seconded the motion. Motion carried.

### Additions to Agenda

Waynesville VFD-Surplus Truck; CDBG for Building at Recreation Park; Request from Brantley Development Partners

### Public Participation

Mr. Clayton Smith addressed the Board regarding the condition of Plantation Drive. He has discussed this issue with the Board on many occasions but has received no satisfaction. Roads are graded and maintained that have only a few houses on them while the road he lives on has 30 or more houses. He feels the County has failed to maintain Plantation Drive in a satisfactory manner.

Mr. Rowland stated Plantation Drive gets graded just the same as all other roads in the County. We have over 400 miles of dirt roads and the Road Department grades all public roads and make repairs.

Mr. Jonathan Thornton stated Hazelhurst Road and Thornton Road are hardly ever graded. He also expressed his disappointment in county employees not receiving their payroll checks the last of December on the day they normally would. His attention was called to the fact there are 26 pay periods in a year and Thursday, which was the actual payroll date, was on a holiday.



EXHIBIT
F

## Consent Agenda

Commissioner Hendrix made a motion to approve the consent agenda. Commissioner Edgy seconded the motion. Motion carried.

## Request from Greg Mullis to Waive Penalties and Interest on Tax Bills

Commissioner Spradley made a motion to deny a request by Greg Mullis to waive penalties and interest on tax bills. Commissioner Mobley seconded the motion. Motion carried.

## Transportation Bill

Commissioner Edgy made a motion to adopt a Resolution opposing House Bill 170 which is for Transportation funding and forward our legislative delegation a copy of the Resolution. Commissioner Mobley seconded the motion. Motion carried.

## Purchase of Grapple Truck

Commissioner Edgy made a motion to authorize the County Manager and Chairman to locate a grapple truck, have the county mechanic check it out and if it's in good shape, to purchase same. Commissioner Hendrix seconded the motion. Motion carried.

## Personal Social Media Policies

This item will be placed on the March agenda.

## Waynesville Volunteer Fire Department-Surplus Truck

Per a request from the Waynesville Volunteer Fire Department, Commissioner Edgy made a motion to declare surplus a 1997 Ford Ranger, VIN 1FTCR10U5VUB12160, and authorize the Waynesville VFD to dispose of same. Commissioner Spradley seconded the motion. Motion carried.

## CDBG for Building at Recreation Park

Mr. Rowland informed the Board several months the County began work on a CDBG application to construct an after school facility/building and we have progressed with the project. The Department of Community Affairs wants a third party to be in charge of the project and after talking with Laura Kelly with Family Connection, they have agreed to run it. The County will need to choose a grant writer and an architect. He suggested Bob Roberson & Associates as the grant writer and Ussery Rule Architects

as the architect. The grant will be in the amount of $500,000 and the county's match will be $70,000 cash and $30,000 in-kind work for a total local match of $100,000.

Commissioner Edgy made a motion to hire Bob Roberson & Associates as the grant writer and Ussery Rule as the architect and to proceed with the grant. Commissioner Mobley seconded the motion. Motion carried.

Commissioner Edgy made a motion to adopt a Resolution for the preparation and submittal of the Community Development Block Grant. Commissioner Hendrix seconded the motion. Motion carried.

## Request by Brantley Development Partners, LLC

Mr. Rowland advised previously the engineer of Brantley Development Partners, Steve Harbin Engineering and himself, reviewed the proposed activities in connection with waste handling, waste to energy and waste management and determined that those facilities and activities are consistent with our local land use plan and our Solid Waste Management Plan. At this time the investors of Brantley Development partners have requested that the Board of Commissioners ratify and approve our findings. Ultimately, this letter is necessary to obtain the necessary permits from the State of Georgia in operating an activity that deals with the use of waste material, be wood chips or any form of solid waste material.

Commissioner Edgy made a motion that the Board authorize the Chairman to execute two letters; the first letter acknowledging that the solid waste handling facilities proposed by Brantley Development Partners, LLC to be located on a site formerly known as Magnolia Holdings Business Park is consistent with the approved Solid Waste Management Plan adopted by Brantley County and the cities of Hoboken and Nahunta on June 26, 2006, and our most recent 2011 Five-Year Short Term Work Program 2010-2019; and, the second letter acknowledging that the facilities proposed by the Brantley Development Partners, LLC is consistent with Brantley County's Local Land Use Plan. Commissioner Hendrix seconded the motion. Motion carried.

There being no further business, Commissioner Hendrix made a motion to adjourn. Commissioner Mobley seconded the motion. Motion carried.

Charlie Summerlin, Chairman

ATTEST:

Dale J. Halligan, County Clerk



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bobo@hocmline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Halligan, County Clerk
Reid T. Herrin, Accounting Coordinator
Cindy Lott Jr, Office Clerk

February 6, 2015

Ms. Claudia Moeller, Program Manager
4244 International Parkway, Suite 104
Atlanta, Georgia 30354

RE: Proposed Solid Waste Handling Facility
    Brantley Development Partners
    Former Magnolia Holding Business Park
    Brantley County, Georgia

Dear Ms. Moeller:

The proposed private Solid Waste Handling Facility proposed by the Brantley County Development Partners, LLC at the former Magnolia Holdings Business Park is consistent with Brantley County's local land use plan. Brantley County at the present time does not have a zoning ordinance.

Sincerely,

Charles D. Summerlin, Jr.
Chairman

"A Progressive County Government for Progressive People"



EXHIBIT

G



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
JJ Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrx, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Holligan, County Clerk
Brad T. Hardin, Accounting Coordinator
Cindy Fickes, Office Clerk

February 6, 2015

Ms. Claudia Moeller, Program Manager
4244 International Parkway, Suite 104
Atlanta, Georgia 30354

RE: Proposed Solid Waste Handling Facility
Brantley Development Partners
Former Magnolia Holding Business Park
Brantley County, Georgia

Dear Ms. Moeller:

The Board of Commissioners and its staff have reviewed the approved Solid Waste Management Plan adopted by Brantley County and the Cities of Hoboken and Nahunta on June 26, 2006 and our most recent 2011 Five – year Short Term Work Program 2010 – 2019 and have determined that the solid waste handling facilities being proposed by Brantley Development Partners, LLC to be located on a site formerly known as Magnolia Holdings Business Park is consistent with the plans and programs cited above.

We further certify that Brantley County has a strategy and is actively engaged in meeting the statewide goal of reducing waste.

