

# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Halligan, County Clerk
René T. Herrin, Accounting Coordinator
Cindy Lukas, Office Clerk

February 6, 2015

Ms. Claudia Moeller, Program Manager
4244 International Parkway. Suite 104
Atlanta, Georgia  30354

RE: Proposed Solid Waste Handling Facility
    Brantley Development Partners
    Former Magnolia Holding Business Park
    Brantley County, Georgia

Dear Ms. Moeller:

The proposed private Solid Waste Handling Facility proposed by the Brantley County Development Partners, LLC at the former Magnolia Holdings Business Park is consistent with Brantley County's local land use plan. Brantley County at the present time does not have a zoning ordinance.

Sincerely,

Charles D. Summerlin, Jr.
Chairman

"A Progressive County Government for Progressive People"



# BRANTLEY COUNTY BOARD OF COMMISSIONERS

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

Charles D. Summerlin, Jr., Chairman
Mike Edgy, Commissioner
James A. Spradley, Commissioner
Brian Hendrix, Commissioner
Skipper Harris, Commissioner

Carl L. Rowland, County Manager
Dale J. Halligan, County Clerk
René T. Herrin, Accounting Coordinator
Cindy Lukas, Office Clerk

February 6, 2015

Ms. Claudia Moeller, Program Manager
4244 International Parkway. Suite 104
Atlanta, Georgia  30354

RE: Proposed Solid Waste Handling Facility
    Brantley Development Partners
    Former Magnolia Holding Business Park
    Brantley County, Georgia

Dear Ms. Moeller:

The Board of Commissioners and its staff have reviewed the approved Solid Waste Management Plan adopted by Brantley County and the Cities of Hoboken and Nahunta on June 26, 2006 and our most recent 2011 Five – year Short Term Work Program 2010 – 2019 and have determined that the solid waste handling facilities being proposed by Brantley Development Partners, LLC to be located on a site formerly known as Magnolia Holdings Business Park is consistent with the plans and programs cited above.

We further certify that Brantley County has a strategy and is actively engaged in meeting the statewide goal of reducing waste.

Sincerely,

*[signature]*

Charles D. Summerlin, Jr.
Chairman

"𝔄 𝔓𝔯𝔬𝔤𝔯𝔢𝔰𝔰𝔦𝔳𝔢 𝔆𝔬𝔲𝔫𝔱𝔶 𝔊𝔬𝔳𝔢𝔯𝔫𝔪𝔢𝔫𝔱 𝔣𝔬𝔯 𝔓𝔯𝔬𝔤𝔯𝔢𝔰𝔰𝔦𝔳𝔢 𝔓𝔢𝔬𝔭𝔩𝔢"