

**This notice of authorization must be conspicuously displayed at the site of work.**

United States Army Corps of Engineers

20 10

A permit to    impact 2.12 acres of wetland during the construction of a biomass facility

at    Atkinson, Brantley County, Georgia

has been issued to    Magnolia Holdings    on   8 Nov   20   10

Address of Permittee    23125 Highway 82 East, Waynesville, GA

Permit Number

SAS-2010-00107

District Commander
for   Jeffrey M. Hall
Colonel, US Army

ENG FORM 4336 , Jul 81 (33 CFR 320-330) EDITION OF JUL 70 MAY BE USED    (Proponent CECW-O)
GPO: U S. GOVERNMENT PRINTING OFFICE: 2007 - 6495M - 05355

# DEPARTMENT OF THE ARMY PERMIT

PERMITTEE: Magnolia Holdings

PERMIT NUMBER: SAS-2010-00107

ISSUING OFFICE:  Savannah District
US Army Corps of Engineers
100 West Oglethorpe Avenue
Savannah, Georgia 31401

NOTE: The term "you" and its derivatives used in this permit, means the permittee or any future transferee. The term "this office" refers to the appropriate District or Division office of the US Army Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

PROJECT DESCRIPTION: The applicant is requesting authorization to permanently impact 2.12 acres of jurisdictional wetland during the construction of a biomass facility. As proposed, the facility would include a log storage facility, a debarker and wood chipper, bark storage facility, wood chip storage facility, a manufacturing building, final product storage facility, and an office building. The proposed manufacturing facility would produce 900,000 tons of wood pellets for biopower production and produce 30 – 40 Megawatt Hours (MwH) of biopower (electricity) to be used by the plant.

The impacts would be mitigated by the purchase of 12.92 wetland mitigation credits from Marshlands Plantation, LLC Mitigation Bank. The wetland impact areas would be excavated to a depth of 18 inches, back filled and then elevated to a final elevation approximately 18 inches above the existing elevation. The excavated material would be placed in uplands and surrounded by silt fencing to eliminate erosion and sediment control issues. The wetlands outside of the fill areas as well as those adjacent to the impact areas would be protected by appropriate erosion and sediment control procedures (i.e. temporary and permanent vegetation for stability) to ensure that sediment is not discharged into the non-impacted wetlands.

PROJECT LOCATION:  The 89.65 acre project site is located north of Highway 82, approximately 1.2 miles east of the intersection of Highway 82 and Highway 110, Atkinson, Brantley County, Georgia (Latitude 31.2331° North, Longitude -81.8353° West).

Check # 2317 For $ 100.00
W / D & FWD F & A on



RECEIVED
NOV 0 8 2010
BY: CESAS-RD MK

- 2 -

PERMIT CONDITIONS:

General Conditions.

1. The time limit for completing the work authorized by this Individual Permit ends on November 8, 2015. If you find that you need more time to complete the authorized activity, you must submit a request for your permit extension at least one month prior to the above date.

2. You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit. You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below. Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

3. If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found. We will initiate the federal and state coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4. If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.

5. If a conditioned Water Quality Certification has been issued for your project, you must comply with conditions specified in the certification as Special Conditions to this permit. For your convenience, a copy of the certification is attached if it contains such conditions.

6. You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

7. The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States because of any such removal or alteration.

- 3 -

Special Conditions

1. All dredged or borrowed material used as fill on this project will be from clean, uncontaminated sources and free from cultural resources.

2. That no construction activity or stockpiling will occur in waters of the United States, including wetland areas, outside of the areas authorized for filling under this permit.

3. Prior to the commencement of construction activities for this project, the limits of the proposed fill areas in jurisdictional waters shall be clearly flagged and staked by you and/or your contractors. All construction personnel shall be shown the location(s) of all wetland and/or stream areas outside of the construction area to prevent encroachment from heavy equipment into these areas.

4. Borrow site or sites for stockpiling fill dirt shall be prohibited within 200 feet of streambanks, 50 feet of wetlands and open waters or elsewhere runoff from the site would increase sedimentation in waters of the United States unless specifically authorized by this permit. Normal grading activities such as cutting and filling within 200 feet of streams or 50 feet of wetlands/open waters are authorized.

5. Construction debris, liquid concrete, old riprap, old support materials, or other litter shall not be placed in streams or in areas where migration into streams and/or wetlands could reasonably be expected.

6. Staging areas and equipment maintenance areas will be located at least 200 feet from streambanks to minimize the potential for wash water, petroleum products, or other contaminants from construction equipment entering the streams.

7. The permittee shall ensure that the project's master drainage plan is designed and implemented to avoid inadvertent drainage of wetlands and inadvertent water diversion resulting in a reduction of hydrology in wetlands. The permittee shall also ensure that secondary road ditches and/or small after-project drainage ditches do not inadvertently impact wetlands or waters of the US.

8. The permittee shall minimize bank erosion and sedimentation in construction areas by utilizing Best Management Practices for stream corridors, installing and maintaining significant erosion and sediment control measures, and providing daily reviews of construction and stream protection methods. Check dams and riprap placed in streams and wetlands as erosion control measures are considered a fill and not authorized under this permit unless they were specifically authorized by this permit.

- 4 -

9. All work conducted under this permit shall be located, outlined, designed, constructed and operated in accordance with the minimal requirements as contained in the Georgia Erosion and Sedimentation Control Act of 1975, as amended. Utilization of plans and specifications as contained in the "Manual for Erosion and Sediment Control, (Latest Edition)," published by the Georgia Soil and Water Conservation Commission or their equivalent, will aid in achieving compliance with the aforementioned minimal requirements.

10. You shall obtain and comply with all appropriate Federal, state, and local authorizations required for this type of activity. A stream buffer variance may be required. Variances are issued by the Director of the Georgia Environmental Protection Division (EPD), as defined in the Georgia Erosion and Sedimentation Control Act of 1975, as amended. It is our understanding that you may obtain information concerning variances at the Georgia EPD's web site at www.gaepd.org or by contacting the Watershed Protection Branch at (404) 675-6240.

11. If you or your contractors discover any federally listed threatened or endangered species and/or their habitat while accomplishing the activities authorized by this permit, you must immediately STOP work in the area and notify the issuing office of what you have found. We will initiate the Federal and state coordination required to determine if the species and/or habitat warrant further consultation with the US Fish and Wildlife Service.

12. A copy of this permit, including the approved drawings and plans; special conditions; and any amendments shall be maintained at the work site whenever work is being performed. The permittee(s) shall assure that all contractors, subcontractors, and other personnel performing the permitted work are fully aware of the permit's terms and conditions.

13. The permittee shall notify the issuing office, in writing (electronic facsimile is acceptable), at least ten days in advance of their intent to commence work in waters of the United States for the permitted activity. The permittee shall also notify this office, in writing, 30 days after this project is completed using the enclosed Certification of Compliance Form.

14. All work will be performed in accordance with the following attached plans and drawings which are incorporated in and made part of the permit: Figures 1-5 of 5 dated July 12, 2010.

15. That prior to deposition of any material into the disposal area, the permittee shall inspect all berms, embankments and weirs to determine if they are in satisfactory condition.

16. That any breeches in the disposal area dikes shall be repaired prior to discharge of any dredged material and the dikes and weirs shall be maintained in good condition throughout the period of discharge and until the dredged material has settled and stabilized.

17. Where stormwater ponds are adjacent to wetlands and the bottom elevation of the

- 5 -

deepest part of the pond is lower than the surface elevation of adjacent wetlands, the permittee shall install clay keys at the interface of the wetlands and stormwater ponds. All clay keys shall be installed using best management practices for their installation and operation.

18. Prior to the commencement of construction activities for this activity, the permittee shall insure that this project complies with all applicable rules, requirements, and/or regulations of the Federal Emergency Management Agency and/or the Georgia Floodplain Management Office with regard to construction activities in designated floodplains and/or floodways prior to commencement of work activity, to include revisions to the National Flood Insurance Program maps if required.

19. Prior to the commencement of any work in jurisdictional waters of the United States for this activity, you will purchase 12.92 wetland mitigation credits from Marshlands Plantation, LLC Mitigation Bank. You or the mitigation bank sponsor must provide this office with documentation of this purchase before any work may commence. The notice should reference the US Army Corps of Engineer file number assigned to this project.

FURTHER INFORMATION:

1. Congressional Authorities: You have been authorized to undertake the activity described above pursuant to Section 404 of the Clean Water Act (33 U.S.C. 1344).

2. Limits of this Authorization.

a. This permit does not obviate the need to obtain other federal, state, or local authorizations required by law.

b. This permit does not grant any property rights or exclusive privileges.

c. This permit does not authorize any injury to the property or rights of others.

d. This permit does not authorize interference with any existing or proposed federal projects.

3. Limits of Federal Liability. In issuing this permit, the Federal Government does not

- 6 -

assume any liability for the following:

a. Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

b. Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

c. Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

d. Design or construction deficiencies associated with the permitted work.

e. Damage claims associated with any future modification, suspension, or revocation of this permit.

4. Reliance on Applicant's Data. The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5. Reevaluation of Permit Decision. This office may reevaluate its decision on this permit at any time the circumstances warrant. Circumstances that could require reevaluation include, but are not limited to, the following:

a. You fail to comply with the terms and conditions of this permit.

b. The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

c. Significant new information surfaces which this office did not consider in reaching the original public interest decision. Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7, or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5. The referenced enforcement procedures provide for the issuance of an administrative order, which requires you to comply with the terms and conditions of your permit and for the initiation of legal action where appropriate.

d. You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

6. Extensions. General Condition 1 establishes a time limit for the completion of the activity

- 7 -

authorized by this permit.  Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the US Army Corps of Engineers will normally consider a request for an extension of time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

_____
(MAGNOLIA HOLDINGS)

_____
11/8/10  (DATE)

This permit becomes effective when the federal official, designated to act for the Secretary of the Army, has signed below.

_____
Issued for and in behalf of:
Jeffrey M. Hall
Colonel, US Army
Commanding

_____
11/8/10  (DATE)

When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To validate the transfer of this permit and the associated liabilities with compliance with its terms and conditions, have the transferee sign and date below.

_____
(TRANSFEREE)

_____
(DATE)

Regulatory Division

CERTIFICATION OF COMPLIANCE
WITH
DEPARTMENT OF THE ARMY

PERMIT FILE NUMBER: SAS-2010-00107

PERMITTEE ADDRESS:  Magnolia Holdings
                    Attention:  Kevin Royster
                    23125 Highway 82 East
                    Waynesville, Georgia  31566

LOCATION OF WORK:  The 89.65 acre project site is located north of Highway 82,
approximately 1.2 miles east of the intersection of Highway 82 and Highway 110, Atkinson,
Brantley County, Georgia (Latitude 31.2331° North, Longitude -81.8353° West).

PROJECT DESCRIPTION:  The applicant is requesting authorization to permanently impact
2.12 acres of jurisdictional wetland during the construction of a biomass facility.  As proposed,
the facility would include a log storage facility, a debarker and wood chipper, bark storage
facility, wood chip storage facility, a manufacturing building, final product storage facility, and
an office building.  The proposed manufacturing facility would produce 900,000 tons of wood
pellets for biopower production and produce 30 – 40 Megawatt Hours (MwH) of biopower
(electricity) to be used by the plant.

   The impacts would be mitigated by the purchase of 12.92 wetland mitigation credits from
Marshlands Plantation, LLC Mitigation Bank.  The wetland impact areas would be excavated to
a depth of 18 inches, back filled and then elevated to a final elevation approximately 18 inches
above the existing elevation.  The excavated material would be placed in uplands and surrounded
by silt fencing to eliminate erosion and sediment control issues.  The wetlands outside of the fill
areas as well as those adjacent to the impact areas would be protected by appropriate erosion and
sediment control procedures (i.e. temporary and permanent vegetation for stability) to ensure that
sediment is not discharged into the non-impacted wetlands.

ACRES AND/OR LINEAR FEET OF WATERS OF THE US IMPACTED: 2.12 acres of
wetland

DATE COMPLETED:

COMPENSATORY MITIGATION REQUIRED 12.92 wetland credits

DATE COMPLETED OR PURCHASED:

I understand that the permitted activity is subject to a US Army Corps of Engineers' Compliance Inspection. If I fail to comply with the permit conditions at Part C of the Nationwide Permit Program, published in the March 12, 2007, Federal Register, Vol. 72, No. 42, Pages 11092-11198, it may be subject to suspension, modification or revocation.

I hereby certify that the work authorized by the above referenced permit as well as any required mitigation (if applicable) has been completed in accordance with the terms and conditions of the said permit.


_____                    _____
Signature of Permittee                                              Date



**Figure 1**
**Location Map**
SAS 2010-00107
July 12, 2010



Notes:
1. Wetlands were delineated by Allen Rigdon in November 2009, and mapped by Charles H. Tomberlin and Associates in November, 2009.
2. Wetlands were surveyed with a Sokkia SRX Robotic Total Station and a Topcon HiPer Lite+ GPS system. This map is an accurate representation of the delineated and flagged freshwater jurisdictional lines and meets or exceeds minimum standard requirements in accordance with NSSDA.
3. Bearings and Coordinates shown on this map are based on Georgia State Plane Coordinate System (NAD83), East Zone.
4. According to F.I.R. Map No. 13012, Panel 0125 B, dated Sept., 30, 1988, it is my opinion that this property lies in Zone X unshaded, areas determined to be outside 500 year flood plain.
5. The subject property is located on Tax Map 105, Parcel 1.
6. All wetlands are under the jurisdiction of the Corp of Engineers and/or the Department of Natural Resources. Lot owners and the Developer are subject to penalty by law for disturbance to these protected areas without proper permit applications and approval.
7. Study area limits are based on a boundary survey by Charles H. Tomberlin, January, 2007.
8. Wetland line segments are numbered consecutively, some line labels may have been omitted for clarity and legibility.

