Required applicant actions relating to landfill siting. Applicants should always check with DNR and the local planning jurisdiction to verify procedures for siting solid waste management facilities that include but are not limited to the following:

(I) Disposal facility siting decision: DNR Rule 391-4-05-(1)(b) requires that whenever any applicant begins a process to select a site for a solid waste disposal facility, documentation demonstrating compliance with O.C.G.A.§ 12-8-26(a) be submitted to EPD; further, whenever any applicant takes action resulting in a siting decision for a publicly or privately owned solid waste disposal facility, documentation compliance with O.C.G.A.§ 12-8-26(b) be submitted to EPD

(II) Once a site has been selected, the applicant must conduct a Hydrological Assessment in accordance with the provisions of DNR Rule 391-4-05(1)(k). Preparation of the land limitation element of a solid waste management plan should comply with the Solid Waste Management (Chapter 391-3-4) relating to historic sites, airports, jurisdictional boundaries, access etc. These documents should be consulted for specifics on land limitations and siting of solid waste management facilities.

(III) If an applicant undertakes the Facilities Issues Negotiation Process pursuant to a facility siting decision, the process will be undertaken in accordance with O.C.G.A.§ 12-8-32 and any guidelines issued by the Department pursuant to State Law.

Plan Consistency

*Suitable Site Location.* The overall goal of the County and Cities is to insure that proposed solid waste handling facilities are in areas which are suitable for such developments, are compatible with surrounding uses, and are not considered for locations in areas which have been identified by the community or region as having environmental or other development or land use limitations. Therefore, no proposed facility or facility expansion will be sited in the planning area without a letter from the Governing entities (County and City) stating that the facility is consistent with the Solid Waste Management Plan.

To maintain consistency with the plan, the entity, which proposes to site a solid waste handling facility in the County, including within the City limits of Hoboken and Nahunta, must (1) pay a application fee of $500 and (2) must provide to the local government(s) at least 60 days prior to filing for a solid waste permit, or notifying EPD in the case of a solid waste handling facility that is permitted by rule, submit to the local governing entities (County and City) a written statement documenting the following:

- A method of notifying and involving the pubic in the process of consistency review. The applicant pursuing a permit for siting a landfill shall call a public meeting, placing an ad in the general circulation serving the municipality or county at least two weeks preceding the meeting, the ad shall state the time, place, and purpose of the meeting, provide written notice of the permit application to the governing bodies of each local government, request that the public notice be displayed prominently in the courthouse of the county and city halls of the municipalities

70

- A description of the anticipated impact the proposed facility will have upon the community; vehicle traffic and public safety around the proposed facility and throughout the planning area; financial impact to the financial viability of the existing solid waste management system within the planning area: impact to individual and business solid waste management rates; impact to other natural or cultural resources within the planning area and; impact to the current solid waste management infrastructure within the planning area, both public and private.
- An identification of the anticipated impact the proposed facility will have upon adequate collection and disposal capability within the planning area; and
- The effect the facility will have upon waste generated within the state achieving per capita waste disposal goal.
- How the owner/operator of the proposed facility will satisfy the financial assurance provisions of the solid waste plan.
- The Governing entities reserve the right to also require a Performance Bond for potential environmental liability.
- The Governing entities requires any entity whether public or private wishing to site a solid waste handling facility within the jurisdictional borders of Brantley County be constructed so as to only serve the disposal needs of said County.
- The Governing entities reserve the right to impose impact fees on the operation of any landfill located within their jurisdictional borders.

The Governing entities (County and City) shall review the Written Statement of Consistency and shall determine if the proposed facility or facility expansion is consistent with the Solid Waste Management Plan. Within 30 days of making their determination, the Board shall notify the developer whether or not the proposed facility or facility expansion is consistent with the Plan. If the proposed facility is not consistent with the Plan, the developer may address the inconsistencies and resubmit their request for another review.

In Public Hearings and public meetings, the citizens of Brantley County have overwhelmingly stated that the Satilla River must be protected, restored and preserved.

Our citizens are concerned that any landfill has the potential to harm the river and its environs. In the past, the county has banned all landfills.

Our goal is to mandate that any future landfill will be held to the highest federal, state and local standards and done in the public eye, so that we may participate in the permitting process and exercise our constitutional rights of stewardship.

See site suitability maps for Brantley County—Figure 22-24.

71