# BRANTLEY COUNTY COMMISSION
## September 6, 2016
## 6:00 PM
## Work Session

The Brantley County Board of Commissioners held a regular meeting on September 6, 2016, 6:00 PM, in the Commission Office.

Present were, Brian Hendrix, Vice Chairman, Jesse Mobley, James Spradley, Mike Edgy and Chris Harris, Board Members. Also present was County Manager Carl Rowland and County Attorney Deen Strickland.

Vice Chairman Hendrix called the meeting to order.

Deen Strickland, County Attorney, gave the invocation and led in the pledge of allegiance to the flag.

Commissioner Edgy made a motion to approve the agenda. Commissioner Harris seconded the motion. All in favor. Motion carried.

No public participation on agenda items.

Public Participation - Speakers added to public participation agenda

Scott Schmitt- Policy and procedures of Superior Court regarding Child Support

Mr. Schmitt addressed the Board concerning the Superior Court office, stating that he paid child support through the court, and he feels that the office needs better equipment or more training to be able to handle payments and keep up with balances owed.

Mary Gregor - Senior Center Recreation and Parks

Ms. Gregor stated to the Board that the senior citizens need activities to participate in and a place for the senior citizens to have activities. Ms. Gregor also advised the Board that the parking lot at the center is unlevel and holding water and the parking lot needs to be marked for parking. The County Manager agreed that the parking lot needs to be leveled and resurfaced. Ms. Gregor would also like to see the old trailer by the center to be moved. The County Manager advised the trailer will be tore down by the end of the year. Ms. Gregor informed the Board that at the Waynesville Park there is water standing at the gate, the playground needs to be elevated. Also at Schlatterville Park the trash is overflowing in trash can and there are swing sets with no swings. Also, there is a cable around the park, that is not marked, that needs to be addressed. The benches she gave to park are going to be fixed and

put at Schlatterville Park. In the budget there is $257,000.00 in recreation department; some of this money should be put on different things that need to be done.

George Rentz - Opening an animal rescue

Mr. Rentz addressed the Board concerning opening an animal rescue. Mr. Rentz was told he would have to contact the Department of Agriculture and go by their guidelines along with the new Land Use Ordinance. Mr. Rentz asked the Board if the County has any land that he could lease or purchase. Mr. Rentz to come back before this Board after receiving guidelines from Department of Agriculture and going before the Planning Commission.

1. Review Land Use Ordinance and Map for Unincorporated Area

The County Manager advised the Board that the Planning Commission has been meeting since June 2016 on this land use ordinance. Ms. Sherry Davidson with SGRC and stated that the ordinance was planned and prepared to fit Brantley County unincorporated area.

The County Attorney stated he has a family cattle farm that has been in operation for several years. Mr. Strickland stated several years ago a subdivision come in and established a piece of property a subdivision. Mr. Strickland stated a portion of this subdivision borders his family farming operation. How does the subdivision affect the land us on his farm. Ms. Davidson advised that under the new ordinance as it is now there will have to be so many feet off of all sides of your property line. The County Manager stated the purpose for developing the land use policies is to protect ownership of certain properties.

Mr. Matt Roper and Mr. Don Marks with Brantley Development Partners was in attendance. Mr. Roper and Mr. Marks talked with the Board due to the land use ordinance pertaining to the property owned by Brantley Development Partners, between Atkinson and Waynesville off Highway 82. The north side of Highway 82 is designated as heavy industrial and the south side of Highway 82 is designated as light industrial. Brantley Development Partners would like for the Board to change the south side of Highway 82 to heavy industrial. The Board agreed to change the south side to heavy industrial.

Commissioner Spradley stated that he had an issue with the junk yard on page six (6) concerning race car drivers and also on page twelve (12) "Prohibited Uses in All Residential Districts" (A) and (B). Commissioner Spradley. Commissioner Spradley would like to know what a truck driver is to do with his truck or if someone has a piece of wood in their yard who is going to enforce this. Truck drivers have to have a place to park their tractor-trailers. Ms. Davidson to change wording and work this out for truck drivers to be able to park in their yards. Ms. Davidson informed the Board that these changes will be made prior to September 8, 2016 the next regular meeting for the Board to consider adopting this ordinance. Ms. Davidson also informed the Board

that citizens have six (6) months from the adoption of this ordinance to ask for their land use district to be changed without a fee. REGULAR AGENDA

2. Engineering Services for Airport Fueling System

The County Manager informed the Board that GDOT has approved the fee amount of $27,598.00 for engineering services, for the fueling facility at the airport. The County Manager asked the Board to put on the regular agenda for the Board to approve. The Board agreed. Consent Agenda

3. Baker Creek Road Improvement Bids

The County Manager informed the Board that this is the second go round on these bids, due to a Federal technicality. Two bids were received one from Littlefield Construction Company and one from East Coast Asphalt, LLC. Littlefield Construction Company bid was in the amount of $560,696.56. East Coast Asphalt, LLC bid was in the amount of $721,117.10. The County Manager recommends the Board to put on the agenda to award Littlefield Construction Company the bid. Commissioner Edgy stated he would like to put on the agenda to awards the bid to Littlefield Construction Company. The Board concurred. Consent Agenda

4. County Manager Report

The County Manager asked for direction on the road closing of Memphis Way and Keene Road, which was put off last month. The Board advised to put on regular agenda for Thursday night.

The County Manager also asked about the appointment to the Tax Assessor Board. The Board advised to put on regular agenda for Thursday night.

The County Manager advised the Board that the County received the permit today for the installation of the culverts on Saddle Club Road.

The County Manager informed the Board that tax assessment notices were sent out last week.

The County Manager commented that the bleacher shelters at the recreation department are too bulky and not safe. The County Manager informed the Board that the recreation department has $12,000.00 invested in the steel beams and the roofs on them. He stated sides can be added and have two new 20X45 metal buildings. Recreation Department is in need of a new building and the road department shop is in need of a building. The County Manager recommended the recreation department look

Into some different bleacher shelters. Commissioner Edgy stated he was contacted by Commissioner Mobley to go look at the bleacher shelters and he agrees with the County Manager. The Board agreed for the County Manager to proceed with the two new buildings.

There being no further business Commissioner Edgy made a motion to adjourn. Commissioner Mobley seconded the motion. All in favor. Motion carried.

Brian Hendrix, Vice Chairman

ATTEST:

René T. Herrin
County Clerk