# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

BRANTLEY COUNTY DEVELOPMENT
PARTNER, LLC,

        Plaintiff,

V.

BRANTLEY COUNTY, GEORGIA, et al.,

        Defendants.

CIVIL ACTION FILE
NO. 5:19-CV-00109-LGW-BWC

## DECLARATION OF RICHARD DEASON, P.E.

Pursuant to 28 U.S.C. § 1746, Richard Deason, states under oath as follows:

1.

I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

I received my Bachelor of Science degree in Civil Engineering from Georgia Institute of Technology in 1997 and my Master's in Business Administration from Georgia State in 2001.

3.

Before entering college, I served in the United States Navy for five years.

4.

Following college, I was employed at MACTEC as a project engineer for two years and then as a Group Manager at Jordan, Jones & Goulding for seven years.

5.

I am a professional engineer registered and licensed in the State of Georgia.

6.

In 2005, I co-founded Atlantic Coast Consulting which has become a recognized industry leader in solid waste consulting.

7.

I have been involved with several landfill projects with the Georgia Environmental Protection Division ("EPD") including, but not limited to:

- Redbone Ridges Landfill, Gordon County
- Harris Beamer Road Landfill, Gordon County
- SR 110 C&D Landfill, Camden County
- SR 110 MSW Landfill, Camden County
- Vacuna Road Sanitary Landfill, Camden County
- Deans Bridge Road Landfill, Richmond County
- Fleming-Gaissert Road MSW Landfill, Dougherty County
- Candler Road Landfill, Hall County
- SR 294 MSW Landfill, Bartow County
- SR 247 Klondike C&D Landfill, Houston County
- SR 247 Klondike MSW Landfill, Houston County
- Walker Mountain Road Landfill, Floyd County
- Bethsaida Church Road Landfill, Laurens County
- Old Macon Road Landfill, Laurens County
- Old Dixie Road Landfill, Whitfield County
- Dunlap Road MSW Landfill, Clarke County
- Eagle Point MSW Landfill, Forsyth County
- Hightower Road Landfill, Forsyth County
- Cedar Mountain Road Landfill, Douglas County
- Washington County Inert Landfill, Washington County
- Kaolin Road Sanitary Landfill, Washington County
- Merk Miles Road Landfill, Fulton County
- Morgan Falls Landfill, Fulton County
- Marble Top Road Landfill, Walker County
- Pine Grove Landfill, Muscogee County
- Schatulga Road Landfill, Muscogee County
- Wilson Camp Road Landfill, Muscogee County
- Oxbow Meadows Landfill, Muscogee County
- Dean Forest Road Landfill, Chatham County
- Jackson County MSW Landfill, Jackson County
- Oconee County Sanitary Landfill, Oconee County
- Bush Road Landfill, Chatham County
- CR 54 Sanitary Landfill, Jenkins County
- Bolton Road Landfill, Fulton County

2

- Chadwick Road Landfill, Fulton County
- Live Oak Landfill, Clayton County
- Pine Bluff Landfill, Cherokee County
- R&B Landfill, Banks County
- RTS Landfill, Hall County
- Turkey Run Landfill, Meriwether County
- Willow Oak Landfill, Fulton County
- Tri-County Landfill, Ware County
- Murray County MSW Landfill, Murray County
- General Electric Company, Floyd County
- Dixie Landfill, Cherokee County
- Walton Holdings C&D Landfill, Walton County
- Crymes Landfill, Gwinnett County
- Savannah River Mill Facility, Effingham County
- Plant Arkwright, Bibb County
- Plant McIntosh, Effingham County
- Plant Scherer, Monroe County
- Plant Wansley, Carroll County
- Plant Yates, Coweta County

8.

On December 11, 2019, the Georgia Environmental Protection Division ("EPD") published draft "Site Limitations" for the Brantley County landfill site owned by Brantley County Development Partners ("Development Partners"). (Exhibit A.) This document initiates the time for the public to provide EPD with comments regarding the application and the Site Limitations. The time to submit comments was extended to January 31, 2020 in a January 13, 2020 EPD correspondence. (Exhibit B.)

9.

That public entity Brantley County is providing comments to the EPD about the proposed landfill is expected and commonplace.

10.

I am aware the EPD issued a final site suitability notice dated 5/28/2020 for the landfill site owned by Brantley County Development Partners ("Development Partners"). (Exhibit C.)

3

11.

As Exhibit C (site suitability letter) states, site suitability determination is not a permit for the proposed solid waste landfill. Only after an applicant files a Design and Operational Plan ("D&O Plan") and EPD reviews and approves the D&O Plan can the permit be granted. The EPD has the option to deny the permit based on its review of the D&O Plan.

12.

Following EPD's review and approval of the D&O Plan, EPD will typically ask for a letter from the County reaffirming that that landfill is in compliance with the County's zoning and the Solid Waste Management Plan. That verification is normally required at the end of the D&O Plan review process.

13.

I have reviewed the correspondence the EPD sent Development Partners about the application, including the request for additional information. Nothing that the EPD requested appears to be outside of the realm of typical information for which the EPD asks when evaluating a landfill.

14.

The above statements are true and based upon my personal knowledge to which I am competent to testify at trial or a hearing in this matter. I declare, certify, verify and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of September 2020.

_____
**RICHARD DEASON**

4