## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

BRANTLEY COUNTY DEVELOPMENT
PARTNER, LLC,

              Plaintiff,

V.

BRANTLEY COUNTY, GEORGIA, et al.,

              Defendants.

CIVIL ACTION FILE
NO. 5:19-CV-00109-LGW-BWC

### <u>DECLARATION OF BRIAN HENDRIX</u>

Pursuant to 28 U.S.C. § 1746, Brian Hendrix, states under oath as follows:

1.

I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

At all times pertinent to this litigation, I have served as an elected commissioner for Brantley County, Georgia.

3.

I do not recall when I first heard from people with Brantley County Development Partners ("Development Partners"), but they first discussed using the property to locate a business that would produce bio fuel from trees and wire grass. They told us the companies were Fortune 500 companies that would likely purchase a vacant commercial building for their operations.

4.

After they discussed the idea of producing biofuel, they mentioned potentially locating a recycling center on the property. Finally, they mentioned a plan to take waste and turn it into fuel through a process that was going to utilize "green technology" which I understood to be environmentally friendly. I was not told and did not believe initially that Development Partners intended to build a landfill on the property.

5.

Because of my past experience in Brantley County, I knew the citizens would not be in favor of a landfill and I would never have agreed to it in 2014 or after that.

6.

In February 2015 I still believed what representatives of Development Partners told me, that the property was intended for a site to convert waste to some type of fuel. I also believed what Development Partners' engineer told the County, that the planned activity was consistent with the County's 2006 Solid Waste Management Plan that was in effect at the time. I believed what I was told and did not ask the County staff to do any independent verification of the representations Development Partners made.

7.

Development Partners never presented the County with any plan showing what they intended to do on the property. At no time did Development Partners provide a written statement of any sort and did not ever provide a description of the items listed on pages 70 and 71 of County's 2006 Solid Waste Management Plan.

8.

There was one meeting open to the public about Development Partners' plans for the property, on December 22, 2016. The spokesperson for the company, Bob Lovett, stated the meeting was not to answer any questions and refused to provide any details about the company or the plans for the site. Attached to this declaration is a transcript from the meeting. To the best of my recollection, the transcript accurately reflects statements that were made during the meeting.

9.

I cannot recall when I learned that what I had been told by Development Partners about the plan for the property was no longer true but once I heard that they the planned to build a landfill where they would be burying waste, I realized I had been misled. After Development Partners' actual plan was revealed, I was not in favor of it.

10.

I did not know before February 2015 that Development Partners was going planned to build a landfill in which it or someone else would be burying solid waste.

11.

I would not have voted in favor of the County certifying that the project was in compliance with the Solid Waste Management Plan if I had known that Development Partners was building a landfill and not a waste-to-energy project at that location and if I had realized the company did not comply with the requirements of the SWMP.

12.

I would not have voted in favor of the County certifying that the project was in compliance with the 2006 Solid Waste Management Plan if I had not believed and trusted the statement of Development Partners' engineer's that it was in compliance with that plan.

13.

Now that I know what the real plans for the property are and know that the plans violated the County's 2006 Solid Waste Management Plan, I am adamantly opposed to the plan and have made my opposition known to the Georgia Environmental Protection Division.

14.

I feel that it is part of my duty as an elected official to represent the views of the people in Brantley County regarding the strong opposition to the landfill.

The above statements are true and based upon my personal knowledge to which I am competent to testify at trial or a hearing in this matter. I declare, certify, verify and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23 day of September, 2020.

BRIAN HENDRIX

1

In re:

   Public comment on proposed siting

of a municipal solid waste facility (landfill)


PUBLIC HEARING


December 22, 2016


3:00 p.m.

Brantley County Courthouse
234 Brantley Street
Nahunta, Georgia


   Colleen C. Lee, Certified Court Reporter, 2799


ORIGINAL


# Gilbert & Jones

### Certified Court Reporters

P. O. Box 1894                    P. O. Box 14515 (31416)
1607 Norwich Street (31520)       7505 Waters Avenue, F3
Brunswick, Georgia 31521          Savannah, Georgia 31406
(912) 264-1670 gilbertandjones1@bellsouth.net (912) 355-0320

2

APPEARANCES

1

2   On behalf of the County:

3   C. DEEN STRICKLAND, Esq.
    C. Deen Strickland, P.C.
4   102 Albany Street
    Waycross, Georgia 31501
5   (912) 285-5449

6

    On behalf of Brantley County Development
7   Partners, LLC:

8   L. ROBERT LOVETT, Esq.
    Lovett & Myers, LLC
9   530 Forest Hill Road
    Macon, Georgia 31210
10  (478) 476-4500
    bob@lovettandmyers.com

11

12  ALSO PRESENT:

13  Carl Rowland
    Mike Edgy
14  Michael W. Biers, P.E.
    J. Steven Harbin, P.E.
15

16

17

18

19

20

21

22

23

24

25

Gilbert & Jones

3

```
 1                    P R O C E E D I N G S

 2                         *  *  *

 3          (Meeting called to order at 3:00 p.m.)

 4          MR. STRICKLAND:  This is a public hearing

 5     in accordance with O.C.G.A. Section 12-8-26 with

 6     regard to a company by the name of Brantley

 7     County Development Partners, LLC, who are

 8     seeking from the Environmental Protection

 9     Division, State of Georgia a permit for a solid

10     waste facility.

11          Now, this meeting is provided for, as I

12     said, by Code Section 12-8-26.  It provides --

13     that code section in essence, provides that the

14     governing authority of this county or

15     municipality, taking action resulting in a

16     publicly or privately owned municipality solid

17     waste.

18          The sole facility citing the facility

19     requires it to be published in a newspaper or

20     general circulation services of such county or

21     municipality.  A notice of a meeting in which

22     such citing decision is to be made at least once

23     a week for two weeks immediately preceding the

24     date of such meeting and shall be conducted by

25     the governing authority taking the action.
```

Gilbert & Jones

4

1    As I understand in talking to the county

2  clerk, Renee, that this has run in the paper for

3  two weeks prior to today; is that correct?

4    MS. RENEE:  That is correct.

5    MR. STRICKLAND:  So the matter at hand the

6  publication required of service by the statute

7  has been taken and done.

8    There are representatives including the

9  attorney for the Brantley County Development

10  Partners, LLC, if you may have some questions.

11  If you may have concerns of this public hearing,

12  we can try addressing this application for

13  deciding of their facility.

14    As you come to -- I will ask you to keep

15  it orderly.  If you have any comments to make

16  and any questions that you want to ask, you come

17  to the podium.  I'll turn this podium around in

18  just a minute.  Please state your name for the

19  record because we have a court reporter here

20  taking this down.  Please state your name and

21  where you live.

22    And as according to the protocol, the

23  county commissioners with regard to public

24  hearings is five minutes.  The individual -- or

25  the company making this application shall have a

5

1    five minute time limit to respond and then we'll

2    move to the next individual and make a comment.

3         I would ask you to adhere to those rules,

4    and if you can keep it orderly and certainly be

5    out of here, hopefully, more in a timely manner

6    and that's the only kind of restriction to

7    making these comments.  But we do have to have

8    some time limitation; otherwise sometimes it

9    gets out of control and we can't conduct the

10   business.

11        So with that being said, I will turn the

12   podium around and ask if you have a question or

13   a comment concerning this matter, please come to

14   the podium, state your name, as I said, and you

15   will be recognized, and it will be taken down.

16   Your comments or your questions will be taken

17   down by the court reporter and the response will

18   be taken down also by the company who is seeking

19   to make this application.

20        Please keep it orderly, if you will.  We

21   are all grown people and y'all responsible

22   citizens of this county here.  So if you would

23   adhere to those rules, we would appreciate it.

24   Thank you.

25        MR. ROWLAND:  I think the person needs to

6

make an opening comment.

MR. STRICKLAND:  They may wish to do that, yes, sir.

MR. LOVETT:  Good evening.  My name is Bob Lovett and I'm an attorney representing the Brantley County Partners.  I'm from Macon, Georgia, and I specialize in environmental law.

UNIDENTIFIED PERSON:  Could you get closer to the mic, please?  I'm so sorry.  We want to hear all of this, please.

MR. LOVETT:  All better?

UNIDENTIFIED PERSON:  A little bit, yes, sir.  Thank you.  Lean closer.  Sorry.

MR. LOVETT:  I'll start over.

Good evening.  My name is Bob Lovett.  I'm an attorney representing the Brantley County Partners.  I am located in Macon, Georgia.  I have offices in Savannah and Atlanta.  I'm originally from Statesboro, Georgia, representing the Brantley Partners who purchased a tract of property which is located on Highway 82 East, and the two parcels lie on the northern and southern portions of the property.

The purpose of this meeting is to get -- to receive public comment on possible sighting

Gilbert & Jones

1    of a municipal solid waste handling facility on

2    the southern parcel of this property.

3         This is the first criteria before filing a

4    permit with the State of Georgia to be permitted

5    for a municipal solid waste handling facility.

6         We are here tonight to take your comments

7    as to the suitability of this particular

8    location for this facility.  We are not here to

9    answer specific questions because at this point

10   in the process there has been some geological

11   and hydrogeological studies done, but nothing

12   specific -- no application has been filed as of

13   yet with the State.

14        So this is your opportunity to comment on

15   locating this particular facility at that

16   particular site in your county.

17        UNIDENTIFIED SPEAKER:  Is it south of 82?

18   Do you want to cite both of these?  The other

19   one I couldn't understand what you said.

20        MR. LOVETT:  Thank you.  That's a good

21   question.  It will be south.

22        UNIDENTIFIED SPEAKER:  Southeastern?

23        MR. LOVETT:  It will be located, as

24   planned, now on a parcel on a footprint that is

25   substantially smaller than on the south side of

8

the highway on the south parcel of this

property.

UNIDENTIFIED SPEAKER:  South of 82.

MR. LOVETT:  Excuse me?

UNIDENTIFIED SPEAKER:  South of 82, I am

thinking.

MR. LOVEITT:  I'm sorry.  I couldn't

understand what you are saying.

UNIDENTIFIED SPEAKER:  South of 82.

MR. LOVEITT:  Yes, Highway 82.

UNIDENTIFIED SPEAKER:  South of it or just

north of it?

MR. LOVETT:  South.

UNIDENTIFIED SPEAKER:  For those of us who

do not have the parcel, could you just give us a

broader description of the area, please, with

road names or something where we know, please?

MR. LOVETT:  Well, as I understand it, it

is located outside of Nahunta in Waynesville on

the highway -- on Highway 82 East.

UNIDENTIFIED SPEAKER:  Do you want to

clarify east?  Where they are talking about, if

you go east in Waynesville, you'll be in

Brantley County -- I mean, Glynn County.  What

you're talking about is west of Waynesville,

Gilbert & Jones

1    right?

2        MR. STRICKLAND:  Atkinson is Waynesville.

3    One at a time, please.

4        MR. LOVETT:  This is in Waynesville.  The

5    entire site is in Brantley County, Georgia and

6    the proposed site is on the south side of

7    Highway 82.

8        UNIDENTIFIED SPEAKER:  So it is on the

9    school side is what you're saying, right?

10       MR. LOVETT:  I don't understand "school

11   side."

12       UNIDENTIFIED SPEAKER:  If you go down --

13       MR. STRICKLAND:  Please, one person at a

14   time, please.

15       MR. LOVETT:  The purpose of this meeting

16   is not for us to have a question and answer

17   session.  It is for you to comment on the site.

18       MR. STRICKLAND:  Please ladies and

19   gentlemen, I know this issue is maybe somewhat

20   personal and/or otherwise.  But please --

21       UNIDENTIFIED SPEAKER:  Do you live here?

22   Do any of y'all live here?  It's an honest

23   question.  Do any of y'all sitting up there live

24   here?  Yes or no?

25       MR. EDGY:  I live close to where it's

Gilbert & Jones

1  going, right?

2      UNIDENTIFIED SPEAKER:  One person.  You

3  have been voted out.

4      MR. STRICKLAND:  Listen, now.  Listen to

5  me very carefully.  This is a public hearing and

6  you have the right and you have the

7  responsibility as citizens of this county to be

8  able to speak and have your voice heard, but you

9  can't speak all at the same time.  We have to

10  have some order in this matter or there are

11  going to have to be some consequences from that

12  standpoint, and, hopefully, we won't have to get

13  to that.  Please observe the rules.

