IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>      Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT

COME NOW Defendants Chris "Skipper" Harris, Randy Davison, Brian Hendrix, Jesse Mobley, and Ray Griffin, ("Defendants" or "the County") and hereby respond to Plaintiff Brantley County Development Partners, LLC's ("Development Partners") Motion For Order To Show Cause Why Defendants Should Not Be Held In Contempt. (Doc. 145).

The Court's May 14, 2021 Order directed as follows: "Defendants are hereby ENJOINED from applying the July 9, 2020 resolution, the 2016 Zoning Ordinance, the 2017 SWMP, and the 2020 SWMP to Plaintiff's Property and its EPD permit application. Moreover, because Plaintiff has demonstrated there is likely no zoning ordinance applicable to Plaintiff's Property for purposes of the permit process, Defendants are ORDERED to issue the reaffirmation of zoning consistency required by Ga. Comp. R. & Regs. 391-3-4-.05(1)(a)." (Doc. 114, p.52).

The only affirmative action Defendants were directed to take in that Order was to "issue the reaffirmation of zoning consistency required by Ga. Comp. R. & Regs. 391-3-4-.05(1)(a)." *Id*.

1

The Environmental Protection Division has not requested the County issue the reaffirmation of zoning and, thus, Defendants did not consider that it was time to the reaffirmation letter. Additionally, Defendants moved this Court to stay enforcement of its preliminary injunction, and that motion remains pending. However, in order to address the concerns Plaintiff raised, the sitting commissioners have now met and conferred and the letter has been sent to the EPD.

On November 4, 2021, Defendants issued a letter to the EPD reaffirming that Brantley County did not have a zoning ordinance on February 6, 2015, the date of the initial consistency letters, and the County will not be applying the zoning ordinance adopted in 2016 to the proposed project which is the subject of Plaintiff's EPD application. *See* Reaffirmation Letter, attached hereto as Exhibit A. The letter was sent electronically to the EPD on November 5, 2021. *See* Email, attached hereto as Exhibit B. The letter meets the requirements of Ga. Comp. R. & Regs. 391-3-4-.05(1)(a). Therefore, the relief requested in Plaintiff's motion is moot.

This 5th day of November, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com
Rachael Slimmon
Georgia Bar No. 831661
rslimmon@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

| | |
|---|---|
| L. Robert Lovett<br>Lovett Law Group<br>5400 Riverside Drive, Suite 203<br>Macon, GA 31210<br>Bob@LovettLawGroup.com | George Rountree<br>Brown Rountree, P.C.<br>26 North Main Street<br>Statesboro, GA 30458<br>george@br-firm.com |
| Kyler L. Wise<br>Wilson Brock & Irby, LLC<br>2849 Paces Ferry Road, Suite 700<br>Atlanta, GA 30339<br>kwise@wbilegal.com | Mark D. Johnson<br>Gilbert, Harrell, Sumerford & Martin, PC<br>PO Box 190<br>Brunswick, GA 31521-0190<br>mjohnson@gilbertharrelllaw.com |

This 5th day of November, 2021.

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
17675675