IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, <br><br> Plaintiff, <br><br> V. <br><br> BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 5:19-CV-00109-LGW-BWC |

## **NOTICE OF FILING**

COME NOW Defendants Chris "Skipper" Harris, Randy Davison, Brian Hendrix, Jesse Mobley, and Ray Griffin, ("Defendants" or "the County") by and through counsel, and hereby states that due to errors with the computer filing process, the following exhibits were not filed with Defendants' Response to Plaintiff's Motion For Order To Show Cause Why Defendants Should Not Be Held In Contempt [Doc. 152], but are being filed herewith:

1. Reaffirmation Letter sent to the EPD on November 5, 2021 – (Exhibit A);

2. Email acknowledging receipt of Reaffirmation Letter – (Exhibit B).

This 8th day of November, 2021.

1

2

        **FREEMAN MATHIS & GARY, LLP**

        */s/ Dana K. Maine*
        Dana K. Maine
        Georgia Bar No. 466580
100 Galleria Parkway, Suite 1600  dmaine@fmglaw.com
Atlanta, GA  30339-5948        Rachael Slimmon
(770) 818-0000 (telephone)      Georgia Bar No. 831661
        rslimmon@fmglaw.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing NOTICE OF FILING to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

| | |
|---|---|
| L. Robert Lovett<br>Lovett Law Group<br>5400 Riverside Drive, Suite 203<br>Macon, GA 31210<br>Bob@LovettLawGroup.com | George Rountree<br>Brown Rountree, P.C.<br>26 North Main Street<br>Statesboro, GA 30458<br>george@br-firm.com |
| Kyler L. Wise<br>Wilson Brock & Irby, LLC<br>2849 Paces Ferry Road, Suite 700<br>Atlanta, GA 30339<br>kwise@wbilegal.com | Mark D. Johnson<br>Gilbert, Harrell, Sumerford & Martin, PC<br>PO Box 190<br>Brunswick, GA 31521-0190<br>mjohnson@gilbertharrelllaw.com |

This 8th day of November, 2021.

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
17675675