# EXHIBIT A



# BRANTLEY COUNTY
## GEORGIA
Est. 1920

## BRANTLEY COUNTY BOARD OF COMMISSIONERS

Chris Harris, Chairman
Brian Hendrix, Vice-Chairman
Randy Davison, Commissioner
Harold Herndon, Commissioner
Jesse Mobley, Commissioner

Post Office Box 398
33 Allen Road
Nahunta, Georgia 31553
(912) 462-5256
FAX (912) 462-5538
Email: bcbc@btconline.net

René T. Herrin, County Clerk
Toby Harris, County Manager
Kendal Lewis, Human Resources Coordinator
Taylor Sheppard, Administrative Assistant

William Cook, Program Manager
Georgia Department of Natural Resources
Environmental Protection Division
Solid Waste Management
4244 International Parkway, Suite 104
Atlanta, GA 30354

November 4, 2021

Re:   Proposed Solid Waste Handling Facility
      Brantley County Development Partners
      Former Magnolia Holdings Business Park
      Brantley County, Georgia

To Whom It May Concern:

The private Solid Waste Handling Facility proposed by Brantley County Development Partners, LLC at the former Magnolia Holdings Business Park[1] was consistent with Brantley County's local land use plan on February 6, 2015. Brantley County did not have a zoning ordinance on that date, nor will Brantley County be applying the zoning ordinance it attempted to adopt in 2016 to the project that is the subject of the application Brantley County Development Partners submitted to the EPD in December 2016.

Chris "Skipper" Harris
Chairman, Board of Commissioners
Brantley County

Attest:

Rene' Herrin
County Clerk

Cc: Keith Stevens, EPD (via email)
    Mark Johnson, Esq.(via email)

---

1.

This letter is sent as ordered by the preliminary injunction issued in *Brantley County Development Partners, LLC v. Brantley County Commissioners Chris "Skipper" Harris, Randy Davidson, Brian Hendrix, Jesse Mobley, and Ray Griffin in their individual capacities*; U.S. District Court for the Southern District of Georgia, case no. 5:19-CV-00109. This order is currently on appeal in the United States Court of Appeals for the Eleventh Circuit, case no. 21-11865-G.

"A Progressive County Government for Progressive People"