# EXHIBIT B

| | |
|---|---|
| **From:** | Cook, William <William.Cook@dnr.ga.gov> |
| **Sent:** | Friday, November 5, 2021 1:24 PM |
| **To:** | Dana K. Maine |
| **Cc:** | Rachael Slimmon; khale@kmcllaw.com; cdsatty@atc.cc; keith_Stephens@dnr.state.ga.us; Mark Johnson |
| **Subject:** | [EXTERNAL] RE: Brantley County Development Partners |

You have sent the letter to the correct Program in EPD. We will put the hard copy letter in the file once received. We will also put the attached letter into the electronic file.

Thank you for sending it electronically and will be on the lookout for the hard copy.


William Cook, Program Manager
Solid Waste Management Program
4244 International Pkwy, Suite 104
Atlanta, GA 30354
Phone:  470-251-2715
E-mail:  William.cook@dnr.ga.gov



---

**From:** Dana K. Maine <DMAINE@fmglaw.com>
**Sent:** Friday, November 5, 2021 12:53 PM
**To:** Cook, William <William.Cook@dnr.ga.gov>
**Cc:** Rachael Slimmon <rslimmon@fmglaw.com>; khale@kmcllaw.com; cdsatty@atc.cc; keith_Stephens@dnr.state.ga.us; Mark Johnson <mjohnson@gilbertharrelllaw.com>
**Subject:** Brantley County Development Partners

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Cook, attached is a letter from Brantley County as ordered by the Southern District of Georgia Court Judge. Please let me know if there is another place to which this letter is to be sent. We also will put a copy of the letter in the mail to you.

**Dana K. Maine**
Partner and General Counsel
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1408 | C: 404-786-5459**
dmaine@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

1



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN

Please read this important notice and confidentiality statement

2