**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : | |
| | : | |
| Defendants. | : | |

<u>**PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY**</u>

In accordance with Local Rule 7.6 for Civil Cases of the Southern District of Georgia, Plaintiff BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC., (hereinafter "BCDP") files this Notice of Intent to file a Reply Brief as follows:

By service dated November 5, 2021, and received by BCDP on November 5, 2021, counsel for Defendants filed a *Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment*. BCDP intends to file a reply in accordance with LR. 7.6.

RESPECTFULLY SUBMITTED this 9th day of November, 2021.

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*/s/ Mark D. Johnson*
MARK D. JOHNSON
Georgia Bar No. 395041
777 Gloucester Street
Brunswick, GA 31520
Office: (912) 265-6700
Facsimile: (912) 264-0244
Email: mjohnson@gilbertharrelllaw.com

***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2021, I electronically filed the foregoing, **NOTICE OF INTENT TO FILE REPLY**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the all counsel of record.

/s/ Mark D. Johnson
_____
Mark D. Johnson
Georgia Bar No. 395,041
GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.
777 Gloucester Street, Suite 200
Brunswick, Georgia 31520
Tel:  (912) 265-6700
Fax:  (912) 264-0244
Email: mjohnson@gilbertharrelllaw.com