# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT

Plaintiff BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC (hereinafter, "BCDP" or "Plaintiff") hereby files this Withdrawal of its Motion for an Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt, filed on October 14, 2021 (Doc. 145). This Withdrawal Notice is filed without prejudice to Plaintiff's other pending motions. Plaintiff submits this Withdrawal based on Defendants' November 4, 2021 issuance of the reaffirmation letter of zoning consistency to EPD required by Ga. Comp. R. & Regs. 391-3-4-.05(1)(a), as ordered by this Court on May 14, 2021 (Doc. 114). (See Doc. 152 at 2 ("The letter meets the requirements of Ga. Comp. R. & Regs. 391-3-4-.05(1)(a)."); see also Doc. 153).

RESPECTFULLY SUBMITTED, this 12th day of November, 2021.

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

By: */s/ Mark D. Johnson*
 Mark D. Johnson
 Georgia Bar No. 395041
 Post Office Box 190
 Brunswick, Georgia 31521-0190
 (912) 265-6700
 mjohnson@gilbertharrelllaw.com

WILSON BROCK & IRBY, L.L.C.

By: */s/ Kyler L. Wise*
 Kyler L. Wise
 Georgia Bar No. 77128
 2849 Paces Ferry Road SE
 Suite 700
 Atlanta, Georgia 30339
 (404) 853-5050
 kwise@wbilegal.com

LOVETT LAW GROUP, L.L.C.

By: */s/ L. Robert Lovett*
 L. Robert Lovett
 Georgia Bar No. 459566
 5400 Riverside Drive
 Suite 203
 Macon, Georgia 31210
 (478) 476-4500
 bob@LovettLawGroup.com

BROWN ROUNTREE, P.C.

By: */s/ George Rountree*
 George Rountree
 Georgia Bar No. 616205
 26 North Main Street
 Statesboro, Georgia 30458
 (912) 489-6900
 georgia@br-firm.com

*Attorneys for Plaintiff Brantley County Development Partners, LLC*

2

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 12th day of November, 2021.

*/s/ Mark D. Johnson*
Mark D. Johnson