# In the United States District Court for the Southern District of Georgia Waycross Division

BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,

    Plaintiff,

v.

BRANTLEY COUNTY, GEORGIA, et al.,

    Defendants.

No. 5:19-CV-109

## ORDER

Before the Court are Plaintiff's Motion for Order to Show Cause Why Defendants Should Not be Held in Civil Contempt, dkt. no. 145, as well as Plaintiff's Notice of Withdrawal of that motion, dkt. no. 155, which the Court construes as a motion. After consideration of the Motion to Withdraw, dkt. no. 155, and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the Motion to Show Cause, dkt. no. 145, as **WITHDRAWN**.

**SO ORDERED**, this 15 day of November, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA