IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS FOR WHICH THERE EXIST NO GENUINE ISSUE OF DISPUTE TO BE TRIED AND CONCLUSIONS OF LAW**

Brantley County Development Partners, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, in support of its Supplement to Motion for Summary Judgment, submits this Supplemental Statement of Material Facts For Which There Exist No Genuine Issue of Dispute To Be Tried and Conclusions of Law.  As grounds therefor, Plaintiff shows this Honorable Court as follows:

Pursuant to Fed. R. Civ. P. 10, Plaintiff adopts and incorporates by reference the Statement of Material Facts paragraphs 1-48 and the Conclusions of Law Contained within its October 8, 2021 Statement of Material Facts and Conclusions of Law as if fully set forth herein.  [Dkt. No. 141-1].  Plaintiff supplements as follows:

1

## STATEMENT OF MATERIAL FACTS

49.

On October 14, 2021, Defendants adopted a 2021 Solid Waste Management Plan constituting the current Solid Waste Management Plan for the political jurisdiction of unincorporated Brantley County and the Cities of Hoboken and Nahunta (the "2021 SWMP"). A certified copy of the 2021 SWMP is annexed hereto as Exhibit "1" and incorporated herein by this reference.

Respectfully Submitted, this 18th day of November, 2021.

LOVETT LAW GROUP, LLC

By: /s/ L. Robert Lovett
L. Robert Lovett
Georgia Bar No. 459566
5400 Riverside Drive
Suite 203
Macon, Georgia 31210

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

By: /s/ Mark D. Johnson
Mark D. Johnson
Georgia Bar No. 395041
Post Office Box 190
Brunswick, Georgia 31521-0190
(912) 265-6700

BROWN ROUNTREE PC


By: /s/ George Rountree
    George Rountree
    Georgia Bar No. 616205
    26 North Main St
    Statesboro, Georgia 30458
    (912) 489-6900
    georgia@br-firm.com


WILSON BROCK & IRBY, L.L.C.


By: /s/ Kyler L. Wise
    Kyler L. Wise
    Georgia Bar No. 77128
    2849 Paces Ferry Road SE
    Suite 700
    Atlanta, Georgia 30339
    (404) 853-5050
    kwise@wbilegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 18th day of November, 2021.

/s/ Kyler L. Wise
Kyler L. Wise