

# City of Nahunta

Post Office Box 156 • Nahunta, Georgia 31553 • Phone: 912-462-5631

## CERTIFICATE OF COPY

State of Georgia, County of Brantley
As City Clerk of the City of Nahunta, Georgia
I do hereby certify that this document consisting of 40 pages
Is a true copy of the original document on file in the City
Clerk's office of Nahunta, Georgia

In testimony whereof, I have hereunto set my name
And affixed the seal of the City of Nahunta on
This 26th day of October 2021

City Clerk, City of Nahunta, Georgia



*Angela R. Wirth*
*City/Court Clerk*
*912.462.5631 Office*
*912.462.7189 Fax*
cityclerk@cityofnahunta.org



# Building Brantley
# Today - Tomorrow and Beyond



Solid Waste Management Plan of
Brantley County, City of Hoboken, and City
of Nahunta

September 2021

SOLID WASTE MANAGEMENT PLAN OF

BRANTLEY COUNTY, CITY OF HOBOKEN, AND CITY OF NAHUNTA

**Prepared for:**

Brantley County Board of Commissioners
Nahunta, Georgia

Chris Harris, Chairman
Brian Hendrix, Vice Chairman
Randy Davidson, Commissioner
Jesse Mobley, Commissioner
Harold Herndon, Commissioner

City of Hoboken, Georgia

Joey Crews, Mayor
Greg Buie, Council member
Robin Helmuth Council member
Wesley Lee, Council member
Mary Stone, Council member
Ashley Smith, Council member
Chris Thomas, Council member

City of Nahunta, Georgia

Barbara Maefield, Mayor
Bruce Davis, Council member
Richard Johns, Council member
Crystal Johns, Council member
Deloise Mcfadden, Council member

TABLE OF CONTENTS

**SECTION 1: INTRODUCTION**
Overview of Plan
Plan Purpose and Objectives
Resolution Authorizations
Severance

**SECTION 2: PLANNING AREA OVERVIEW**
Overview and Location in the State
Topographic and Natural Features
Population

**SECTION 3: WASTE STREAM ANALYSIS**
Current Waste Disposed
Waste Characterization
Projected Waste Disposed

**SECTION 4: WASTE REDUCTION AND RECYCLING ELEMENT**
Inventory of Waste Reduction and Recycling Programs
Assessment of Waste Reduction and Recycling Programs
Needs and Goals

**SECTION 5: COLLECTION ELEMENT**
Inventory of Collection Programs
Assessment of Collection Programs
Needs and Goals

**SECTION 6: DISPOSAL ELEMENT**
Inventory of Disposal Capacity
Assessment of Disposal Capacity
Needs and Goals

**SECTION 7: LAND LIMITATION ELEMENT**
Siting Limitations for Solid Waste Handling Facilities
Needs and Goals

**SECTION 8: EDUCATION AND OUTREACH ELEMENT**
Inventory of Education and Outreach Programs
Assessment of Education and Outreach Programs
Other Needs and Goals

**SECTION 9: PROCEDURES FOR DETERMINING CONSISTENCY WITH SOLID WASTE MANAGEMENT PLAN**

Appendix A:     Capacity Assurance Letters
Appendix B:     Land Limitation Maps

# SECTION 1:  INTRODUCTION

## OVERVIEW OF PLAN

Historically, local governments in Georgia were required to be part of a current solid waste management plan to be eligible for solid waste permits, grants, or loans from the State. The Georgia Department of Community Affairs established Minimum Planning Standards for local government solid waste management plans and reviewed the plans to ensure that these standards were met.

In 2011, Senate Bill 157 modified the solid waste management planning requirements for local governments in Georgia. Local governments in Georgia are still required to be part of a current solid waste management plan, but these plans are no longer reviewed by a regional or State entity prior to local government adoption. Since 2011, local government solid waste management plans are required to, at a minimum:

- provide for at least 10 years of collection capability and disposal capacity from the date of completion of the plan;
- enumerate the solid waste handling facilities as to size and type; and
- identify those sites that are not suitable for solid waste handling facilities[1] based on environmental and land use factors.

Brantley County (County) retained Burns & McDonnell to develop this Solid Waste Management Plan (Plan) for the County, City of Hoboken (Hoboken), and City of Nahunta (Nahunta) (collectively Planning Area). The Plan exceeds the State solid waste management minimum requirement by providing for solid waste management over the next 10 years and beyond. The Plan will be amended from time to time as necessary.

## PURPOSE AND OBJECTIVES

The purpose of the Plan is to meet the solid waste management planning requirements for local governments in Georgia. In addition, Brantley County, City of Hoboken, and City of Nahunta prepared this Plan in furtherance of their responsibility to help protect the health, safety and well-being of the public and to protect and enhance the quality of the environment and livability of the community.

## RESOLUTION AUTHORIZATIONS

The Brantley County Board of Commissioners and the Mayors and Councils of the cities of Hoboken and Nahunta authorized the preparation of this joint Solid Waste Management Plan. All governing bodies in Brantley County have reviewed this Plan.

## SEVERANCE

If any provision of this Plan is held by any court or any act, regulation, rule or decision of any other governmental authority or regulatory or self-regulatory organization to be invalid, illegal or unenforceable for any reason, it is the intent of the governments that such provisions shall not be enforced and shall not

---

[1] "Solid waste handling facility" shall mean any solid waste disposal area, volume reduction plant, transfer station, materials recovery facility, or other facility, the purpose of which is resource recovery or the disposal, recycling, processing, or storage of solid waste. Such facilities include, but are not limited to, solid waste landfills, scrap tire processing, gas recovery/cogeneration plants, recovered materials processing facilities, solid waste transfer stations, waste incineration facilities, waste-to-energy facilities, salvage operations, and junkyards.

affect the validity, legality or enforceability of the other provisions of this Plan, which shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

## SECTION 2: PLANNING AREA OVERVIEW

### OVERVIEW AND LOCATION IN THE STATE

This is the Solid Waste Management Plan for the political jurisdiction of unincorporated Brantley County and the cities of Hoboken and Nahunta. Figure 2.1 shows the location of Brantley County within the State of Georgia and the participating cities within the County.

### Figure 2.1- Planning Area Location in Georgia



The Planning Area covers 445 square miles in southeastern Georgia. Brantley County is located between Ware County (county seat, Waycross) on the West and Glynn County (county seat, Brunswick) on the East and is located between Wayne County (county seat, Jesup) on the North and Charlton County (county seat, Folkston) and Camden County (county seat, Woodbine), both to the South.

The County is a rural county, but is categorized as a metropolitan county because it is adjacent to the growing Brunswick and Glynn County area. The County has two incorporated municipalities: Hoboken and Nahunta. The County seat is the City of Nahunta, located near the center of the County.

There are several unincorporated communities throughout the County, and these include Calvary and Schlatterville (western portion of the County), Raybon and Hortense (northern portion of the County), Hickox (southern portion of the County), Lulaton and Atkinson (eastern portion of the County) and Waynesville, Browntown, and Popwellville (extreme eastern portion of the County).

3

## TOPOGRAPHIC AND NATURAL FEATURES

The Satilla River with substantial flood plain areas flows many miles through the County beginning at the western-northwestern corner of the County and winds through the County in an easterly direction, past the center of the County and then turns in a southerly direction and exits the County into Charlton County. The Satilla River is a blackwater river. Blackwater rivers have unique physical and chemical characteristics and as such should be considered vital areas to the Planning Area and the State of Georgia.

The Little Satilla River enters the County from the North border and flows several miles until it merges with the Satilla River. Buffalo Creek, McIntosh Creek, Big Creek, and many other creeks and streams with significant flood plains crisscross the County.

