# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 519cv109 | **DATE:** | 3/30/2022 |
| **TITLE:** | Brantley County Development Partners, LLC v. Brantley County, Georgia, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:**   **KIM MIXON**

**COURT REPORTER:**

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME:** | 3:00-3:13 | **TOTAL:** | 13 minutes |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR | DEFENDANT |
|---|---|---|
| Kyler Wise | Dana Maine | Brantley County, Georgia, et al. |
| Mark Johnson | Rachael Slimmon | |

Telephonic status call held. Court reviews procedural history of case. Discovery and deadlines have been stayed since October.
Court hears from parties as to schedule.
Plaintiff (Mark Johnson)-Motion for Summary Judgment filed on behalf of Plaintiff is pending.
Plaintiff does not anticipate needing further briefing or additional discovery.  Motion is ripe and ready to be heard.  At this time, Plaintiff does not anticipate filing any motions in limine.
Defense (Dana Maine)-would like additional time to discuss and confer on discovery and schedule.
Court will set matter down for telephonic status call in 7 to 14 days to take up these issues.