**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| CASE NO. | 519cv109 | DATE: | 4/12/2022 |
|---|---|---|---|

**TITLE:** Brantley County Development Partners, LLC v. Brantley County, Georgia, et al.

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

| TAPE NO. | BWC-CHAMBERS | TIME: | 3:00-3:13 | TOTAL: | 13 minutes |
|---|---|---|---|---|---|

| COUNSEL FOR PLAINTIFF | COUNSEL FOR | DEFENDANT |
|---|---|---|
| Mark Johnson | Rachael Slimmon | Brantley County, Georgia, et al. |
| George Rountree | Robert Marcovitch | |
| Kyler Wise | | |

Telephonic status call held as follow-up to call on March 30, 2022.
Court hears from parties.
Plaintiff does not anticipate filing motions in limine or any Daubert motions at this point.  Plaintiff's motion for summary judgment is ripe for adjudication.
Rachel Slimmon for defense indicates that the only discovery issue concerns supplementation to Plaintiff's initial disclosures related to damages.
Court orders the following schedule: Defense to serve supplemental initial disclosures by 5/3/2022.
Deadline for submission of Defendant's motion for summary judgment will be 6/1/2022.  Written Order to follow.