IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br> BRANTLEY COUNTY, GEORGIA, et al., <br><br> Defendants. | CIVIL ACTION NO.: 5:19-cv-109 |

**O R D E R**

This matter comes before the Court following the parties' April 12, 2022 telephonic status conference. Doc. 162. The parties discussed the status of discovery, as well as any anticipated motions they intend to file. In consideration of the parties' representations at the status conference, Plaintiff is directed to serve any supplemental or amended disclosures on or before **May 3, 2022**, and Defendants must file any desired motion for summary judgment **on or before June 1, 2022**.

**SO ORDERED**, this 19th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA