## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : | |
| Defendants. | : | |

## **NOTICE TO COURT**

Plaintiff BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, by and through its undersigned counsel, notifies the Court that on **May 9, 2022** the Georgia Department of Natural Resources, Environmental Protection Division, issued Plaintiff the applied for Solid Waste Handling Facility Permit. Permit attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED, this 11th day of May, 2022.

GILBERT, HARRELL,
SUMERFORD & MARTIN, P.C.

By: */s/ Mark D. Johnson*
 Mark D. Johnson
 Georgia Bar No. 395041
 Post Office Box 190
 Brunswick, Georgia 31521-0190
 (912) 265-6700
 mjohnson@gilbertharrelllaw.com

WILSON BROCK & IRBY, L.L.C.

By: */s/ Kyler L. Wise*
 Kyler L. Wise
 Georgia Bar No. 77128
 2849 Paces Ferry Road SE
 Suite 700
 Atlanta, Georgia 30339
 (404) 853-5050
 kwise@wbilegal.com

LOVETT LAW GROUP, LLC

By: */s/ L. Robert Lovett*
 L. Robert Lovett
 Georgia Bar No. 459566
 5400 Riverside Drive
 Suite 203
 Macon, Georgia 31210
 (478) 476-4500
 bob@LovettLawGroup.com

BROWN ROUNTREE PC

By: */s/ George Rountree*
 George Rountree
 Georgia Bar No. 616205
 26 North Main St
 Statesboro, Georgia 30458
 (912) 489-6900
 george@br-firm.com

*Attorneys for Plaintiff Brantley County Development Partners, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 11th day of May, 2022.

                                              */s/ Mark D. Johnson*
                                              Mark D. Johnson