Sincerely,

Charles D. Summerlin, Jr.
Chairman

"A Progressive County Government for Progressive People"



# HARBIN ENGINEERING, P.C.

### CIVIL & ENVIRONMENTAL CONSULTANTS

J. Steven Harbin, P.E.
*President*

G. Curtis Reynolds, P.E.
Michael W. Biers, P.E.

RECEIVED

DEC 29 2016

By:

December 29, 2016

Ms. Rima Naji
Georgia Environmental Protection Division
4144 International Parkway, Suite 104
Atlanta, Georgia 30354

Subject:     Application for Solid Waste Handling Permit – Request for Site Suitability
Brantley County Development Partners, LLC (BCDP)
U.S. 82 Solid Waste Handling Facility - South
Brantley County, Georgia
H.E. Project No.: 1390-010-01

Dear Ms. Naji:

Please find enclosed five (5) signed copies of an *Application for Solid Waste Handling Permit – Request for Site Suitability* for a new Municipal Solid Waste Landfill (MSWL), Materials Recovery Facility (MRF), Processing Facility and Thermal Treatment Facility. Enclosed with the "application" are the following items:

1.  Site Assessment Report (SAR) prepared in accordance with Georgia Rule 391-3-4-.05;
2.  Documentation that the proposed solid waste handling facility complies with local zoning and land use ordinance (See Appendix D of SAR); and
3.  Documentation that the proposed facility is consistent with the approved local solid waste management plan and that the host jurisdiction generating solid waste destined for the applicants' facility can demonstrate that they are actively involved in a and have a strategy for meeting the statewide goal of waste reduction (See Appendix D of SAR).

If you have any questions concerning this report, please call us at (478) 992-9122.

Sincerely,

HARBIN ENGINEERING, P.C.

J. Steven Harbin, P.E.
*President*

Michael W. Biers, P.E.
*Project Engineer*

Robert Krasko, P.G.
*Senior Hydrogeologist*

cc:     Chad Hall, w/o enclosures
John Kelly, w/o enclosures

43 West Johnston Street · Forsyth

) 992-9122 · Fax: (478) 994-0439

**EXHIBIT**

*H*

Send completed application to:
Environmental Protection Division, Solid Waste Management Program
4244 International Parkway, Suite 104
Atlanta, GA 30354-3902

**EPD Use Only**

County: _____

Name _____

# Application for Solid Waste Handling Permit
## Request for Site Suitability

(Please type or print)

I. APPLICANT INFORMATION

Name: **Brantley County Development Partners, LLC**

Address: **2255 Cumberland Pkwy Building 1700**   Phone: **(770) 317-0677**

City: **Atlanta**   State: **GA**   ZIP Code: **31029**

Authorized Official: **John Kelly**   Title: **Managing Member**

Mailing Address: **2255 Cumberland Pkwy Building 1700**   Phone: **(770) 317-0677**

City: **Atlanta**   State: **GA**   ZIP Code: **31029**

Signature:   Date: **12/29/2016**

II. OPERATION TYPE: Only check boxes for the operation(s) for which you will be responsible

A.   ☒ Processing   ☐ Ba ing   ☒ Composting   ☒ Shredding   ☒ Materials Recovery Facility

☐ Other (please list)

B.   ☒ Disposal (site suitability request must be accompanied by written zoning confirmation and a site assessment report prepared in accordance with Chapter 391-3-4-.05)

☒ Municipal Solid Waste Landfill   ☒ Construction & Demolition Landfill

☒ Thermal Treatment   ☒ Inert Landfill

☐ Commercial Industrial Waste Disposal Facility (describe types of waste on a separate sheet)

☐ Private Industry Solid Waste Disposal Facility (describe types of waste on a separate sheet)

Property for Processing/Disposal is:   ☒ Owned   ☐ Leased (please complete owner details below)

Property Owner (if leased): **N/A**

Address: **N/A**   Phone: **N/A**

City: **N/A**   State: **N/A**   ZIP Code: **N/A**

III. DESCRIPTION OF OPERATION: Briefly describe the general nature of the proposed operation

**Processing, composting, shredding, materials recovery, thermal treatment and disposal of municipal solid waste, construction & demolition waste and inert waste.**

IV. TYPE OF APPLICATION

☒ New Permit   ☐ Major Modification to Existing Permit   ☐ Transfer of Permit   ☐ Special Solid Waste

V. AREAS SERVED: If the facility is a regional landfill or a landfill serving multiple counties, list the municipalities and/or counties to be served

**Brantley County, City of Hoboken, City of Nahunta**

VI. OTHER PERMITS: List any other environmental permits being applied for in relation to this operation
US EPA Title V Air Permit, NPDES Storm Water Permit

VII. LOCATION OF OPERATION: Describe below and attach a street or highway map indicating the site/facility location
US Highway 82 East, Waynesville, Georgia 31566

Latitude 31° 13' 36.57"                                    Longitude: 81°48' 50.93"

VIII. OWNERS: List all owners of the facility (defined as holding a 5% or greater share)
Wooddall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragonox Venture Capital, LLC

IX. APPLICANT DETAILS: This section must be completed by all applicants

A.

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of a felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within two years preceding the application for a permit? | ☐ | ☒ |

B. On a separate sheet, please provide detailed explanations for each question above answered 'yes.'

C. If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

X. SIGNATURES

Applicant Signature: _____ ; Manager

Brantley County Development Partners, LLC

Sworn to and subscribed before me this 28 th day of September 2018

Notary Public: Scott J. Hocog                      My commission expires: 2 9 19

SWM-FM Application for Solid Waste Handling Permit, Rev. 04/15

2

**VI.** OTHER PERMITS: List any other *environmental* permits being applied for in relation to this operation

US EPA Title V Air Permit, NPDES Storm Water Permit

**VII.** LOCATION OF OPERATION: Describe below and attach a street or highway map indicating the site/facility location

US Highway 82 East, Waynesville, Georgia 31566

Latitude: 31° 13' 36.57"  |  Longitude: 81°48' 50.93"

**VIII.** OWNERS: List all owners of the facility (defined as holding a 5% or greater share)

Woodall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragonox Venture Capital, LLC

**IX. APPLICANT DETAILS:** This section must be completed by all applicants

**A.**

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☑ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☑ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☑ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☑ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☑ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☑ |

**B.** On a separate sheet, please provide detailed explanations for each question above answered 'yes.'

**C.** If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

**X. SIGNATURES**

Applicant Signature: *C. Lu Woodall, Manager*    Woodall Holdings, LLLP

Sworn to and subscribed before me this ___27th___ day of ___December___ 20_16_.