WETLAND LOCATION MAP
FOR:
MAGNOLIA BIOPOWER
89.654 ACRES LOCATED IN
GEORGIA MILITIA DISTRICT 1493,
BRANTLEY COUNTY, GEORGIA

Map Symbols
Uplands
Wetlands
Wetlands Impact

PROJECT AREA: 89.654 ACRES
UPLAND AREA: 58.747 ACRES
WETLAND AREA: 30.907 ACRES
IMPACT AREA: 2.120 ACRES

SHEET 4
SHEET 7
SHEET 3
SHEET 6
SHEET 2
SHEET 5
SHEET 1 OF 7

GRAPHIC SCALE
( IN FEET )
1 inch = 700 ft.
0   350'   700'   1400'   2800'
700'

Revised: 04/02/2010
Revised: 04/11/2010
Revised: 04/16/2010

Survey For:

MAGNOLIA BIOPOWER

Figure 2
Jurisdictional Features
SAS 2010-00107
July 12, 2010

| County: Brantley | City: - | Scale: 1"=800' | Date: 12/16/2009 |
| PREPARED BY: | | G.M.D. 1493 | Area: 89.654 Acres |
| CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING | | Land District: - | Project No: Magnolia BioPowerWL |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | Drawn By David | Checked By: CHT |

STATE OF GEORGIA



Magnolia Biopower Site
Brantley County, GA

Figure 3
Topographic Map
SAS 2010-00107
July 12, 2010

SITE

1500   0   1500   3000   4500   6000   Feet

N



Figure 4
Proposed Site Plan
SAS 2010-00107
July 12, 2010



Figure 5
Proposed Impact Map
SAS 2010-00107
July 12, 2010

WETLAND IMPACT MAP
MAGNOLIA BIOENERGY
WAYNESVILLE, GA

PREPARED FOR:
MAGNOLIA BIOENERGY

DATE: 8-16-10
DRAWN BY: JDR
CHECKED BY: JDR
SCALE: 1"=300'

3

ROBERTS CIVIL ENGINEERING
1804-A FREDERICA ROAD
ST SIMONS, GA 31522
912-638-9601
912-614-5609
roberts.johnathan@gmail.com



# Georgia Department of Natural Resources

2 Martin Luther King, Jr. Drive, S.E., Suite 1152 East Tower, Atlanta, Georgia 30334-9000
Chris Clark, Commissioner
F. Allen Barnes, Director
Environmental Protection Division
(404) 656-4713

October 25, 2010

Magnolia Biopower
Attn: Mr. Kevin Royster
23125 Hwy. 82 W.
Waynesville, GA 31566

Re: Water Quality Certification
   Joint Public Notice 201000107
   Industrial Facility Development
   Satilla River Basin
   Brantley County

Dear Mr. Royster:

Pursuant to Section 401 of the Federal Clean Water Act, the State of Georgia issues this certification to Magnolia Biopower, an applicant for a federal permit or license to conduct an activity in, on or adjacent to the waters of the State of Georgia.

The State of Georgia certifies that there is no applicable provision of Section 301; no limitation under Section 302; no standard under Section 306; and no standard under Section 307, for the applicant's activity. The State of Georgia certifies that the applicant's activity will comply with all applicable provisions of Section 303.

This certification is contingent upon the following conditions:

1. All work performed during construction will be done in a manner so as not to violate applicable water quality standards.

2. No oils, grease, materials or other pollutants will be discharged from the construction activities that reach public waters.

Page 2
JPN 201000107
Brantley County

This certification does not relieve the applicant of any obligation or responsibility for complying with the provisions of any other laws or regulations of other federal, state or local authorities.

It is your responsibility to submit this certification to the appropriate federal agency.

Sincerely,

F. Allen Barnes
Director

FAB:dc

cc:   Mr. Allen Rigdon, Soil Environmental Specialist
      Ms. Carol Bernstein, USACE
      Ms. Courtney Bates, USACE
      Mr. Bob Lord, USEPA
      Mr. Bill Wikoff, USFWS
      Ms. Kelie Moore, CRD

bc:   Mr. Dale Caldwell, GAEPD



**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
100 W. OGLETHORPE AVENUE
SAVANNAH, GEORGIA 31401-3640

REPLY TO
ATTENTION OF:

Regulatory Division
SAS-2010-00107

Magnolia Holdings
Attention: Mr. Kevin Royster
23125 Highway 82 East
Waynesville, Georgia 31566

Dear Mr. Royster:

PLEASE READ THIS LETTER CAREFULLY AND COMPLY WITH ITS PROVISIONS.

We are enclosing a DRAFT of your Department of the Army Permit in duplicate. If you agree with the terms and conditions, please sign, date both copies, and return them to this office. Upon receipt, the District Engineer will validate your permit and return the original to you for your records. We will also send a Notice of Authorization, which you should display at the project site. Your permit is not valid until signed by the District Engineer.

We require a $100.00 fee for issuance of a permit for commercial activities. Please make your check payable to the Finance and Accounting Officer, Savannah District.

IT SHALL NOT BE LAWFUL TO DEVIATE FROM THE PLANS EITHER BEFORE OR AFTER COMPLETION OF THE WORK, unless a plan, reflecting the modification has previously been submitted to and approved by this office.

In addition, please note that the permit not only authorizes the work, but also its intended use. No use other than that specified in this permit can be performed for permitted work or structures.

Please direct your attention specifically to General Conditions on pages 1 and 2. Special Conditions relating to the project are listed on page 2 of the permit.

This letter contains an initial proffered permit for your permit application. If you object to this decision due to certain terms and conditions therein, you may request that the permit be modified under our regulations at Title 33 Code of Federal Regulations (33 CFR) Part 331. Enclosed you will find a Notification of Appeal Process (NAP) Fact Sheet and Request for Appeal (RFA) Form. To request that the permit be modified you must complete Section II of the enclosed form and return the form to the District Engineer at the address shown above.

RECEIVED
NOV 0 8 2010
BY: CESAS-RD

-2-

In order for an RFA to be accepted, the Corps must determine that it is complete, that it meets the criteria for appeal under 33 CFR Part 331.5, and that it has been received by the District Engineer within 60 days of the date of the NAP. Should you decide to submit an RFA form, it must be received at the above address by this deadline.

It is not necessary to submit an RFA form to the District Office if you do not object to the permit decision.

Copies of this letter are being provided to the following parties: LIST ADDRESSES (agent, local building official, GLTSC, etc)

Thank you in advance for completing our Customer Survey Form. This can be accomplished by visiting our web site at http://per2.nwp.usace.army.mil/survey.html and completing the survey on-line. We value your comments and appreciate your taking the time to complete a survey each time you interact with our office. If you have any questions, please call Ms. Courtney Bates, Regulatory Specialist, Coastal Branch, at 912-652-5558.

Sincerely,

Kimberly L. Garvey
Acting Chief, Coastal Branch

Enclosures

| NOTIFICATION OF ADMINISTRATIVE APPEAL OPTIONS AND PROCESS AND REQUEST FOR APPEAL | | | |
|---|---|---|---|
| Applicant: Magnolia Holdings | File Number: SAS-2010-00107 | Date: | 11/08/2010 |
| Attached is: | | See Section below | |
| | INITIAL PROFFERED PERMIT (Standard Permit or Letter of permission) | A | |
| X | PROFFERED PERMIT (Standard Permit or Letter of permission) | B | |
| | PERMIT DENIAL | C | |
| | APPROVED JURISDICTIONAL DETERMINATION | D | |
| | PRELIMINARY JURISDICTIONAL DETERMINATION | E | |

**SECTION I - The following identifies your rights and options regarding an administrative appeal of the above decision. Additional information may be found at http://www.usace.army.mil/inet/functions/cw/cecwo/reg or Corps regulations at 33 CFR Part 331.**

A: INITIAL PROFFERED PERMIT. You may accept or object to the permit.

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

OBJECT: If you object to the permit (Standard or LOP) because of certain terms and conditions therein, you may request that the permit be modified accordingly. You must complete Section II of this form and return the form to the district engineer. Your objections must be received by the district engineer within 60 days of the date of this notice, or you will forfeit your right to appeal the permit in the future. Upon receipt of your letter, the district engineer will evaluate your objections and may: (a) modify the permit to address all of your concerns, (b) modify the permit to address some of your objections, or (c) not modify the permit having determined that the permit should be issued as previously written. After evaluating your objections, the district engineer will send you a proffered permit for your reconsideration, as indicated in Section B below.

B: PROFFERED PERMIT: You may accept or appeal the permit

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

APPEAL: If you choose to decline the proffered permit (Standard or LOP) because of certain terms and conditions therein, you may appeal the declined permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

C: PERMIT DENIAL: You may appeal the denial of a permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

D: APPROVED JURISDICTIONAL DETERMINATION: You may accept or appeal the approved JD or provide new information.

ACCEPT: You do not need to notify the Corps to accept an approved JD. Failure to notify the Corps within 60 days of the date of this notice means that you accept the approved JD in its entirety, and waive all rights to appeal the approved JD.

APPEAL: If you disagree with the approved JD, you may appeal the approved JD under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

E: PRELIMINARY JURISDICTIONAL DETERMINATION: You do not need to respond to the Corps regarding the preliminary JD. The Preliminary JD is not appealable. If you wish, you may request an approved JD (which may be appealed), by contacting the Corps district for further instruction. Also you may provide new information for further consideration by the Corps to reevaluate the JD.

SECTION II – REQUEST FOR APPEAL or OBJECTIONS TO AN INITIAL PROFFERED PERMIT

REASONS FOR APPEAL OR OBJECTIONS: (Describe your reasons for appealing the decision or your objections to an initial proffered permit in clear concise statements. You may attach additional information to this form to clarify where your reasons or objections are addressed in the administrative record.)

ADDITIONAL INFORMATION: The appeal is limited to a review of the administrative record, the Corps memorandum for the record of the appeal conference or meeting, and any supplemental information that the review officer has determined is needed to clarify the administrative record. Neither the appellant nor the Corps may add new information or analyses to the record. However, you may provide additional information to clarify the location of information that is already in the administrative record.

POINT OF CONTACT FOR QUESTIONS OR INFORMATION:

| If you have questions regarding this decision and/or the appeal process you may contact: | If you only have questions regarding the appeal process you may also contact: |
|---|---|
| Courtney Bates<br>US Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia 31401-3640<br>912-652-5558 | District Commander<br>US Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia 31401 |

RIGHT OF ENTRY: Your signature below grants the right of entry to Corps of Engineers personnel, and any government consultants, to conduct investigations of the project site during the course of the appeal process. You will be provided a 15 day notice of any site investigation, and will have the opportunity to participate in all site investigations.

| | Date: | Telephone number: |
|---|---|---|
| _____<br>Signature of appellant or agent. | | |

-2-

_Notes:_
1. Wetlands were delineated by Allen Rigdon in November 2009, and mapped by Charles H. Tomberlin and Associates in November, 2009.
2. Wetlands were surveyed with a Sokkia SRX Robotic Total Station and a Topcon HiPer Lite+ GPS system. This map is an accurate representation of the delineated and flagged freshwater jurisdictional lines and meets or exceeds minimum standard requirements in accordance with NSSDA.
3. Bearings and Coordinates shown on this map are based on Georgia State Plane Coordinate System (NAD83), East Zone.
4. According to F.I.R. Map No. 13012, Panel 0125 B, dated Sept.. 30, 1988, it is my opinion that this property lies in Zone X unshaded, areas determined to be outside 500 year flood plain.
5. The subject property is located on Tax Map 105, Parcel 1
6. All wetlands are under the jurisdiction of the Corp of Engineers and/or the Department of Natural Resources. Lot owners and the Developer are subject to penalty by law for disturbance to these protected areas without proper permit applications and approval
7. Study area limits are based on a boundary survey by
Charles H. Tomberlin, January, 2007.
8. Wetland line segments are numbered consecutively, some line labels may have been omitted for clarity and legibility.

## WETLAND LOCATION MAP
### FOR:
### MAGNOLIA BIOPOWER
136.824 ACRES LOCATED IN
GEORGIA MILITIA DISTRICT 1493,
BRANTLEY COUNTY, GEORGIA

### Map Symbols



Uplands

Wetlands

PROJECT AREA: 136.824 ACRES
UPLAND AREA: 114.106 ACRES
WETLAND AREA: 22.718 ACRES



GRAPHIC SCALE

1000'     0     500' 1000'     2000'     4000'

( IN FEET )
1 inch = 1000 ft.

SHEET 1 OF 9

| Survey For: | | | | | |
|---|---|---|---|---|---|
| _MAGNOLIA BIOPOWER_ | | | | | |
| County:<br>**Brantley** | City:<br>– | Scale:<br>**1"=1000'** | Date:<br>**12/16/2009** | Revised: 04/02/2010 | |
| _PREPARED BY:_<br>**C**HARLES H.<br>**T**OMBERLIN and<br>**A**SSOCIATES LAND SURVEYING<br>CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973<br>PO BOX 71<br>WAYCROSS, GEORGIA 31502<br>PH. 912–283–2973 FAX 912–285–9372 | | G.M.D.<br>**1493** | Area:<br>**136.824 Acres** | | |
| | | Land District:<br>– | Project No:<br>_Magnolia115wl_ | | |
| | | Drawn By:<br>**David** | Checked By:<br>**CHT** | | STATE OF GEORGIA |



| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
|---|---|---|---|---|---|---|---|---|
| L1 | S 76°52'56" E | 60.32' | L60 | S 47°12'02" W | 109.94' | L111 | S 78°06'23" E | 50.21' |
| L2 | S 89°14'23" E | 94.80' | L61 | S 29°32'48" W | 66.12' | L112 | S 06°46'12" E | 23.30' |
| L3 | N 73°56'07" E | 81.68' | L62 | S 43°18'57" W | 103.85' | L113 | S 24°48'11" W | 94.68' |
| L4 | N 58°16'36" E | 59.55' | L63 | N 85°17'10" W | 37.48' | L114 | S 17°14'46" W | 88.29' |
| L5 | S 87°48'48" E | 67.57' | L64 | N 62°39'51" W | 33.57' | L115 | S 37°43'46" W | 84.57' |
| L6 | N 84°55'01" E | 116.83' | L65 | S 56°11'53" W | 18.25' | L116 | S 30°56'48" W | 112.94' |
| L7 | N 55°43'09" E | 79.72' | L66 | S 02°44'57" E | 24.77' | L117 | S 31°22'44" E | 85.05' |
| L8 | N 57°10'07" E | 92.22' | L67 | S 71°33'15" W | 49.46' | L118 | S 10°48'01" W | 94.98' |
| L9 | N 36°30'24" E | 102.75' | L68 | N 75°50'53" W | 32.42' | L119 | S 57°40'20" W | 94.41' |
| L10 | N 67°25'35" E | 37.29' | L69 | S 38°24'42" W | 101.37' | L120 | S 66°54'36" W | 93.44' |
| L11 | N 27°57'14" E | 71.48' | L70 | S 69°17'38" W | 100.49' | L121 | S 48°15'58" W | 62.63' |
| L12 | N 07°08'40" E | 59.29' | L71 | S 03°33'35" W | 70.26' | L122 | S 30°45'26" W | 64.44' |
| L13 | N 57°24'58" E | 65.46' | L72 | S 27°56'43" W | 83.69' | L123 | S 84°00'01" W | 96.85' |
| L14 | N 26°14'01" E | 62.82' | L73 | S 38°45'50" W | 68.76' | L124 | S 43°18'23" W | 115.47' |
| L15 | N 53°24'26" E | 68.35' | L74 | S 06°29'51" W | 94.27' | L125 | S 12°18'57" E | 54.94' |
| L16 | N 45°32'07" E | 81.94' | L75 | S 21°02'27" W | 71.10' | L126 | S 58°08'35" W | 30.89' |
| L17 | S 72°44'26" E | 77.99' | L76 | S 27°10'12" W | 45.69' | L127 | N 83°34'31" W | 30.09' |
| L18 | S 54°54'55" E | 46.35' | L77 | S 05°21'25" W | 86.77' | L128 | S 66°40'58" W | 45.40' |
| L19 | S 49°25'42" E | 60.16' | L78 | S 45°03'24" W | 119.21' | L129 | S 56°04'54" W | 71.50' |
| L20 | S 58°44'27" E | 54.82' | L79 | S 35°13'42" W | 57.99' | L130 | S 45°48'30" W | 38.35' |
| L21 | N 89°51'27" E | 49.27' | L80 | S 62°30'26" W | 48.63' | L131 | N 49°22'31" W | 75.21' |
| L22 | N 16°34'12" E | 81.02' | L81 | S 80°17'28" W | 10.58' | L132 | N 64°49'47" W | 30.92' |
| L23 | S 25°26'13" E | 40.89' | L82 | N 66°31'47" W | 46.28' | L133 | N 33°04'20" W | 41.73' |
| L24 | S 19°16'35" E | 35.89' | L83 | N 53°47'59" W | 70.25' | L134 | N 07°47'44" W | 75.72' |
| L25 | S 34°35'10" E | 57.92' | L84 | N 76°07'59" W | 75.53' | L135 | N 40°23'58" E | 79.39' |
| L26 | S 40°35'30" E | 47.71' | L85 | S 80°10'06" W | 81.07' | L136 | S 71°18'26" E | 28.56' |
| L27 | S 14°03'30" W | 56.61' | L86 | S 59°14'27" W | 96.64' | L137 | N 54°36'19" E | 70.95' |
| L28 | S 42°27'11" E | 63.46' | L87 | S 16°38'49" W | 70.86' | L138 | N 11°39'47" E | 14.83' |
| L29 | S 69°21'05" E | 43.83' | L88 | S 54°12'37" W | 17.32' | L139 | N 86°29'34" E | 49.62' |
| L30 | N 42°39'28" E | 8.11' | L89 | N 49°19'14" E | 49.88' | L140 | S 13°01'20" W | 14.21' |
| L31 | S 02°39'55" W | 18.84' | L90 | N 70°28'59" E | 51.77' | L141 | S 63°38'06" E | 45.26' |
| L32 | S 16°33'50" W | 46.20' | L91 | N 33°44'58" E | 68.47' | L142 | S 56°12'48" E | 27.04' |
| L33 | S 53°32'07" E | 27.21' | L92 | N 18°47'59" E | 60.65' | L143 | S 07°31'54" E | 59.34' |
| L34 | S 67°26'35" E | 30.92' | L93 | N 74°39'21" E | 112.17' | L144 | S 29°31'47" E | 37.63' |
| L35 | N 30°24'14" E | 41.06' | L94 | N 15°08'53" E | 132.39' | L145 | S 32°15'04" E | 52.00' |
| L36 | N 51°08'48" E | 49.30' | L95 | N 26°54'26" E | 57.06' | L146 | S 12°44'19" E | 33.11' |
| L37 | N 73°50'34" W | 28.28' | L96 | N 84°54'30" E | 69.42' | L147 | S 76°18'45" W | 94.20' |
| L38 | N 34°47'58" E | 28.87' | L97 | N 43°34'30" E | 37.79' | L148 | S 42°39'49" W | 51.53' |
| L39 | N 49°21'25" E | 38.35' | L98 | N 18°03'08" E | 90.55' | L149 | S 27°38'22" W | 49.68' |
| L40 | N 81°20'32" E | 90.71' | L99 | N 59°01'17" E | 44.93' | L150 | S 21°57'18" W | 48.61' |
| L41 | S 61°38'21" E | 94.75' | L100 | N 17°48'00" E | 105.92' | L151 | S 82°43'38" W | 60.30' |
| L42 | S 82°48'14" E | 103.26' | L101 | N 54°05'43" E | 50.59' | | | |
| L43 | N 44°14'55" E | 17.63' | L102 | N 28°27'06" E | 57.65' | | | |
| L44 | N 45°33'51" E | 74.14' | L103 | N 11°13'21" E | 56.00' | | | |
| L45 | N 20°29'43" E | 31.24' | L104 | N 74°08'25" E | 49.16' | | | |
| L46 | S 89°19'10" E | 27.54' | L105 | N 70°11'17" E | 89.89' | | | |
| L47 | N 45°43'39" W | 26.78' | L106 | N 56°30'00" E | 108.33' | | | |
| L48 | S 50°37'41" E | 13.62' | L107 | N 88°32'58" E | 75.16' | | | |
| L49 | S 09°26'20" E | 66.96' | L108 | N 48°03'37" E | 55.93' | | | |
| L50 | S 26°20'06" W | 64.56' | L109 | N 60°46'31" E | 63.06' | | | |
| L51 | S 76°08'09" W | 59.84' | L110 | N 53°17'14" E | 69.31' | | | |
| L52 | S 30°38'19" W | 70.17' | | | | | | |
| L53 | S 56°21'52" W | 91.08' | | | | | | |
| L54 | S 58°44'30" W | 57.04' | | | | | | |
| L55 | S 54°25'41" W | 76.31' | | | | | | |
| L56 | S 60°04'54" W | 81.13' | | | | | | |
| L57 | S 39°44'55" W | 96.62' | | | | | | |
| L58 | S 65°42'09" W | 71.28' | | | | | | |
| L59 | S 56°07'33" W | 60.68' | | | | | | |

— PL

N 89°35'49" E
492.22'

Co. East
Grid
N
S

SHEET 3 OF 9

Survey For:

# MAGNOLIA BIOPOWER

| County: Brantley | City: — | Scale: 1"=200' | Date: 12/16/2009   Revised: 04/02/2010 |
|---|---|---|---|

PREPARED BY:

**C**HARLES H.
**T**OMBERLIN and
**A**SSOCIATES
LAND SURVEYING

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH: 912-283-2973  FAX 912-285-9372

| G.M.D. 1493 | Area: 136.824 Acres |
|---|---|
| Land District: — | Project No: Magnolia115wl |
| Drawn By: David | Checked By: CHT |

STATE OF GEORGIA

GEORGIA REGISTERED LAND SURVEYOR 2973 CHARLES H. TOMBERLIN



Wetland "D"
12.260 Acres

GRAPHIC SCALE

200'   0   100'   200'   400'   800'

( IN FEET )
1 inch = 200' ft.

S 36°43'49" W
201.92'

S 17°08'04" E
185.74'

S 04°28'04" E
177.09'

S.C.L. Railroad    ( 100' R/W )

746.21'
S 80°17'28" W

SHEET 4 OF 9

**Survey For:**

## MAGNOLIA BIOPOWER

| | | | | |
|---|---|---|---|---|
| **County:** Brantley | **City:** – | **Scale:** 1"=200' | **Date:** 12/16/2009  Revised: 04/02/2010 | |
| **PREPARED BY:** | | **G.M.D.** 1493 | **Area:** 136.824 Acres | |
| CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING | | **Land District:** – | **Project No:** Magnolia115wl | |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | **Drawn By:** David | **Checked By:** CHT | STATE OF GEORGIA |



Wetland "C"
0.729 Acres

Wetland "A"
1.040 Acres

SHEET 5 OF 9

Survey For:

MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=200' | Date: 12/16/2009 | Revised: 04/02/2010 |
| PREPARED BY: CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING | | G.M.D. 1493 | Area: 136.824 Acres | |
| | | Land District: – | Project No: Magnolia115wl | |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | Drawn By: David | Checked By: CHT | |

STATE OF GEORGIA



| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
|------|---------|----------|------|---------|----------|
| L152 | S 22°42'02" W | 53.03' | L192 | S 82°35'45" E | 59.79' |
| L153 | S 20°25'00" W | 52.75' | L193 | N 53°10'48" E | 75.46' |
| L154 | S 05°59'18" W | 60.28' | L194 | N 29°02'51" W | 31.47' |
| L155 | S 01°17'17" W | 71.86' | L195 | N 39°24'48" W | 37.76' |
| L156 | S 44°03'14" W | 59.51' | L196 | N 16°14'00" E | 68.57' |
| L157 | S 24°13'05" W | 66.70' | L197 | N 75°22'44" E | 54.18' |
| L158 | S 52°27'18" W | 56.52' | L198 | S 81°54'30" E | 44.57' |
| L159 | S 62°18'46" W | 83.14' | L199 | S 27°46'18" E | 75.92' |
| L160 | S 87°02'21" W | 17.89' | L200 | S 55°06'03" E | 108.61' |
| L161 | S 86°09'53" W | 96.37' | L201 | S 03°08'56" W | 70.25' |
| L162 | S 86°51'41" W | 142.85' | L202 | S 45°27'13" W | 84.16' |
| L163 | N 59°17'16" W | 50.10' | L203 | S 77°31'56" W | 81.99' |
| L164 | N 48°15'36" W | 111.81' | L204 | S 53°22'35" W | 64.94' |
| L165 | N 29°47'16" W | 87.47' | L205 | N 04°15'15" E | 45.59' |
| L166 | N 22°03'00" W | 157.68' | L206 | N 36°43'36" W | 67.85' |
| L167 | S 89°15'04" E | 88.52' | L207 | N 89°58'16" W | 55.90' |
| L168 | N 37°16'50" E | 22.83' | L208 | S 71°23'59" W | 31.95' |
| L169 | N 27°48'29" W | 46.78' | L209 | S 70°27'54" W | 41.87' |
| L170 | S 67°13'35" W | 42.65' | L210 | S 57°07'41" W | 33.25' |
| L171 | N 01°00'49" E | 44.45' | L211 | S 16°06'57" E | 79.65' |
| L172 | N 28°04'10" E | 114.21' | L212 | S 38°33'32" E | 33.42' |
| L173 | S 63°58'43" E | 38.34' | L213 | S 50°53'50" E | 52.91' |
| L174 | N 26°58'39" E | 47.74' | L214 | S 81°58'53" E | 53.19' |
| L175 | N 01°32'47" W | 121.42' | L215 | N 67°33'18" E | 41.03' |
| L176 | N 12°08'10" E | 47.58' | L216 | N 12°58'52" E | 71.97' |
| L177 | N 11°08'14" E | 73.06' | L217 | N 49°25'19" W | 47.49' |
| L178 | N 21°29'15" E | 93.97' | L218 | N 01°51'50" W | 108.19' |
| L179 | N 78°20'03" E | 69.25' | L219 | N 17°37'21" E | 45.90' |
| L180 | S 55°39'16" E | 69.87' | L220 | N 65°06'19" E | 35.78' |
| L181 | S 80°56'57" E | 108.74' | L221 | N 46°32'59" E | 62.74' |
| L182 | S 66°11'08" E | 61.17' | L222 | N 86°48'36" E | 45.34' |
| L183 | S 46°26'17" E | 80.81' | L223 | N 77°45'14" E | 40.75' |
| L184 | S 40°23'22" E | 54.65' | L224 | S 01°27'39" W | 47.04' |
| L185 | S 21°48'21" E | 96.25' | L225 | S 15°23'08" W | 64.66' |
| L186 | S 29°16'31" E | 97.19' | L226 | S 03°28'38" W | 39.60' |
| L187 | N 61°13'44" E | 42.22' | L227 | S 36°49'59" W | 28.17' |
| L188 | N 87°31'00" E | 92.16' | L228 | S 05°00'07" W | 36.69' |
| L189 | N 36°16'30" E | 58.74' | L229 | S 19°51'28" W | 20.98' |
| L190 | N 61°13'02" E | 39.46' | | | |
| L191 | N 48°46'00" E | 63.81' | | | |

GRAPHIC SCALE

200'     0   100'   200'        400'                    800'

( IN FEET )
1 inch = 200' ft.

SHEET 6 OF 9

Survey For:

# MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=200' | Date: 12/16/2009   Revised: 04/02/2010 |
|---|---|---|---|

PREPARED BY:

**C**HARLES H.
**T**OMBERLIN and
**A**SSOCIATES    LAND SURVEYING

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH. 912-283-2973 FAX 912-285-9372

| G.M.D. 1493 | Area: 136.824 Acres |
|---|---|
| Land District: – | Project No: Magnolia115wl |
| Drawn By: David | Checked By: CHT |

STATE OF GEORGIA

SHEET 7 OF 9

| Survey For: | | | | |
|---|---|---|---|---|
| **MAGNOLIA BIOPOWER** | | | | |
| County: Brantley | City: – | Scale: 1"=200' | Date: 12/16/2009 Revised: 04/02/2010 | |
| PREPARED BY: CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | G.M.D. 1493 | Area: 136.824 Acres | |
| | | Land District: – | Project No: Magnolia115wl | |
| | | Drawn By: David | Checked By: CHT | STATE OF GEORGIA |



GRAPHIC SCALE

800'

400'

200'

100'

0

200'

( IN FEET )
1 inch = 200 ft.