14      MR. LOVETT:  The county has provided -- we

15  have provided here tonight a court reporter to

16  certify and take down the record here.  The

17  record will be taken down and certified and

18  submitted to the state upon application for this

19  permit.  This is not a question and answer

20  process.

21      This is for you to come forward and

22  comment on the proposed site.  So if you have

23  any comments on the suitability or the proposed

24  site in Brantley County as noticed in the local

25  Legal Organ, then you can come forward and state

Gilbert & Jones

1      your name, your address, and set forth any

2      comments you may have.

3           I notice that you're raising your hands.

4      This isn't a question or answer process.

5           (Outburst in audience.)

6           MR. STRICKLAND:  Please, ladies and

7      gentlemen, I employ you as a citizen to be able

8      to conduct this this evening in order and

9      whatnot.  I know you have some questions about

10     trying to establish exactly where this may be so

11     forth and so on.

12          That's kind of why I'm being as a chair is

13     to let some of these questions be asked.  If the

14     attorney can clarify any questions that you may

15     have as a result and relates to where this may

16     be located, then I'm going to let him talk so

17     that y'all have an idea.  But after that, we're

18     going to stop that, and, then we're going to

19     have any of the comments to be made on the

20     record.

21          MR. LOVETT:  I think we have a conceptual

22     site plan that was produced, if that would be of

23     any assistance if you all want to comment on it.

24     I see several people have their hands raised to

25     ask questions.  I would just say that the

1    purpose of this meeting is for you to come up.

2    Those raising their hands should come up here

3    and be first in line and make their comments for

4    public record.

5         This is the first -- this is the first

6    part of a long process in which we have a public

7    record that is filed with the state that

8    indicates any kind of concerns about where this

9    site is going be situate in the county.  So if

10   you would please come forward.

11        I know that's not the normal course of

12   what you are used to when you come up to a

13   county commissioner meeting or come to a meeting

14   in this courtroom, but this is what the state's

15   proposed and its been established since 1990.

16   So if you would cooperate with the County,

17   cooperate with the Brantley County Partners,

18   there will be plenty of opportunities for you to

19   come here in the future to answer any questions

20   that you might have.

21        So that being, said, I'm going to open the

22   mic to y'all to record what concerns you might

23   have.

24        Before you come forward and make any

25   comments or present any questions, if you would,

Gilbert & Jones

1    state your name, where you live, and then state

2    your comment or question that will be helpful

3    for the record.  Because this lady, her job and

4    her profession is and she's certified by the

5    state to try to make a transcript of this

6    hearing as accurately as possible.

7         So if you would follow those guidelines,

8    state your name, state your residence and, then,

9    state your concerns or your comments about

10   locating this site.

11        That being said, we will try to cooperate

12   with you all -- every one of you here tonight as

13   best as we can going forward.  And if you will

14   just come forward and state your name.

15        MR. BUGLINO, SR.:  My name is Jay

16   Buglino, Sr.  I've been a resident of

17   Waynesville, Georgia since 1970 --

18        UNIDENTIFIED PERSON:  Could you speak into

19   the mic, please, sir.

20        MR. BUGLINO:  B-U-G-L-I-N-O, Sr.  The

21   question I've got up here to ask, the first

22   thing is according to the paper, it said east of

23   Waynesville.  I want a correction on the site.

24   Like, I say, if you go east of Waynesville,

25   you're in Glynn County.  Where exactly is this

14

located at?  Is it located between Atkinson and

Waynesville on Highway 82, north and south?  Is

that where the old pellet plant was supposed to

be built?  This way people have a general idea.

That's the most upon between Atkinson and

Waynesville that something could be done.  That

is all I have to say.  I just wanted a

correction because according to the papers it

said east, and that kind of confused me.

       MR. LOVETT:  Thank you very much and

certainly that is a fair question.  The

reference to the highway and east is, in fact,

the county, and it has been cited the Old

Magnolia Plantation, if that helps any of y'all

here.

       MR. HARBIN:  South, isn't it?

       MR. LOVETT:  South of that.  The south

parcel of that on the other side of the road if

that helps you out.  That was a very good

question.  I really appreciate it.

       MR. JOHN WILLIAMS:  I live on Highway 82

at the Satilla River.  I run the Satilla Package

Store and Satilla Bar and Grill.  I have

followed this for a while.  I read about all of

the secret meetings that they couldn't tell what

1   was going on.  It was a mystery until I guess
2   today.  I have one question.  Is this a done
3   deal?  That is all I have to say.
4           UNIDENTIFIED SPEAKER:  What's the answer?
5           MR. EDGY:  It's not a done deal.  It's not
6   a done deal.
7           UNIDENTIFIED SPEAKER:  Let the agent for
8   the company speak.  Is it a done deal the
9   answer?
10          (Audience outburst.)
11          UNIDENTIFIED PERSON:  We asked when.
12  We're supposed to get an answer.  Is that the
13  agent for the company -- so the LLC company, you
14  should answer that question.
15          MR. LOVETT:  You can't -- only take down
16  anybody that comes to the podium.
17          MS. GREGOR:  I'm Mary Gregor.  I've lived
18  in Brantley County 34 years, was born and raised
19  in South Carolina.  When I came here -- when we
20  moved here, Atkinson Road was Brantley County
21  Stone on that side of the river.  On both sides
22  of the road, glass, cans, anything anybody
23  wanted to dump.  And I take my kids in the
24  back -- they was in the back of the truck and we
25  picked up trash and we do whatever I needed to

1  do with it, which they had dumpsters later on.

2      Anyway, someone asked me the other day why

3  couldn't -- why didn't we complain when they

4  started the landfill where it's at now a half a

5  mile or so from the river.  It didn't have the

6  lime and all of that.  And I don't know why they

7  were asking me because I didn't know, but, I

8  mean, it was available; people started using it

9  and they cleaned up the roads.

10      I live in Deerwood and it's off of 110

11  South out of Atkinson.  And I understand what

12  you're going to put is in between 110 South --

13  no, I live on 259, I'm sorry.  I drove a bus on

14  110.  You're putting it between 110 and

15  Waynesville on the south side of 82.  I

16  understand from the Deerwood Association that we

17  are associated with, the water that runs through

18  the low lands or the wetlands to 110, 259 -- and

19  because Mr. Robinson found all that out when he

20  built the Deerwood place it ran into what he

21  built a seven-acre pond.

22      So what are you going to do with the water

23  that is going be out of the wetlands that you

24  are going to use, and are you going to stop it

25  from coming to us or are you going to bring what

1    you're going to have left over out of what

2    you're doing in your area, like they say that is

3    happening at Sumner Landing now.

4         Another thing is, I want to know who the

5    partners are and are they from Brantley?

6         MR. EDGY:  One of them is.

7         MS. GREGOR:  Well, we don't know that and

8    I'm not -- I want someone official to tell me

9    who the partners are and if they belong in

10   Brantley County -- or from Brantley County, they

11   ought to be ashamed of yourself.

12        I am not for the landfill there.  There is

13   open land going towards Camden County and I

14   believe they brought all their garbage out there

15   in that area and they'd be occupying the place

16   out there.  Because once you get it in Brantley

17   County, you are going to bring it from

18   everywhere.

19        And I was listening to Ralph Nader the

20   other day and he says a man went to a meeting

21   and no one was there.  Six women showed up for a

22   fight for the women's voting; that's how we got

23   to vote, because those six woman started it.

24        Just like this courthouse here is going to

25   start it.  And the farmers fought for higher

1    rates for their food and whatever and they got

2    their social security and 40 hours a week and

3    everything.

4         And that's why these people are here and

5    y'all should understand that you are going to

6    have a fight before you do what you're going to

7    do.

8         MR. LOVETT:  Excuse me.  Can you ask that

9    lady to give her last name and address?

10        MR. STRICKLAND:  You have to give your

11   name and address.

12        MS. GREGOR:  Mary A. Gregor, G-R-E-G-O-R.

13   Post Office Box 219, Waynesville, Georgia 31566.

14   I live at 145 Pane Circle, Deerwood subdivision.

15        MR. LOVETT:  Thank you very much.

16        (Audience outburst.)

17        UNIDENTIFIED PERSON:  Could you tell me

18   the partners, or you couldn't?

19        MR. LOVETT:  No, ma'am.

20        MR. SMITH:  My name is Chris Smith.  I

21   live on 64 Briarwood Road in Waynesville.  I

22   want to start by asking a question.  Our county

23   commissioners are sitting right over here, one

24   of them.  Are they shutting the landfill down in

25   Wilmington?

Gilbert & Jones

1    UNIDENTIFIED PERSON:  No plan to.

2    MR. SMITH:  Okay.  That's the wood

3    packing.  So what we've got is an operating

4    landfill.  We don't need another one.  By all

5    means, we'll be getting another one and somebody

6    has some dang pockets.  It is ridiculous.

7    Another thing, sit here and bring all of

8    this stuff into our county from other cities.

9    As soon as you open the doors, it will come from

10   other counties.  The railroad sits right there.

11   It is easy to rail serve that landfill right

12   there.  Really easy.  So then you are going to

13   get all of these other corporations -- there's

14   going to be CSX and NES, they're going to get

15   all of your big corporations and what they're

16   going to do is they're going to pump God knows

17   what into their landfill.  And I will tell you

18   whether it is limed or not, guess what, it's

19   going to leak through.  It's going to leak

20   through.

21   Right now we have stuff coming in the

22   Satilla River that's coming from Waycross and

23   back up that way.  It's not -- they don't want

24   you to eat fish out of there but maybe once a

25   month, if you're lucky.  Now, you want to put

Gilbert & Jones

1    all this in the Satilla River, that is real

2    freakin smart.  You all should be danged ashamed

3    of yourselves; I'm telling you.  And I'm going

4    to tell you, if I had anything to do with it,

5    God my witness, if it kills me, I'll do

6    everything I can to make sure this doesn't

7    happen.

8         MR. STEVENS:  My name is Buddy Stevens.  I

9    live on 409 Barber Branch Road.  And I would

10   just like to ask a question.  Would you folks --

11   y'all sitting there and you're not saying a

12   word, but y'all are from the company, right?

13   Y'all really want to put it here?

14        MR. LOVETT:  No, sir.  These are the

15   engineers that are hired to design the landfill.

16        MR. STEVENS:  So there's nobody here from

17   the company except for you; you're their lawyer?

18        MR. LOVETT:  That's correct.

19        MR. STEVENS:  I'll ask you the question:

20   Would you like to have one in your backyard?

21   Please answer the question for me, sir.

22        MR. LOVETT:  This is relative to this

23   particular site.

24        MR. STEVENS:  We would just like to know

25   if you would like one in your backyard?  Would

1    you like this in your -- where your kids go to

2    school and where your families are raised and

3    where you grow your garden and eat your food and

4    eat fish out of your pond and all, would you

5    like it in your backyard? Sir, please, help us

6    out a little bit now. I mean, come on.

7         MR. LOVETT: This is not an opportunity

8    for you to comment on this particular site.

9         MR. STEVENS: Thank you very much. We all

10   understand I think and we don't want it.

11        MR. STEVENS: J. L. Stevens. I've been to

12   some hearings on this in Satilla County Office

13   and I left confused every time I went. From the

14   commission, the establishment, whatever you want

15   to call yourselves, ain't many of them here. I

16   will recognize you and that one and that guy

17   there (indicating). But I was confused when I

18   left because I couldn't find out was any of your

19   people at the table representing the people that

20   live in Brantley County. Would you all please

21   make it plain? Do you -- I'm not talking to

22   these (indicating). I am talking to Brantley

23   County -- are we going to go and --

24        MR. EDGY: I am going to say something

25   right now. I am very disappointed in the group

22

1    that is here, because they are not answering

2    your questions.  And I have fought for them,

3    because I do agree with it.  It was supposed to

4    be in my backyard, because I do agree with it.

5    It is going be waste energy.

6         UNIDENTIFIED PERSON:  You agree with them?

7         MR. EDGY:  I agreed, because they're

8    telling you it's a landfill, but it's supposed

9    to be waste energy.

10        (Audience outburst.)

11        MR. EDGY:  He asked me my opinion and I'm

12   giving it and it's probably going to piss them

13   off, but I am going to tell you it's waste

14   energy.

15        I flew to Tennessee to see the operations

16   up there.  They can turn waste into the diesel.

17   There's zero emissions.  They are not allowed to

18   speak because their partners are not here.  But

19   I wanted to get it out, because I'm the one that

20   is taking the burden of this.  And it come to

21   me, I was the third or fourth commissioner that

22   found out before, but they come to me to get

23   approval.  One, because it was going to go next

24   to me.  But after I seen what it was, I was for

25   it because it creates jobs.  The minimal paying

1   job is $20 an hour, the minimal paying.