The Okefenokee Swamp is located a few miles from the Brantley County line. A significant portion of the County watershed drains into the Okefenokee Swamp, which is the mouth of the St. Mary's River and the Suwannee River.

The total land area for Brantley County is 286,080 acres. Of this, approximately 45,770 acres or 16 percent is classified as wetlands and an additional 67,260 acres or 24 percent is classified as flood prone land; thus, 113,030 acres of the total 286,080-land area acreage (approximately 40%) is classified as either wetland or flood prone.

Groundwater supplies of Brantley County are composed of three main aquifers: the shallow groundwater aquifer, the Miocene aquifer, and the deeper Ocala limestone aquifer, commonly called the Floridan aquifer. The groundwater recharge areas and the significant groundwater recharge area comprise a large area of the County. Figure 2.2 shows the groundwater recharge area for the Planning Area.

### Figure 2.2- Planning Area Groundwater Recharge Area



## POPULATION

According to U.S. Census, Brantley County had an estimated population of 19,109 in 2019. The Governor's Office of Planning and Budget projects population growth short term and population decline long term in the County. From 2018 through 2062, the population for the County is estimated to be comparable to the 2021 population with a median population of 19,418 and a maximum population of 20,357 and a minimum population of 16,215. Figure 2.3 shows the population projections for the Planning Area through 2062.



Figure 2.3- Planning Area Population Projection

Source: Governor's Office of Planning and Budget County Residential Population 2018-2063

## SECTION 3: WASTE STREAM ANALYSIS

### CURRENT WASTE DISPOSED

Municipal solid waste[2] (MSW) landfills in Georgia are required to report the amount and origin of solid waste received each quarter to the Georgia Environmental Protection Division (EPD). From July 1, 2018 through June 30, 2019 (FY19), MSW landfills in Georgia reported that they received 11,406 tons of solid waste originating in Brantley County. As shown in Table 3-1, almost all solid waste disposed in MSW landfills located in Brantley County, Georgia was reportedly disposed at Chesser Island Road Landfill, Camden County Landfill, and Broadhurst Environmental Landfill.

**Table 3.1- Reported Tons Disposed in Georgia Landfills Currently Receiving Solid Waste from Planning Area (FY 19)**

| Facility | Tons | Percent of Tons Reported |
|----------|------|--------------------------|
| Chesser Island Road Landfill | 4,939 | 43.3% |
| Camden County Landfill | 3,552 | 31.1% |
| Broadhurst Environmental Landfill | 2,775 | 24.3% |
| Atkinson County Landfill | 140 | 1.2% |
| Total | 11,406 | 100.0% |

Source: Georgia Environmental Protection Division 2018 Landfill Remaining Capacity

### Seasonal Variations

Brantley County is composed of mainly single-family houses and mobile homes. Brantley County's population is quite stable throughout the year with very little residential habitation seasonal variation.

### Disaster Waste

Given its geography, building, and infrastructure components, as well as its relationship to the coast, the County is subject to a number of disasters including hurricanes, tornadoes, fires, and transport incidents. Disasters occur at varying frequency. Debris from disasters may include construction and demolition (C&D) waste[3], vegetation, trees, limbs, and other waste. The County Disaster Recovery Redevelopment Plan helps address issues created from disasters. In addition, the Planning Area anticipates assistance in loan equipment and personnel from other communities in the State in the event of a disaster of significant proportions.

---

[2] "Municipal Solid Waste" means any solid waste derived from households, including garbage, trash, and sanitary waste in septic tanks and means solid waste from single-family and multifamily residences, hotels and motels, bunkhouses, campgrounds, picnic grounds, and day use recreation areas. The term includes yard trimmings and commercial solid waste, but does not include solid waste from mining, agricultural, or silvicultural operations or industrial processes or operations. DNR Rule 391-3-4-.01(46).

[3] "Construction/Demolition Waste" means waste building materials and rubble resulting from construction, remodeling, repair, and demolition operations on pavements, houses, commercial buildings and other structures. Such waste include, but are not limited to asbestos containing waste, wood, bricks, metal, concrete, wall board, paper, cardboard, inert waste landfill material, and other non-putrescible wastes which have a low potential for groundwater contamination. DNR Rule 391-3-4-.01(19).

## WASTE CHARACTERIZATION

A purpose of the statewide waste characterization study conducted by the Georgia Department of Community Affairs (DCA) in 2005 was to prepare information that can be used by cities and counties across Georgia to estimate the composition and quantity of municipal solid waste disposed in Georgia. Waste composition has likely changed since the statewide waste characterization study; however, the study provides the most representative data available at the time of development of the Plan.

The statewide waste characterization study estimated the composition of waste disposed in Georgia overall and by Regional Development Center (RDC). The Planning Area is a part of the Southeast Georgia RDC. The waste characterization for the Planning Area was estimated based on the statewide waste characterization study composition for the Southeast Georgia RDC extrapolated for Brantley County. Figure 3-1 shows the aggregate composition of major material groups in the Planning Area's disposed municipal solid waste stream. Paper and organics make up the largest fractions of the waste stream, followed by plastics, metals, and construction and demolition (C&D) debris. Inorganics and glass make up the smallest portion of the waste stream for the Planning Area.

**Figure 3.1- Estimated Planning Area Disposed MSW Composition by Percentage (FY 19)**



Table 3-2 presents the results of this extrapolation for Brantley County by material group and type of waste. The tonnage for each type of waste was calculated using the state-provided average composition as a percentage of the total tons taken from State-required municipal solid waste disposal reports for fiscal year 2019 for the Planning Area. All figures are estimates.

Table 3.2- Estimated Planning Area Disposed MSW Composition (FY 19)

| Material Group | Material Type | Average Composition | Estimated Tons |
|---|---|---|---|
| Paper | Newspaper | 4.0% | 456 |
| | Corrugated Cardboard | 8.5% | 970 |
| | Office | 4.2% | 479 |
| | Magazine/Glossy | 2.1% | 240 |
| | Paperboard | 3.0% | 342 |
| | Mixed (Other Recyclable) | 1.9% | 217 |
| | Other Non-recyclable | 11.8% | 1,346 |
| | **Total Paper** | **35.3%** | **4,026** |
| Plastic | # 1 PET Bottles | 1.5% | 171 |
| | #2 HDPE Bottles | 1.3% | 148 |
| | #3-#7 Bottles | 0.3% | 34 |
| | Expanded Polystyrene | 1.2% | 137 |
| | Film Plastic | 5.8% | 662 |
| | Other Rigid Plastic | 4.4% | 502 |
| | **Total Plastic** | **14.5%** | **1,654** |
| Glass | Clear | 1.6% | 182 |
| | Green | 0.1% | 11 |
| | Amber | 1.3% | 148 |
| | Other | 0.3% | 34 |
| | **Total Glass** | **3.3%** | **376** |
| Metal | Metal Steel Cans | 1.9% | 217 |
| | Aluminum Cans | 1.6% | 182 |
| | Other Ferrous | 1.0% | 114 |
| | Other Non-Ferrous | 0.8% | 91 |
| | **Total Metal** | **5.3%** | **605** |
| Organics | Yard Waste | 1.9% | 217 |
| | Wood | 3.3% | 376 |
| | Food Waste | 13.6% | 1,551 |
| | Textiles | 6.6% | 753 |
| | Diapers | 4.3% | 490 |
| | Fines | 2.3% | 262 |
| | Other Organics | 1.0% | 114 |
| | **Total Organics** | **33.1%** | **3,775** |
| C&D | Drywall | 0.0% | - |
| | Wood | 0.8% | 91 |
| | Inerts | 0.5% | 57 |
| | Carpet | 0.3% | 34 |
| | Other C&D | 3.1% | 354 |
| | **Total C&D** | **4.8%** | **547** |
| Inorganics | Televisions | 0.0% | - |
| | Computers | 0.3% | 34 |
| | Other Electronics | 1.6% | 182 |
| | Tires | 1.0% | 114 |
| | HHW | 0.2% | 23 |
| | Other Inorganics | 0.5% | 57 |
| | **Total Inorganics** | **3.6%** | **411** |
| **Total** | | **100.0%** | **11,406** |

Source: Georgia DCA Waste Characterization Study, June 2005 and Georgia Environmental Protection Division 2018 Landfill Remaining Capacity

## PROJECTED WASTE DISPOSED

A projected waste generation for the Planning Area is shown in Table 3-3.  The forecast is based on the composition of the MSW stream for Planning Area (see table 3-2) extrapolated based on the population projections (See Figure 2-2). Projected population for the Planning Area and therefore projected waste disposed is forecasted to decrease after FY 2033.  Therefore, the Plan assumes FY 2033 projected waste generation as a maximum for FY 2033 and beyond.