Notary Public: *Mary Davis Cintel*    Commission expires: 5/27/18

**VI. OTHER PERMITS:** List any other environmental permits being applied for in relation to this operation

US EPA Title V Air Permit, NPDES Storm Water Permit

**VII. LOCATION OF OPERATION:** Describe below and attach a street or highway map indicating the site/facility location

US Highway 82 East, Waynesville, Georgia 31566

Latitude: 31° 13' 36.57"    Longitude: 81°48' 50.93"

**VIII. OWNERS:** List all owners of the facility (defined as holding a 5% or greater share)

Woodall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragonox Venture Capital, LLC

**IX. APPLICANT DETAILS:** This section must be completed by all applicants

**A.**

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

**B.** On a separate sheet, please provide detailed explanations for each question above answered "yes."

**C.** If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

**X. SIGNATURES**

Applicant Signature:

Tall Pine Properties    John H. Isbel, MAGER

Sworn to and subscribed before me this _28th_ day of _December_, 20 _16_.

Notary Public: _Jasoria Young_    My commission expires: 7-31-17

My Commission Expires July 31, 2017

SWM-FM Application for Solid Waste Handling Permit, Rev. 04/15

2

VI. OTHER PERMITS: List any other environmental permits being applied for in relation to this operation

US EPA Title V Air Permit, NPDES Storm Water Permit

VII. LOCATION OF OPERATION: Describe below and attach a street or highway map indicating the site/facility location

US Highway #2 East, Waynesville, Georgia 31566

Latitude: 31° 13' 36.57"                    Longitude: 81°48' 50.93"

VIII. OWNERS: List all owners of the facility (defined as holding a 5% or greater share)

Woodcall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragonox Ventura Capital, LLC

| | Yes | No |
|---|---|---|
| A. | | |
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

B. On a separate sheet, please provide detailed explanations for each question above answered "yes."

C. If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

X. SIGNATURES

Applicant Signature:                                    Thunderwood

_____, Manager                          Investments, LLC

Sworn to and subscribed before me this ____ day of December, 20__.

Notary Public: _____          My commission expires: _____

2

VI. OTHER PERMITS: List any other environmental permits being applied for in relation to this operation

US EPA Title V Air Permit, NPDES Storm Water Permit

VII. LOCATION OF OPERATION: Describe below and attach a street or highway map indicating the site/facility location

US Highway 82 East, Waynesville, Georgia 31566

| Latitude: 31° 13' 36.57" | Longitude: 81°48' 50.93" |

VIII. OWNERS: List all owners of the facility (defined as holding a 5% or greater share)

Wooddall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragonox Venture Capital, LLC

IX. APPLICANT DETAILS: This section must be completed by all applicants

A.

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

B. On a separate sheet, please provide detailed explanations for each question above answered 'yes.'

C. If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

X. SIGNATURES

Applicant Signature:

Thunderwood Investments, LLC, John Kelly, Manager

Sworn to and subscribed before me this 28th day of December , 20 16 .

Notary Public: Holly R. McCoy           My Commission expires: 2/2/2018

SWM-FM Application for Solid Waste Handling Permit, Rev. 2/16          2

Latitude: _____                    Longitude: _____

VTIL OWNERS: List all owners of the facility (defined as holding a 5% or greater share)
Woodhall Holdings, LLLP, Tall Pine Properties, LLC; Thundermood Investments, LLC; Alterra Developments, LLC; Dragonzx
Venture Capital, LLC

## III. APPLICANT DETAILS: This section must be completed by all applicants

A.

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

B. On a separate sheet, please provide detailed explanations for each question above answered "yes."

C. If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

## X. SIGNATURES

Applicant Signature: _____  MANAGER

Alterra Developments, LLC

Sworn to and subscribed before me this ___28___ day of ___Dec___ 20_16_

Notary Public: _____  My commission expires: __1/6/2017__

VI. OTHER PERMITS: List any other *environmental* permits being applied for in relation to this operation.

US EPA Title V Air Permit, NPDES Storm Water Permit

VII. LOCATION OF OPERATION: Describe below and attach a street or highway map indicating the site/facility location

US Highway 82 East, Waynesville, Georgia 31565

Latitude: 31° 13' 36.57" | Longitude: 81°48' 50.93'

VIII. OWNERS: List all owners of the facility (defined as holding a 5% or greater share)

Wooddall Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alorra Developments, LLC; Draganox Ventura Capital, LLC

IX. APPLICANT DETAILS: This section must be completed by all applicants

A.

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

B. On a separate sheet, please provide detailed explanations for each question above answered "yes."

C. If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

X. SIGNATURES

Applicant Signature: _____ Manager, Alorra Developments LLC

Sworn to and subscribed before me this ___ day of _____, 20__.

Notary Public: _____ My commission expires: _____

2

**VI. OTHER PERMITS:** List any other *environmental* permits being applied for in relation to this operation

US EPA Title V Air Permit, NPDES Storm Water Permit

**VII. LOCATION OF OPERATION:** Describe below and attach a street or highway map indicating the site/facility location

US Highway 82 East, Waynesville, Georgia 31566

| Latitude: 31° 13' 36.57" | Longitude: 81°48' 50.93" |
|---|---|

**VIII. OWNERS:** List all owners of the facility (defined as holding a 5% or greater share)

Wooddell Holdings, LLLP; Tall Pine Properties, LLC; Thunderwood Investments, LLC; Alerra Developments, LLC; Dragorok Venture Capital, LLC

**IX. APPLICANT DETAILS:** This section must be completed by all applicants

**A.**

| | Yes | No |
|---|---|---|
| (1) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association intentionally misrepresented or concealed any material fact in the application submitted to the director? | ☐ | ☒ |
| (2) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association obtained or attempted to obtain the permit by misrepresentation or concealment? | ☐ | ☒ |
| (3) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted by final judgment, and all appeals have been exhausted, in the State of Georgia or any federal court of any felony involving moral turpitude within three years immediately preceding the application for a permit? | ☐ | ☒ |
| (4) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been convicted of any violations of any laws punishable as a felony in any state or federal court within five years preceding the application for a permit? | ☐ | ☒ |
| (5) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association knowingly, willfully, and consistently violated the prohibitions specified in Code Section 12-8-30.7? | ☐ | ☒ |
| (6) Has the applicant, or if the applicant is a corporation, partnership, or association, has any officer, director, manager, or shareholder of five percent or more of stock financial interest in the corporation, partnership, or association been adjudicated in contempt of any court order enforcing any federal environmental laws or any environmental laws of the State of Georgia within five years preceding the application for a permit? | ☐ | ☒ |

**B.** On a separate sheet, please provide detailed explanations for each question above answered "yes."

**C.** If the owner and/or operator (defined as holding a 5% or greater share) of the facility is other than the applicant, the owner and/or operator must also submit the information required in this section.