L269
L265  L266  L268
L267

N
S
Go East
Go West

S.C.L. Railroad  ( 100' R/W )

U.S. Hwy. 82 & State Route 50  ( 190' R/W )

SHEET 8 OF 9

Survey For:

# MAGNOLIA BIOPOWER

| County:<br>Brantley | City:<br>– | | Scale:<br>1"=200' | Date:<br>12/16/2009 | Revised: 04/02/2010 |
| --- | --- | --- | --- | --- | --- |
| PREPARED BY: | | | G.M.D.<br>1493 | Area:<br>136.824 Acres | |
| C HARLES H.<br>T OMBERLIN and<br>A SSOCIATES | | LAND SURVEYING | Land District:<br>– | Project No:<br>Magnolia115wl | |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973<br>PO BOX 71<br>WAYCROSS, GEORGIA 31502<br>PH. 912-283-2973 FAX 912-285-9372 | | | Drawn By:<br>David | Checked By:<br>CHT | |

GEORGIA
REGISTERED
2973
LAND SURVEYOR
CHARLES H. J. TOMBERLIN

STATE OF GEORGIA

| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
|------|---------|----------|------|---------|----------|
| L230 | N 82°15'49" W | 20.61' | L259 | N 18°4'2'10" W | 35.71' |
| L231 | S 41°21'39" W | 22.92' | L260 | N 26°4'1'42" E | 74.38' |
| L232 | S 79°28'41" W | 54.79' | L261 | N 43°00'46" W | 56.17' |
| L233 | N 47°28'47" E | 18.54' | L262 | S 31°03'11" W | 86.53' |
| L234 | N 64°59'36" E | 16.05' | L263 | S 51°01'58" E | 107.14' |
| L235 | N 49°59'32" E | 21.09' | L264 | S 49°29'08" E | 105.16' |
| L236 | S 71°16'20" E | 21.68' | L265 | S 63°37'55" E | 96.14' |
| L237 | N 37°05'39" E | 41.93' | L266 | S 69°59'17" E | 50.64' |
| L238 | N 60°16'42" W | 30.15' | L267 | S 82°22'33" E | 53.11' |
| L239 | N 63°45'34" W | 42.56' | L268 | N 60°45'41" E | 78.12' |
| L240 | N 89°00'31" W | 43.65' | L269 | N 58°55'30" E | 98.31' |
| L241 | S 67°32'31" W | 50.16' | L270 | N 50°0'1'14" W | 62.10' |
| L242 | S 64°18'44" W | 55.84' | L271 | N 51°42'55" W | 103.44' |
| L243 | S 61°04'56" W | 18.32' | L272 | N 51°20'01" W | 91.05' |
| L244 | S 01°25'45" W | 37.90' | L273 | S 64°22'41" W | 130.76' |
| L245 | S 58°23'17" W | 59.55' | | | |
| L246 | S 32°45'06" W | 56.01' | | | |
| L247 | S 34°34'27" W | 84.44' | | | |
| L248 | S 46°17'14" W | 99.16' | | | |
| L249 | S 73°39'21" W | 80.98' | | | |
| L250 | S 29°27'57" W | 113.71' | | | |
| L251 | S 58°02'31" W | 94.04' | | | |
| L252 | S 79°18'49" W | 125.44' | | | |
| L253 | N 85°01'14" W | 64.38' | | | |
| L254 | S 40°56'51" W | 81.43' | | | |
| L255 | S 79°37'07" W | 45.98' | | | |
| L256 | N 54°50'23" W | 74.44' | | | |
| L257 | N 00°22'44" W | 75.09' | | | |
| L258 | N 14°49'03" W | 72.22' | | | |

N 11°30'20" E
175.08' (tie line)

S 57°48'49" E 1351.52' (tie line)

S 67°04'24" W
171.35' (tie line)

GRAPHIC SCALE

200'    0    100'   200'        400'              800'

( IN FEET )
1 inch = 200' ft.

SHEET 9 OF 9

Survey For:

# MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=200' | Date: 12/16/2009   Revised: 04/02/2010 |
|---|---|---|---|

PREPARED BY:

**C**HARLES H.
**T**OMBERLIN and
**A**SSOCIATES   LAND SURVEYING

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH. 912-283-2973 FAX 912-285-9372

| G.M.D. 1493 | Area: 136.824 Acres |
|---|---|
| Land District: – | Project No: Magnolia115wl |
| Drawn By: David | Checked By: CHT |

STATE OF GEORGIA



**Notes:**
1. Wetlands were delineated by Allen Rigdon in November 2009, and mapped by Charles H. Tomberlin and Associates in November, 2009.
2. Wetlands were surveyed with a Sokkia SRX Robotic Total Station and a Topcon HiPer Lite+ GPS system. This map is an accurate representation of the delineated and flagged freshwater jurisdictional lines and meets or exceeds minimum standard requirements in accordance with NSSDA.
3. Bearings and Coordinates shown on this map are based on Georgia State Plane Coordinate System (NAD83), East Zone.
4. According to F.I.R. Map No. 13012, Panel 0125 B, dated Sept. 30, 1988, It is my opinion that this property lies in Zone X unshaded, areas determined to be outside 500 year flood plain.
5. The subject property is located on Tax Map 105, Parcel 1
6. All wetlands are under the jurisdiction of the Corp of Engineers and/or the Department of Natural Resources. Lot owners and the Developer are subject to penalty by low for disturbance to these protected areas without proper permit applications and approval
7. Study area limits are based on a boundary survey by Charles H. Tomberlin, January, 2007.
8. Wetland line segments are numbered consecutively, some line labels may have been omitted for clarity and legibility.

WETLAND LOCATION MAP
FOR:
MAGNOLIA BIOPOWER
89.654 ACRES LOCATED IN
GEORGIA MILITIA DISTRICT 1493,
BRANTLEY COUNTY, GEORGIA

Map Symbols
Uplands
Wetlands
Wetlands Impact

PROJECT AREA: 89.654 ACRES
UPLAND AREA: 58.747 ACRES
WETLAND AREA: 30.907 ACRES
IMPACT AREA: 2.120 ACRES

GRAPHIC SCALE
( IN FEET )
1 inch = 700' ft.

2800'
1400'
700'
350'
0
700'

SHEET 4
SHEET 7
SHEET 3
SHEET 6
SHEET 2
SHEET 5
SHEET 1 OF 7

Revised: 04/02/2010
Revised: 04/11/2010
Revised: 04/16/2010

Survey For:
**MAGNOLIA BIOPOWER**

| County: Brantley | City: — | Scale: 1"=800' | Date: 12/16/2009 |
| PREPARED BY: Charles H. Tomberlin and Associates | | G.M.D. 1493 | Area: 89.654 Acres |
| LAND SURVEYING | | Land District: — | Project No: Magnolia BioPowerWL |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | Drawn By: David | Checked By: CHT |

STATE OF GEORGIA



Wetland "D"
12.260 Acres Total
8.347 Acres in Project Area

Project Boundary

Project Boundary

Magnolia Land Holdings, LLC

Magnolia Land Holdings, LLC

GRAPHIC SCALE

( IN FEET )
1 inch = 200 ft.

S.C.L. Railroad          ( 100' R/W )

SHEET 2 OF 7

| Survey For: | | | | |
|---|---|---|---|---|
| **MAGNOLIA BIOPOWER** | | | | |
| County:<br>**Brantley** | City:<br>— | Scale:<br>1"=800' | Date:<br>12/16/2009 | Revised: 04/02/2010<br>Revised: 04/11/2010 |
| **C**HARLES H.<br>**T**OMBERLIN and<br>**A**SSOCIATES<br>LAND SURVEYING | PREPARED BY: | G.M.D.<br>1493 | Area:<br>89.654 Acres | |
| | | Land District:<br>— | Project No:<br>Magnolia BioPowerWL | |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR 12973<br>PO BOX 71<br>WAYCROSS, GEORGIA 31502<br>PH. 912-283-2973 FAX 912-285-9372 | | Drawn By:<br>David | Checked By:<br>CHT | STATE OF GEORGIA |



GRAPHIC SCALE

( IN FEET )
1 inch = 200 ft.

Wetland "B"
20.791 Acres
in Project Area

Magnolia Land Holdings, LLC

S 03°30'29" W
1098.96'

Project
Boundary

Wetland "C"
0.729 Acres
(Impact Area 0.729 Acres)

316.77'
S 55°32'40" E

S 11°22'10" W
486.51'

Magnolia Land Holdings, LLC

Wetland "A"
1.040 Acres
(Impact Area 1.040 Acres)

Wetland "D"
Impact Area
0.351 Acres

Revised: 04/02/2010
Revised: 04/11/2010
Revised: 04/16/2010

SHEET 3 OF 7

Survey For:

## MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=800' | Date: 12/16/2009 |
| --- | --- | --- | --- |

PREPARED BY:

**C**HARLES H.
**T**OMBERLIN and
**A**SSOCIATES
LAND SURVEYING

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH. 912-283-2973 FAX 912-285-9372

| G.M.D. 1493 | Area: 89.654 Acres |
| --- | --- |
| Land District: – | Project No: Magnolia BioPowerWL |
| Drawn By: David | Checked By: CHT |

STATE OF GEORGIA



## GRAPHIC SCALE

200'   0   100'   200'   400'   800'

( IN FEET )
1 inch = 200' ft.

Magnolia Land Holdings, LLC

Project
Boundary

N 86°29'31" W
1266.75'

L73  L74  L75  L76  L77  L78 L79

SHEET 4 OF 7

| Survey For: | **MAGNOLIA BIOPOWER** | | | | | |
|---|---|---|---|---|---|---|
| County: **Brantley** | City: – | | Scale: **1"=800'** | Date: **12/16/2009** | Revised: 04/02/2010 Revised: 04/11/2010 | |
| PREPARED BY: **C**HARLES H. **T**OMBERLIN and **A**SSOCIATES LAND SURVEYING CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9372 | | | G.M.D. **1493** | Area: **89.654 Acres** | | |
| | | | Land District: – | Project No: **Magnolia BioPowerWL** | | |
| | | | Drawn By: **David** | Checked By: **CHT** | STATE OF GEORGIA | |

Project Boundary

| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
|------|---------|----------|------|---------|----------|------|---------|----------|
| L1 | N 36°56'49" W | 36.00' | L50 | N 77°45'14" E | 40.75' | L99 | S 61°38'21" E | 94.75' |
| L2 | N 86°09'53" E | 96.37' | L51 | S 01°27'39" W | 47.04' | L100 | S 82°48'14" E | 103.26' |
| L3 | N 87°02'21" E | 80.97' | L52 | S 15°23'08" W | 64.66' | L101 | N 44°14'55" E | 17.63' |
| L4 | N 62°18'46" E | 83.14' | L53 | S 03°28'38" W | 39.60' | L102 | N 45°33'51" E | 74.14' |
| L5 | N 52°27'18" E | 56.52' | L54 | S 36°49'59" W | 28.17' | L103 | N 20°29'43" E | 31.24' |
| L6 | N 24°13'05" E | 66.70' | L55 | S 05°00'07" W | 36.69' | L104 | N 33°49'01" E | 37.96' |
| L7 | N 44°03'14" E | 59.51' | L56 | S 19°51'28" W | 20.98' | L105 | N 17°07'26" W | 105.10' |
| L8 | N 01°17'17" E | 71.86' | L57 | N 82°15'49" W | 20.61' | | | |
| L9 | N 05°59'18" W | 60.28' | L58 | S 41°21'39" W | 22.92' | | | |
| L10 | N 20°25'00" E | 52.75' | L59 | S 79°28'41" W | 54.79' | | | |
| L11 | N 22°42'02" E | 53.03' | L60 | S 89°14'23" E | 91.82' | | | |
| L12 | N 82°43'38" E | 60.30' | L61 | N 73°56'07" E | 81.68' | | | |
| L13 | N 21°57'18" E | 48.61' | L62 | N 56°16'36" E | 59.55' | | | |
| L14 | N 27°38'22" E | 49.68' | L63 | S 87°48'48" E | 67.57' | | | |
| L15 | N 42°39'49" E | 51.53' | L64 | N 84°55'01" E | 116.83' | | | |
| L16 | N 76°18'45" E | 94.20' | L65 | N 55°43'09" E | 79.72' | | | |
| L17 | N 12°44'19" W | 33.11' | L66 | N 57°10'07" E | 92.22' | | | |
| L18 | N 18°42'10" W | 35.71' | L67 | N 36°30'24" E | 102.75' | | | |
| L19 | N 82°35'45" W | 59.79' | L68 | N 67°25'35" E | 37.29' | | | |
| L20 | S 48°46'00" W | 63.81' | L69 | N 27°57'14" E | 71.48' | | | |
| L21 | S 61°13'02" W | 39.46' | L70 | N 07°08'40" E | 59.29' | | | |
| L22 | S 36°16'30" W | 58.74' | L71 | N 57°24'58" E | 65.46' | | | |
| L23 | S 87°31'00" W | 92.16' | L72 | N 26°14'01" E | 62.82' | | | |
| L24 | S 61°13'44" W | 42.22' | L73 | N 53°24'26" E | 66.35' | | | |
| L25 | N 29°16'31" W | 97.19' | L74 | N 45°32'07" E | 81.94' | | | |
| L26 | N 21°48'21" W | 96.25' | L75 | S 72°44'26" E | 77.99' | | | |
| L27 | N 40°23'22" W | 54.65' | L76 | S 54°54'55" E | 46.35' | | | |
| L28 | N 48°26'17" W | 80.81' | L77 | S 49°25'42" E | 60.16' | | | |
| L29 | N 66°11'08" W | 61.17' | L78 | S 58°44'27" E | 54.82' | | | |
| L30 | N 80°56'57" W | 54.83' | L79 | N 89°51'27" E | 49.27' | | | |
| L31 | S 55°06'03" W | 108.61' | L80 | S 18°34'12" E | 81.02' | | | |
| L32 | S 03°08'56" W | 70.25' | L81 | S 25°26'13" E | 40.89' | | | |
| L33 | S 45°27'13" W | 84.16' | L82 | S 19°16'35" E | 35.89' | | | |
| L34 | S 77°31'56" W | 81.99' | L83 | S 34°35'10" E | 57.92' | | | |
| L35 | N 53°22'35" W | 64.94' | L84 | S 40°35'30" E | 47.71' | | | |
| L36 | N 43°00'46" W | 56.17' | L85 | S 14°03'30" W | 56.61' | | | |
| L37 | N 26°41'42" E | 74.38' | L86 | S 42°27'11" E | 63.46' | | | |
| L38 | N 29°02'51" W | 31.47' | L87 | S 69°21'05" E | 43.83' | | | |
| L39 | N 39°24'48" W | 37.76' | L88 | N 42°39'28" E | 8.11' | | | |
| L40 | N 16°14'00" E | 68.57' | L89 | S 02°39'55" W | 18.84' | | | |
| L41 | N 75°22'44" E | 54.18' | L90 | S 16°33'50" W | 46.20' | | | |
| L42 | S 81°54'30" E | 44.57' | L91 | S 53°32'07" E | 27.21' | | | |
| L43 | S 27°46'18" E | 75.92' | L92 | S 67°26'35" E | 30.92' | | | |
| L44 | N 49°25'19" E | 47.49' | L93 | N 30°24'14" E | 41.06' | | | |
| L45 | N 01°51'50" W | 108.19' | L94 | N 51°08'48" E | 49.30' | | | |
| L46 | N 17°37'21" E | 45.90' | L95 | N 73°50'34" W | 28.28' | | | |
| L47 | N 65°06'19" E | 35.78' | L96 | N 34°47'58" E | 28.87' | | | |
| L48 | N 46°32'59" E | 62.74' | L97 | N 49°21'25" E | 38.35' | | | |
| L49 | N 86°48'36" E | 45.34' | L98 | N 81°20'32" E | 90.71' | | | |

Go East

N

Go West

S

GRAPHIC SCALE

800'

400'

200'

100'

0

200'

( IN FEET )
1 inch = 200 ft.