2          This will -- we haul our trash.  Everybody

3   in Brantley County in here makes trash.  It is

4   not good enough for you to keep your own trash.

5   You want to send your trash somewhere else and

6   my thought is to do something with our trash.

7   That would cut three and a half mills of taxes

8   off the Brantley tax payers' bill if we would

9   deal with our own trash.  That's my own thing.

10          (Audience outburst.)

11          MR. EDGY:  He asked me to speak.

12          MR. STRICKLAND:  He asked him to speak.

13          MR. EDGY:  And I'm saying what it is,

14   because they're not saying it, but it's waste

15   energy.

16          MR. STRICKLAND:  This lady has got to make

17   a record.  Please respect the situation.

18          (Audience outburst.)

19          MR. STRICKLAND:  I am trying to respect

20   you.  I am doing all I can to respect it.

21          MR. J. L. STEVENS:  I feel I know already

22   enough about what these people have.  What I am

23   concerned about is our neighbors.  That is what

24   I'm concerned about.  Because you have the

25   opportunity to stop this thing and these people

1   and make it whatever.  But you keep on doing

2   what y'all want to do it seem like it, not

3   paying the people in Brantley County no mind.

4   That's what we are asking, brother, and whoever.

5   I would like for it to stop.  If we are going to

6   do it, let the people say so. Take it to the

7   polls.

8       MR. EDGY:  I just want to make one other

9   brief comment.  I was born and raised in Glynn

10  County.  My family was Brantley County.  I moved

11  here 21 years ago.  I am going to die here and

12  I'm going to be buried here.  The biggest thing

13  that I see that's destroying this county is

14  county taxes.

15       It's putting people -- if you will look at

16  your papers, it's putting homeowners out of

17  their houses because they can't afford the

18  taxes.  If we don't get industry into that

19  county, this county will die.  And I'm

20  environmentally friendly, people.  And I've

21  always told you.  If you look, I sit on the work

22  board, work councils and I'm very environmental.

23  I put a lot of my property into environmental

24  protection.

25       This is something if people would give

1   these people a chance, it could be a way of the

2   future getting rid of the trash without

3   polluting their ground work.

4       MR. STEVENS:  Do the taxpayers of Brantley

5   County support everything that's supposed to be

6   going on here?  And I feel -- I am opposed.  I

7   feel these people are opposed to this.  I live

8   in Brantley County, too.  I was born in 1935,

9   right across the tracks there in Middleton,

10  Georgia, going to the landfill in 1935.  Do you

11  understand?  And I've read and I know a good bit

12  about the snow white sands of the great Satilla

13  River.  And there ain't nobody going to watch

14  them there now.

15      One of the brothers mentioned about

16  pollution coming down the Satilla.  Them people

17  that are here trying to get this, I want you

18  people to stop it.  Whoever you are.

19      MR. STRICKLAND:  Thank you.

20      MR. PARSHLEY:  My name is Daniel Parshley,

21  P-A-R-S-H-L-E-Y; address 274 Parlin Road,

22  Brunswick, Georgia.  I'm the project manager for

23  the Glynn Environmental Coalition.  Glynn is

24  spelled G-L-Y-N-N.

25      The members asked me to come to this

1    hearing today to try to get information, so I

2    could explain what was happening to them, our

3    members from Brantley County.

4        First, to the counselor from Macon.  Sir,

5    you know you can't have a public hearing without

6    identifying the property.  I have heard no

7    parcel number, no legal description.  I don't

8    think anybody here can take you down the road to

9    82 and say this where they are talking about the

10   siting is.

11       If you would be kind enough, first of all,

12   to give me the parcel number.  Can the record

13   show, please, ma'am, that the counselor does not

14   have the parcel number.

15       Can you identify the tax card by the

16   number, please?  May the record show that the

17   counselor is not giving any information about

18   the tax card.

19       Would the counselor care to provide any

20   more detailed information about the location of

21   the property?

22       MR. LOVETT:  That's not the purpose of

23   this hearing.  If you looked at the law, you

24   would understand what is going on here.  It is

25   not a question and answer process.  It is not a

Gilbert & Jones

1   legal argument.

2          So if you have any comments about this

3   particular site, you can make it; otherwise --

4          (Audience outburst.)

5          MR. PARSHLEY:  My first question is where

6   is it located and what is the legal description

7   in Brantley County for this parcel?

8          MR. LOVEITT:  It's been properly

9   identified.

10          MR. PARSHLEY:  Can you provide that to me?

11          (Audience outburst.)

12          MR. PARSHLEY:  Let the record show that

13   counselor cannot provide a legal description for

14   this piece of property for the purposes of this

15   hearing, which I believe is required by the

16   Georgia Environmental Protection Division for

17   this hearing to be proper and to fulfill the

18   purposes of a pre-permit hearing.

19          Second, about 10, 15 years ago, New York

20   City was having a pretty hard problem with their

21   trash disposal.  Cornell, Princeton, and several

22   other entities up there did studies about where

23   they might put their garbage.  They identified

24   Southeast Georgia as one of the possible

25   locations.  And, interestingly, they thought it

Gilbert & Jones

1   would be possible because they saw us as

2   potentially weak.

3       And so which leads to the next question, I

4   would be very interested in knowing before the

5   permit is put in.  Is this going to be a

6   regional landfill, which means it will take

7   municipal waste from this area?  Or this going

8   to be an interstate landfill and take waste from

9   around the country?  I would like to see that

10  answered as part of the response to the comments

11  to the Environmental Protection Division, if

12  this hearing is found to be legal to start with.

13      I am going to have leave and go back to my

14  members in Brantley County and say we tried to

15  get information from these folks and they were

16  just unresponsive.  Thank you, gentlemen.

17      MS. LEE:  Button Lee, 1090 Little Buffalo

18  Creek Road, Nahunta, Georgia.  I only learned

19  about this last night.  I'm not here to

20  disrespect anybody.  I am here with the most

21  respect to ask when we heard about the public

22  hearing and now that I've gotten here and this

23  is not a question and answer, I want to know

24  when we can get our questions answered?

25      I'm not here -- I'm not -- I don't oppose

1    it.  I totally oppose it.  I just want to know

2    when you guys will answer the questions that our

3    residents have and when that will be done.

4    Because I -- this is just kind of blowing me

5    away that this was this quick, done at 3:00 on

6    an afternoon right before Christmas, when most

7    people are at work.

8         (Audience outburst.)

9         MS. LEE:  I mean, no disrespect to

10   anybody.  I just want to know when our questions

11   can be answered, how that will work.  And I know

12   this is a question and I know this is not a

13   question and answer session.  But y'all have to

14   give us a time to have our questions and

15   concerns answered, please.  When can we do that?

16   How is this going to work?

17        MR. STRICKLAND:  Well, from my standpoint,

18   we are the facilitator of the hearing only.  The

19   noticed individual in the paper who facilitated

20   to have a facility, have a hearing.  We are

21   doing that.  We are not the applicant in this

22   situation.  This is a private company proposing

23   a disposal -- waste disposal on private

24   property.  The answers to your questions and

25   whatnot should come not from the county, because

1    the county is not the applicant as such.

2         UNIDENTIFIED PERSON:  Well, you guys are

3    here.

4         MS. LEE:  Well, if the commissioners --

5         MR. STRICKLAND:  Well, we have got to be

6    because the law says we are responsible to set

7    the hearing up.  But those are -- the applicant

8    will have to answer those questions with regard

9    to --

10        MS. LEE:  Would that be you, sir?

11        MR. LOVETT:  Not at this time.

12        MS. LEE:  Would that be you?  Would you be

13   the applicant?

14        MR. LOVETT:  That's not the purpose of

15   this hearing.

16        MS. LEE:  And you keep saying that.  But

17   where can this happen?  And I'm not -- I promise

18   I'm not being disrespectful.  I just need to

19   know -- we all have a lot of questions,

20   obviously.  And how can we get those questions

21   answered?  How can we find out more about this?

22   How can we do this?  How will that happen?  Sir,

23   legally, how will that happen?

24        MR. LOVETT:  I'm not here to answer any

25   legal questions.

Gilbert & Jones

1        (Audience outburst.)

2        MR. STRICKLAND: Let me say this. If you

3   ask a question and they say they are not in a

4   position or not going to answer, state your

5   position on the record and you will have your

6   position noted by the court reporter.

7        MS. LEE: Thank you. May I redirect my

8   question -- just very briefly. County manager,

9   correct? Mr. Carl, I appreciate you and thank

10   you. How will we know -- how will we be able to

11   get questions answered? This is very serious to

12   a lot of us. I'm not up here to cause any

13   problems. I just need to now how this will

14   be -- how can this be where we can state our

15   opinions but have answers to our serious

16   questions.

17        MR. ROWLAND: It's my understanding, as

18   the project unfolds as it does and needs to

19   decide on building it, if it does. I mean,

20   these folks have a long process to go through.

21        And the reason -- I think the reason they

22   don't answer any question because it would be

23   some speculation on their part about the

24   eligibility of the site, as far as meeting EPD's

25   criteria. That is the purpose of it because if

1  you think it's a bad idea -- and the site is

2  located between Atkinson and Waynesville.  I

3  want to make that plain.  I don't know the lat

4  and long of it, but it's a building in between

5  Waynesville and Atkinson.  So that's about a

6  four-mile stretch, so you can say approximately.

7  And I can't tell you that any closer than that.

8       MS. LEE:  I understand.

9       MR. ROWLAND:  It's on the south side.  So

10  the purpose of this just from a practical

11  standpoint -- I don't mind you interjecting me.

12       MS. LEE:  No, I understand.

13       MR. ROWLAND:  -- is for you -- as the

14  county attorney says, make your statement about

15  why you think it is a suitable site or not a

16  suitable site.  And the EPD will take that as

17  part of their case for their record and review

18  your comments is the whole purpose of this.  If

19  you say it's a bad site because it's X, X

20  reason.

21       MS. LEE:  Okay.  Take note of this.

22  Brantley County is not acceptable.  Thank you so

23  much.  No disrespect.  Thank you.

24       MS. BARBER:  My name is Virginia Barber

25  and I live at 88 Barber Circle in Deerwood.

Gilbert & Jones

1    That is just off of 82, off of old 259.  And we

2    would very much be interested in finding out

3    more about this.

4        We hear snippets here and snippets there.

5    And I didn't know about this meeting until I had

6    a service guy to come by our place to do some

7    work and he said, did y'all hear about the

8    meeting?  No, what meeting?  The one that's

9    going to be at 3:00 this afternoon about the

10   landfill.  I said, you know, the only thing I've

11   heard about the landfill is what they have done

12   or what they are going to do, not when the

13   meetings are, not in time.

14       I got my paper as I was -- in my mailbox

15   as I was leaving to come up here.  But I already

16   knew if it hadn't been for that, that's when I

17   would have known, but I wouldn't have had --

18   just had to find time to come.

19       We have our raised our children -- we

20   moved from Ware County because of some

21   situations over there.  We moved our family here

22   to Brantley County for a wholesome, old time

23   more like we had a life as you, to go to school

24   and have it a regular school like we taught it.

25       Now, I'm 73 years old and we had a

34

1   different thing than what we got today of

2   course.  But my children deserve to learn more

3   about what's going on here in this county.  They

4   are now grown, but they have children.  They

5   have grandchildren.  We have

6   great-grandchildren.  And we don't want

7   somebody's else's garbage here littering our

8   county when our children have the right to grow

9   up and play and go all over this county just

10  about and enjoy the cleanness, the naturist of a

11  land that they can enjoy.

12      No, I'm not for this.  Very much against

13  it.  I just don't think it's the right place for

14  it.  It would be very close to my home, really.

15  I don't want the garbage in the land.  I don't

16  want the smells.  I just don't want it.

17      And all of the questions we have asked, I

18  don't know why you guys are here if you're not

19  going to answer any questions.  We can stay at

20  home and we can all get together and ask

21  questions.  If we didn't get any answers, it

22  wouldn't do us any good.  We can probably answer

23  them probably better than y'all are doing.

24  Because you know what, your silence speaks

25  louder than any words I have heard.  We don't

1    want it.

2          MR. STRICKLAND:  Thank you, ma'am.

3          MS. BARBER:  We don't want it.  And we

4    would like to know all about the parcel.