Approximately 119,595 tons of MSW within the next decade and a maximum of 12,228 tons of MSW annually thereafter from the Planning Area would require disposal. However, the required disposal capacity may be reduced by expansion of waste reduction and recycling efforts within the Planning Area.

Table 3.3- Projected Planning Area Disposed MSW Composition (FY 20 and beyond)

| Material Group | Material Type | % of Total | 2019 Tons | 2020 Tons | 2021 Tons | 2022 Tons | 2023 Tons | 2024 Tons | 2025 Tons | 2026 Tons |
|---|---|---|---|---|---|---|---|---|---|---|
| Paper | Newspaper | 4.0% | 456 | 461 | 467 | 472 | 477 | 479 | 482 | 484 |
| | Corrugated Cardboard | 8.5% | 970 | 980 | 992 | 1,003 | 1,014 | 1,019 | 1,024 | 1,028 |
| | Office | 4.2% | 479 | 484 | 490 | 496 | 501 | 503 | 506 | 508 |
| | Magazine/Glossy | 2.1% | 240 | 242 | 245 | 248 | 251 | 252 | 253 | 254 |
| | Paperboard | 3.0% | 342 | 346 | 350 | 354 | 358 | 360 | 361 | 363 |
| | Mixed (Other Recyclable) | 1.9% | 217 | 219 | 222 | 224 | 227 | 228 | 229 | 230 |
| | Other Non-recyclable | 11.8% | 1,346 | 1,361 | 1,377 | 1,392 | 1,408 | 1,414 | 1,421 | 1,427 |
| | **Total Paper** | **35.3%** | **4,026** | **4,071** | **4,119** | **4,165** | **4,211** | **4,231** | **4,251** | **4,268** |
| Plastic | # 1 PET Bottles | 1.5% | 171 | 173 | 175 | 177 | 179 | 180 | 181 | 181 |
| | #2 HDPE Bottles | 1.3% | 148 | 150 | 152 | 153 | 155 | 156 | 157 | 157 |
| | #3-#7 Bottles | 0.3% | 34 | 35 | 35 | 35 | 36 | 36 | 36 | 36 |
| | Expanded Polystyrene | 1.2% | 137 | 138 | 140 | 142 | 143 | 144 | 144 | 145 |
| | Film Plastic | 5.8% | 662 | 669 | 677 | 684 | 692 | 695 | 698 | 701 |
| | Other Rigid Plastic | 4.4% | 502 | 507 | 513 | 519 | 525 | 527 | 530 | 532 |
| | **Total Plastic** | **14.5%** | **1,654** | **1,672** | **1,692** | **1,711** | **1,730** | **1,738** | **1,746** | **1,753** |
| Glass | Clear | 1.6% | 182 | 185 | 187 | 189 | 191 | 192 | 193 | 193 |
| | Green | 0.1% | 11 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| | Amber | 1.3% | 148 | 150 | 152 | 153 | 155 | 156 | 157 | 157 |
| | Other | 0.3% | 34 | 35 | 35 | 35 | 36 | 36 | 36 | 36 |
| | **Total Glass** | **3.3%** | **376** | **381** | **385** | **389** | **394** | **396** | **397** | **399** |
| Metal | Metal Steel Cans | 1.9% | 217 | 219 | 222 | 224 | 227 | 228 | 229 | 230 |
| | Aluminum Cans | 1.6% | 182 | 185 | 187 | 189 | 191 | 192 | 193 | 193 |
| | Other Ferrous | 1.0% | 114 | 115 | 117 | 118 | 119 | 120 | 120 | 121 |
| | Other Non-Ferrous | 0.8% | 91 | 92 | 93 | 94 | 95 | 96 | 96 | 97 |
| | **Total Metal** | **5.3%** | **605** | **611** | **618** | **625** | **632** | **635** | **638** | **641** |
| Organics | Yard Waste | 1.9% | 217 | 219 | 222 | 224 | 227 | 228 | 229 | 230 |
| | Wood | 3.3% | 376 | 381 | 385 | 389 | 394 | 396 | 397 | 399 |
| | Food Waste | 13.6% | 1,551 | 1,569 | 1,587 | 1,605 | 1,622 | 1,630 | 1,638 | 1,644 |
| | Textiles | 6.6% | 753 | 761 | 770 | 779 | 787 | 791 | 795 | 798 |
| | Diapers | 4.3% | 490 | 496 | 502 | 507 | 513 | 515 | 518 | 520 |
| | Fines | 2.3% | 262 | 265 | 268 | 271 | 274 | 276 | 277 | 278 |
| | Other Organics | 1.0% | 114 | 115 | 117 | 118 | 119 | 120 | 120 | 121 |
| | **Total Organics** | **33.1%** | **3,775** | **3,818** | **3,862** | **3,906** | **3,949** | **3,967** | **3,986** | **4,002** |
| C&D | Drywall | 0.0% | - | - | - | - | - | - | - | - |
| | Wood | 0.8% | 91 | 92 | 93 | 94 | 95 | 96 | 96 | 97 |
| | Inerts | 0.5% | 57 | 58 | 58 | 59 | 60 | 60 | 60 | 60 |
| | Carpet | 0.3% | 34 | 35 | 35 | 35 | 36 | 36 | 36 | 36 |
| | Other C&D | 3.1% | 354 | 358 | 362 | 366 | 370 | 372 | 373 | 375 |
| | **Total C&D** | **4.8%** | **547** | **554** | **560** | **566** | **573** | **575** | **578** | **580** |
| Inorganics | Televisions | 0.0% | - | - | - | - | - | - | - | - |
| | Computers | 0.3% | 34 | 35 | 35 | 35 | 36 | 36 | 36 | 36 |
| | Other Electronics | 1.6% | 182 | 185 | 187 | 189 | 191 | 192 | 193 | 193 |
| | Tires | 1.0% | 114 | 115 | 117 | 118 | 119 | 120 | 120 | 121 |
| | HHW | 0.2% | 23 | 23 | 23 | 24 | 24 | 24 | 24 | 24 |
| | Other Inorganics | 0.5% | 57 | 58 | 58 | 59 | 60 | 60 | 60 | 60 |
| | **Total Inorganics** | **3.6%** | **411** | **415** | **420** | **425** | **429** | **431** | **433** | **435** |
| **Total** | | **100.0%** | **11,406** | **11,534** | **11,669** | **11,799** | **11,929** | **11,986** | **12,042** | **12,091** |

Source: Georgia DCA Waste Characterization Study, June 2005 and Georgia Environmental Protection Division 2018 Landfill Remaining Capacity