**X. SIGNATURES**       Dragorok Venture Capital, LLC

Applicant Signature:

Adrian T. Prost

*I understand the oath, etc. of heal. Appl. DeOATH by th. personal signature of Adrian T. Prost*

Sworn to and subscribed before me this _27_ day of ____ Dec. , 20_16_.

Notary Public: Holly R. McCoy       My Commission expires: Click here to enter a date.



PROPOSED
SITE

INITIAL SUBMITTAL DATE 5-11-2016.  DRAWING  390-010 SAR Figures.dwg  HE PROJECT NO.  390-010  C

NOTE: BASE IMAGE COURTESY OF UNITED STATES GEOLOGIC SURVEY (USGS) 7.5-MINUTE SERIES QUADRANGLE MAPS FOR WAYNESVILLE (2014) AND NAHUNTA (2014). IMAGE OVERLAY METHODS ARE APPROXIMATE.

BARRIN ENGINEERING, LLC
41 West Johnston Street
Forsyth, Georgia 31029
Phone (478) 997-9122

BRANTLEY COUNTY
DEVELOPMENT PARTNERS, LLC

BRANTLEY COUNTY
S.R. 50 MSWL

SITE SUITABILITY ASSESSMENT REPORT

TOPOGRAPHIC MAP OF GENERAL SITE AREA

FIGURE

1-01

SITE ASSESSMENT REPORT

FOR THE

BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC (BCDP)

U.S. 82 SOLID WASTE HANDLING FACILITY - SOUTH

Prepared for

Brantley County Development Partners, LLC
918 Fieldstone Drive
Macon, Georgia 31210

December 2016

Report Prepared by





## HARBIN ENGINEERING, P.C.
CIVIL & ENVIRONMENTAL CONSULTANTS

41 West Johnston Street · Forsyth, Georgia 31029 · Phone: (478) 992-9122 · Fax: (478) 994-0439
www.harbinengineering.com

## TABLE OF CONTENTS

LIST OF TABLES
LIST OF FIGURES
LIST OF APPENDICES

PAGE

INTRODUCTION ..................................................................................... 1

1.0    GENERAL SITE AREA ..................................................................... 1

1.1    Description of General Site Area ...................................................... 1

1.2    Proximity to Roads, Airports and Railroads ..................................... 1

1.3    Proximity to County Boundaries and National Historic Sites ............ 2

1.4    Proximity to Floodplains ................................................................. 2

1.5    Proximity to Streams and Wetlands ................................................ 3

1.6    Proximity to Most Significant Ground-Water Recharge Areas .......... 4

1.7    Proximity to Public and Domestic Water Supplies ........................... 4

       1.7.1. Proximity to Surface Water Intakes ...................................... 4

       1.7.2. Proximity to Public Drinking Water Wells ............................. 5

       1.7.3. Proximity to Private (Domestic) Drinking Water Wells .......... 6

1.8    Zoning and Notification .................................................................. 7

1.9    Proximity to Other Solid Waste Facilities ........................................ 8

1.10   Proximity to Private Recreational Camps ........................................ 8

1.11   Proximity to Federally Restricted Airspace ...................................... 8

2.0    SURFACE AND SUBSURFACE INVESTIGATIONS ........................ 8

2.1    Topographic Description .................................................................. 8

2.2    Boring and Sampling Program ........................................................ 9

2.3    Description of Soils and Rocks ........................................................ 9

       2.3.1. Site Geology ........................................................................ 10

       2.3.2. Pumping Tests .................................................................... 12

2.4    Description of Unconfined Aquifer ................................................. 14

2.5    Description of Confined Aquifers ................................................... 15

2.6    Potential of Unconfined and Confined Aquifers as Sources of Drinking Water.... 16

2.7    Description of Geologic and/or Natural Hazards and for Seismic Impact Zone ... 17

       2.7.1. Fault Areas ......................................................................... 17

       2.7.2. Seismic Impact Zones ......................................................... 17

| | 2.7.3. Unstable Areas | 17 |
|---|---|---|
| 3.0 | PATHWAY ANALYSIS | 18 |
| 3.1 | Description of Inter-Relationships Between the Vadose Zone, the Uppermost Aquifer and Deeper Aquifers | 18 |
| 3.2 | Calculated Ground-Water Flow Velocities | 19 |
| 3.3 | Groundwater Pollution Potential | 20 |
| 3.4 | Description of the Inter-Relationship Between Groundwater Flow Directions and Potential Receptors | 21 |
| 3.5 | Estimated Travel Time for Leachate to Reach Potential Receptors | 21 |
| 3.6 | Mitigation of Geologic and/or Natural Hazards | 22 |
| 4.0 | RECOMMENDATIONS FOR DESIGN | 22 |
| 4.1 | Favorable Areas | 22 |
| 4.2 | Unfavorable Areas | 23 |
| 4.3 | Liner/Leachate Collection Systems | 23 |
| 4.4 | Cell Depths (including relationship to water table) | 24 |
| 4.5 | Site Drainage and Erosion Control | 24 |
| 4.6 | Buffer Zones | 24 |
| 4.7 | Monitoring | 25 |
| 4.8 | Disposition of Borings/Piezometers | 25 |
| 4.9 | Other Recommendations | 25 |
| 5.0 | REFERENCES CITED/METHODS | 26 |

## LIST OF TABLES

TABLE 1    SATILLA RIVER BASIN NON-FARM SURFACE WITHDRAWAL PERMITS (REVISED 2014)

TABLE 2    PUBLIC DRINKING WATER SYSTEMS IN BRANTLEY COUNTY (REVISED JANAURY 2016)