SHEET 5 OF 7

Survey For:

# MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=800' | Date: 12/16/2009 Revised: 04/02/2010 Revised: 04/11/2010 |
|---|---|---|---|

PREPARED BY:
CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH. 912-283-2973 FAX 912-285-9372

| G.M.D. 1493 | Area: 89.654 Acres |
|---|---|
| Land District: – | Project No: Magnolia BioPowerWL |
| Drawn By: David | Checked By: CHT |

STATE OF GEORGIA



GRAPHIC SCALE

( IN FEET )
1 inch = 200' ft.

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 640.00' | 9.12' | 9.12' | S 40°19'34" W | 0°48'59" |
| C2 | 560.00' | 118.78' | 118.56' | N 45°59'39" E | 12°09'10" |

SHEET 6 OF 7

Survey For:

# MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=800' | Date: 12/16/2009 | Revised: 04/02/2010 Revised: 04/11/2010 |

PREPARED BY:

CHARLES H. TOMBERLIN and ASSOCIATES

LAND SURVEYING

| | G.M.D. 1493 | Area: 89.654 Acres |
| | Land District: – | Project No: Magnolia BioPowerWL |
| | Drawn By: David | Checked By: CHT |

CHARLES H. TOMBERLIN REGISTERED LAND SURVEYOR #2973
PO BOX 71
WAYCROSS, GEORGIA 31502
PH. 912-283-2973 FAX 912-285-9372

STATE OF GEORGIA



GRAPHIC SCALE

200'    0   100' 200'    400'                    800'

( IN FEET )
1 inch ≈ 200' ft.

Project
Boundary

*SHEET 7 OF 7*

Survey For:

## MAGNOLIA BIOPOWER

| County: Brantley | City: – | Scale: 1"=800' | Date: 12/16/2009 | Revised: 04/02/2010 Revised: 04/11/2010 |
|---|---|---|---|---|
| PREPARED BY: | | G.M.D. 1493 | Area: 89.654 Acres | |
| CHARLES H. TOMBERLIN and ASSOCIATES LAND SURVEYING | | Land District: – | Project No: Magnolia BioPowerWL | |
| CHARLES H. TOMBERLIN REGISTERED LAND SURVETOR #2973 PO BOX 71 WAYCROSS, GEORGIA 31502 PH. 912-283-2973 FAX 912-285-9322 | | Drawn By: David | Checked By: CHT | |

STATE OF GEORGIA

*DRAFT Traffic Impact Study*

# First Georgia BioEnergy – Waynesville, GA

## SR 520/US Hwy 82 (Corridor Z)
## Brantley County, GA

*Prepared for:*

Enova Energy Group, LLC
5256 Peachtree Road, Suite 130
Atlanta, Georgia 30341

*Prepared by:*



LeCraw Engineering, Inc.
4320 Suwanee Dam Road – Suite 1400
Suwanee, GA 30024

*In association with:*
**AJ Traffic**
Andrew Antweiler, P.E.

June 2012



**APPENDIX C**

**IMPACT STUDY CERTIFICATION**

Georgia Department of Transportation

## TRAFFIC IMPACT STUDY CERTIFICATION SHEET

_____          _____    _____

Name of Development                State Route No.    County

Certification By Traffic Engineer:

I hereby certify that this study conducted for the above named development, for which a preliminary site plan is included herewith, has been conducted in accordance with industry-accepted standards. I further certify that I have compared the access/egress configuration for the proposed development as shown on the preliminary site plan and the conditions conform to the Georgia DOT Regulations for Driveway and Encroachment Control, 2001 to the following extent.

Check the applicable Category.

The development as shown on the preliminary site plan:

_____COMPLIES

_____DOES NOT COMPLY

with the requirements of the GDOT Regulations for Driveway and Encroachment Control, Current Edition.

If the site plan does not comply, list the exceptions to the GDOT Driveway Regulations that must be allowed in order to approve the project.

_____          ┌─────────────────────────────┐
_____          │ Engineer's Stamp and Signature │
_____          │                             │
_____          │                             │
_____          │                             │
_____          │                             │
_____          │                             │
_____          │                             │
_____          │                             │
_____          └─────────────────────────────┘

# Executive Summary

The purpose of this study is to evaluate the potential traffic impacts of the proposed First Georgia BioEnergy development. The development is located in Brantley County along SR 520/US Hwy 82 (Corridor Z), west of Waynesville. The development proposes one driveway along SR 520 at an existing median opening, approximately 2 miles west of Waynesville. The development is expected to be built and occupied within one year.

The proposed driveway will be a full movement driveway with a side-street stop-controlled approach. The driveway is recommended to have a two lane approach at SR 520 – separate left-turn and right-turn lanes.

At the existing median opening along SR 520, there is an eastbound left-turn lane and a westbound left-turn lane. The SR 520 geometry is recommended to be improved as part of the development construction by adding a new westbound right-turn lane at the proposed driveway. Additionally, the existing eastbound left-turn lane is recommended to be lengthened by approximately 140 feet.

The site plan (in Appendix) illustrates the conditions in the study area including the proposed development, the proposed driveway, and the proposed turn lanes.

The future conditions analysis was performed at the intersection of SR 520 and the proposed driveway. The future conditions analysis indicates the proposed development driveway will operate at an acceptable level of service as a stop-controlled driveway during the AM and PM peak hours.

# TABLE OF CONTENTS

*Section* — *Page*

Executive Summary .......... 1
1.0 Existing Conditions .......... 1
 1.1 Roadway Conditions .......... 1
 1.2 Traffic Volumes .......... 1
2.0 Future Conditions .......... 3
 2.1 Future Traffic Volumes .......... 3
3.0 Proposed Development Traffic .......... 4
 3.1 Trip Generation .......... 4
 3.2 Trip Distribution and Assignment .......... 4
4.0 Recommended Driveway Conditions .......... 6
 4.1 Proposed Driveway Geometry .......... 6
 4.2 SR 520 Turn Lane Analysis .......... 6
 4.3 Intersection Traffic Control .......... 7
5.0 Capacity Analysis .......... 8
 5.1 Future Conditions Capacity Analysis .......... 8

## TABLES

Table 1 – Trip Generation, BioPower Site .......... 4
Table 2 – Level of Service Summary, Future Conditions with Improvements .......... 8

## APPENDIX

Figures
 Figure 1 – Study Location Map
 Figure 2 – Aerial
 Figure 3 – Traffic Conditions
Site Plan
Photos of Intersection
Traffic Counts
GDOT STARS Count #0163
Expected Driveway Volume Development
Traffic Signal Warrant Volume Development
Traffic Signal Warrant Analysis
Capacity Analysis – Future Conditions

# 1.0    Existing Conditions

## 1.1    Roadway Conditions

SR 520/US Hwy 82 is an east-west oriented roadway in the vicinity of the proposed development. SR 520 is a four-lane divided roadway with a posted speed limit of 55 MPH. The center median is a depressed, grassed median with approximately 40-feet between travel lanes.

There is an existing median opening located approximately 2 miles west of Waynesville. There is a driveway on the north side of the road providing access to a trailer. There is a driveway on the south side of the road leading into fields/woods.  Sight distance appears to be good in both directions along SR 520 as the road is generally straight and level in both directions.

At the existing median opening along SR 520, there is an eastbound left-turn lane and a westbound left-turn lane.  Both turn lanes are approximately 270-feet (170-foot full lane width plus 100-foot taper).  There is no existing westbound right-turn lane.

Accident history at the median opening was not researched because there are expected to be few, if any, accidents at this location.

## 1.2    Traffic Volumes

One 24-hour volume count was performed on June 5, 2012, while public schools were not in session.  This count provided both the 24-hour and hourly volumes.  This count was compared with the GDOT Annual Count Station #0163 (SR 520 at approximately the same location).  The June 5th count was 7,997 vehicles per day and the GDOT count from 2011 was 7,810 vehicles per day. The GDOT historical counts also indicated the volumes are fairly consistent over the past seven years. **Figure 3** (in the Appendix) illustrates the existing traffic volumes.

Based on the June 5th traffic count:

- 24-hour volume: 7,997 vehicles
- 24-hour truck percentage was 15.0%
- AM Peak hour occurred from 7:00-8:00am
  - 554 vehicles (180 westbound and 374 eastbound)
- PM Peak hour occurred from 4:30-5:30pm
  - 689 vehicles (473 westbound and 216 eastbound)
- The westbound traffic includes a higher truck percentage than eastbound

1

- ○ During the AM peak hour, 23.3% truck percentage westbound
- ○ During the PM peak hour, 14.8% truck percentage westbound

The traffic counts are included in the Appendix.

## 2.0    Future Conditions

### 2.1    *Future Traffic Volumes*

Future traffic volumes were developed by reviewing the existing traffic counts collected in June 2012 and the GDOT historical counts. The proposed development is expected to be fully "built-out" (completed) in less than one year. Since the historical volumes are fairly consistent over the past seven years, the 2012 existing traffic volumes were considered base conditions. (It is worth noting a 1.0% growth rate for 1 year would only result in the SR 520 through volumes increasing by approximately 5 vehicles during the AM peak hour and 7 vehicles during the PM peak hour.)

The Future Conditions were developed by adding the proposed development traffic volumes to the 2012 existing traffic volumes.

## 3.0 Proposed Development Traffic

Project traffic was calculated for the proposed First Georgia BioEnergy development. Project traffic is defined as the vehicular trips expected to be generated by the development and distributed over the roadway network.

### 3.1 Trip Generation

The project driveway volumes were calculated based on information provided by the client based on anticipated plant operations. Trip generation estimates were not calculated using equations in the Institute of Transportation Engineers' (ITE) *Trip Generation Manual, Eighth Edition* due to the specific development type and lack of available data in the manual.

Expected trip generation for the site was developed for a typical weekday (Tuesday, Wednesday, or Thursday). The expected driveway volumes were based on information the plant would be operational 24 hours per day, 7 days per week, and 365 days per year. The plant will operate 3 shifts per day, with 16 employees per shift, for a total of 50 employees on site per day. The shift changes are anticipated to occur at 7am, 3pm, and 11pm. Log trucks and live load trucks would generate traffic entering and exiting the site throughout the day. Truck traffic is estimated to total 100 delivery or pick-ups during the day. There will also be some 'other' delivery traffic (i.e. supplies, mail, Fed-Ex). The expected driveway volumes for a typical weekday are shown in the 'Expected Driveway Volume Development' table in the Appendix. **Table 1** below summarizes the expected daily, AM peak hour, and PM peak hour driveway volumes.

| Table 1 – Trip Generation (Typical weekday) BioPower Site | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daily Trips | | | AM Peak Hour (7-8am) | | | PM Peak Hour (5-6pm) | | |
| Total | In | Out | Total | In | Out | Total | In | Out |
| 342 | 171 | 171 | 63 | 32 | 31 | 19 | 9 | 10 |

### 3.2 Trip Distribution and Assignment

An overall trip distribution and assignment of project trips was based on existing traffic patterns in the area and client information. The directional distribution for the proposed development is anticipated to be as follows:

- 70% to/from the west along SR 520
- 30% to/from the east along SR 520

4

Based on the trip generation and the trip distribution, new project trips were assigned to the roadway network. **Figure 3** (in the Appendix) illustrates the future traffic volumes.

# 4.0    Recommended Driveway Conditions

Recommendations for the proposed driveway are based on existing conditions, the proposed BioPower development use, and expected traffic volumes. The need for dedicated turn lanes at the intersection and appropriate traffic control (i.e. stop control or a traffic signal) was reviewed. Recommendations are based on GDOT's Regulations for Driveway and Encroachment Control and engineering judgment.

The proposed driveway will handle a high percentage of trucks and should be designed to accommodate the appropriate truck turning radius. Specifics of the driveway design will need to be discussed with GDOT Driveway Reviewer.

It is worth noting if additional future developments utilize the driveway and increase the traffic volumes, the driveway may have to be modified in the future.

## 4.1    Proposed Driveway Geometry

The proposed driveway will be a full movement driveway at the existing median opening.  With the high percentage of truck traffic entering and exiting the site, it is recommended the proposed driveway consist of a two lane approach at SR 520.  Separate left-turn and right-turn lanes will reduce delay for vehicles and trucks exiting the site.  Right-turn vehicles will not have to wait behind a left-turning truck, which may have to wait for a gap in traffic.

## 4.2    SR 520 Turn Lane Analysis

The existing posted speed limit along SR 520 at the proposed driveway location is 55mph. At the existing median opening there is an eastbound left-turn lane and a westbound left-turn lane.  Both turn lanes are approximately 270-feet (170-foot full lane width plus 100-foot taper).  There is no existing westbound right-turn lane.

The need for turn lanes at the proposed driveway was reviewed based on GDOT's driveway manual. Section 4I, Auxiliary Turn Lanes, provides minimum volumes requiring right-turn or left-turn deceleration lanes.  The section also provides minimum deceleration lengths for right-turn or left-turn lanes.

The projected driveway volumes include 50 westbound right-turns per day. Based on the 55mph speed limit, 4-lane roadway, and less than 10,000 ADT on SR 520, Table 4-6 indicates a dedicated right-turn lane is not required.

The projected driveway volumes include 121 eastbound left-turns per day. Based on the 55mph speed limit, 4-lane roadway, and less than 10,000 ADT on SR 520, Table 4-6 indicates a dedicated left-turn lane is not required.