5          MR. AYCOCK:  My name is Donald Aycock.  I

6    live at 8131 Central Avenue.  Who really called

7    this meeting?  Mr. Deen, could you answer that

8    for me?  Who called this meeting?

9          MR. STRICKLAND:  Reverend Aycock, my

10   understanding was these gentlemen are the

11   applicants seeking to site this proposed

12   landfill.  The statute requires the notice to be

13   given for a public meeting.  My understanding

14   was they requested that the notice be put in the

15   paper and a time to be set.  It has to run two

16   times before the meeting.

17         My understanding that the applicant in all

18   probability, I think, requested the county to

19   put that in the paper.  They themselves may have

20   put it in there.  To answer your question

21   exactly who initiated the notice in the paper, I

22   am not sure I can answer that.  They may have

23   initiated it or they may have requested the

24   county clerk or the county manager to do that.

25   I'm not sure.

1          MR. AYCOCK:  Okay.  But it just seems to

2     me that they pushed it pretty close because

3     yesterday was when the second notice would come

4     out in the -- I received it today in The

5     Brantley County Express.

6          MR. STRICKLAND:  Yes, I know that was

7     first.

8          MR. AYCOCK:  What I would like to say,

9     first of all is I think the planning of the time

10    of the meeting at 3:00 and two days before

11    Christmas Day seems like to me all of this was

12    worked out to keep people away, working people.

13          (Audience outburst.)

14          MR. AYCOCK:  People that work for a

15    living, they can't come to a 3:00 meeting during

16    the week.  We have had this happen before in

17    Brantley County and it's unjust and it's a

18    disgrace to this county for it to happen when

19    working people don't have the privilege to come

20    to the meetings.

21          First of all, I would like to say, too,

22    that in this about the legal advertising

23    appearing in The Brantley County Express to me

24    this is a sham.  To me this is something that

25    should not be, should not happen.

1    I would like to remind you this -- we

2  had -- when I lived in Ware County we had a

3  situation that came up about a landfill and the

4  situation was the chairman and the county

5  commissions at that time kind of slipped this

6  under the cover for a landfill in Waycross, Ware

7  County, okay.  So in this -- and then they

8  contracted with the company out to haul coal ash

9  to that landfill.  That happened later on and it

10  cost -- after they really found out the citizens

11  rebelled against it and they turned and wanted

12  to get out of the contract.  Well, it cost the

13  taxpayers of Waycross, Ware County, over a

14  million dollars to get out of that contract.  It

15  cost some of the citizens over $100,000 for

16  lawyers and the legal work to get rid of the

17  contract.

18    See what can happen if you get into

19  something like this and this is where these

20  people want to put us.  People, we do not need a

21  garbage collections landfill in Brantley County.

22    (Audience outburst.)

23    MR. STRICKLAND:  You have two minutes,

24  sir.

25    MR. AYCOCK:  This is sad.  This is sad

Gilbert & Jones

1    that we have to fight for the right to keep

2    Brantley County a clean county -- a clean

3    county.  Let's do it people.  Let's stand

4    against corruption.

5            We have commissioners coming in and I

6    would like to encourage them to take a stand

7    against such as this.  And those that are going

8    out -- I believe some of them are going out or

9    has gone out, is because of the fact that they

10   took a stand for it.  Can you see what the

11   difference is?  It's not going to work.

12           MR. EDGY:  Just for your benefit.  Even

13   though I'm going out, I am still for it.  You

14   know the whole thing.

15           MR. AYCOCK:  We understand that.  It's

16   still not right.

17           MS. HARRIS:  My name is Kathleen Harris.

18   I live at 109 Plummer Street, Atlanta, Georgia

19   31553.  I would like to say that I am opposed to

20   what is going on here for more reasons that just

21   one.  I asked for the business partners' names

22   from the county on Monday.  I was told that I

23   could not have that information but it would be

24   provided at this meeting.  Where is it?  I also

25   in that asked for a site map of the proposed

1    waste management site.  I'm assuming nobody

2    brought that either.

3         MR. STRICKLAND:  Let me say this.  Cindy

4    Crews, the clerk of the court, handed up this a

5    moment ago and I'm not sure exactly where she

6    got it.  But I have made some copies here and I

7    don't mind passing them out to y'all.

8         MS. HARRIS:  And any information available

9    that would -- concerning this proposed site, I

10   have documents here, which were put out by the

11   county.  Each one of them, every time,

12   comprehensive plan.  The planning and zoning,

13   and this is even the comprehensive plan where we

14   had a meeting, a revised plan for the

15   comprehensive plan when we met over at REA.  At

16   every single meeting, you and Carl said there

17   was never going to be a landfill here.

18        In fact, if I remember it and I do have a

19   copy of that, you guaranteed that if it was put

20   in and there was anything, you personally, Mike,

21   that you would pay for the clean up.

22        MR. EDGY:  Do what?

23        (Audience outburst.)

24        MR. EDGY:  I was working with Cox

25   Enterprise.  They are sitting right there in the

40

1    industrial park.  That's who I was working with

2    at this time.  They were doing their studies.  I

3    flew to Tennessee to see this plant they're

4    trying to get down here.  That is when I got on

5    board with this and that is why I support it.

6         UNIDENTIFIED SPEAKER:  Move to Tennessee.

7         MS. HARRIS:  There you go.  And every one

8    of these we ask that the solid municipal waste

9    plan be stricken.  Every single meeting we went

10   to and you referred me to here.

11        MR. EDGY:  Ms. Harris, you make trash but

12   you're too good to keep your own trash in your

13   own backyard around, aren't you?

14        (Audience outburst.)

15        MS. HARRIS:  I approved the plan after

16   they were lied to that there would be no dumping

17   in Brantley County.  And now, here we are on

18   December 22nd, at a 3 p.m. meeting, that we had

19   less than two week's notice and we were all

20   notified in a paper, a week and a half ago -- a

21   week and one day ago, actually.  So I have to

22   ask, is Magnolia Holdings, now Brantley County

23   Development Partners lied to the Brantley County

24   Board of Commissioners?  They didn't.

25        MR. EDGY:  They didn't lie to the

Gilbert & Jones

1   commissioners.

2          MS. HARRIS:  So what you're telling me is

3   the Brantley County Board of Commissioners lied

4   to the residents?

5          MR. EDGY:  No.

6          MS. HARRIS:  Well, you can't have it both

7   ways, Mike.  They could have lied to you and you

8   lied to us.

9          MR. EDGY:  No.  When everything started we

10  were working with Cox Enterprise at that time.

11  Things developed, they stood -- they continued

12  to do more.  They brought stuff to us after you

13  done started, but you brought the stuff to my

14  mind, so I sort of agreed, yeah, we might need

15  something like that, but Ms. Harris is also

16  against it.

17         MS. HARRIS:  No, no.  In short, notice of

18  the meeting I object to, the fact that the

19  residents were not notified in a timely manner

20  with enough time to request documents on this.

21         I also object to the fact that we're going

22  to -- you think we're going to put a landfill in

23  Brantley County.  We have a small amount of

24  garbage.  There are surrounding counties with

25  solid waste facilities, Camden, Charlton, Wayne,

1    and Atkinson County, and we can contact with

2    those facilities to take our garbage.  We do not

3    have to contaminate our county.

4           MR. STRICKLAND:  Thank you, Ms. Harris.

5           MS. HARRIS:  Thank you.

6           (Audience outburst.)

7           MR. JONES:  Paul Jones, 529 Radcliff Road,

8    Waynesville, Georgia.  Let me start, will you

9    guys actually be the deciders of the facility?

10   Can you answer that?  You can.  And you're

11   actually in the process of design.  Okay.  Fair

12   enough.  What state or federal regulatory agency

13   will you have to meet with this design?  Who

14   will you submit it to?  Mr. Attorney, can you

15   answer that for me or they're not allowed to

16   answer that.  Fair enough.  You've answered it

17   by not having one.

18          MR. LOVETT:  No, sir.  If you'd allow me

19   to answer it, I will answer your question.

20          MR. JONES:  I'd love to.

21          MR. LOVETT:  This design -- this

22   application will be submitted to the Georgia

23   Environmental Protection Division and it is

24   regulated both by the Georgia Environmental

25   Protection Division and the USEPA under Subtitle

1  D of Resource, Conservation, and Recovery Act.

2      UNIDENTIFIED PERSON:  Did he just answer a

3  question?

4      MR. JONES:  Please.  Trust me, right time,

5  and right place.

6      MR. LOVETT:  That was -- this isn't a

7  question and answer, but that's the appropriate

8  question.

9      MR. JONES:  Right.  I asked it and you

10  answered.  Thank you.  Thank you.

11      MR. LOVETT:  These gentlemen here are not

12  here to answer questions.

13      MR. JONES:  I understand and thank you for

14  acknowledging my question.  I appreciate that.

15      I happen to be in a business and I

16  understand exactly what everybody up here is up

17  against, including these folks.  I'm on both

18  sides of such issues.

19      I want to know in this design process who

20  your regulatory agencies would be and you've

21  answered that.  Thank you for that answer.

22      Can you elaborate on the top process or is

23  it a packing process or is it a new process that

24  you're inventing, let's say.  Can you answer

25  that?  Is there -- this process, he says, is in

44

1   Tennessee, correct?

2        MR. EDGY:  Pardon me?

3        MR. JONES:  The process is in Tennessee

4   currently.  I heard someone flew to Tennessee.

5        MR. LOVETT:  I am not familiar with any

6   Tennessee --

7        (Audience outburst.)

8        MR. JONES:  Please, please.  I have been

9   quiet the whole time.  I would like to hear his

10  answer.

11       MR. LOVETT:  I will answer your question.

12       MR. JONES:  Thank you.

13       MR. LOVEITT:  This is not a question or

14  answer, but this is something that you ought to

15  know.  This is not -- I am not familiar with the

16  Tennessee process.

17       MR. JONES:  I understand.

18       MR. LOVETT:  This has been passed by

19  United States EPA, delegated to the Georgia

20  Department of Natural Resources.  There is an

21  established guidelines not only for the siting,

22  but also the design of any facility that would

23  go into your county.

24       This hearing is an initial -- initiates

25  the process before the application --

Gilbert & Jones

1      MR. JONES:  Agreed.  That is what I was

2   going to lead to, but you just stated it.

3      MR. LOVETT:  So the question here today

4   is, you know, anything that you have to add

5   about the appropriateness of siting this

6   landfill in this particular area of Atkinson

7   County.  I'm sorry -- of your county.

8      MR. JONES:  Brantley County, Waynesville,

9   Atkinson.  I understand it is confusing.

10      MR. LOVETT:  It's not confusing.  I'm

11   sorry, I just --

12      MR. JONES:  It's easy to misstate with all

13   of these people coming down on you.  I

14   understand.  It's not a good situation.

15      MR. LOVETT:  That's the issue here today.

16   And it's not a question or answer.  It is for

17   you to state, you know, it would affect you.

18      MR. JOHNS:  And I'm going on the record as

19   being opposed to it.  I do not want it in my

20   county.  It is close to schools; it's close to

21   churches; it's close to a county park; it's

22   close to my house.

23      I would like to address the audience and

24   tell you as far as this whole route, this is

25   just a hearing and know what they're going to do

and that is over with.  Your next step is the EPA and EPD, and they have a Coastal Division at Glynn County.  You can call down there, you can go on record.  They will have a hearing that you will be able to speak and ask questions about their design and their process and does it meet the laws and requirements of this area.  And you can speak all you like.  Be there and get your answers.

These people are not going to answer.  All they are going to do is give them permission, yes, you can have that hearing and design the facility.  If it works, it works.

So beating up on these guys is not going to help.  EPD is where the answer is at and it's right there in Glynn County, and you need to have your ducks in a row and have parcels, have where you live.  You need to find out what the conditions are going to be.  If it's an incinerator-type area that's converted back to fuel or exactly what it will process.

They haven't even turned that in yet.  I agree none of the processes are given to me and I would like none of it to be in my neighborhood.  I've got none of it.

1        MR. STRICKLAND:  Thank you.

2        MR. LOVETT:  Mr. Jones.  Apparently I was

3   not clear enough in opening up this particular

4   public hearing.  No application has been filed

5   for a solid waste handling facility here.

6        This public meeting and comments are

7   required to be submitted with the initial

8   application.  There is no design that's been

9   submitted, because no application has been

10  submitted.  That's the process that takes place

11  after this hearing, after the application, and

12  after the appropriate agencies determine whether

13  this is a suitable site.  So to clarify --

14        MR. JONES:  I understand that completely,

15  but I don't think that these folks did.  So

16  technically speaking, nothing is happening today

17  and it is not happening tomorrow.  These guys

18  have to come up with a plan that meets a

19  standard guideline which they will submit.  At

20  that time, DPA and EPA will run it in the paper.