Table 3.3- Projected Planning Area Disposed MSW Composition (FY 20 and beyond) (continued)

| Material Group | Material Type | % of Total | 2027 Tons | 2028 Tons | 2029 Tons | 2030 Tons | 2031 Tons | 2032 Tons | 2033 Tons | Beyond Max Tons |
|---|---|---|---|---|---|---|---|---|---|---|
| Paper | Newspaper | 4.0% | 486 | 488 | 488 | 488 | 489 | 489 | 489 | 489 |
| | Corrugated Cardboard | 8.5% | 1,032 | 1,037 | 1,037 | 1,038 | 1,038 | 1,039 | 1,039 | 1,039 |
| | Office | 4.2% | 510 | 512 | 513 | 513 | 513 | 513 | 514 | 514 |
| | Magazine/Glossy | 2.1% | 255 | 256 | 256 | 256 | 256 | 257 | 257 | 257 |
| | Paperboard | 3.0% | 364 | 366 | 366 | 366 | 366 | 367 | 367 | 367 |
| | Mixed (Other Recyclable) | 1.9% | 231 | 232 | 232 | 232 | 232 | 232 | 232 | 232 |
| | Other Non-recyclable | 11.8% | 1,433 | 1,440 | 1,440 | 1,441 | 1,441 | 1,442 | 1,443 | 1,443 |
| | **Total Paper** | **35.3%** | **4,286** | **4,307** | **4,308** | **4,310** | **4,311** | **4,313** | **4,316** | **4,316** |
| Plastic | # 1 PET Bottles | 1.5% | 182 | 183 | 183 | 183 | 183 | 183 | 183 | 183 |
| | #2 HDPE Bottles | 1.3% | 158 | 159 | 159 | 159 | 159 | 159 | 159 | 159 |
| | #3-#7 Bottles | 0.3% | 36 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| | Expanded Polystyrene | 1.2% | 146 | 146 | 146 | 147 | 147 | 147 | 147 | 147 |
| | Film Plastic | 5.8% | 704 | 708 | 708 | 708 | 708 | 709 | 709 | 709 |
| | Other Rigid Plastic | 4.4% | 534 | 537 | 537 | 537 | 537 | 538 | 538 | 538 |
| | **Total Plastic** | **14.5%** | **1,761** | **1,769** | **1,769** | **1,770** | **1,771** | **1,772** | **1,773** | **1,773** |
| Glass | Clear | 1.6% | 194 | 195 | 195 | 195 | 195 | 195 | 196 | 196 |
| | Green | 0.1% | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| | Amber | 1.3% | 158 | 159 | 159 | 159 | 159 | 159 | 159 | 159 |
| | Other | 0.3% | 36 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| | **Total Glass** | **3.3%** | **401** | **403** | **403** | **403** | **403** | **403** | **404** | **404** |
| Metal | Metal Steel Cans | 1.9% | 231 | 232 | 232 | 232 | 232 | 232 | 232 | 232 |
| | Aluminum Cans | 1.6% | 194 | 195 | 195 | 195 | 195 | 195 | 196 | 196 |
| | Other Ferrous | 1.0% | 121 | 122 | 122 | 122 | 122 | 122 | 122 | 122 |
| | Other Non-Ferrous | 0.8% | 97 | 98 | 98 | 98 | 98 | 98 | 98 | 98 |
| | **Total Metal** | **5.3%** | **644** | **647** | **647** | **647** | **647** | **648** | **648** | **648** |
| Organics | Yard Waste | 1.9% | 231 | 232 | 232 | 232 | 232 | 232 | 232 | 232 |
| | Wood | 3.3% | 401 | 403 | 403 | 403 | 403 | 403 | 404 | 404 |
| | Food Waste | 13.6% | 1,651 | 1,659 | 1,660 | 1,660 | 1,661 | 1,662 | 1,663 | 1,663 |
| | Textiles | 6.6% | 801 | 805 | 805 | 806 | 806 | 806 | 807 | 807 |
| | Diapers | 4.3% | 522 | 525 | 525 | 525 | 525 | 525 | 526 | 526 |
| | Fines | 2.3% | 279 | 281 | 281 | 281 | 281 | 281 | 281 | 281 |
| | Other Organics | 1.0% | 121 | 122 | 122 | 122 | 122 | 122 | 122 | 122 |
| | **Total Organics** | **33.1%** | **4,019** | **4,038** | **4,039** | **4,041** | **4,042** | **4,044** | **4,047** | **4,047** |
| C&D | Drywall | 0.0% | - | - | - | - | - | - | - | - |
| | Wood | 0.8% | 97 | 98 | 98 | 98 | 98 | 98 | 98 | 98 |
| | Inerts | 0.5% | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 61 |
| | Carpet | 0.3% | 36 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| | Other C&D | 3.1% | 376 | 378 | 378 | 378 | 379 | 379 | 379 | 379 |
| | **Total C&D** | **4.8%** | **583** | **586** | **586** | **586** | **586** | **586** | **587** | **587** |
| Inorganics | Televisions | 0.0% | - | - | - | - | - | - | - | - |
| | Computers | 0.3% | 36 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| | Other Electronics | 1.6% | 194 | 195 | 195 | 195 | 195 | 195 | 196 | 196 |
| | Tires | 1.0% | 121 | 122 | 122 | 122 | 122 | 122 | 122 | 122 |
| | HHW | 0.2% | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| | Other Inorganics | 0.5% | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 61 |
| | Total Inorganics | 3.6% | 437 | 439 | 439 | 440 | 440 | 440 | 440 | 440 |
| Total | | 100.0% | 12,142 | 12,200 | 12,203 | 12,209 | 12,213 | 12,218 | 12,228 | 12,228 |

Source: Georgia DCA Waste Characterization Study, June 2005 and Georgia Environmental Protection Division 2018 Landfill Remaining Capacity

## SECTION 4: WASTE REDUCTION AND RECYCLING ELEMENT

### INVENTORY OF WASTE REDUCTION AND RECYCLING PROGRAMS

Brantley County, City of Hoboken, and City of Nahunta encourage residents and commercial businesses to recycle. For example, City of Nahunta offers recycling bins to residents to self-haul and deposit recyclables at drop-off recycling sites.

Some businesses in the County that generate corrugated cardboard, for example, also have recycling bins located on site. Some schools in the County have aluminum can collection drives for the students to recycle aluminum that they have collected during the year.

Brantley County has a site at the Brantley County Transfer Station where residents can self-haul white goods for collection by a vendor who contracts with the County to purchase and haul these white goods for recycling (white goods include old washing machines, clothes dryers, refrigerators, water heaters, etc.). The Brantley County Transfer Station also has an area where residents can self-haul and deposit metals, iron, steel, and aluminum, which is collected by a vendor under contract with the County to collect and recycle these items.

The Charlton-Brantley County Developmental Service Center of Satilla Community Services, an agency of the State of Georgia (hereafter call the Training Center) collects cardboard, newspaper, and aluminum generated within the Planning Area. The Training Center has collection bins for cardboard at convenience stores, grocery stores, the schools, and at many other businesses throughout the County, and at one central site in Nahunta at the Brantley County Office Building Annex located on Bulion Street. The collection site in Nahunta also has bins for collection of newspapers.

### ASSESSMENT OF WASTE REDUCTION AND RECYCLING PROGRAMS

The current waste reduction and recycling programs are diverting material from the waste stream generated within the Planning Area. The County being so rural in nature impacts the opportunity to expand waste reduction and recycling programs due to quantity of material, access to processors, access to markets, and various other factors.

### NEEDS AND GOALS

Specific needs and goals associated with waste reduction and recycling programs include periodic evaluation of waste reduction and recycling programs to identify new opportunities to reduce and recycle MSW originating from the Planning Area.

## SECTION 5: COLLECTION ELEMENT

### INVENTORY OF COLLECTION PROGRAMS

#### Residential Collection

The City of Hoboken and City of Nahunta residents utilize 90-gallon containers for curbside collection of MSW. Both cities contract with a private vendor to collect, haul, and dispose of MSW curbside from each residential unit.