TABLE 3    PRIVATE (DOMESTIC) WATER WELL INVENTORY WITHIN 0.5 MILE OF PROPOSED SITE

TABLE 4    SUMMARY OF UNDISTORUBED SAMPLE LABORATORY ANALYSIS

TABLE 5    SUMMARY OF SOIL SERIES RANGE OF HYDRAULIC CONDUCTIVITY

TABLE 6    SUMMARY OF WELL DEVELOPMENT LOGS

LIST OF FIGURES

FIGURE 1-01     TOPOGRAPGHIC MAP OF GENERAL SITE AREA

FIGURE 1-02     TOPOGRAPHIC MAP OF SITE

FIGURE 1-03     MOST SIGNIFICANT GROUNDWATER RECHARGE AREAS

FIGURE 1-04     PUBLIC WATER SUPPLIES

FIGURE 1-05     DOMESTIC WATER SUPPLIES WITHIN HALF-MILE OF SITE

FIGURE 1-06     AIRPORTS AND FEDERALL RESTRICTED AIRSPACE

FIGURE 1-07     COUNTY BOUNDARIES

FIGURE 1-08     FLOODPLAINS

FIGURE 1-09     JURISDICTIONAL WETLANDS

FIGURE 1-10     NATIONAL WETLANDS INVENTORY

FIGURE 1-11     SOLID WASTE FACILITIES WITHIN TWO MILES OF SITE

FIGURE 1-12     NATIONAL HISTORIC SITES

FIGURE 1-13     PRIVATE RECREATION CAMPS

FIGURE 1-14     POTENTIAL TIDAL FLOODING FROM HURRICANES

FIGURE 2-01     BORING LOCATIONS AND POTENTIOMETRIC MAP OF
                UNCONFINED AQUIFER

FIGURE 2-02     GEOLOGIC CROSS SECTION OF SITE

FIGURE 2-03     GEORGIA GEOLOGIC MAP

FIGURE 2-04     SOIL SURVEY MAP

FIGURE 2-05     FAULT MAP

FIGURE 2-06     SEISMIC IMPACT ZONE MAP

FIGURE 2-07     POTENTIOMETRIC MAP OF UPPER BRUNSWICK AQUIFER

FIGURE 2-08     POTENTIOMETRIC MAP OF UPPER FLORIDAN AQUIFER

FIGURE 3-01     SCHEMATIC CROSS-SECTION SHOWING RELATIONSHIP
                BETWEEN AQUIFERS

FIGURE 3-02     MAP SHOWING DOWN-GRADIENT RECEPTORS

FIGURE 3-03     HIGH POLLUTION SUSCEPTIBILITY AREAS

FIGURE 4-01     AREAS FAVORABLE AND UNFAVORABLE FOR MUNICIAPAL
                SOLID WASTE LANDFILLING

FIGURE 4-02     CONCEPTUAL    CROSS-SECTION    OF    RECOMMENDED
                UNDERDRAIN OR CAPILLARY SYSTEM (AS NECESSARY)

LIST OF APPENDICES

A   NOTIFICATION TO FEDERAL AVIATION ADMINISTRATION (FAA) SITE IS WITHIN FIVE (5) MILES OF AIRPORT

B   U.S. CORPS OF ENGINEERS APPROVED JURISDICTIONAL DETERMINATION AND HABITAT ASSESSMENT FOR THREATENED AND ENDANGERED SPECIES REPORT PREPARED BY ENVIRONMENTAL SERVICES, INC.

C   PROPERTY OWNER RECORDS USED FOR WELL INVENTORY

D   REQUIRED NOTIFICATION LETTERS FROM BRANTLEY COUNTY

E   2006 SOLID WASTE MANAGEMENT PLAN (UPDATED AUGUST 2011)

F   FUTURE LAND USE PLAN (SEPTEMBER 2010)

G   SUBSURFACE INVESTIGATION AND WELL INSTALLATION PROJECT PREPARED BY ADVANCED ENVIONMENTAL MANAGEMENT, INC. (AEM)

H   A REVISION OF THE LITHOSTRATIGRAPHIC UNITS OF THE COASTAL PLAIN OF GEORGIA: THE MIOCENE THROUGH HOLOCENE BY PAUL F. HUDDLESTUN

I   HISTORICAL WATER LEVELS, WELL DEVELOPMENT AND PUMPING TEST INFORMATION

J   USGS SCIENTIFIC INVESTIGATIONS REPORT (SIR) 2011-5048: GROUNDWATER CONDITIONS AND STUDIES IN GEORGIA, 2008-2009

K   THE SURFICIAL AND BRUNSWICK AQUIFER SYSTEMS-ALTERNATIVE GROUND-WATER RESOURCES FOR COASTAL GEORGIA BY JOHN S. CLARKE

L   INFORMATION PROVIDED BY WOODROW SAPP WELL DRILLING AND WATER MANAGEMENT

M   COMPREHENSIVE PLAN FOR BRANTLEY COUNTY AND THE CITIES OF HOBOKEN AND NAHUNTA (JUNE 2016)

N   NRCS SOIL SERIES OFFICIAL SERIES DESCRIPTIONS



# LOVETT LAW

**L. Robert Lovett**
Attorney

Phone: 473.476.4300
Fax: 478.476.9090
E-mail: bros@lovettlawgroup.com

June 19, 2019

*Via Facsimile Transmission, (912) 283-0899*
*Via E-Mail, cdscotty@accessatc.net*
*Federal Express Overnight 8138 8067 2500*
*Next Day Delivery (478) 474-1246*

Mr. Chris Harris, Chairman
Mr. Brian Hendrix, Vice Chairman
Mr. Randy Davidson, Commissioner
Mr. Jesse Mobley, Commissioner
Mr. Ray Griffin, Commissioner

> C/O Mr. Dean Strickland
> 102 Albany Avenue
> Waycross, Georgia 31501

Re: *Brantley County Development Partners, LLC vs. Brantley County, Georgia et al.*
*Superior Court of Brantley County*
*Civil Action No. 17V-212*

Dear Sirs:

As you know, I represent the Brantley County Development Partners, LLC., a Georgia Limited Liability Company, (herein referred to as "BCDP"). BCDP currently has a pending lawsuit against the county and various members of the commission. This letter should not be construed as a waiver or release of any right, claim or interest of BCDP against Brantley County, the individual Brantley County Board of Commissioners, it's members, officials, employees or attorneys. Further, by the submission of this letter, it should in no manner be construed as an "application" or submission by my clients pursuant to the alleged Land Use Ordinance of Brantley County, Georgia, dated September 8, 2016 or the alleged "amended and readopted" Land Use

A Limited Liability Company

5400 Riverside Drive, Suite 203 Macon, GA 31210    www.LovettLawGroup.com

**EXHIBIT**

I

Ordinance of Brantley County Georgia, dated June 15, 2017, or any alleged official zoning map, zoning maps or text amendments to said map or maps.

The purpose of this letter is to request that the county and members of the commission, or the authorized county official or employee, confirm and certify that the proposed solid waste handling facilities, which were applied for by BCDP's filing of an application with Georgia Environmental Protection Division on December 29, 2016, are not subject to either the Land Use Ordinance of Brantley County, Georgia, allegedly adopted on September 8, 2016, and amendments to the ordinance or the allegedly "amended and readopted" Comprehensive Land Use Ordinance of Brantley County, Georgia, dated June 15, 2017, or the consolidation, re-adoption or amendment of the allegedly official zoning map or maps attempted on June 15, 2017.