With the high percentage of truck traffic entering and exiting the site, it is recommended to provide both a dedicated westbound right-turn and a dedicated left-turn lane. The existing eastbound left-turn lane is recommended to be lengthened.

Based on GDOT's driveway manual, the minimum right-turn lane length is 350 feet (250-foot full width storage plus 100-foot taper). The minimum left-turn lane length is 410 feet (310-foot full width storage plus 100-foot taper).

## 4.3    Intersection Traffic Control

Based on existing SR 520 traffic volumes and the proposed development traffic volumes, a stop-controlled driveway is recommended.

Due to the projected low side-street traffic volumes a traffic signal is not expected to be warranted. Typically, left-turn and/or through traffic volumes from a side-street intersecting the major street meet the Manual on Uniform Traffic Control Devices (MUTCD) traffic volume warrants. For the purpose of this study, the projected left-turn driveway volume was analyzed versus three volume warrants.

The Manual on Uniform Traffic Control Devices (MUTCD) traffic volume warrants were analyzed based on GDOT's standard use of 100% volume thresholds (even though there is an option to use 70% volumes when the posted speed limit exceeds 40 mph on the major street). Warrants #1, #2, and #3 are intended to capture the need for a traffic signal based on intersecting traffic volumes and/or excessive delay. The following summarizes the traffic signal warrant findings:

- Warrant #1 (Eight-Hour Vehicular Volume) –NOT MET
- Warrant #2 (Four-Hour Vehicular Volume) –NOT MET
- Warrant #3 (Peak Hour) –NOT MET

For more information on the warrant calculations, see the tables in the Appendix.

## 5.0    Capacity Analysis

Capacity analysis was performed at the study intersection for the weekday AM and PM peak hours.  Intersection Level of Service (LOS) was calculated based on the methodologies contained in the *2000 Highway Capacity Manual*.  The *Synchro Professional, Version 7.0* software, which utilizes the HCM 2000 methodology, was utilized to perform the analyses.

Capacity is defined as the maximum number of vehicles that can pass over a particular road segment or through a particular intersection within a specified period under prevailing roadway, traffic, and control conditions.  Level of service is used to describe the operating characteristics of a road segment or intersection in relation to its capacity.  LOS is defined as a qualitative measure that describes operational conditions and motorists perceptions.  The Highway Capacity Manual defines six levels of service, LOS A through LOS F.  Level of service A indicates excellent operations with little delay to motorists, while level of service F indicates extremely long delay.

Note: The AM peak hour intersection analysis was based on the 7:00-8:00am conditions. The PM peak hour intersection analysis was based on the 5:00-6:00pm driveway volumes and the 4:30-5:30pm traffic volumes along SR 520.

### 5.1    Future Conditions Capacity Analysis

Capacity analysis was performed for the Future Conditions case and includes the existing traffic volumes plus the development volumes and the recommended turn lanes at the development driveway.  The future traffic conditions are illustrated in **Figure 3**.  **Table 2** summarizes the results of the capacity analysis.

| Table 2 Level of Service Summary, Future Conditions with Improvements | | | |
|---|---|---|---|
| Intersection | Traffic Control | AM Peak Hour LOS (Delay*) | PM Peak Hour LOS (Delay*) |
| SR 520 at Proposed Driveway (Full movement) | Side-street stop-controlled | B (10.4) | B (12.0) |

*Delay in seconds*

The future conditions analysis indicates the proposed development driveway will operate at an acceptable level of service as a stop-controlled driveway during the AM and PM peak hours.  The proposed driveway is expected to accommodate potential future increases in traffic volumes.

8

**APPENDIX**

| | Traffic Impact Study<br>First Georgia BioEnergy<br>Brantley County, GA | Location<br>Map | Figure<br>1 |
|---|---|---|---|



Not to Scale



| | Traffic Impact Study<br>First Georgia BioEnergy<br>Brantley County, GA | Aerial | Figure<br>2 |
|---|---|---|---|

*Existing Conditions*

Not to Scale

Proposed
Development

Existing
Driveway

SR 520 / US 80

180 (473)

374 (216)

Existing
Driveway

2012 ADT
7,997 vpd

*Future Conditions*

Proposed
Development

Proposed Driveway
(Full Movement)

RT: 22 (7)    RT: 10 (3)

LT: 9 (3)    T: 180 (473)

SR 520 / US 80

LT: 22 (6)

T: 374 (216)

Existing
Driveway

| LEGEND | |
|---|---|
| ⟹ | Existing Roadway Laneage |
| ⟶ | Development Proposed Roadway Laneage |
| XX | AM Peak Hour Traffic Volumes |
| (XX) | PM Peak Hour Traffic Volumes |

| AJtraffic | Traffic Impact Study First Georgia BioEnergy Brantley County, GA | Traffic Conditions | Figure 3 |
|---|---|---|---|



## Photos of Intersection



SR 520: Looking west from median opening



SR 520: Looking east from median opening



Looking north at existing driveway/future driveway location

Case 5:19-cv-00006-LGW-BWC   Document 150-31   Filed 12/05/21   Page 59 of 68
Case 5:19-cv-00006-LGW-BWC   Document 150-31   Filed 12/05/21   Page 60 of 68

Page 1

# ALL TRAFFIC DATA SERVICES, INC

4301 Confederate Point Road #10
Jacksonville, FL 32210
*904.707.8618*

Site Code: 1
Station ID: 1

SR 520-US 82 WEST OF WAYNESVILLE ROAD
NEAR MEDIAN OPENING

EB

| Start Time | Bikes | Cars & Trailers | 2 Axle Long | Buses | 2 Axle 6 Tire | 3 Axle Single | 4 Axle Single | <5 Axl Double | 5 Axle Double | >6 Axl Double | <6 Axl Multi | 6 Axle Multi | >6 Axl Multi | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/12 | 0 | 5 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 8 |
| 00:15 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 |
| 00:30 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 6 |
| 00:45 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
|  | 0 | 11 | 3 | 0 | 0 | 0 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 23 |
| 01:00 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| 01:15 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 01:30 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 01:45 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
|  | 0 | 13 | 4 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 7 |
| 02:00 | 0 | 5 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 02:15 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 02:30 | 0 | 8 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 12 |
| 02:45 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
|  | 0 | 18 | 2 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 26 |
| 03:00 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 03:15 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 13 |
| 03:30 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 7 |
| 03:45 | 0 | 3 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  | 0 | 15 | 4 | 0 | 2 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 26 |
| 04:00 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 7 |
| 04:15 | 0 | 11 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 15 |
| 04:30 | 0 | 9 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 13 |
| 04:45 | 0 | 9 | 2 | 0 | 0 | 1 | 0 | 3 | 4 | 0 | 0 | 0 | 0 | 14 |
|  | 0 | 34 | 7 | 0 | 0 | 1 | 0 | 4 | 3 | 0 | 0 | 0 | 0 | 49 |
| 05:00 | 1 | 13 | 6 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 25 |
| 05:15 | 0 | 16 | 3 | 0 | 1 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 25 |
| 05:30 | 0 | 21 | 8 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 0 | 52 |
| 05:45 | 1 | 36 | 11 | 0 | 0 | 0 | 0 | 2 | 5 | 0 | 1 | 0 | 0 | 133 |
|  | 1 | 88 | 28 | 0 | 3 | 1 | 0 | 6 | 5 | 0 | 1 | 1 | 0 | 75 |
| 06:00 | 0 | 53 | 16 | 0 | 1 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 89 |
| 06:15 | 2 | 58 | 15 | 0 | 6 | 0 | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 88 |
| 06:30 | 0 | 41 | 21 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 76 |
| 06:45 | 0 | 57 | 16 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 308 |
|  | 2 | 209 | 68 | 0 | 9 | 2 | 0 | 9 | 8 | 0 | 0 | 1 | 0 | 110 |
| 07:00 | 0 | 84 | 17 | 0 | 2 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 0 | 110 |
| 07:15 | 1 | 86 | 17 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 84 |
| 07:30 | 0 | 58 | 17 | 0 | 3 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 70 |
| 07:45 | 0 | 51 | 12 | 0 | 3 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 374 |
|  | 1 | 279 | 63 | 0 | 10 | 1 | 0 | 10 | 10 | 0 | 0 | 0 | 1 | 66 |
| 08:00 | 0 | 46 | 8 | 1 | 2 | 1 | 0 | 3 | 4 | 0 | 0 | 0 | 0 | 86 |
| 08:15 | 0 | 60 | 12 | 0 | 2 | 3 | 0 | 4 | 5 | 0 | 0 | 0 | 0 | 65 |
| 08:30 | 1 | 45 | 10 | 0 | 5 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 63 |
| 08:45 | 0 | 43 | 10 | 0 | 1 | 1 | 0 | 3 | 5 | 0 | 0 | 0 | 1 | 280 |
|  | 1 | 194 | 40 | 1 | 10 | 6 | 0 | 21 | 16 | 0 | 0 | 0 | 0 | 69 |
| 09:00 | 1 | 48 | 13 | 0 | 5 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 59 |
| 09:15 | 0 | 41 | 11 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 58 |
| 09:30 | 0 | 51 | 6 | 1 | 2 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 62 |
| 09:45 | 0 | 31 | 18 | 0 | 2 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 1 | 56 |
|  | 2 | 171 | 48 | 1 | 6 | 3 | 0 | 4 | 9 | 0 | 0 | 0 | 1 | 245 |
| 10:00 | 0 | 41 | 10 | 0 | 1 | 2 | 0 | 3 | 6 | 0 | 0 | 0 | 0 | 57 |
| 10:15 | 0 | 44 | 9 | 1 | 2 | 3 | 0 | 6 | 8 | 0 | 0 | 0 | 1 | 69 |
| 10:30 | 0 | 40 | 13 | 2 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 62 |
| 10:45 | 0 | 46 | 12 | 2 | 1 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 1 | 66 |
|  | 0 | 171 | 42 | 5 | 4 | 5 | 0 | 14 | 12 | 0 | 0 | 0 | 1 | 254 |
| 11:00 | 0 | 31 | 2 | 0 | 0 | 1 | 0 | 1 | 7 | 0 | 0 | 0 | 0 | 42 |
| 11:15 | 0 | 34 | 11 | 1 | 2 | 3 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 54 |
| 11:30 | 0 | 47 | 7 | 0 | 0 | 0 | 0 | 3 | 4 | 0 | 0 | 0 | 0 | 61 |
| 11:45 | 0 | 56 | 7 | 0 | 1 | 1 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 71 |
|  | 0 | 168 | 27 | 1 | 3 | 5 | 0 | 12 | 14 | 0 | 0 | 0 | 2 | 228 |
| **Total** | 7 | 1371 | 336 | 8 | 47 | 24 | 0 | 76 | 91 | 0 | 2 | 1 | 2 | 1965 |
| **Percent** | 0.4% | 69.8% | 17.1% | 0.4% | 2.4% | 1.2% | 0.0% | 3.9% | 4.6% | 0.0% | 0.1% | 0.1% | 0.1% | |

## ALL TRAFFIC DATA SERVICES, INC

4301 Confederate Point Road #10
Jacksonville, FL 32210
904.707.8618

Page 2

Site Code: 1
Station ID: 1

SR 520-US 82 WEST OF WAYNESVILLE ROAD
NEAR MEDIAN OPENING

EB

| Start Time | Bikes | Cars & Trailers | 2 Axle Long | Buses | 2 Axle 6 Tire | 3 Axle Single | 4 Axle Single | <5 Axl Double | 5 Axle Double | >6 Axl Double | <6 Axl Multi | 6 Axle Multi | >6 Axl Multi | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 PM | 1 | 33 | 10 | 0 | 1 | 1 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 52 |
| 12:15 | 0 | 44 | 5 | 0 | 1 | 0 | 0 | 1 | 5 | 1 | 0 | 0 | 0 | 57 |
| 12:30 | 0 | 36 | 9 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 55 |
| 12:45 | 2 | 41 | 10 | 0 | 2 | 2 | 0 | 2 | 7 | 0 | 0 | 0 | 0 | 66 |
|  | 3 | 154 | 34 | 0 | 6 | 3 | 0 | 8 | 21 | 1 | 0 | 0 | 0 | 230 |
| 13:00 | 4 | 49 | 13 | 0 | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 1 | 0 | 72 |
| 13:15 | 0 | 36 | 16 | 1 | 2 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 60 |
| 13:30 | 0 | 47 | 10 | 0 | 1 | 1 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 65 |
| 13:45 | 1 | 29 | 10 | 0 | 3 | 1 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 52 |
|  | 5 | 161 | 49 | 1 | 6 | 4 | 1 | 10 | 11 | 0 | 0 | 1 | 0 | 249 |
| 14:00 | 0 | 34 | 8 | 3 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 0 | 53 |
| 14:15 | 0 | 31 | 14 | 0 | 1 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 51 |
| 14:30 | 0 | 36 | 9 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 1 | 50 |
| 14:45 | 1 | 46 | 9 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 61 |
|  | 1 | 147 | 40 | 3 | 3 | 0 | 0 | 5 | 13 | 1 | 0 | 0 | 2 | 215 |
| 15:00 | 0 | 40 | 5 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 49 |
| 15:15 | 0 | 32 | 9 | 0 | 1 | 0 | 0 | 3 | 5 | 1 | 0 | 1 | 0 | 52 |
| 15:30 | 0 | 40 | 10 | 0 | 0 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 57 |
| 15:45 | 0 | 33 | 11 | 0 | 1 | 1 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 51 |
|  | 0 | 145 | 35 | 0 | 3 | 1 | 0 | 8 | 15 | 1 | 0 | 1 | 0 | 209 |
| 16:00 | 0 | 48 | 9 | 0 | 1 | 0 | 1 | 0 | 4 | 0 | 0 | 0 | 0 | 63 |
| 16:15 | 0 | 43 | 12 | 0 | 3 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 62 |
| 16:30 | 2 | 30 | 8 | 0 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 44 |
| 16:45 | 1 | 51 | 7 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 62 |
|  | 4 | 172 | 36 | 0 | 5 | 4 | 1 | 1 | 8 | 0 | 0 | 0 | 0 | 231 |
| 17:00 | 0 | 46 | 10 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 61 |
| 17:15 | 0 | 38 | 8 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 49 |
| 17:30 | 1 | 43 | 6 | 0 | 1 | 0 | 0 | 1 | 5 | 0 | 0 | 0 | 0 | 57 |
| 17:45 | 0 | 35 | 10 | 0 | 1 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 51 |
|  | 1 | 162 | 34 | 0 | 1 | 2 | 0 | 4 | 13 | 0 | 0 | 0 | 1 | 218 |
| 18:00 | 1 | 38 | 4 | 1 | 1 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 50 |
| 18:15 | 0 | 27 | 4 | 1 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 36 |
| 18:30 | 0 | 26 | 5 | 1 | 1 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 38 |
| 18:45 | 0 | 21 | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 30 |
|  | 1 | 112 | 20 | 3 | 2 | 1 | 0 | 1 | 14 | 0 | 0 | 0 | 0 | 154 |
| 19:00 | 0 | 22 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 28 |
| 19:15 | 0 | 24 | 5 | 0 | 0 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 37 |
| 19:30 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 30 |
| 19:45 | 0 | 29 | 4 | 0 | 1 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 34 |
|  | 0 | 101 | 14 | 0 | 1 | 0 | 0 | 4 | 9 | 0 | 0 | 0 | 0 | 129 |
| 20:00 | 0 | 21 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 27 |
| 20:15 | 1 | 22 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| 20:30 | 0 | 24 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| 20:45 | 0 | 16 | 5 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 23 |
|  | 1 | 83 | 19 | 0 | 1 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 108 |
| 21:00 | 1 | 16 | 5 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 25 |
| 21:15 | 1 | 18 | 4 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 27 |
| 21:30 | 0 | 13 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| 21:45 | 0 | 10 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 15 |
|  | 1 | 57 | 17 | 0 | 1 | 1 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 85 |
| 22:00 | 1 | 13 | 4 | 0 | 1 | 1 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 85 |
| 22:15 | 1 | 8 | 2 | 0 | 0 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 22 |
| 22:30 | 1 | 9 | 3 | 0 | 1 | 0 | 0 | 1 | 9 | 0 | 0 | 0 | 0 | 24 |
| 22:45 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 13 |
|  | 2 | 39 | 9 | 0 | 3 | 1 | 0 | 2 | 16 | 1 | 0 | 0 | 0 | 73 |
| 23:00 | 0 | 7 | 3 | 0 | 3 | 1 | 0 | 2 | 16 | 1 | 0 | 0 | 0 | 73 |
| 23:15 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 11 |
| 23:30 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 5 |
| 23:45 | 0 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 8 |
|  | 0 | 19 | 3 | 1 | 0 | 0 | 0 | 1 | 11 | 0 | 0 | 0 | 0 | 35 |
| Total | 19 | 1352 | 310 | 8 | 32 | 17 | 2 | 48 | 139 | 4 | 0 | 2 | 3 | 1936 |
| Percent | 1.0% | 69.8% | 16.0% | 0.4% | 1.7% | 0.9% | 0.1% | 2.5% | 7.2% | 0.2% | 0.0% | 0.1% | 0.2% | |
| Grand Total | 26 | 2723 | 646 | 16 | 79 | 41 | 2 | 124 | 230 | 4 | 2 | 3 | 5 | 3901 |
| Percent | 0.7% | 69.8% | 16.6% | 0.4% | 2.0% | 1.1% | 0.1% | 3.2% | 5.9% | 0.1% | 0.1% | 0.1% | 0.1% | |