21  And trust me guys, you better be paying

22  attention, because it's a little tiny thing.

23        And you will be allowed to go up there and

24  voice your opinion and they will not cut you off

25  and they will not be screaming and shouting and

48

1   people in authority talking down the wind.

2   You'll be able to speak your mind.

3        MR. STRICKLAND:  Thank you, John.  I

4   appreciate it.

5        MR. GREEN:  Andrew Green, 77 Obeegee

6   (phonetic) Trail in Waynesville.  And could I

7   ask you a question?  Not an argumentative

8   question.  You said you went to Tennessee and

9   saw this.

10        MR. EDGY:  Yes.

11        MR. GREEN:  Could you tell us the name of

12   that so we can research it and see what it is

13   for ourselves?

14        MR. EDGY:  I know don't know if he will

15   tell me, but he went with me.  What was the name

16   of it?

17        (Audience outbursts.)

18        MR. LOVETT:  Wait a minute.  That has

19   absolutely nothing to do with what we're doing

20   here today.

21        MR. GREEN:  We are here today to oppose --

22   to tell why we oppose the site.

23        MR. LOVETT:  That's right.

24        MR. EDGY:  If you will call me, I'll find

25   the name out and I'll get that information,

Gilbert & Jones

1 because I can't remember. It's a long name.

2 But these engineers -- the lawyer didn't go, but

3 the engineers did go, so -- he was saying the

4 truth. He had not been to Tennessee but these

5 folks have.

6 MR. GREEN: And I understand. You said

7 you had been, so I thought maybe you could give

8 us the information to research.

9 MR. EDGY: I can't remember, because it's

10 a long name and it's been a long time since I

11 have been there.

12 MR. GREEN: And how do we get that from

13 you after this meeting.

14 MR. EDGY: My phone number -- I think

15 everybody has got it. (912) 269-0283. Call me

16 later this afternoon, because I'll get them to

17 write it down for me when they get out, because

18 he's not letting them speak.

19 MR. GREEN: I just want to go on record

20 that I oppose this. I have young children. And

21 since I can't research this at the moment for

22 this meeting, my reason I oppose it is one, I

23 live in this county, and two, I'm scared it is

24 going to open up avenues for others.

25 Right now you agree with it, but the

1    people that come after you a generation down the

2    road, they can open up and let something else in

3    here that we don't want.

4         And right now I think we've got enough

5    childhood cancer going through here.  We've got

6    enough pollution in our ground water and that's

7    why I oppose it.  And I'd thank you if you can

8    get that information.

9         MR. LOVETT:  Mr. Green, can I address your

10   question?  The facility that you asked about is

11   proposed or is a concept proposal of an option

12   on the north side of this property.  This

13   facility it going on the south side of the

14   highway.  This is a landfill municipal solid

15   waste facility.  That's what you're here to

16   comment on.

17        MR. GREEN:  And that's what I'm commenting

18   on is why I oppose that.

19        MR. LOVETT:  Thank you for your comments.

20        MR. STRICKLAND:  Thank you, sir.  Ladies

21   and gentlemen, if you had an opportunity to come

22   to the podium and have your say at this time,

23   I'm going to ask you to allow all the other

24   individuals who have not had an opportunity and

25   we may get back to y'all.

Gilbert & Jones

1    MS. GREGOR:  I would like to comment on

2  what was said from Mr. Edgy, if you don't mind.

3    MR. STRICKLAND:  If you would just wait

4  and let these folks have their turn.  Thank you,

5  ma'am.

6    MR. MONTAGUE:  I am Clay Montague.  I live

7  at 245 Deerwood Creek Estates in Waverly,

8  Georgia, which is in Camden County.  I live on

9  the Satilla River downstream from Brantley

10  County and, consequently, I'm very concerned

11  about anything that goes on in Brantley County.

12  I'm also on the board of directors of the

13  Satilla Riverwatch Alliance and we are between

14  riverkeepers now, because our wonderful

15  riverkeeper Ashley Dick Swirly, has taken a job

16  with the Nature Conservatory.  We have a

17  riverkeeper coming in February, which we have

18  already hired.

19    So I am here today to officially make a

20  record that the Satilla Riverkeeper is here.  I

21  would like to point out that Brantley County has

22  a solid waste management plan that needs to be

23  consulted and is required to be consulted by EPD

24  rules.  It is called Building Brantley Today,

25  Tomorrow and Beyond.  It's available from the

52

1   Department of Community Affairs.  It was

2   published in March of 2006 and it's a wonderful

3   document.  It does give a lot of reasons why --

4   or considerations for sitings of landfills.

5       And I'd particularly like to turn your

6   attention to Figure 22, which has the

7   restrictions on where you can build a landfill

8   in Brantley county, according to Brantley

9   County, so it's a very valuable document.  And

10  it makes me feel better that Brantley County has

11  created this document and that it goes along

12  right well with the EPD rules.

13      I would like read a couple of paragraphs,

14  the final few paragraphs of this particular

15  thing.  It won't take but just a minute.

16      In public hearings and public meetings,

17  the citizens of Brantley County have

18  overwhelmingly stated that the Satilla River

19  must be protected, restored, and preserved.

20      Our citizens are concerned that any

21  landfill has the potential to harm the river and

22  its environment.  In the past, the county has

23  banned all landfills.  And I guess they can go

24  back to doing that.

25      Our goal is to mandate that any future

Gilbert & Jones

1    landfill will be held to the highest federal and

2    state local standards and done in the public

3    eye, so that we may participate in the

4    permitting process and exercise our

5    constitutional rights of stewardship.

6         That is in your document, Brantley County.

7    I just wanted to point that out and you are

8    required to be consistent with this document.

9         Thank you.

10        MS. WILLIS:  My name is Annette Willis and

11   I am a citizen of Brantley County.  And I just

12   want to let you know that I am not for it.

13        Although, I do appreciate you saying that

14   you think it is a good thing, I just think that

15   we have kind of been railroaded so far.  I would

16   appreciate knowing more about what you see as

17   the plan for such a thing, because I do realize

18   trash is a major problem for everybody and we do

19   all make it and we are responsible.

20        This meeting is legal, but seems like a

21   real joke.  I wish if you are going to let

22   certain people know about what is going on,

23   where you've been, what you have seen, it would

24   be so enlightening for everybody who would maybe

25   understand the small part of what this is all

Gilbert & Jones

54

1   about.

2       I don't appreciate it a few days before

3   Christmas at 3:00.  And especially a person --

4   sorry, no offense, from Macon coming in and

5   telling us no questions when we are very, very

6   proud of our little county and we want to keep

7   it safe.  We love it and we only want it better.

8   But please, give us information we need so we

9   can know what we are up against.  I don't want

10  to attack, you have been part of the county and

11  you still are, and I think you owe us that.

12  Thank you.

13       MR. STRICKLAND:  Thank you, ma'am.

14       MS. SMITH:  My name is Betty Jean Smith,

15  mailing address, Post Office Box 475, Nahunta,

16  Georgia 31553.  I want to thank y'all for coming

17  today and I invited a lot of you here and I'm

18  very happy for the turn out and thank you very

19  much.  If any of you want to give me your name

20  and address today so I can notify you, please do

21  so.  Thank you again.

22       I wanted to file several objections.  The

23  ad that was ran in the legal order for Brantley

24  County does not comply with the official State

25  of Georgia and does not comply with 2012-8-26,

Gilbert & Jones

1    because it does not require the action to be

2    taken by the local government or the subject

3    property.  It does not identify what property

4    the solid waste facility or municipal solid

5    waste facility -- technically it's a landfill.

6    It does not have a location of the site of the

7    facility.  It doesn't comply with a two-week

8    notice requirement.  It was not published

9    correctly and there is apparently not a forum of

10   the county commissioners here.  I notice there

11   are county commissioners in the audience.  I see

12   two commissioners here and the county manager

13   and Mr. Michael Edgy is here, as well as

14   Mr. Carl Rowland.  And to my knowledge, are

15   there any other commissioners in the audience?

16        Let the record reflect there are no

17   additional county officers -- or county

18   commissioners in the audience.

19        The property appears to have not the

20   correct zoning and was zoned without compliance

21   with the Georgia filing procedure law and other

22   meetings.

23        I have concerns that members of the County

24   Board of Commissioners that have a personal

25   interest in the outcome of this are in violation

56

1    of the public code provision of the Georgia
2    constitution.
3            There is no need for a landfill in
4    Brantley County.  It does not have a need for
5    that and I am submitting a list of landfills
6    that are in adjoining counties.  We had the
7    public to move for a landfill in Camden County.
8    We have a landfill in Wayne County as to the
9    south of this property.  Wayne County is to the
10   north of this property, all continuous to
11   Brantley County, and we have a county of
12   Atkinson which is one county removed, and we
13   have a landfill in Charlton County where
14   everybody is south of this property and
15   continuous to Brantley County.
16           And the life expectancy or the permitted
17   life expectancy of these landfills is on this
18   sheet of paper, which I would like to submit
19   into the record.
20           I own property in close proximity to this
21   property that they are identifying here today
22   with no specificity.  And my property and
23   adjoining properties will suffer special harm
24   with the runoff of any surface waters from rain
25   or by any of their buildup.  I have suffered

Gilbert & Jones

1    special harm from trespass and may continue.    I

2    will suffer nuances over this facility.

3         And this public hearing is they're going

4    on about a landfill.  Mr. Edgy says that it's

5    about a waste energy facility, which is a

6    combustion and incinerator probably.  Which

7    apparently come off of -- from listening to the

8    attorneys, it may be on the other side of 82.

9         We have no idea of when they will make an

10    announcement and have a notice in the paper

11    about that.

12         I will suffer pollution from groundwater,

13    methane gas, and pollution of air if some type

14    of incinerator, ash, coal or other materials

15    that come to surface, here to fight for those

16    disposals.

17         There maybe including property damage to

18    the residents.  There will be ongoing problems

19    with traffic from the trucks and railcars

20    delivering waste.  There will be damage to the

21    roads in Brantley County and to the roads of the

22    state of Georgia.

23         And as the gentleman that has recently

24    cited his permit application will comply and be

25    consistent with the Brantley County solid waste

58

1   management plant.  It currently forbids

2   importation of solid waste into a county.  It

3   has again -- without having an original

4   development impact review by the state of

5   Georgia.

6        They've already told us a landfill

7   application has not been filed, but the

8   attorneys did not say that this was a landfill.

9   If you listen to his words very closely, he said

10  a solid waste kindling facility.

11       Now, under Georgia law that could be one

12  of several ways.  It could it be, as Mr. Edgy

13  has said it could be a waste energy facility

14  where they burn garbage, millions of tons of

15  garbage or whatever else they might burn and

16  that creates issue of health.

17       If you took chemistry in high school when

18  you burn garbage, it doesn't disappear.  It

19  changes into a gas and goes into the air to

20  settle on your house, through your air you

21  breathe and comes through your houses and in the

22  yards and schools.

23            (Audience outburst.)

24       I have not heard them say where the

25  garbage is coming from, what the waste will be.

1    Will it be coal ash?  Will it be household waste

2    that's coming from New York, China,

3    Jacksonville, Camden County, Glynn County, what

4    will it be?  And will it be trucked in or railed

5    in or will it come into the Port of Brunswick or

6    come from New York?  Less than two years ago

7    that our product port will import barges in from

8    somewhere.  I have no idea what they are

9    importing yet.

10           But do you really see we are -- go online

11   in the Camden County newspaper about this

12   property that they're buying their own private

13   port to import barges into south Georgia.

14           MR. STRICKLAND:  Ms. Smith.

15           MS. SMITH:  I'm going to object

16   Mr. Strickland that the official code of Georgia

17   does not limit you to five minutes, so I'm

18   asking for an extension.

19           MR. STRICKLAND:  Ms. Smith.  Wait just a

20   minute.  Hold on.

21           (Audience outburst.)

22           MS. SMITH:  I'm nearly finished,

23   Mr. Strickland.  I am nearly finished.

24           I also want to say that this will be a

25   collection of the waste water from landfills.

60

Is this being Satilla in Waycross, Georgia at
that Satilla Treatment come from the Wayne
County Landfill by tank cars, truck cars -- I
mean, tank cars haul and train cars and from the
Charlton landfill.  It goes into the Satilla
River by a waste product and it comes downstream
to us.  The Satilla River cannot handle any more
reshape because in dry periods and the low water
periods, it is nearly a trickle in the Satilla
River and the Satilla River is beyond capacity
in that regard.