The City of Hoboken and City of Nahunta residents may receive collection of white goods curbside. All residents, including residents of the County, City of Hoboken, and City of Nahunta, may self-haul white goods to the Brantley County Transfer Station.

#### Commercial Collection

Businesses may contract with a private vendor for collection, hauling and disposal of solid waste. Some businesses in the municipalities that generate small quantities of solid waste use curbside containers. All the schools located in the County contract with a private vendor for collection, hauling, and disposal of solid waste.

#### Industrial Collection

Industries in the Planning Area contract with private vendors for collection, hauling, and disposal of solid waste.

#### Construction and Demolition (C&D)

Residential small-quantity generators of C&D waste are responsible for hauling C&D waste to the Brantley County Transfer Station. The County contracts with a private vendor to collect, haul, and dispose of C&D waste from the Brantley County Transfer Station. Non-residential generators of C&D waste contract with private vendors to collect, haul, and dispose of C&D waste.

### ASSESSMENT OF COLLECTION PROGRAMS

The current collection programs in the Planning Area offer the opportunity for proper management of solid waste generated within the Planning Area. Residents within the City of Hoboken and City of Nahunta have curbside collection of MSW. Other generators of solid waste in the County and Cities may utilize private vendors or self-haul waste to disposal sites.

### NEEDS AND GOALS

Specific needs and goals associated with collection programs include maintaining and enhancing access to collection programs to properly manage solid waste in the Planning Area.

## SECTION 6: DISPOSAL ELEMENT

### INVENTORY OF DISPOSAL CAPACITY

The Brantley County/Smyrna Municipal Solid Waste Landfill, east of Nahunta, on County Road Number 103, has been closed since April 1992. Closure of the landfill has adhered to the closure plan submitted and approved by the Georgia EPD. The County monitors this landfill and will continue to do so pursuant to applicable State regulations and EPD guidance. Since the Smyrna Landfill was closed, all solid waste originating in the County, excluding materials diverted from the waste stream, has been hauled outside the County to other disposal facilities. Some of the solid waste is collected and hauled from the Brantley County's Transfer Station. Table 6.1 shows the tons of solid waste generated in Brantley County and disposed at Georgia landfills.

Table 6.1- Reported Tons of Solid Waste Disposed in Georgia Landfills from Planning Area (FY 17 – FY 19)

| Facility | 2017 | 2018 | 2019 |
|---|---|---|---|
| Chesser Island Road Landfill | 6,314 | 6,121 | 4,939 |
| Camden County Landfill | 4,037 | 3,338 | 3,552 |
| Broadhurst Environmental Landfill | 538 | 1,728 | 2,775 |
| Atkinson County Landfill | 0 | 0 | 140 |
| Total | 10,890 | 11,186 | 11,406 |

Source: Georgia Environmental Protection Division

In 2019, four landfills in Georgia reported that they received a total of 11,406 tons of solid waste that originated in Brantley County. As shown in Figure 6-1, the majority, approximately 43 percent or 4,939 tons, of solid waste originating in Brantley County was disposed at Chesser Island Road in Charlton County, Georgia.  About 31 percent, 3,552 tons, and 24 percent, 2,775 tons, were disposed at Camden County Landfill in Camden County, Georgia and Broadhurst Environmental Landfill in Wayne County, Georgia respectively.

Figure 6.1- Reported Tons of Solid Waste Received from Planning Area



14

According to the remaining MSW Capacity Report submitted to the Georgia EPD, as of 2020 the disposal facilities currently receiving solid waste from Brantley County have sufficient disposal capacity to continue to dispose of solid waste originating in Brantley County for the next ten years and beyond. As shown in Table 6-2, Chesser Island Road Landfill, Camden County Landfill, Broadhurst Landfill, and Atkinson Landfill have an estimated net remaining capacity for MSW of 99,250,712 yd$^3$ and for C&D of 23,887,897 yd$^3$.

**Table 6.2- Reported Disposal Capacity for Landfills Currently Receiving Solid Waste from Planning Area**

| Permit | Facility | Net Remaining Capacity (yd$^3$) | Years Remaining |
|---|---|---|---|
| **MSW** | | | |
| 002-009D(MSWL) | Atkinson Co - SR 50 MSWL | 2,326,934 | 21 |
| 020-017D(MSWL) | Camden Co - SR 110 MSWL | 1,569,455 | 11 |
| 024-006D(SL) | Chesser Island Road Landfill, Inc. MSWL | 50,361,100 | 32 |
| 151-014D (SL) | Broadhurst Environmental | 45,250,712 | 88 |
| Subtotal | | 99,250,712 | |
| **C&D** | | | |
| 020-019D(C&D) | Camden Co - SR 110 C/D/I Waste Landfill | 23,887,897 | 87 |
| Subtotal | | 23,887,897 | |

Source: Georgia Environmental Protection Division 2020 Landfill Remaining Capacity

Other public or private Subtitle D Landfills may become available in other counties in the southeast Georgia area in the future. Brantley County and its municipalities will carefully analyze and choose the disposal option most advantageous to the Planning Area considering the Plan as well as economics, environmental concerns, social concerns, land uses, and other relevant issues.

Appendix A provides landfill capacity certification assurance letters demonstrating that more than ten years of disposal capacity is available for Brantley County's and the Cities' solid waste at these landfills.

## ASSESSMENT OF DISPOSAL CAPACITY

The current disposal facilities utilized by the County are in close proximity and are more than adequate for the projected quantities of waste generated in the Planning Area for the long term. Furthermore, other disposal facilities existing in the region can provide additional capacity if needed for waste generated in the Planning Area.

## NEEDS AND GOALS

Specific needs and goals associated with waste disposal include periodic evaluation of waste disposal capacity and identification of alternative disposal facilities existing in the region as necessary to properly manage MSW and C&D disposal from the Planning Area.

## SECTION 7: LAND LIMITATION ELEMENT

### SITING LIMITATIONS FOR SOLID WASTE HANDLING FACILITIES

Federal, State and local government regulations and policies limit where solid waste handling facilities can be sited and how they must be designed and operated. In addition to federal, State and local regulations, this Plan considers locally desirable criteria in solid waste handling facility siting, design, and operation decisions.

This section identifies the land limitations that are unacceptable for a landfill or other type of solid waste handling facility. The process Brantley County, City of Hoboken, and City of Nahunta will follow to determine whether a proposed solid waste handling facility is consistent with the Plan is described in Section 9: Procedures for Determining Consistency with Solid Waste Management Plan.

<u>Natural Limitations</u>

**Water Supply Watersheds**
A small water supply watershed is defined as an area of less than 100 square miles of land within the drainage basin upstream of a governmentally owned public drinking water intake. DNR Rule 391-3-16-01(7)(c) requires that new sanitary landfills have synthetic liners and leachate collection systems at any location within a small water supply watershed. There are no small watersheds located in Brantley County. The Satilla River Watershed (which Brantley County falls within) is 3,940 square miles.

However, DNR Rule 391-3-16-04 allows for local governments to adopt water supply watershed protection plans as part of their planning process. These criteria shall be used as the basis for local water supply watershed protection plans. Local governments may also refine and enhance the criteria in their water supply watershed protection plans.

**Protected River Corridor Areas**
A protected river is defined as any perennial river or watercourse with an average annual flow of at least 400 cubic feet per second. Georgia EPD has deemed rivers of this size to be of vital importance to Georgia in that they will serve as habitat for wildlife, a site for recreation, and a source for clean drinking water. River corridors also allow the free movement of wildlife from area to area within the State, help control erosion and river sedimentation, and help absorb floodwaters. DNR Rule 391-3-16-.04(4)(h) prohibits the development of hazardous waste or solid waste landfills within 100 feet of protected river corridors. Protected River Corridors in Brantley County are shown in Appendix B.