Further, the commission is also requested to confirm that the Regional Solid Waste Management Plan adopted by this commission on June 15, 2017 is likewise inapplicable to the proposed solid waste handling facilities applied for by BCDP on December 29, 2016. The letters should clearly state that the local land use laws and the Regional Solid Waste Management Plan were enacted and adopted after the County issued letters certifying compliance pursuant O.C.G.A. §12-8-24 (g) and cannot be applied ipso facto or retroactively in violation of BCDP's vested property interest and rights, privileges and immunities guaranteed BCDP under the **Constitution of the State of Georgia, Amendments I; IX and X and the Constitution of the United States of America, I, V and XIV Amendments.** This vested right has recently been confirmed by the Supreme Court of Georgia. **Southern States-Bartow County, Inc v. Riverwood Farm Homeowners Assn., et al.,** 300 Ga. 609, 797 S.E.2d 468 (2017). Any refusal to provide the requested letters will be an intentional and unlawful violation of the well-established rights of my clients for which you will be held personally liable. The violation of BCDP's

Iffe+1 015 15) Brantley County Development Partners Commissioners 08 19 19_LDL Commissioners/compliance letters

2

property rights are indeed on going and continue. Your past, present and future actions to "stop the landfill and other solid waste handling facilities" applied for by my client's permit application have cost my client's time and money, and thus have temporarily and permanently taken my client's use of their property without just and adequate compensation. As a result of your violation of BCDP's rights, you have intentionally and knowingly decided to deny the partners of BCDP the lawful improvement, development and use of their property including the development of permitted solid waste management handling facilities to realize their reasonable investment backed expectations of monetary gain.

My client's desire is to avoid any further delays, harm and cost of litigation. This letter is precipitated by the fact that BCDP's reasonable investment backed expectations and business commitment opportunities of value have been lost due to your individual actions and omissions, and intentional delay and obstruction of the Georgia Environmental Protection Division ("EPD") permitting process. The partners of BCDP had experience in the solid waste business and separately owned and operated many solid waste handling facilities in Georgia. In early 2014, the Board of Commissioners, public officials and employees of Brantley County solicited individual members of BCDP to site new, state of the art solid waste handling facilities in Brantley County on a 2,430-acre tract of land, the property known as "Magnolia Holdings Business Park," a failed industrial development. BCDP and Brantley County were ready for profit and income from the development and operation of the facilities. Members of BCDP arranged for Brantley County commissioners, public officials and employees to visit various operating, permitted facilities and new solid waste handling technologies in Georgia, Florida and Tennessee. Upon completion of the county's due diligence, the Board of Commissioners encouraged BCDP partners to move forward with the development of the facilities, including a municipal solid waste landfill.

In January 2015, just as the partners of BCDP did when the Board of Commissioners solicited their involvement and development of the solid waste handling facilities in Brantley County, BCDP, requested that the Brantley County Board of Commissioners to issue the letters as "written verification that the proposed facility complies with local zoning or land use ordinances, if any; and ... that the proposed facility is consistent with the local, regional solid waste management plan developed in accordance with OCGA § 12-8-31.1... ." OCGA § 12-8-24(g). The letters from the county are required to be submitted with the application for solid waste handling permit and is necessary to begin the permitting process. It is a matter of public record that on or about November 21, 2014, almost a year after the members of commission authorized the county manager, Mr. Carl Rowland, in his official capacity, to comply with BCDP's request and to issue the two (2) letters to Ms. Claudia Moeller, Program Manager of Georgia EPD. The letters were issued and dated November 21, 2014. In the first letter, Mr. Rowland states on behalf of the Board of Commissioners that,

> "[t]he proposed private _Solid Waste Handling Facility located at the_
> _Magnolia Holdings Business Park complies with Brantley County's_
> _local land use plan. Brantley County at the present time does not have a_
> _zoning ordinance."_

(Emphasis Added). And in the second letter of the same date addressed to Ms. Moeller, the EPD Program Manager, Mr. Rowland stated,

> _"BCDP's proposed Solid Waste Handling Facilities to be located on_
> _the property formerly owned by Magnolia Holdings Business Park" is_
> _consistent with the Solid Waste Management Plan adopted by Brantley_
> _County and the Cities of Hoboken and Nahunta dated June 22, 2006_
> _and its most recent 2011 Five -Year short term work program 2010 – 2019,_

> *adopted on August 9,2011, and I have determined that the proposed Solid*
> *Waste Handling Facility to be located at the Magnolia Holdings Business*
> *Park is consistent with that plan.*

(Emphasis Added).    After receipt of the two letters, BCDP contracted to purchase the subject

property and retained consultants to conduct "due diligence" and begin the process of preparing

the information to apply for the solid waste handling facilities permit by both parties.

Therefore, in January 2015, BCDP again requested the two letters of written verification

issued to the Georgia EPD.  As evidenced in the official minutes of the regular meeting of the

Brantley County Commission held on February 5, 2015, Mr. Rowland informed the commission

that he and Mr. Steve Harbin, P.E., BCDP's engineer,

> *"reviewed the proposed activities of BCDP in connection with waste handling,*
> *waste to energy and waste management and determined that those facilities*
> *and activities are consistent with our local land use plan and our Solid Waste*
> *Plan(sic).  At this time the investors in Brantley Development partners(sic)*
> *have requested that the Board of Commissioners ratify and approve our*
> *findings   Ultimately, this letter is necessary to obtain the necessary permits*
> *from the State of Georgia in operating an activity that deals with the use of waste*
> *material, be wood chips or any form of solid waste material."*

(Emphasis Added).

Upon motion by Commissioner Edgy, and seconded by Commissioner Hendrix, "the Board

authorized the Chairman to execute two letters; the first acknowledging that the solid waste

handling facilities proposed by Brantley Development Partners, LLC, to be located on a site

formerly known as Magnolia Holdings Business Park is consistent with the approved Solid Waste

Management Plan adopted by Brantley County and the cities of Hoboken and Nahunta on June 26, 2006, our most recent 2011 Five- Year Short Term Work Program 2010 - 2019; and a second letter acknowledging the Facilities proposed by the Brantley Development Partners, LLC is consistent with Brantley County's Local Land Use Plan". The Motion carried. Present at the February 5, 2015 regular meeting were Charlie Summerlin, Chairman, Brian Hendrix, Vice Chairman James Spradley, Mike Edgy and Jesse Mobley, Board Members. No discussion was noted or opposition to the motion recorded. The motion carried unanimously.