Case 5:19-cv-00089-LGW-BWC Document 150-31 Filed 11/05/21 Page 61 of 68
Case 5:19-cv-00089-LGW-BWC Document 157-31 Filed 12/14/21 Page 62 of 69
Page 1

# ALL TRAFFIC DATA SERVICES, INC

4301 Confederate Point Road #10
Jacksonville, FL 32210
904.707.8818

Site Code: 1.5
Station ID: 1.5
US 520-US 82 WEST OF WAYNEVILLE ROAD
NEAR MEDIAN OPENING

WB

| Start Time | Bikes | Cars & Trailers | 2 Axle Long | Buses | 2 Axle 6 Tire | 3 Axle Single | 4 Axle Single | <5 Axl Double | 5 Axle Double | >6 Axl Double | <6 Axl Multi | 6 Axle Multi | >6 Axl Multi | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/12 | 0 | 9 | 2 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| 00:15 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 00:30 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 00:45 | 0 | 2 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | 0 | 19 | 7 | 1 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 34 |
| 01:00 | 0 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 8 |
| 01:15 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 01:30 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 01:45 | 1 | 5 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 26 |
| | 2 | 13 | 4 | 1 | 3 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 2 |
| 02:00 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 02:15 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 02:30 | 0 | 1 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 02:45 | 0 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | 1 | 4 | 6 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| 03:00 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 03:15 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| 03:30 | 1 | 5 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 03:45 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | 1 | 10 | 3 | 0 | 2 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 21 |
| 04:00 | 0 | 3 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 04:15 | 1 | 4 | 1 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 04:30 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 04:45 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | 1 | 10 | 3 | 1 | 7 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 26 |
| 05:00 | 0 | 4 | 1 | 2 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 12 |
| 05:15 | 0 | 7 | 2 | 1 | 3 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 15 |
| 05:30 | 0 | 7 | 4 | 0 | 3 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 20 |
| 05:45 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 9 |
| | 0 | 24 | 9 | 3 | 8 | 0 | 0 | 10 | 2 | 0 | 0 | 0 | 0 | 56 |
| 06:00 | 2 | 11 | 6 | 0 | 3 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 25 |
| 06:15 | 0 | 13 | 3 | 1 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 33 |
| 06:30 | 0 | 20 | 8 | 0 | 5 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 42 |
| 06:45 | 0 | 20 | 11 | 0 | 3 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 24 |
| | 2 | 64 | 28 | 1 | 13 | 2 | 0 | 8 | 6 | 0 | 0 | 0 | 0 | 124 |
| 07:00 | 1 | 17 | 8 | 2 | 8 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 41 |
| 07:15 | 1 | 29 | 13 | 1 | 1 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 46 |
| 07:30 | 1 | 18 | 11 | 0 | 3 | 3 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 49 |
| 07:45 | 0 | 28 | 12 | 0 | 2 | 0 | 0 | 3 | 4 | 0 | 0 | 0 | 0 | 180 |
| | 2 | 92 | 44 | 3 | 14 | 3 | 0 | 13 | 9 | 0 | 0 | 0 | 0 | 53 |
| 08:00 | 0 | 30 | 15 | 0 | 5 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 54 |
| 08:15 | 0 | 36 | 10 | 1 | 6 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 63 |
| 08:30 | 1 | 31 | 15 | 2 | 6 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 48 |
| 08:45 | 1 | 29 | 9 | 0 | 6 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 218 |
| | 2 | 126 | 49 | 3 | 23 | 3 | 0 | 8 | 5 | 0 | 0 | 0 | 0 | 38 |
| 09:00 | 2 | 16 | 12 | 2 | 1 | 0 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 41 |
| 09:15 | 0 | 25 | 10 | 0 | 2 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 48 |
| 09:30 | 3 | 21 | 13 | 0 | 4 | 2 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 52 |
| 09:45 | 1 | 24 | 15 | 3 | 7 | 1 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 179 |
| | 6 | 86 | 50 | 5 | 14 | 5 | 0 | 9 | 4 | 0 | 0 | 0 | 0 | 59 |
| 10:00 | 1 | 34 | 12 | 0 | 4 | 1 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 56 |
| 10:15 | 1 | 29 | 10 | 1 | 6 | 1 | 0 | 5 | 3 | 1 | 0 | 0 | 0 | 75 |
| 10:30 | 0 | 20 | 10 | 3 | 5 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 36 |
| 10:45 | 1 | 23 | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 226 |
| | 2 | 120 | 52 | 4 | 17 | 4 | 0 | 15 | 9 | 1 | 0 | 0 | 0 | 58 |
| 11:00 | 0 | 25 | 17 | 2 | 5 | 2 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 60 |
| 11:15 | 1 | 25 | 19 | 1 | 4 | 3 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 44 |
| 11:30 | 0 | 26 | 10 | 0 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 34 |
| 11:45 | 0 | 21 | 9 | 0 | 1 | 2 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 196 |
| | 4 | 97 | 55 | 3 | 14 | 7 | 0 | 14 | 2 | 0 | 0 | 0 | 0 | 1301 |
| Total | 24 | 665 | 310 | 26 | 123 | 25 | 0 | 82 | 44 | 1 | 1 | 0 | 0 | 1301 |
| Percent | 1.8% | 51.1% | 23.8% | 2.0% | 9.5% | 1.9% | 0.0% | 6.3% | 3.4% | 0.1% | 0.1% | 0.0% | 0.0% | |

### ALL TRAFFIC DATA SERVICES, INC
4301 Confederate Point Road #10
Jacksonville, FL 32210
*904.707.8618*

Page 2

Site Code: 1.5
Station ID: 1.5
US 520-US 82 WEST OF WAYNEVILLE ROAD
NEAR MEDIAN OPENING

WB

| Start Time | Bikes | Cars & Trailers | 2 Axle Long | Buses | 2 Axle 6 Tire | 3 Axle Single | 4 Axle Single | <5 Axl Double | 5 Axle Double | >6 Axl Double | <6 Axl Multi | 6 Axle Multi | >6 Axl Multi | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 PM | 2 | 33 | 9 | 2 | 3 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 55 |
| 12:15 | 0 | 35 | 18 | 0 | 4 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 60 |
| 12:30 | 1 | 27 | 9 | 1 | 3 | 2 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 51 |
| 12:45 | 0 | 32 | 12 | 2 | 5 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 55 |
| | 3 | 127 | 48 | 5 | 15 | 3 | 0 | 16 | 4 | 0 | 0 | 0 | 0 | 221 |
| 13:00 | 0 | 35 | 17 | 0 | 4 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 60 |
| 13:15 | 0 | 26 | 22 | 0 | 5 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 58 |
| 13:30 | 1 | 45 | 18 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 70 |
| 13:45 | 1 | 45 | 22 | 3 | 6 | 1 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 88 |
| | 2 | 151 | 79 | 4 | 15 | 5 | 0 | 16 | 4 | 0 | 0 | 0 | 0 | 276 |
| 14:00 | 2 | 41 | 23 | 1 | 8 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 79 |
| 14:15 | 1 | 46 | 17 | 3 | 4 | 1 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 78 |
| 14:30 | 1 | 33 | 18 | 0 | 5 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 64 |
| 14:45 | 0 | 43 | 17 | 0 | 5 | 1 | 0 | 5 | 1 | 0 | 0 | 0 | 1 | 74 |
| | 4 | 163 | 75 | 4 | 22 | 3 | 0 | 17 | 4 | 0 | 2 | 0 | 1 | 295 |
| 15:00 | 2 | 56 | 16 | 1 | 10 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 87 |
| 15:15 | 0 | 51 | 25 | 1 | 1 | 0 | 0 | 5 | 2 | 0 | 0 | 0 | 0 | 85 |
| 15:30 | 0 | 56 | 24 | 2 | 2 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 90 |
| 15:45 | 0 | 55 | 23 | 2 | 5 | 1 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 94 |
| | 2 | 218 | 88 | 6 | 18 | 1 | 0 | 19 | 4 | 0 | 0 | 0 | 0 | 356 |
| 16:00 | 1 | 55 | 24 | 0 | 9 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 92 |
| 16:15 | 0 | 50 | 26 | 0 | 3 | 1 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 83 |
| 16:30 | 2 | 79 | 35 | 1 | 16 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 139 |
| 16:45 | 1 | 65 | 29 | 1 | 6 | 1 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 108 |
| | 4 | 249 | 114 | 2 | 34 | 2 | 0 | 13 | 3 | 0 | 1 | 0 | 0 | 422 |
| 17:00 | 0 | 71 | 29 | 1 | 7 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 114 |
| 17:15 | 2 | 69 | 21 | 1 | 6 | 2 | 0 | 4 | 6 | 0 | 1 | 0 | 0 | 112 |
| 17:30 | 0 | 74 | 27 | 1 | 7 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 114 |
| 17:45 | 0 | 59 | 28 | 0 | 4 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 0 | 98 |
| | 2 | 273 | 105 | 3 | 24 | 2 | 0 | 14 | 14 | 0 | 1 | 0 | 0 | 438 |
| 18:00 | 0 | 65 | 16 | 1 | 4 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 88 |
| 18:15 | 0 | 46 | 24 | 0 | 9 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 82 |
| 18:30 | 0 | 42 | 20 | 0 | 5 | 0 | 0 | 2 | 3 | 1 | 0 | 0 | 1 | 74 |
| 18:45 | 0 | 37 | 15 | 1 | 4 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 61 |
| | 0 | 190 | 75 | 2 | 22 | 0 | 0 | 5 | 8 | 2 | 0 | 0 | 1 | 305 |
| 19:00 | 0 | 37 | 19 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 58 |
| 19:15 | 0 | 30 | 11 | 1 | 6 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 51 |
| 19:30 | 0 | 28 | 14 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 45 |
| 19:45 | 0 | 16 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | 0 | 111 | 47 | 1 | 11 | 0 | 0 | 1 | 3 | 0 | 0 | 1 | 0 | 175 |
| 20:00 | 0 | 20 | 8 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 31 |
| 20:15 | 0 | 11 | 3 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 17 |
| 20:30 | 0 | 25 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 31 |
| 20:45 | 0 | 17 | 5 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 25 |
| | 0 | 73 | *21 | 1 | 3 | 1 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 104 |
| 21:00 | 0 | 15 | 11 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| 21:15 | 0 | 17 | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| 21:30 | 2 | 11 | 7 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 24 |
| 21:45 | 0 | 13 | 4 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| | 2 | 56 | 32 | 3 | 7 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 102 |
| 22:00 | 0 | 14 | 2 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 19 |
| 22:15 | 0 | 10 | 4 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 17 |
| 22:30 | 0 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 22:45 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| | 0 | 46 | 7 | 0 | 4 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 60 |
| 23:00 | 0 | 9 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 15 |
| 23:15 | 0 | 2 | 2 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 |
| 23:30 | 1 | 5 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 10 |
| 23:45 | 0 | 6 | 2 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 10 |
| | 1 | 22 | 9 | 1 | 3 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 41 |
| Total | 20 | 1679 | 700 | 32 | 178 | 18 | 0 | 111 | 48 | 2 | 4 | 1 | 2 | 2795 |
| Percent | 0.7% | 60.1% | 25.0% | 1.1% | 6.4% | 0.6% | 0.0% | 4.0% | 1.7% | 0.1% | 0.1% | 0.0% | 0.1% | |
| | | | | | | | | | | | | | | |
| Grand Total | 44 | 2344 | 1010 | 58 | 301 | 43 | 0 | 193 | 92 | 3 | 5 | 1 | 2 | 4096 |
| Percent | 1.1% | 57.2% | 24.7% | 1.4% | 7.3% | 1.0% | 0.0% | 4.7% | 2.2% | 0.1% | 0.1% | 0.0% | 0.0% | |