Now, this particular site out there where
this is, you know, there are rivers -- and there
are tons of water always comes pouring in
through the river.  On the north part of the
property that water runs north, so yes, actually
it will run onto my property.  And -- but the
south side it is debatable which direction all
of the water runs, so if it runs north or if it
runs south.  As most of you know, the creek in
Brantley County flows north as the Satilla flows
south, but the creek and the other creek
actually flow north.  So on the north side of
that property the one that water flows north.  I
don't know about the water under the ground, but

1   wherever the water is and things like that and

2   that direction, I assume it runs north, as well.

3           Now, Dr. Matthew Houston (phonetic) is a

4   scientist from the University of Georgia and he

5   has presented materials --

6           MR. STRICKLAND:  Ms. Smith --

7           MS. SMITH:  -- and research that water and

8   materials -- too much acid and eat the lime in

9   the soils of south Georgia and Brantley County

10  are in the -- and they will eat the lime in

11  those landfills.

12          I would like to supplement any comments

13  and any written materials that I want to submit.

14          And I oppose that five-minute time limit

15  and supplement on this by submitting written

16  material.  And I oppose the 3:00 in the

17  afternoon setting this public hearing.

18          (Audience outburst.)

19          And one other thing if the storm water

20  from hurricanes -- the storm surge as predicted

21  from the national government is off by any

22  calculations -- and they have not calculated

23  what the storm surge of the Satilla River will

24  be and how far it will come.  There is no one

25  that can predict how strong a hurricane wind

1  will be.  But if that storm surge comes up the

2  Satilla, if it floods this area, that whatever

3  it is they are disposing out there -- which they

4  have not disclosed will be -- will run along

5  everybody's property for miles around in your

6  home and in your yard.

7       So the storm surge is predicted to come to

8  the Glynn County line as it is and it's just a

9  very short distance from the Satilla River to

10  the Glynn County line.  And --

11       MR. STRICKLAND:  Ms. Smith --

12       (Talking over each other.)

13       MR. STRICKLAND:  Your five minutes are up.

14       MS. SMITH:  I can say that I am not

15  limited and can make any questions or comments

16  because in the future, there may not be any

17  additional public hearing.  This is our

18  opportunity to find out all about this, but what

19  he failed to tell you that at this public

20  meeting in Brantley County is a farce.  You as

21  citizens of Brantley County, you have a right to

22  make a comment, but you don't have a right to do

23  anything else to object to this landfill.

24       MR. STRICKLAND:  Thank you.

25       MS. SMITH:  Please and I want to add --

63

1     MR. STRICKLAND: Ms. Smith, please. We

2     have given you extra time. You are an attorney.

3          (Talking over each other.)

4     MR. LOVETT: In response to some

5     questions. Now, you've had your time and we

6     given you enough time and we respected you for

7     your comments, but you've had your time beyond

8     the rest of these individuals. There are people

9     behind you that want to speak.

10          (Audience outburst.)

11     MR. STRICKLAND: You are an attorney of

12     law and you know how this goes.

13          (Audience outburst.)

14     MS. SMITH: I have submitted that if you

15     pass the landfill I invoke the right to

16     supplement this.

17          And I ask the citizens of Brantley County

18     to stand up and demand a proper public hearing.

19     Thank you.

20          (Audience outbursts.)

21     MR. STRICKLAND: Thank you.

22     MS. REDDICK: My name is Beth Reddick. I

23     am from Wayne County. We are now fighting for

24     public services. Because what started off many

25     years ago, probably in the early 1990s, as just

Gilbert & Jones

1     a simple landfill for our county and a few

2     surrounding counties.

3         It has now turned into a municipal

4     landfill that accepts coal ash.  We've already

5     had heavy metals leak into our water in Wayne

6     County and it is located under the --

7         MR. LOVETT:  Ms. Smith, can I stop you,

8     please.

9         MS. REDDICK:  I'm not Ms. Smith.

10        Ms. Reddick, I'm sorry.  This lady needs

11    to take down everything you say, that's her job.

12    You need to speak directly to her.  I tried to

13    stop Ms. Smith when she turned her back to her,

14    and it makes her job very difficult and the

15    record is very important here.  So if you would

16    make your comments instead of turning your back,

17    comment to her, please.

18        MS. REDDICK:  Okay.  As I stated before

19    I'm from Wayne County.  I know the process that

20    it takes.  I know it starts off simple.  This

21    the most confusing meeting I think I've been to

22    other than our own county commissioner meetings.

23        But you are speaking double speak -- you

24    are speaking -- you are not answering any

25    questions and that is a sign of something really

65

is going on. I don't know. I am not from this county, but I just want to warn the people, the citizens of this county, they are doing a great job protesting it.

But we were sold out with our county commissioners. Even our present county manager since 2005, has signed a document that allowed public services to bring any municipal waste from anywhere in the United States and to bring in coal ash. They have applied for a rail spur, which will allow the county -- the public services to bring up to 10,000 tons of coal ash per day by train. So, you know, it is a Pandora's Box if you don't stop it now, there's no telling where you are going to be.

MR. STRICKLAND: Thank you, ma'am. Is there anybody in this audience that wishes to make any comments other than the folks that are lined up in the aisle? If you do, please come forward before we recognize these individuals.

MR. SUMMERLA: I'm Charlie Summerla. I live at 797 Bennett Road. I am here. I am not for a landfill. I've been on top of Broadhurst. I've been to several landfills. I've been to Atkinson County. I know what's there. We live

66

1    in a low area, very low.  And folks, listen,

2    let's take it somewhere and do something.  We

3    are on top of the acid fire.

4         Down there at the Satilla River, the fish

5    have sores on them.  I got a brand of fish there

6    and they can catch you some fish and show it to

7    you.  The catfish when you catch them, they have

8    smell to them when you skin them.  Yes, I have

9    been from 158 Bridge to the ocean.  And I love

10   them.  I love the Satilla River and I love where

11   we live.  But please consider not bringing this

12   to Brantley County.  And that is my part.

13        MR. LOVETT:  Thank you, sir.

14        MR. STRICKLAND:  Thank you, sir.

15        MR. SUMMMERLA:  One more thing.  If you do

16   not want a landfill in Brantley County, please

17   stand up, would you do that.

18        (People stand.)

19        MR. SUMMERLA:  That's all.

20        MR. STRICKLAND:  Thank you, sir.

21        MR. HELMETH:  My name is Fred Helmeth.  I

22   live at 387 Horseshoe Drive.  It's very apparent

23   to me whoever owns this company, don't have the

24   backbone to admit they are the owners.  They

25   sent the lawyer from Macon down here that

Gilbert & Jones

1  doesn't live here, doesn't drink the water,

2  doesn't breathe the air and could care less

3  about what happens to this county.  All he cares

4  about is about that fat check he's going to get.

5  These people here they don't care.  They are

6  going to design it, and they are going to leave.

7      This man here said they have one in

8  Tennessee.  Well, if they have one in Tennessee

9  that's so great, why are they wanting to come

10 here?

11     The fact here, the railroad runs right

12 there on the inside of that property.  They are

13 going to put a spur and bring it from

14 everywhere.  They are going to process however

15 they want to and when they do that, they are

16 going to be contaminating our drinking water.

17 They don't care.  They are not going to be here.

18 They don't have to live here.  They don't have

19 to breath the air.  We done been through this

20 once in the past and we are here again.  They

21 are just going to keep on and keep on until --

22 because they think we are a bunch of country

23 hicks that they can buy a piece of property and

24 do anything they want to and don't consider the

25 health and public safety, because they do not

Gilbert & Jones

1    care.  It's essentially that.  That is all I

2    have to say.

3          MR. STRICKLAND:  You folks that have not

4    talked, if you want to come forward, please.

5          MS. STRICKLAND:  Hi.  I'm Cindy Strickland

6    and I live at 1231 Broome Street, Nahunta,

7    Georgia 31513.  And I think everybody has done a

8    great job in this room raising all the concerns

9    that we come forward as a community.  And I

10   share those concerns.  And I cannot express

11   myself in the way that all these people have,

12   but I just want to come up here on the record

13   and say I do agree with them.  I think there is

14   definitely better things that can be done for

15   our county than a landfill.  I just -- I oppose

16   this.  I can't be in agreement with this.  I

17   don't care how much income, you know, it brings

18   or jobs.  I don't agree.

19         MR. STRICKLAND:  Thank you, ma'am.

20         MS. GRINER:  My name is Debra Griner,

21   G-R-I-N-E-R.  I live at 9629 South Main Street,

22   Nahunta, Georgia.  I just want to say that I am

23   opposed to this and I think everyone in this

24   audience needs to come up here and state their

25   name and say if they are opposed.

1    MR. STRICKLAND: Thank you ma'am. Next

2 person. Speaker.

3    MS. JOHNS: My name is Lisa Johns. My

4 address is 529 Radcliff Road, Waynesville,

5 Georgia. I just would like to say I am

6 definitely opposed to this and I am very

7 disappointed in y'all.

8    MS. JONES. My name is Mandy Jones and I

9 live at 1622 Little Creek Road in Nahunta. I do

10 not agree with this at all. We live very close

11 to several proven cancer clusters that our

12 children are suffering from. You have two- and

13 three-year-olds fighting in-stage cancer that

14 they cannot beat within 30 miles of here. Very

15 rare type of cancers. There's something going

16 on. You don't get all of these cases.

17    This map shows two schools right here

18 within very close proximity to this site. Now,

19 will it affect my children? I have three

20 children back there, 11, 9 and 5, okay. Will it

21 affect them? Probably not. Will it affect my

22 grandchildren, yes, it will. Because it will

23 have eaten through every protection layer that

24 you try and put. It is not -- you cannot

25 protect that with already the dangers we have

1    around here.  There is no need to bring this on

2    ourselves and adding more to it.

3         I do not agree with it.  I do not believe

4    in it.  And I encourage every single person in

5    here who does not agree with it to get in line,

6    because this is not a question and answer

7    session.  This is just a number to approve or

8    disapprove.  Get in line and tell them that you

9    disapprove.

10        MR. STRICKLAND:  Thank you, ma'am.

11        MR. LOVETT:  Thank you.

12        MS. CLINE:  My name is Christine Cline,

13   C-L-I-N-E.  I live at 571 Radcliff Road,

14   Waynesville.  And I have three children as well,

15   2, 5, and 7.  And that map shows it a whole lot

16   closer than I was under the impression it was.

17   I have not been here this long but I believe

18   Brantley County has a whole lot more to offer

19   than to accept everybody else's trash.

20        I mean, we have a beautiful county.  Why

21   would we want to destroy it.  I absolutely

22   oppose it.

23        MR. STRICKLAND:  Thank you, ma'am.  Next

24   speaker, please.

25        MR. BENNETT:  My name is Bill Bennett.  I

Gilbert & Jones

1  am a small business owner here in this county.

2  I live at 325 Lynn Holly Lane, Hoboken, and I

3  oppose this site.

4      MR. STRICKLAND:  Thank you, sir.  Next

5  speaker, please.

6      MS. LUCAS:  My name is Linda Lucas.  I

7  live at --

8      (Audience outbursts.)

9      MS. LUCAS:  I oppose this landfill.  I

10  think the county commissioners are voted in to

11  do what's best for our county and this is not

12  best.

13      MR. STRICKLAND:  Thank you very much,

14  ma'am.  Next speaker, please.

15      MR. HAND:  My name is Phillip Hand,

16  73 Briarwood, Waynesville, Georgia.  Two things.

17  One, I'm deathly opposed to any landfill or

18  anything thereof, incineration of any type.

19      Secondly, to commissioners in Brantley

20  County, the ones that are sitting here today, we

21  the public that elected you to office, we

22  elected you to office for one purpose, to do the

23  best thing you possibly could for the citizens

24  of Brantley County.

25      And by no means -- and you all know that

72

1   you are not doing the best for the people that

2   elected you.  You were stomping on them by even

3   taking consideration of any style, any shape,

4   any form to put a landfill in our county.  That

5   is the best I can say.  Remember that when you

6   go to bed at night that the rest of the people

7   that actually put you in office, that voted you

8   in, what they think of you now.

9        MR. STRICKLAND:  Thank you.  Next speaker,

10  please.