Based on studies of impacts of landfills and the assessment of best design practices, a minimum three mile separation is preferred to better allow attenuation from the waste area and protect valuable surface waters like the Satilla River and its tributaries.[4, 5] In fact, up to five miles of separation is suggested if there are sandy soils and shallow groundwater as there are near the Satilla River which lies completely in Georgia's southeast coastal region.

In addition, due to the very shallow groundwater and permeable soils, a landfill in the area near the Satilla River would likely be required to be built up rather than dug into the ground.  In such a situation, a minimum of five kilometers or roughly three miles is recommended to protect the visual beauty of the river and its nearby recreational beaches which provide a significant benefit to south Georgia's outdoor

---

[4] Source: G. Fred Lee, PhD, PE, DEE and Anne Jones-Lee, PhD G. Fred Lee & Associates, "Overview of Subtitle D Landfill Design, Operation, Closure and Postclosure Care Relative to Providing Public Health and Environmental Protection for as Long as the Wastes in the Landfill will be a Threat" (2004).

[5] Source: Chris Zeiss and Lianne Lefsrud, "Analytical Framework for Waste-Facility Siting" (1995).

recreational economy.

**Flood Plains**

DNR Rule 391-3-4-.05(1)(d) stipulates that any solid waste handling facility located in the 100-year flood plain shall not restrict the flow of the 100-year flood, reduce the temporary water storage capacity of the flood plain, or result in a washout of solid waste so as to pose a threat to human health or the environment. Flood plains in Brantley County are shown in Appendix B.

To this end, no inert[6], construction & demolition (C&D), municipal solid waste landfill (MSW lined; Subtitle D), C&D recycling center, MSW transfer station, or other solid waste handling facility, or any surface or subsurface mining operation for minerals, sands, soils, or other earthlike products, shall be sited within the 100-year flood plain of any creek or river in the Planning Area, including but not limited to the Satilla River, Little Satilla River, Big Satilla Creek, Turtle River and all of their tributaries. These restrictions shall be further applied with a 100-foot buffer to the 100-year flood plain, measured at the statistical high water line elevation of such flood plain extent, without regard to land cover or existing use or zoning. These restrictions, including the buffer restrictions, shall further apply to all jurisdictional and non-jurisdictional wetlands ("flowing" and "non-flowing," "connected" and "non-connected/isolated," "depressional" and " linear" wetlands) under the federal Clean Water Act, as defined by standard procedures used by the delegated authorities under the Act, for soil type and vegetation.

**Wetlands Areas**

According to DNR Rule 391-3-16.03(3)(c), receiving areas for toxic or hazardous waste[7] or other contaminants, hazardous or sanitary waste landfills, or other uses unapproved by local governments, may constitute an unacceptable use of a wetland. A solid waste handling facility should not be located in a wetland, as defined by the U.S. Army Corps of Engineers, unless evidence is provided by the applicant to EPD that use of such wetlands has been permitted or otherwise authorized under all other applicable state and federal laws and rules. Per DNR Rule 391-3-16.03(2), most activities in a wetland will require a Section 404 permit from the U.S. Army Corps of Engineers; and further, if a wetland is altered, mitigation to offset losses will be required. Alterations or degradations of wetlands should be avoided unless it can be demonstrated that there will be no long-term adverse impacts or net loss of wetlands. Wetlands in Brantley County are shown in Appendix B.  As mentioned above, a large portion of the County includes protected wetlands.

**Groundwater Recharge Areas**

Per DNR Rule 391-3-16-.02(3)(a) and DNR Rule 391-3-4-05(1)(i), no MSW landfills shall be located in any area designated a significant groundwater recharge area without having synthetic liners and leachate collection systems. However, despite best practices, there is still potential for these systems to leak and negatively impact the groundwater supply of Brantley County. Therefore, no solid waste handling facility shall be located within two miles of any area determined to be a significant groundwater recharge area. There are five known significant groundwater recharge areas in Brantley County: east and northeast of Hoboken, north of Racepond (Charlton County), south of Hortense under the Trudie Community, along the west side of the Satilla River at Lulaton, and along the east side of the Satilla River at Atkinson. Recharge areas currently known within Brantley County are shown in Appendix B.

**Soil Suitability**

---

[6] "Inert Waste Landfill" means a disposal facility accepting only wastes that will not or are not likely to cause production of leachate of environmental concern. Such wastes are limited to earth and earth-like products, concrete, cured asphalt, rock, bricks, yard trimmings, stumps, limbs, and leaves. DNR Rule 391-3-4-.01(35).

[7] "Hazardous Waste" means any solid waste which has been defined as hazardous waste in regulations promulgated by the Board of Natural Resources. DNR Rule 391-3-4-.01(29).

No solid waste management facility may be located in any area of unsuitable soil type(s). In addition, no solid waste management facility may be located in any area identified as "probable areas of thick soils" as these may be significant recharge areas. Current Planning Area soil associations are shown in Appendix B.

**Fault Areas**
New landfill units and lateral expansions of existing landfills shall not be located within 200 feet of a fault that has had displacement in Holocene time unless the owner or operator demonstrates to the County that an alternative setback distance of less than 200 feet will prevent damage to the structural integrity of the landfill unit and will be protective of human health and the environment (DNR Rule 391-3-4-.05(l)(f)).

**Seismic Impact Zones**
New landfill units and lateral expansions shall not be located in seismic impacted zones, unless the owner or operator demonstrates to the County that all containment structures including liners, leachate collection systems, and surface water control systems, are designed to resist the maximum horizontal acceleration in lithified earth material for the site (DNR Rule 391-3-4 -.05(l)(g)). The U.S. Geological (USGS) 2018 Long-term National Seismic Hazard Map is shown in Appendix B.

**Unstable Areas**
Owners or operators of new landfill units, existing landfill units, and lateral expansions located in unstable areas must demonstrate that engineering measures have been incorporated in the landfill unit's design to ensure that the integrity of the structural components of the landfill unit will not be disrupted (DNR Rule 391-3-4-.05(l)(h)).

**Hydrology**
A hydrological site investigation shall be conducted with the following factors at a minimum evaluated: nearest point to public or private drinking water supply; all public water supply wells or surface water intakes within two miles and private water supply wells within one-half mile of a landfill shall be identified; municipal solid waste landfills shall not be situated within two miles upgradient of any surface water intake for a public drinking water source unless liners, leachate collection system, and groundwater monitoring systems are provided.

**Flora and Fauna**
No solid waste handling facilities shall be located within areas that contain either flora or fauna species listed with a State Protection Status of Endangered (E), Threatened (T), Rare (R) or Unusual (U) by the Wildlife Resources Division of the Georgia EPD.

**Prime Agricultural Land**
No solid waste handling facilities shall be located within Prime Agricultural Land as defined by the US Department of Agriculture (USDA). The USDA defines prime agricultural land as:

> ... the best combination of physical and chemical characteristics for producing food, feed, forage, fiber, and oilseed crops and is also available for these uses. It has the soil quality, growing season, and moisture supply needed to produce economically sustained high yields of crops when treated and managed according to acceptable farming methods, including water management. In general, prime farmlands have an adequate and dependable water supply from precipitation or irrigation, a favorable temperature and growing season, acceptable acidity or alkalinity, acceptable salt and sodium content, and few or no rocks. They are permeable to water and air. Prime farmlands are not excessively erodible or saturated with water for a long period of time, and they either do not flood frequently or are protected from flooding.

18

**Land Use Limitations**

**Zoning**
DNR Rule 391-3-4-.05(1)(a) requires that solid waste handling facility sites shall conform to all local zoning/land use ordinances and written verification of such must be submitted to EPD.