As authorized and directed by the individual members of the Board, the first of two-letters dated February 6, 2015 issued, signed by Chairman Charlie Summerlin and addressed to Ms. Claudia Moeller, Program Director at EPD in Atlanta, referencing "Proposed by the Board Solid Waste Handling Facility, Brantley County Development Partners and stated:

> *"The proposed private Solid Waste Handling Facility proposed by the Brantley County Business Development Partners, LLC at the former Magnolia Holdings Business Park is consistent with Brantley County's local land Use plan. Brantley County at the present time does not have a zoning ordinance."*

(Emphasis Added). Likewise, the second letter to Ms. Moeller at EPD stated:

> *"The Board of Commissioners and its staff have reviewed the approved Solid Waste Manageme Plan adopted by Brantley County and the Cities of Hoboken and Nahunta on June 26, 2006 and our most recent 2011 Five – Year Short Term Work Program 2010-2019 and <u>have determined the solid waste handling facilities being proposed by Brantley Development Partner, LLC to be located</u> on any site formerly known as Magnolia Holdings Business*

[file # 1-C15-15) Brantley County Development Partners Correspondence-Vol.17.19_LBL-Quarries.coxaxxapplication.docx

*Park is consistent with the plans and programs cited above."*

(Emphasis Added).

When the letters of written verification issued to Georgia EPD, BCDP's purchased of the Subject Property, incurrence of debt, contracting with engineers, geologist, hydrogeologist, application and receipt of a Section 404 permit from the Army Corp of Engineers, surveys, soil test, groundwater test and their vested rights resulted in a vested property interest of BCDP.

Upon receipt of the November 21, 2014 letters of confirmation, BCDP raised the necessary capital to develop the facilities, obtained a loan and purchased the Subject Property, formerly known as "Magnolia Holdings Business Park" for $2,632,800.00, engaged a professional engineering firm, which specialized in the siting, permitting, design and operation of solid waste handling facilities, retained professional geologist and hydrogeologist required to perform site suitability studies required to obtain the facility permits, retained a professional Environmental Sciences firm to delineate wetlands and to perform the required endangered and protective species studies required to apply for and receive approval of impact to the delineated wetlands and a Section 404 Permit from the United States Army, Corp of Engineers, and retained Environmental legal counsel to advise them during the application process necessary to obtain final approval and issuance of the solid waste handling permits to construct and operate the solid waste handling facilities. Therefore, there can be no dispute that BCDP at this point had accrued a protected property interest and a vested right to rely upon the commissioner's letters of "written verification" obtained pursuant to O.C.G.A §12-8-45(g).

The intentional campaign that you have contrived to "stop the landfill" constitutes a conspiracy and clear abuse of your legislative and quasi-judicial powers, which gives rise to personal liability. Your public actions, official records and communications evidence your clear

intent to do whatever possible "to stop the landfill" and your efforts to thwart a fair and unbiased application of local laws and consideration of the application submitted to Georgia EPD. Your personal conduct under the color of state law and local authority, evidence not just a clear bias toward the siting of the facilities on the property purchased by BCDP, but a concerted campaign to intentionally violate BCDP's constitutional rights and to chill any attempt to speak out against your abuse of your legislative powers in opposition to the solid waste facility, which you originally solicited. The evidence proves your malicious abuse of authority and that my client has not been given a meaningful opportunity to petition the county, or any local government, for the redress of BCDP's grievances before a fair and unbiased governmental body and officials. Under the pretext of adopting a reasonable amendment to the county's zoning ordinance for a legitimate public purpose, you instead abused the powers of your office to stop the landfill.") and unconstitutionally deny BCDP due process of law, both procedurally and substantively, by adopting and applying excessively burdensome, overbroad and vague regulations based upon unattainable local standards. The adoption and applications of vague and unreasonable local ordinances, rules and regulations, exceeded Brantley County's legislative authority and violate BCDP's constitutional rights to the use and enjoyment of both their property to the lawful use of their property without due process of law, which include reasonable notice and meaningful opportunity to be heard by an unbiased and unprejudiced decision maker. Your actions, misrepresentations and misinformation, intentionally designed to drum up public opposition to the proposed facility, together with imposition of an illegal moratorium and a directive prohibiting any commissioner, public official, or employees of Brantley County from communicating with any of the Brantley County Development Partners' members, representatives or "anyone associated with the Brantley County Development Partners" constituted a violation of BCDP's First Amendment Right to Free Speech

(ffadf 1-015-15) Brantley County Development Partners/Campaign Issue/06 17.19_LR1-Commissioners/sequence letter

8

and to Petition Government for redress of their grievances as guaranteed by our state and federal constitutions.

You have five (5) business days from your attorney's receipt of this letter to provide BCDP the letters requested herein. Should you fail to provide the letters, my client shall sue the county, the commissioners, officially and in their individual capacity, any attorney or attorneys, and any employee or employees involved in this conspiracy to deny my client and its individual members their constitutional rights and seek all available legal and equitable remedies against you.

Govern yourselves accordingly.

Sincerely,

D. Robert Lovett

LRL/kac

cc: Dana K. Maine via Federal Express 8138 8067 2496
and electronic mail: _dmaine@fmglaw.com_

Brantley County Development Partners LLC



**GEORGIA**
DEPARTMENT OF NATURAL RESOURCES

**ENVIRONMENTAL PROTECTION DIVISION**

**Richard E. Dunn, Director**

**EPD Director's Office**
2 Martin Luther King, Jr. Drive
Suite 1456, East Tower
Atlanta, Georgia 30334
404-656-4713

05/28/2020

John Kelly
Brantley County Development Partners, LLC
2255 Cumberland Parkway Building 1700
Atlanta, Georgia 31029

      **SUBJECT:**    **Site Suitability Notice for**
                        **US 82 Solid Waste Handling Facility – South, Brantley County**
                        **Proposed Municipal Solid Waste Landfill**
                        **APL 01301**

Dear Mr. Kelly:

The Solid Waste Management Program of the Environmental Protection Division (EPD) has completed its review of the *Site Assessment Report for the Brantley County Development Partners, LLC (BCDP), US 82 Solid Waste Handling Facility-South* prepared by Innovative Engineering Strategies, LLC (IES), dated December 2016 and revised October 2019.