## 025 Brantley, Traffic Counter: 0163



**Disclaimer:** The Georgia Department of Transportation makes no representation or warranties, implied or expressed, concerning the accuracy, completeness, reliability, or suitability for any particular purpose of this information and data contained on this Web Site.

| Year | RCLINK | Beginning Milepoint | Ending Milepoint | Directional | Actual/Estimate | Direction 1 | Direction 2 | Total AADT | Truck% |
|------|--------|--------------------|------------------|-------------|-----------------|-------------|-------------|-----------|--------|
| 2011 | 0251052000 | 21.86 | 27.03 | Directional | Actual | 3910 (West) | 3900 (East) | 7810 | 11% |
| 2010 | 0251052000 | 21.86 | 27.03 | Directional | Actual | 4160 (West) | 4140 (East) | 8300 | 12% |
| 2009 | 0251052000 | 21.86 | 27.03 | Bi-Directional | Actual | 4200 (East) | 4220 (West) | 8420 | 14% |
| 2008 | 0251052000 | 21.86 | 27.03 | Non-Directional | Actual | | | 8420 | 13% |
| 2007 | 0251052000 | 21.98 | 27.17 | Bi-Directional | Actual | 4520 (West) | 4510 (East) | 9030 | 15% |
| 2006 | 0251052000 | 21.98 | 27.17 | Bi-Directional | Actual | 4440 (West) | 4440 (East) | 8880 | 8% |
| 2005 | 0251052000 | 21.98 | 27.17 | Bi-Directional | Actual | 4080 (East) | 4090 (West) | 8170 | 10% |



**Biopower Site**
**Expected Driveway Volume Development**

6/18/2012

| Hour of Day | Employees IN | Employees OUT | Trucks - Delivery IN | Trucks - Delivery OUT | Trucks - Pickup IN | Trucks - Pickup OUT | Other (Supplies Mail, FedEx, etc) IN | Other (Supplies Mail, FedEx, etc) OUT | Totals IN | Totals OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-1am | | | | | | | | | 0 | 0 |
| 1-2am | | | | | | | | | 0 | 0 |
| 2-3am | | | | | | | | | 0 | 0 |
| 3-4am | | | | | | | | | 0 | 0 |
| 4-5am | | | | | | | | | 0 | 0 |
| 5-6am | | | | 4 | 1 | 1 | | | 7 | 5 |
| 6-7am | 18 | | 6 | 13 | 3 | 2 | | 1 | 20 | 15 |
| 7-8am | | 16 | 16 | 10 | 6 | 4 | 1 | 1 | 32 | 31 |
| 8-9am | | | 7 | 3 | 4 | 5 | | | 6 | 9 |
| 9-10am | | | 1 | 1 | 3 | | 1 | | 5 | 5 |
| 10-11am | | | 2 | 1 | 1 | 2 | 2 | 2 | 5 | 5 |
| 11-12noon | 6 | | 7 | 6 | 3 | 2 | 1 | | 10 | 9 |
| 12-1pm | | 6 | 12 | 10 | 6 | 5 | 2 | 2 | 24 | 21 |
| 1-2pm | | | 5 | 8 | 1 | 3 | | 1 | 8 | 13 |
| 2-3pm | | | 1 | 3 | 2 | 2 | 1 | 1 | 4 | 6 |
| 3-4pm | 16 | | 0 | 0 | 0 | 0 | | | 16 | 18 |
| 4-5pm | | 18 | 1 | 1 | 2 | 2 | | 1 | 4 | 3 |
| 5-6pm | 6 | | 2 | 2 | 1 | 1 | | | 9 | 10 |
| 6-7pm | | 6 | 2 | 2 | 2 | 2 | 1 | | 4 | 4 |
| 7-8pm | | | 1 | 1 | | | | | 1 | 1 |
| 8-9pm | | | | | | | | | 0 | 0 |
| 9-10pm | | | | | | | | | 0 | 0 |
| 10-11pm | | | | | | | | | 0 | 0 |
| 11-12pm | 16 | 16 | | | | | | | 16 | 16 |
| **24-hr total** | 62 | 62 | 65 | 65 | 35 | 35 | 9 | 9 | 171 | 171 |

Total Truck Volume 100

Total 24-hr Driveway Volume 342

### Distribution of Driveway Trips

| | To West 70% | | To East 30% | |
|---|---|---|---|---|
| | IN EB RT | OUT SB RT | IN WB RT | OUT SB LT |
| 12-1am | 0 | 0 | 0 | 0 |
| 1-2am | 0 | 0 | 0 | 0 |
| 2-3am | 0 | 0 | 0 | 0 |
| 3-4am | 0 | 0 | 0 | 0 |
| 4-5am | 0 | 0 | 0 | 0 |
| 5-6am | 5 | 4 | 2 | 1 |
| 6-7am | 14 | 11 | 6 | 4 |
| 7-8am | 22 | 22 | 10 | 9 |
| 8-9am | 4 | 6 | 2 | 3 |
| 9-10am | 4 | 4 | 1 | 1 |
| 10-11am | 4 | 4 | 1 | 1 |
| 11-12noon | 7 | 6 | 3 | 3 |
| 12-1pm | 17 | 15 | 7 | 6 |
| 1-2pm | 6 | 9 | 2 | 4 |
| 2-3pm | 3 | 4 | 1 | 2 |
| 3-4pm | 11 | 13 | 5 | 5 |
| 4-5pm | 3 | 2 | 1 | 1 |
| 5-6pm | 6 | 7 | 3 | 3 |
| 6-7pm | 3 | 3 | 1 | 1 |
| 7-8pm | 1 | 1 | 0 | 0 |
| 8-9pm | 0 | 0 | 0 | 0 |
| 9-10pm | 0 | 0 | 0 | 0 |
| 10-11pm | 0 | 0 | 0 | 0 |
| 11-12pm | 11 | 11 | 5 | 5 |
| **Totals** | 121 | 122 | 50 | 49 |

Traffic Signal Warrant Volume Development

| Case 1 - 2012 Existing Traffic Volumes and Proposed Development Side-Street Volumes | | | | |
|---|---|---|---|---|
| Hour | SR 520 WB Total Approach Volume | SR 520 EB Total Approach Volume | SR 520 Mainline Total Approach Volume | Proposed Driveway (Side Street) Left-Turn Volume |
| 7:00 am to 8:00 am | 180 | 374 | 554 | 9 |
| 8:00 am to 9:00 am | 218 | 280 | 498 | 3 |
| 9:00 am to 10:00 am | 179 | 245 | 424 | 1 |
| 10:00 am to 11:00 am | 226 | 254 | 480 | 1 |
| 11:00 am to 12 noon | 196 | 228 | 424 | 3 |
| 12 noon to 1:00 pm | 221 | 230 | 451 | 6 |
| 1:00 pm to 2:00 pm | 276 | 249 | 525 | 4 |
| 2:00 pm to 3:00 pm | 295 | 215 | 510 | 2 |
| 3:00 pm to 4:00 pm | 356 | 209 | 565 | 5 |
| 4:00 pm to 5:00 pm | 422 | 231 | 653 | 1 |
| 5:00 pm to 6:00 pm | 438 | 218 | 656 | 3 |
| 6:00 pm tp 7:00 pm | 305 | 154 | 459 | 1 |

Traffic Signal Warrant Analysis
Based on 2009 MUTCD
Date: 6/18/2012

*CASE 1*

Intersection: SR 520 at Proposed Driveway
Major Street: SR 520
Major Street number of approach lanes: 2
Minor Street: Proposed Driveway
Minor Street number of approach lanes: 1

Isolated Community with population less than 10,000 (Y or N): N
85th persentile speed greater than 40 MPH on major street (Y or N): N

| | Major St Both Approaches | Minor St Highest Approach | |
|---|---|---|---|
| Warrant 1: Eight-Hour Vehicular Volume | | | |
| Condition A | 600 | 150 | Note: Minor Street volumes DO NOT |
| Condition B | 900 | 75 | include right-turn volumes |
| Condition C-1 and | 480 | 120 | |
| Condition C-2 (needs to meet both) | 720 | 60 | |

Warrant 2: Four-Hour Vehicular Volume
see Figure 4C-2

Warrant 3: Peak Hour
see Figure 4C-4

### Table - Case 1: 2012 Existing Traffic Volumes and Proposed Development Side-Street Volumes

| Time | Major St | Minor St | Eight Hour Warrants | | | Four Hour Warrant | Peak Hour Warrant |
|---|---|---|---|---|---|---|---|
| | | | Condition A | Condition B | Condition C | | |
| 7:00 am to 8:00 am | 554 | 9 | | | | | |
| 8:00 am to 9:00 am | 498 | 3 | | | | | |
| 9:00 am to 10:00 am | 424 | 1 | | | | | |
| 10:00 am to 11:00 am | 480 | 1 | | | | | |
| 11:00 am to 12 noon | 424 | 3 | | | | | |
| 12 noon to 1:00 pm | 451 | 6 | | | | | |
| 1:00 pm to 2:00 pm | 525 | 4 | | | | | |
| 2:00 pm to 3:00 pm | 510 | 2 | | | | | |
| 3:00 pm to 4:00 pm | 565 | 5 | | | | | |
| 4:00 pm to 5:00 pm | 653 | 1 | | | | | |
| 5:00 pm to 6:00 pm | 656 | 3 | | | | | |
| 6:00 pm tp 7:00 pm | 459 | 1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | 0 | 0 | 0 | 0 | 0 |
| Required | | | 8 | 8 | 8 | 4 | 1 |
| Signal Warrant Met? | | | No | No | No | No | No |

# HCM Unsignalized Intersection Capacity Analysis
## 1: SR 520 & Proposed Driveway

**Future**
AM Peak Hour

| Movement | EBL | EBT | WBT | WBR | SBL | SBR |
|---|---|---|---|---|---|---|
| Lane Configurations | ↰ | ↑↑ | ↑↑ | ↱ | ↰ | ↱ |
| Volume (veh/h) | 22 | 374 | 180 | 10 | 9 | 22 |
| Sign Control | | Free | Free | | Stop | |
| Grade | | 0% | 0% | | 0% | |
| Peak Hour Factor | 0.92 | 0.92 | 0.92 | 0.92 | 0.92 | 0.92 |
| Hourly flow rate (vph) | 24 | 407 | 196 | 11 | 10 | 24 |
| Pedestrians | | | | | | |
| Lane Width (ft) | | | | | | |
| Walking Speed (ft/s) | | | | | | |
| Percent Blockage | | | | | | |
| Right turn flare (veh) | | | | | | |
| Median type | | Raised | Raised | | | |
| Median storage veh) | | 1 | 1 | | | |
| Upstream signal (ft) | | | | | | |
| pX, platoon unblocked | | | | | | |
| vC, conflicting volume | 207 | | | | 447 | 98 |
| vC1, stage 1 conf vol | | | | | 196 | |
| vC2, stage 2 conf vol | | | | | 251 | |
| vCu, unblocked vol | 207 | | | | 447 | 98 |
| tC, single (s) | 5.1 | | | | 7.8 | 7.9 |
| tC, 2 stage (s) | | | | | 6.8 | |
| tF (s) | 2.7 | | | | 4.0 | 3.8 |
| p0 queue free % | 98 | | | | 98 | 97 |
| cM capacity (veh/h) | 1074 | | | | 493 | 804 |

| Direction, Lane # | EB 1 | EB 2 | EB 3 | WB 1 | WB 2 | WB 3 | SB 1 | SB 2 |
|---|---|---|---|---|---|---|---|---|
| Volume Total | 24 | 203 | 203 | 98 | 98 | 11 | 10 | 24 |
| Volume Left | 24 | 0 | 0 | 0 | 0 | 0 | 10 | 0 |
| Volume Right | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 24 |
| cSH | 1074 | 1700 | 1700 | 1700 | 1700 | 1700 | 493 | 804 |
| Volume to Capacity | 0.02 | 0.12 | 0.12 | 0.06 | 0.06 | 0.01 | 0.02 | 0.03 |
| Queue Length 95th (ft) | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| Control Delay (s) | 8.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.5 | 9.6 |
| Lane LOS | A | | | | | | B | A |
| Approach Delay (s) | 0.5 | | | 0.0 | | | 10.4 | |
| Approach LOS | | | | | | | B | |

| Intersection Summary | | | | | |
|---|---|---|---|---|---|
| Average Delay | | 0.8 | | | |
| Intersection Capacity Utilization | | 21.6% | ICU Level of Service | | A |
| Analysis Period (min) | | 15 | | | |



**SKEEN RAILROAD ENGINEERING**
*RAILROAD DESIGN AND CONSULTING*
*SITE PLANNING, INSPECTIONS*
*345 PARKWAY 575*
*SUITE 208*
*WOODSTOCK, GA 30188*
*PH:(770) 928-9115*
*FAX:(770) 928-8314*
*E-MAIL: SKEENRR@BELLSOUTH.NET*

*J. GARY SKEEN, P.E.*
*B. PATRICK SKEEN, P.E.*
*45 YEARS EXPERIENCE*

November 5, 2009

Mr. Jared Olson, P.E. LEED AP
Site Design Team Leader
Ryan Companies US, Inc.
50 South Tenth Street, Suite 300
Minneapolis, MN 55403-2012

RE: CONCEPTUAL RAIL PLAN FOR PROPOSED RAIL FACILITIES TO SERVE MAGNOLIA
BIOPOWER AT WAYNESVILLE, GA.

Dear Mr. Olson:

Please find attached for your review and further use, the electronic files for the above referenced
project. The proposed crossing conforms to the proposed road plan and typical section as
delineated on preliminary plans furnished to SRE.

After your review of the plan, please let me know if you have any questions or comments. At the
appropriate time for Industry, the plan should be submitted to Mr. Aubrey Brown, Manager of
Regional Development for CSXT. If you desire, SRE will submit both plans to CSXT upon your
request.

It has been a pleasure serving you in this matter. When further action by SRE is required on this
project, please give me a call.

Sincerely,

J. Gary Skeen, P.E.