11       MR. GRINER:  Dewayne Griner.  I wasn't

12  born and raised here, but Lord be with me,

13  tomorrow I will be 70.  I have been here 67

14  years.  I consider it home.  I want to go on

15  record as opposing this thing.  We don't need

16  it.

17       MR. LOVETT:  Mr. Griner, can you give us

18  your address, please.

19       MR. GRINER:  9629 301 South.

20       MS. HELMUTH:  My name is Cheryl Helmuth,

21  H-E-L-M-U-T-H.  I live at 387 Horseshoe Drive,

22  Hortense, Georgia.  I am opposed to the

23  landfill.  Brantley County is a low-lying area.

24  We just have too much water.  I believe anything

25  that you put here will infiltrate our water

Gilbert & Jones

1    system.

2            MR. STRICKLAND:  Thank you, ma'am.  Next

3    speaker.

4            MS. JONES:  My name is Darla Jones.  I

5    live at 118 Mini Folks (phonetic) Road, Hoboken,

6    Georgia.  And I am opposed to this landfill, if

7    indeed that's what it is.

8            As a commissioner that served this county

9    for 12 years it is something we did look at many

10   years ago.  We found it not to be cost

11   prohibitive and we also found it is not in the

12   best interest of our community at that time.

13           I don't feel that with the information

14   that we've been provided that it is cost

15   prohibitive or a good feasible economic thing

16   for this county, especially for the health of

17   the family.

18           I would like to officially oppose.  I just

19   feel like that our county is to low for these

20   type of things to be placed in our county.

21           MR. STRICKLAND:  Thank you, Ms. Jones.

22   Next speaker, please.

23           MR. JONES:  My name is Scott Jones.  I

24   live at 1622 Buffalo Creek Road and I am opposed

25   to this landfill.

1    MR. STRICKLAND: Thank you, sir. Next

2    speaker.

3        MS. ROWELL: Mindy Rowell, R-O-W-E-L-L. I

4    live at 855 Turpentine Road, Hortense, Georgia

5    31543. I am opposed to the landfill and any

6    sort of solid waste and the facility because the

7    county is too low and it is not in the best

8    interest and the health of the community.

9        MR. STRICKLAND: Thank you, ma'am. Next

10   speaker.

11       MS. LEE: I would like to take the mic

12   back to Kinney, please.

13       MR. STRICKLAND: Well, do you want to

14   speak for your husband?

15       MS. LEE: No. He wants to speak. I just

16   want to -- I can just carry the mic to him.

17       MR. STRICKLAND: Sure. Sure.

18       MR. LEE: Kenneth Lee, 1090 Little Buffalo

19   Creek Road. I am opposed to it. That's all.

20       MR. STRICKLAND: Next speaker, please.

21       MR. DAVISON: My name is Randy Davison,

22   D-A-V-I-S-O-N. I live at 240 Erin Dakota Road,

23   Hortense, Georgia 31543. I am opposed to this.

24   One reason, the watershed coming off where the

25   location is at, does it run through that field

Gilbert & Jones

1   where it states?  The dam is busted open wide

2   right now.

3          And if you would have been able to explain

4   yourself a little better, I would have liked to

5   have heard you out.  I'm all for bringing

6   industry into the county and hope you do bring

7   some, but not in this way.  And I appreciate

8   your time.

9          MR. STRICKLAND:  Thank you.

10         MR. LOVETT:  Thank you.

11         MR. STRICKLAND:  Next speaker, please.

12         MR. BARBER:  My name is Sonny Barber.  I

13  live at A1 Barber Circle, Waynesville, which is

14  in the approximate area where this landfill

15  would be.

16         I was raised in Blackshear and we talked

17  about the landfill.  Well, it was only a short

18  distance to the landfill where we lived and I

19  was tired of it.  I mean, I got tired of it in a

20  hurry, especially when I was a teenager, us boys

21  was always going out and we killed rats.  And I

22  don't want my kids to have to do that.

23         Right now we have spent many a days up and

24  down on that river and enjoyed it.  We enjoyed

25  that thing so much, but I'm afraid my kids will

76

not be able to do this.

And I am opposed to any landfill.  I just
don't want it.

MR. STRICKLAND:  Thank you, Mr. Barber.
Next speaker, please.

MS. SMITH:  My name is Wendy Smith, 64
Briarwood Road, Waynesville.  I just want to say
I oppose this.  My number one reason is right
here.  I have three kids.

MR. STRICKLAND:  Thank you, ma'am.

MR. BELL:  Keith Bell, 160 7th Avenue,
Waynesville, Georgia.  I strongly oppose for a
multitude of very sound reasons.  I doubt
anybody here has enough time to listen to all my
complaints.  But I do want to ask a question to
some of these gentlemen.  They might not have an
answer to it.  Don't be mistaken that this
little small turn out is the only thing that
y'all are dealing with.  You are going to be
amazed once the people all know, you'll see them
all in black and white.  Appreciate you offering
jobs.  We don't need the rest of it that goes
with it.

MR. STRICKLAND:  Thank you, sir.

MR. FERNANDES:  Ronald Fernandes, 18 Fifth

Gilbert & Jones

1   Avenue, Waynesville, Georgia.  And I'm opposed

2   to the landfill.

3         MR. STRICKLAND:  Thank you, Mr. Fernandes.

4   Next speaker, please.

5         MS. KING:  Hello.  I'm Nancy Moody King,

6   183 Bacon Street, Nahunta, Georgia.  I'm

7   definitely opposed, most definitely.  I want to

8   know what follows the money?  Who is making the

9   money from this?  That's the thing, people that

10  are making money from this, don't care what it

11  does to anybody else.  You know, they are making

12  money, probably making more when they bring in

13  coal ash and other things and kind of crazy to

14  have a meeting when you ask questions, but can't

15  get answers.  That's a little bizarre.

16        I'm definitely opposed, various

17  conditions.  Follow the money; let's follow the

18  money.

19        MR. STRICKLAND:  Thank you.  Next speaker.

20        MR. DAVIS:  I'm Ronald Davis.  I live at

21  12489 Highway 110 West, Hortense and I'm very

22  opposed to this.

23        MR. STRICKLAND:  Thank you, sir.

24        MR. STANFIELD:  I'm Wayne Stanfield.  445

25  North Woodlands Drive.  And my land is about

78

half a mile from where this is and I am real

opposed.

MR. STRICKLAND:  Ladies and gentlemen,

anybody else?  We now have three individuals who

have spoken before.  The Chair is going to limit

them to give two minutes for any kind of

rebuttal they have to say.

MR. SMITH:  Dan Smith, address P.O. Box

475, Nahunta.  I oppose the site.  The site is

close to the Satilla River.  It is a very low

area.  It's a discharge area.  It's very close

to the Satilla River.  It's very close to

McIntosh Creek.  People talked about Deerwood,

it does flow right through that section.

Also, my comment would be a meeting like

this is a farce.  We are required to give our

names and address and these people can hide

behind some procedures.  This procedure is a

farce.  It apparently is a requirement that we

give our name and address, yet they can hide

behind I'm the attorney.  They have these

engineers that sit here, just poker face and

won't saying nothing and won't answer anything.

I would suggest that the people that have

the power when you have one of these meetings

1   that at least the officers, directors, maybe

2   even major stockholders for these proposed

3   companies be named, so we can know what we are

4   doing here.

5        It is a farce to come to a meeting when

6   they won't even identify in any particularity

7   the site that is going to be used.  So I was

8   limited to my comments to one minute.

9        MR. STRICKLAND:  You can have five

10  minutes.

11       MR. SMITH:  I don't need it.  But I agree

12  with what the other people said.  It's not good

13  for Brantley County.  If you will notice one

14  county commissioner here won't even go and sit

15  with them.  It is not a good thing for Brantley

16  County for the reasons the people have said.

17       And I hope these engineers, they're

18  sitting here with poker faces, when they go down

19  to that area, which is two miles or so to the

20  Satilla River, that they check it out and do a

21  job and not be bound by the blunder of being

22  paid and sit up there with a poker face.

23       I do resent having come to a meeting and

24  identify myself and we don't even know what

25  we're talking about.  And how many years are we

80

from when this thing started. We still don't
know who in the world is involved in this or
what they are wanting to do is ridiculous.

    MR. STRICKLAND: Thank you.

    MS. BENNETT: My name is Jane Taylor
Bennett. I live at 383 Bennett Road on the west
end of the county. I am known as the meanest
woman in Brantley County. I like to stand up
for what I believe in and how I was raised. I
was raised to be truthful. We cannot fight this
and not know what you are fighting. We got no
information here today. It's a waste of time.

    And Mr. Edgy says he wants these jobs. We
need jobs, but we don't need jobs that are going
to effect people's lives.

    And I go out every day and I pick my road
up because people throw out trash just to
aggravate me. But I will be there until they
put me in a hole. As long as I can pick it up,
I will. And I will fight this thing as long as
I can. Whatever it is, we don't need.

    MR. EDGY: I just want the people to know
it was Commissioner Hendricks, it was
Commissioner -- our new chairman that y'all just
elected he was on there as the board. He was

1   not even on the board when this come about, so

2   it is not right throwing the commissioners --

3   what we're going to do when it come about.

4       (Audience outburst.)

5       MR. EDGY: He's been on the board for two

6   years and not when this all came about.

7       (Audience outburst.)

8       MR. STRICKLAND: Mr. Bennett, you've got

9   the floor.

10       MR. BENNETT: I'm John R. Bennett, 33

11   Bennett Road. All I want to say is I am against

12   this thing. I would like to ask Mr. Edgy how

13   much of that land that this landfill are you on?

14       MR. EDGY: I don't own none of it. I'm

15   not a partner of it. My property that adjoins

16   it is in federal protected program that cannot

17   never be developed. And one reason I'm for it,

18   is because it is under conservation. The

19   federal government inspects my property once a

20   year. If something happens, it would be caught

21   immediately.

22       UNIDENTIFIED PERSON: Your property is on

23   the north side of it; isn't that right?

24       MR. EDGY: It is on the north side.

25   That's where it originally is suppose to start.

1    UNIDENTIFIED PERSON:  But it's not -- it's

2    not where we're having this hearing about.

3    MR. EDGY:  He just asked me it.  Does it

4    join the property.  It's still one set of

5    property.  It still joins it.

6    MR. STRICKLAND:  Thank you.  Next speaker.

7    MR. YAWN:  Matthew S. Yawn, address 142

8    Henry Lane, Waynesville.  I am going to say I

9    oppose it and I'm going to have to stick with I

10    oppose it, just simply because I feel like

11    I've -- I don't have all of the information.  I

12    do not have all of the information at hand so

13    that is the only choice that I'm left with.

14    I know enough to know this, though.  The

15    comment was made about, you know, dumping our

16    trash.  I burn some of my trash and I take some

17    of it to the landfill.

18    Here in our county let's take care of our

19    county.  Let's not be letting everybody come in

20    everywhere and dump it in our corner.  And just

21    for the simple fact it is a landfill -- whatever

22    y'all want to call it, because I really don't

23    understand that either.

24    I'm just a simple man and I oppose any

25    form of dumping of anything in our county that

Gilbert & Jones

1   we're not well informed to completely understand

2   all of the ins and outs.

3        And I don't even know why y'all showed up.

4   There was no photographs.  I mean, y'all got

5   nothing.  You don't have any graphs or charts,

6   or spreadsheets.  I mean in business, I was

7   always told you don't make a decision unless you

8   have all of the information.  How can you?  So

9   what do you do?

10       The answer is no, until you convince us

11  otherwise.  So I strongly oppose it.  And every

12  phone call that I made today before I showed up,

13  everybody in my community opposed it.  I didn't

14  even nobody to ask me.  I just mentioned the

15  word landfill.  Call us ignorant, call us

16  whatever you want, but you better have some more

17  information for us.  We ain't supporting this.

18       MR. STRICKLAND:  Thank you, sir.  Next

19  speaker.

20       MR. WILLIS:  My name is Raymond Willis.  I

21  live at 346 Gallberry Road in Hortense, which is

22  Atkinson actually, Hortense address.  I live

23  about a mile from where you're talking about

24  putting this.  And I am definitely opposed

25  putting up with the -- there is a plant there

Gilbert & Jones

84

already pretty close to my house.  And it's
foggy, it smells bad, and I don't need anything
like that close to my house.  Thank you.

MR. STRICKLAND:  Thank you, sir.  If
there's anybody else that has not spoken, we've
got about three -- maybe three or four people in
line who have.  And if there is anybody who
wants to speak they have five minutes, the Chair
will recognize them.  Otherwise, I'm going to
recognize these individuals that's already in
line and give them two minutes.