Solid waste handling facilities generate considerable truck traffic and should be located near major roads (i.e. freeways & expressways or arterials). In addition, odor and noise are also associated with solid waste handling facilities. Accordingly, solid waste handling facilities shall provide a minimum 200-foot buffer[8] between the waste disposal boundary and the solid waste handling facility property line, and a minimum one mile[9] buffer between the waste disposal boundary and any residential dwelling or residentially zoned property boundary and any dwelling's operational private, domestic water supply well in existence on the date of permit application. The waste disposal boundary is defined as the limit of all waste disposal areas, appurtenances, and ancillary activities (including but not limited to internal access roads and drainage control devices). No land disturbing activities are to take place in these buffers, except for construction of groundwater monitoring wells and access roads for direct ingress or egress to the monitoring wells for sampling and maintenance. In light of the well-recognized concerns for traffic, odor and noise, Brantley County shall also require a one-mile buffer for public parks, schools, and churches from the boundary of the solid waste handling facility property to the property boundary of any public parks, schools, and churches.

**Airport Safety**
DNR Rule 391-3-4-.05(1)(c) requires that any new solid waste handling facility units or lateral expansions of existing units shall not be located within 10,000 feet of any public use or private use airport runway end used by turbojet aircraft or within 5,000 feet of any public use or private use airport runway end used by only piston type aircraft. The Brantley County Airport is located in Nahunta and currently accepts aircraft using single piston to turboprop engines. The EPD considers turboprop engines to fall within the category of turbojet aircraft; therefore, the 10,000-foot buffer required by DNR Rule 391-3-4.05(1)(c) shall apply to any new or lateral expanding solid waste handling facilities within Brantley County. Airports in Brantley County are shown in Appendix B.

**National Historic Sites and Places**
Solid waste management facilities shall not be located within 5,708 yards of a National Historical Site or Place, including the Brantley County Courthouse and the Sylvester Mumford House. National Historical Sites or Places in Brantley County are shown in Appendix B.

Additionally, no solid waste handling facility shall be located within a one mile of any future site or district nominated or designed to be included in the National Register of Historic Places or in the Georgia Register of Historic Places, to be measured from the boundary of the solid waste handling facility property to the boundary of the site or district nominated or designated to be included in the National Register of Historic Places or in the Georgia Register of Historic Places.

Because of their inherent historical significance to the State and the community of Brantley County, no solid

---

[8] Buffer means a natural or enhanced vegetated area with no or limited minor land disturbance such as trails and picnic areas.
[9] DNR Rule 391-3-4-.07(1b) references a minimum 500-foot buffer between the waste disposal boundary and any occupied dwelling. However, under O.C.G.A. §12-8-30.9, a County may impose further conditions, restrictions, or limitations with respect to the handling or disposal of solid waste. Due to the well-recognized concerns related to groundwater impacts, odor, noise and truck traffic, related solid waste management guidance documents recommend a minimum buffer of up to one mile between the waste disposal boundary and residentially zoned property.

waste handling facility shall be located within one mile of any markers listed by the Georgia Historical Society. These markers currently include, but are not limited to:

- Brantley County Marker Old Post Road (GHM 063-4B)
- Nahunta Courthouse (GHM 013-1)
- Fort McIntosh Marker (GHM 013-3)
- High Bluff Church (GHM 013-2)
- Trail Ridge (WPA 84 B-7)

Should the Georgia Historical Society include additional markers within Brantley County in the future, they shall also be included with the list above.

**Archeological Sites**
The Archaeological Resources Protection Act of 1979 requires federal agencies or local governments utilizing federal funds to conduct archaeological investigations on lands under their jurisdiction to determine the nature and extent of the protected cultural resources present. Therefore, no solid waste handling facility should be located so as to negatively impact an area of concentration or known archaeological sites on file with the Georgia Archaeological Site File (GASF).

**Surface Water Intakes**
According to DNR Rule 391-3-16-.01, unless there are no other feasible locations, solid waste handling facilities should not be located within two miles of a surface water intake for a public water source.

**Co-Located Landfills**
According to O.C.G.A. §12-8-25.4, no solid waste handling facility, excluding materials recovery facilities and composting facilities, can be sited within a two-mile radius of three or more solid waste landfills (including closed landfills that received waste on or after June 29, 1989).

**Political Subdivisions**
According to O.C.G.A. §12-8-25(a)(3), no municipal solid waste disposal facilities may be sited within one-half mile of the boundaries of an adjoining city or county without the applicant first receiving the express approval of the governing authority of that adjoining city or county. The Georgia EPD, however, may permit such a facility siting if the applicant provides evidence that no alternative sites or methods are available in that jurisdiction or in any adjoining jurisdiction of the affected city and county for the handling of its solid waste.

**Private Recreation Camps**
O.C.G.A. §12-8-25.5 states that no permit shall be issued for any new municipal solid waste handling facility if any part of the premises proposed for permitting is within one mile of any private recreational camp operated primarily for use by persons under 18 years of age and has been so operated at its location for 25 years or more.

**Other Limitations**
Solid waste handling facilities shall not be located at any site prohibited by Federal, State and local government regulations and policies.

**Locally Desirable Criteria Limitations**

**Air Quality and Transportation Impacts**
Links between air quality and transportation have been a part of federal legislation since the introduction

of the Clean Air Act in 1977. Solid waste handling facility applicants must assess air quality impacts and other transportation-related impairments to public health, safety and including, but not limited to: traffic congestion, traffic flows, intersection improvements, road maintenance and truck-related road safety. Assessments must demonstrate compliance with this restriction by modeling the air quality impacts of proposed solid waste handling facilities and offering mitigation options such as alternative fuels standards and other means.

**Accessibility and Existing Development**
Solid waste handling facilities should be located within one mile of a Freeway, Principal Arterial or Major Arterial. In addition, solid waste handling facilities should not be located in urban or otherwise developed areas.

**Nature Preserves, Public Parks or Recreation Areas, and Education Sites**
No solid waste handling facility should be located in, adjoin, or otherwise negatively impact nature preserves, public parks or recreation areas, or education sites.

**Sensitive Habitats**
No solid waste handling facility should be located so as to result in the destruction of the habitats of rare, threatened or endangered plants, animals and biologic communities as identified in the Georgia Natural Heritage Inventory of the Department of Natural Resources. Locations of sensitive habitats are not publicly available and must be determined by the State on a site-by-site basis.

**Other Public and Private Water Wells**
No solid waste handling facility should be located on, adjoin or otherwise negatively impact public or private water wells.

**Other Locally Desirable Criteria**
Solid waste handling facilities should not be located at any site deemed locally as not desirable for a solid waste handling facility due to human health, safety, or environmental concerns.

## NEEDS AND GOALS

Specific needs and goals associated with the land limitation elements outlined in this section include enforcement of the Plan provisions at the County and City level and adoption of Plan updates from time to time as necessary.

## SECTION 8: EDUCATION AND OUTREACH ELEMENT

### INVENTORY OF EDUCATION AND OUTREACH PROGRAMS

Education and outreach programs on solid waste management and related issues in Brantley County, City of Hoboken, and City of Nahunta are generally informal.

Local entities such as the Satilla Riverkeeper and the public school system provide education and outreach in the Planning Area related to solid waste management including waste reduction and recycling. For example, the Satilla Riverkeeper conducts community outreach about river stewardship including pollution problems such as waste.

Brantley County, City of Hoboken, and City of Nahunta support community clean-ups of roadways, waterways, and other sites (like clean-up of vacant or abandoned lots) to encourage civic involvement in waste management.

Planning Area residents and businesses may also utilize national solid waste management public education and outreach. For example, Keep America Beautiful, The Recycling Partnership, and other organizations offer education and outreach as to proper waste management including waste reduction and recycling.