Based on the data submitted in addition to your application, EPD has determined that the applicable siting standards can be met in accordance with Chapter 391-3-4-.05(1), provided the attached "Site Limitations" are met. This determination is based on information provided to date for EPD review and is subject to revision prior to permit issuance should errors be found in the submitted information or new information be provided relevant to this determination. This letter denotes only the demonstration of the ability to comply with siting standards for the proposed site and does not constitute approval to begin construction or operation of the disposal site. This letter does not constitute a permit for the proposed solid waste landfill.

Before a permit may be issued for the proposed solid waste disposal site, a Design and Operational Plan (D&O Plan), prepared in accordance with Chapter 391-3-4-.07(1), must be submitted for consideration by the EPD.

Additionally, the appropriate governing authority must hold a public hearing regarding the proposed landfill no less than two weeks prior to the issuance of any permit. At least 30 days prior to the public hearing, notices of the public hearing must be posted at the proposed site and advertised in the legal organ of the county or counties in which the proposed solid waste disposal facility will be located. A transcript of the public hearing proceedings and a reaffirmation of zoning consistency must be submitted to EPD prior to a final decision regarding the issuance of a permit for the proposed solid waste disposal facility.



**EXHIBIT**

J

Mr. John Kelly
Brantley County Development Partners
US 82 Solid Waste Handling Facility – Proposed MSWL
Brantley County
Page 2

After our review and evaluation of the D&O Plan, and the other required submittals, a Solid Waste Handling Permit will be either issued or denied. This Site Suitability Notice shall terminate upon a final decision to issue or deny the requested permit.  Failure to submit to EPD an approvable Design and Operational Plan within one year from this date may result in permit denial.

Sincerely,

Richard E. Dunn, Director
Environmental Protection Division

Attachment

cc:   Brantley County Board of Commissioners
      Jim Guentert, Keith Stevens, John Sayer, William Cook, Susan Wood GA EPD
      EPD Coastal District
      Michael Biers, IES

File: Brantley County – US 82 Solid Waste Handling Facility - South [APL 01301], Permit

## Site Limitations
### Brantley County- US 82 Solid Waste Handling Facility - South
### Proposed Municipal Solid Waste Landfill
### Page 1 of 2

1. The area considered for acceptability includes only the area within the proposed permit boundary shown on Innovative Engineering Strategies, LLC (IES) Figure 1-02, *Boundary Survey and Topographic map of Site,* revision 2, dated October 2019.

2. Waste shall not be placed outside of the area identified as "Areas <u>Favorable</u> for Disposal of Solid Waste" shown on IES's Figure 4-01, *Areas Favorable and Unfavorable for Municipal Solid Waste Landfilling,* revision 2, dated October 2019.

3. A liner and leachate collection system shall be constructed under all areas proposed for municipal solid waste disposal.   The bottom of the liner system shall be constructed a minimum of five feet above the seasonal high groundwater contours shown on IES's Figure 2-01, *Boring Locations and Seasonal High Groundwater Table Map,* revision 2, dated October 2019 and no lower than an elevation of 60 feet.  An underdrain system shall be installed at the seasonal high groundwater surface under all landfill cells to ensure that groundwater cannot rise to within five feet of the bottom of the liner system. Furthermore, following construction, a demonstration shall be provided with each environmental monitoring report that shows there is a minimum five-foot separation between the water table and the bottom of the liner system.

4. A minimum 200-foot undisturbed buffer shall be maintained between the waste disposal boundary and the permitted property boundaries.

5. A minimum 500-foot buffer shall be maintained between the waste disposal boundary and any adjacent residences and/or water supply wells.

6. A minimum 50-foot undisturbed buffer shall be maintained between the waste disposal boundaries and all wetlands, except as permitted by the United States Army Corps of Engineers (USACE) and allowed by EPD.  A statement certifying that wetlands will not be impacted as a result of construction activities at the site shall be submitted.  This statement shall be signed and stamped by the professional engineer responsible for the Design and Operational Plan for the subject site. Wetland areas shall be delineated on the Design and Operational Plan.

7. A minimum 25-foot undisturbed buffer shall be maintained between the waste disposal area and any on-site springs, intermittent or perennial streams or surface water bodies.

8. All erosion control measures and/or diversion ditches shall conform to the *Erosion and Sediment Control Act* and be protective of the Satilla River, the Little Satilla River, the Turtle River and their perennial and intermittent tributaries.

## Site Limitations
**Brantley County- US 82 Solid Waste Handling Facility - South**
**Proposed Municipal Solid Waste Landfill**
**Page 2 of 2**

9.  The facility shall not restrict the flow of the 100-year flood, reduce the temporary water storage capacity of the floodplain, or result in a washout of solid waste or material to pose a hazard to human health and the environment.

10. All soil borings, monitoring wells and piezometers that have been completed/installed at this site, shall be plugged and abandoned in accordance with the Water Well Standards Act. Additionally, all soil borings, monitoring wells and piezometers located within the proposed waste footprint shall be abandoned by overdrilling and filling with a non-shrinking cement/bentonite grout mixture via tremie pipe from the bottom to within 10 feet of the base of the landfill. The remaining borehole shall be filled with hydrated bentonite. The abandonment of all borings/piezometers/monitoring wells shall be supervised by a professional geologist (PG) or professional engineer (PE) registered to practice in the State of Georgia. A report documenting the abandonment shall be submitted to EPD prior to cell construction. This documentation shall be signed and stamped by the responsible professional geologist or engineer registered to practice in the State of Georgia.

11. Groundwater, surface water, and methane monitoring systems shall be installed at the site. Sampling parameters, sampling schedules, monitoring well construction and spacing shall adhere to the guidelines established in the EPD's *Rules of Solid Waste Management, Chapter 391-3-4*. The system design and monitoring requirements shall be detailed in a groundwater and surface water monitoring plan and methane monitoring plan that are prepared in accordance with the Georgia Manual for Groundwater Monitoring, EPD's September 2015 document, "Methane Monitoring at Solid Waste Facilities" and current USEPA Region IV guidance and are approvable by EPD. The outfall of all underdrain systems shall be incorporated into the facility's groundwater monitoring system.

12. Structural fill shall be required to fill the existing ponds and raise the surface grade so that it is a minimum of five feet above the seasonal high potentiometric surface shown on IES's Figure 2-01 *Boring Locations and Seasonal High Groundwater Table Map,* revision 2, dated October 2019 and to at least an elevation of 60 feet. This structural fill must meet requirements presented in the construction quality assurance plan of the Design and Operational (D&O) Plan.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 11th day of September, 2020.

/s/ Kyler L. Wise
Kyler L. Wise

101409.1 141566-000002