MR. MANN:  My name is Tracy Mann.  I live
at 64 Briarwood Drive, Waynesville.  I just
wanted to make a statement to the ones on the
left here.  I'm a little deranged about how many
of your county officials are actually sitting in
this audience, sitting in this room period.  I
mean, you really need to think about that.  You
need to think about it hard.

Another thing, I am a combat veteran, as
some of the other ones are in here.  And I can
tell you that if this thing has anything to do
with burning trash, so many most God awful
things you can imagine.  It stinks.  And not to
mention that you never know what anybody is

1  going to get.

2     I mean, we risked our lives.  We went to

3  Afghanistan and in Iraq they burn trash

4  everywhere.  I mean, that's all they do.  Not

5  that they don't have any kind of emissions on

6  it.  But, I mean, if you're telling me that you

7  can't burn coal because of emissions, how are

8  you going to burn trash?

9     I can tell you there are so many people --

10  there has been many sicknesses from people

11  coming back from overseas that they don't even

12  know about.  I mean, why are we going to do this

13  in our county?  I mean, it makes no sense.

14     And I don't know -- I don't know any of

15  them up here.  I don't.  But I guess my big

16  question is, you know, I know Mr. Edges said he

17  had went to Tennessee.  I would like to know who

18  paid for that trip?  I mean, because I can just

19  about bet you it was that company.  I'm just

20  saying.

21     And another thing about being a coal

22  county -- he made the statement that we don't

23  want to do anything with our own trash.  How

24  many did you all vote to get rid of the

25  dumpsters?  I sure didn't.  All of a sudden one

1    day they said, hey, we are getting rid of the

2    dumpsters.  We didn't have a say in it.

3        And then what they did to convince us of

4    that, they said, oh, we made your taxes go down.

5    It will be good for everybody.  I mean,

6    seriously.  We are the highest tax county in the

7    state of Georgia and one of the poorest.

8    Explain that.  That makes no sense.

9        I'm telling you, next time there is an

10   election we really need to think about who comes

11   into office or we might as well go pack our crap

12   and go.

13       MR. STRICKLAND:  Thank you, sir.  The

14   Chair appreciates your service in the country,

15   sir.

16       Next speaker.

17       MS. GREGOR:  I'm Mary Gregor, again.  You

18   have my address.  A while ago Mr. Edgy said

19   something about somebody's trash, tend to your

20   own trash or something to that effect.  And I'm

21   glad they took the dumpsters.  I'm one of them

22   that did, because the dumpsters was never put in

23   the dump -- I mean, the trash was never put in

24   the dumpsters.  They were always around the

25   dumpsters.  You couldn't even get to the

1    dumpsters.  And I believe Ronald Almasy was the

2    commissioner at that time or chairman or

3    whatever that caused that to happen.

4         MR. EDGY:  I'm the one that introduced it.

5         MS. GREGOR:  And you introduced it.  Well,

6    appreciate that.  But I don't appreciate you

7    saying that we don't care about our trash of

8    other people -- that the contract is going to

9    other people's dump, that is y'all problem.

10        Because I think your landfill out here is

11   disgusting.  I have complained about it.  I

12   called the county manager.  He said, well, we're

13   going to do this and we're going to do that

14   because it used to be piled on the ground and it

15   was picked up by a front-end loader and put in a

16   truck and taken somewhere.

17        Now, they have this big trailer out there

18   and you don't have to pick it up with a front

19   loader.  Like the man that's sitting in the shed

20   there, he don't care who or what goes into the

21   trailer and, then, he gets over there and all of

22   the trash is burned and gone into the air, the

23   same thing you wanted to do in Waynesville.

24        So what you need to do is maybe take that

25   property out there and turn it into a big

1    recyclable area and put up trailers.  Like I
2    told Mr. Roland to go out and see where they had
3    five trailers and you put your trash in your
4    plastic and your construction work and your
5    timber.  That timber that you've got piled out
6    there five stories high and he says we are going
7    to get a machine that will chew it up.  Well,
8    those big pines and all of that about that big
9    is out there, could have been given to somebody
10   to come out there and burn in their house or
11   whatever.  Anyway.
12        MR. STRICKLAND:  Thank you.  Next speaker,
13   please.
14        MS. BARBER:  Virginia Barber.  I think you
15   already have my address.  I have already been up
16   here.  You already know that I am opposed to
17   this.  I am very much opposed to it.  We had an
18   example that I forgot to mention a while ago
19   right close to our house and doing things out
20   there.  I don't know who allowed this or
21   whatever, we just knew that one day on our
22   street, on our dirt road, right down the road
23   here starting coming these heavy trucks going
24   done there in the sand near the river and messed
25   the river up.  It wasn't the same -- it has

1   never been the same since.

2       They tore up our road and it will never be

3   the same.  Mr. Robinson had fixed a good, firm

4   dirt road for us to drive on.  We don't have

5   that any more because of those big trucks from

6   that sand company.  That has nothing to do with

7   this today, except that that's what happens when

8   you allow some truck company to come in.  It

9   grows.  There are consequences.  You can't do

10  things and, then, after they got through they

11  left that mess just like they did.  They didn't

12  put the sand back where it should have been.

13  They left it out of place and there is the river

14  and all of that stuff over there in that area.

15      I know there's a beautiful lake that's a

16  couple rock salt over there, but it still messed

17  up the river -- and one place where my husband

18  and the children used to spend a lot of time

19  right in the area and on the sandbars there.  It

20  was a beautiful place.  It is not anymore.

21      You just need to be careful what you allow

22  to happen, because it will grow.  It will grow

23  fingers.  It will grow roots.  It has

24  consequences anything you do, so we need to be

25  careful.

90

1    Please, please say no to this.  Let's

2 don't let them do this.  We don't need it.  My

3 husband and our children have picked up trash

4 from down around the road and all around our

5 house and all down that road.

6    MR. STRICKLAND:  Thank you, ma'am.

7    MS. GREGOR:  But we have gotten too old to

8 do that now.  We've got problems that we can't

9 pick it up now, that's the only reason that

10 stuff is there on our road.  We're not above

11 doing the work when we are able.

12    MR. STRICKLAND:  Thank you, ma'am.  Next

13 speaker.

14    MS. SMITH:  Betty Smith.  I want to

15 supplement my earlier comments by reiterating

16 the fact that the soils in this area are not

17 compatible with the limestone landfill.  If this

18 is going to be a lime landfill or what kind of

19 landfill, we have no idea.

20    There's not been enough information

21 presented.  And unless the company wants to

22 supplement their earlier comment, I want the

23 record to reflect that there has been no

24 identification of the property.  There has been

25 no complete identification or the location of

Gilbert & Jones

the project.

The soils should be analyzed to determine the acidity and the capability of any type of lime if it becomes a lime landfill.

The temperature for south Georgia is predicted to be increasing tremendously year after year, after year. Landfills last several hundreds years. The garbage out there -- if it is going to be municipal waste -- we have no idea what the product is going to be out there and it could last hundred and hundreds and hundreds of years.

The high heat for south Georgia and the incompatibly with the type of tannic acids and things that we have in the soils here and sulfur acid in the water, it is very likely from some of the research that these liner materials would deteriorate a lot quicker than what some predict. There is a lot of research on the different lime landfills. There is certainly with the life expectancy of how long materials are going to lay on the ground out there. These liners will not last.

But the company should be required to identify. Mr. Edgy say it is not a landfill at

92

all but, that is what the notice said in The
Brantley County Express.

        MR. EDGY:  I didn't say that.

        MS. SMITH:  We can argue about what you
said, Mr. Edgy, at the beginning of this
meeting.  Bu you said it wasn't a landfill.  It
was an energy facility so I don't know if the
company misled the public that it would be a
landfill, but it certainly was not identified
properly what type of landfill.  It could be a
storm landfill for all I know and we have no
idea, so it is not appropriate to have a public
hearing.

        The public doesn't even know what we are
commenting on.  And how do you comment on the
site suitability if we don't if it's a landfill
for storm debris, or trees or yard waste or a
C&D landfill or we're taking in additional waste
and coal ash and all of those things.  Or is it
something that's subtitled a landfill that's
lime and we are going to take in all surrounding
general town waste, some have industrial waste
and there is tons and tons of types of waste
that can be put in a lime type of landfill.

        So this public hearing does not comply

1   with the Georgia statute.  Thank you very much.

2        MR. STRICKLAND:  Thank you very much, Ms.

3   Smith.

4        MS. HARRIS:  Kathleen Harris.  What we

5   face with the landfill is for ground water

6   pollution or leaches (phonetic) from the

7   landfill due to natural deterioration of the

8   protective barriers on this and the inevitable

9   major issue caused with landfill is the leakage

10  of large number of toxins into fresh water

11  waterways.  We went to the meetings with the

12  A-S-T-D-E-R and the CDC over in Ware County when

13  they were here last year.  The cancer rate among

14  children is up 500 percent in this area from

15  contaminants from Atlantic Gas and from CSX

16  Railroad.

17       The toxins we are talking about is these

18  landfills in our area is arsonic and there is a

19  whole list of them.  And once they leak into our

20  water supply, that contaminates our wells.  We

21  are not on a water system that tests -- except

22  for the City of Nahunta.

23       We have the -- whatever you want to call

24  it -- the privilege of having ours tested -- our

25  water tested every couple of months by Triton

1   Industries.  But anybody outside of Nahunta city

2   limits is bound by a -- and most people cannot

3   afford the cost of testing.  It cost a thousand

4   dollars to test your well.  The recommendation

5   for EPA is to test every two years, most people

6   in this county cannot afford that.

7         We have five children in the Nahunta

8   school system that are fighting cancer.  One of

9   our commissioner's is fighting cancer -- one of

10  his children, a teenager.  But we have small

11  children.  We have one with eye cancer that is a

12  baby.

13        We don't need this in our county.  We

14  really don't need it in our county.

15        MR. STRICKLAND:  Thank you, ma'am.

16        MR. LOVETT:  Could you please give us your

17  name again?

18        MR. FISHER:  That's what I was fixing to

19  do.  My name is D.J. Fisher, 1150 Glynn Road,

20  Waynesville.  I am opposed to this landfill.

21  When I first came up, I wanted to get the area

22  straight.  I spent a many a year raising my sons

23  in those woods, riding my horse in them woods.

24  I hate to see it destroyed.  In a three to four

25  mile area, you will have two elementary schools

1 and God knows how many residents.

2 There's a development called Falls Landing

3 that would be effected by that. I am sure you

4 would lose the value of that land for the people

5 wanting to build in there. God bless you all

6 and have a good day, but I think you are all

7 wrong.

8 MR. STRICKLAND: Thank you for your

9 comments.

10 Ladies and gentlemen, it is almost 5:15.

11 On behalf of the commission -- Board of

12 Commission I appreciate your attendance. I

13 appreciate your comments. I have some documents

14 that has been submitted to the county from

15 Satilla Riverkeeper Association, Satilla

16 Riverkeeper. Also I will submit those to be

17 placed into the record.

18 Also, ladies and gentlemen that's all I

19 heard and I think all of these individuals heard

20 up here there's a lot of concern. A lot of

21 well-respected concerns for what you see and

22 what you hear with regard to this matter.

23 The county commission certainly does not

24 take those concerns and take your comments

25 lightly.

96

On behalf of the commission, I wish you a Merry Christmas and a Happy New Year to you and your families.

This process is something that's ongoing. So if you have concerns, let them be known. Thank you very much.

(Exhibit Nos. 1 - 3 marked for identification.)

(Meeting concluded at 5:15 p.m.)

- - -

Gilbert & Jones

97

CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA:

COUNTY OF GLYNN:

       I hereby certify that the foregoing transcript was reported as stated in the caption, was reduced to writing by me; that the foregoing 96 pages represent a true, correct, and complete transcript of the meeting held Thursday, December 22, 2016.
       I certify that I am not disqualified for a relationship of interest under O.C.G.A. 9-11-28(c); I am a Georgia Certified Court Reporter here as a independent of Gilbert & Jones, Inc. who was contacted by Lovett & Myers, LLC to provide court reporting services for the proceedings; I will not be taking these proceedings under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of the Rules and Regulations of the Board; and by the attached disclosure form I confirm that neither I nor Gilbert & Jones, Inc. are a party to a contract prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of the Rules and Regulations of the Board.
       This 30th day of December, 2016.


_____

COLLEEN LEE
CERTIFIED COURT REPORTER, 2799

Gilbert & Jones