### ASSESSMENT OF EDUCATION AND OUTREACH PROGRAMS

Current education and outreach programs are ongoing and led by local entities. The education and outreach program is not currently coordinated at the local government level.

### OTHER NEEDS AND GOALS

Specific needs and goals associated with education and outreach include evaluating current education and outreach programs and expanding public education and outreach via partnerships both locally (e.g. schools, businesses, etc.) and nationally (e.g. Keep America Beautiful, The Recycling Partnership, etc.).

## SECTION 9: PROCEDURES FOR DETERMINING CONSISTENCY WITH SOLID WASTE MANAGEMENT PLAN

Any proposed solid waste handling facility requesting permission to site, operate, or expand in the Planning Area must request and receive a letter from the Brantley County Board of Commissioners or the City Council where the proposed site is located stating that the facility or facility expansion is consistent with this Solid Waste Management Plan.

To maintain consistency with the Plan and prior to the Board of Commissioners or the City Council issuing a verification letter, the entity which proposes to site a solid waste handling facility in the Planning Area (hereinafter referred to as the "Applicant"), shall, at least 90 days prior to filing for a solid waste handling facility permit, or notifying EPD in the case of a solid waste handling facility that is permitted by rule, submit to the local governing entities (County and City)where the facility is proposed a Written Statement of Consistency documenting the following:

1)   How the proposed facility or facility expansion will meet the specific goals and/or needs identified in the Plan, including, but not limited to:
    a)   The impact to waste reduction and recycling within the Planning Area;
    b)   The impact on the collection capability within the Planning Area; and
    c)   The impact on disposal capacity identified in the Planning Area.

2)   How the proposed facility or facility expansion and its operation will impact the community (linked to the Plan's specific measures and goals) including, but not limited to:
    a)   The impact to vehicle traffic and public safety around the proposed facility and throughout the Planning Area;
    b)   The impact to the financial viability of the existing solid waste management system within the Planning Area;
    c)   The impact to individual and business solid waste management rates; and
    d)   The impact of the proposed facility or facility expansion to other natural or cultural resources within the Planning Area including the State-required Hydrological Assessment.

3)   The impact of the proposed facility or facility expansion to the current solid waste management infrastructure within the Planning Area, both public and private.

4)   That the proposed facility or facility expansion is consistent with each limitation of Section 7 Land Limitation Element.

5)   How the owner/operator of the proposed facility (and any subsequent owner/operators, if sold) will satisfy the financial assurance provision of the plan.

6)   That the proper public notification process was followed.  At a minimum, the applicant pursuing a permit for siting a solid waste handling facility is required to hold at least two public hearings (as discussed below).

7)   Identification of the names and addresses of each owner of the relevant property and the owner or operator of the proposed solid waste handling facility. If such owner is a corporate entity or partnership, then the names and addresses of each individual owner of such entity should be included.

8)      That the proposed use is consistent with the applicable zoning for the property.

The County or City government where the proposed facility or facility expansion is to be located shall hold at least two public hearings on the proposed facility or facility expansion at least thirty (30) days prior to issuing written confirmation that the proposed facility is consistent with the Plan (including, but not limited to, a verification of consistency letter per DNR rules). These public hearings will be advertised according to local requirements regarding public notification of public hearings, including, but not limited to the following:

-      Publication in all local newspapers for two weeks preceding each hearing;
-      Posting of notice at County Commission Office, City Council Buildings, and County Courthouse; and
-      Publication on County webpage and County Facebook page for two weeks preceding each hearing.

At each public hearing, the Applicant must present the known details of the proposed facility as well as the information contained in its Written Statement of Consistency.  The Applicant should also be prepared to answer questions posed by the County, the City, and/or the public. Both public meetings will be transcribed by the County or City clerk.

Following the two public hearings, the County or City government where the proposed facility or facility expansion is to be located will review the Written Statement of Consistency and determine if the proposed facility or facility expansion is consistent with the Solid Waste Management Plan and all zoning requirements. If the proposed facility is determined not to be consistent with the Plan, the Applicant may address the inconsistencies and resubmit the request for another review.  If the proposed facility is determined to be consistent with the Plan, the County or City government will issue a letter of consistency to the Applicant and to EPD, if necessary, in accordance with the applicable EPD solid waste management rules.

24

**APPENDIX A: CAPACITY ASSURANCE LETTERS**

 Broadhurst Environmental Landfill
4800 Broadhurst Road W Screven, Georgia 31560

August 30, 2021

**Chairman Chris Harris**
**Brantley County Board of Commissioners**
**33 Allen Road, Nahunta, Georgia 31553**

Re: Capacity Assurance

Commission Members,

This letter serves as a disposal capacity assurance for waste generated by Brantley County and its communities between the years of 2021 and 2031. The Georgia permit number for the Broadhurst Environmental Landfill is 151-014D(SL). The Broadhurst Environmental Landfill has a remaining capacity of 88 years.

We thank Brantley County for this business partnership and look forward to providing environmentally sound waste options for the foreseeable future.

Sincerely,

Mike Mitchell

Operations Manager
Broadhurst Environmental Landfill

**ATKINSON COUNTY**
Solid Waste
Management Authority

OFFICE ADDRESS:
64 Arthur Davis, Jr. Drive
Willacoochee, GA 31650

Office: (912) 534-5972
Fax: (912) 534-5975
Email: swma06@yahoo.com

September 9, 2021

Chairman Chris Harris and Commissioners
Brantley County Board of County Commissioners
33 Allen Road
, Nahunta, Georgia 31553

RE:   **Certification for Disposal Capability, Capacity, and Projected-Life of Atkinson County Landfill**

Dear Chairman Harris and Commissioners:

This letter provides certification of the disposal capability and capacity for the Atkinson County Landfill, Permit Number 002-009D (MSWL), located on U.S. Highway 82, near Willacoochee, Georgia.

As of August 27, 2020, the facility has an estimated remaining site life of 21 years on MSW and 4 years on C&D. Therefore, the landfill has sufficient disposal capacity to accept waste from Brantley County, as well as the cities of Nahunta and Hoboken, for at least the next ten years.

We thank the Brantley County Board of Commissioners for considering the Atkinson County MSW Landfill for its disposal needs.

Sincerely,

S.W.M.A. Director for Atkinson County



CHESSER ISLAND ROAD LANDFILL, INC.
P.O. Box 128
367 Chesser Island Landfill Road
Folkston, GA 31537
912 496 7918
912 496 1132 fax

September 9, 2021

Chairman Chris Harris and Commissioners
Brantley County Board of County Commissioners
33 Allen Road
Nahunta, Georgia 31553

RE:   Certification for Disposal Capability and Capacity of Chesser Island Road Landfill, Folkston, Georgia

Dear Chairman Harris and Commissioners:

This letter provides certification of the disposal capability and capacity for the Chesser Island Road Landfill (CIRL), Permit Number 024-006D (SL), located at 367 Chesser Island Landfill Road, Folkston, Georgia.

As of September 9, 2021, the facility has an estimated remaining site life of at least 44 years. Therefore, the CIRL has sufficient disposal capacity to accept Brantley County (as well as the cities of Nahunta and Hoboken) MSW, including bulky, commercial and C&D wastes, plus waste already under contact from other jurisdictions, for at least the next ten years.

We thank the Brantley County Board of Commissioners for considering CIRL for its disposal needs.

Sincerely,

Maurice Purvis
District Manager

APPENDIX B: LAND LIMITATION MAPS



Brantley County

Protected River Corridor

Source: USGS National Hydrography Dataset







Brantley County

Miocene Aquifer Recharge Area

Areas of High Groundwater Pollution Susceptibility

Source: Georgia Department of Natural Resources; Georgia Geologic Survey



Soil Association



Highest hazard

Lowest hazard

Source: U.S. Geological (USGS) 2018 Long-term National Seismic Hazard Map



