# Exhibit A

**PERMIT NO.: 013-004D(MSWL)**
**ISSUANCE DATE:9-MAY-2022**



# GEORGIA
### DEPARTMENT OF NATURAL RESOURCES

## ENVIRONMENTAL PROTECTION DIVISION
### LAND PROTECTION BRANCH
## Solid Waste Handling Permit

Permittee Name:     **Brantley County Development Partners, LLC**

Facility Address:     **Coastal Terrace Solid Waste Handling Facility**
**US Highway 82 East**
**Waynesville, GA  31566**

In accordance with the provisions of the Georgia Comprehensive Solid Waste Management Act, and the Rules promulgated pursuant thereto, this permit is issued for the following operation:

> **Brantley County – Coastal Terrace Solid Waste Handling Facility, US Highway 82 East, Municipal Solid Waste Landfill, located approximately 1 mile west of Waynesville, Georgia (Latitude 31°13'36.57", Longitude 81°48'50.93").**

This permit is conditioned upon the permittee complying with the attached conditions of operation, which are hereby made a part of this permit.

All statements in the application and supporting evidence, information, and data submitted to the Environmental Protection Division of the Department of Natural Resources have been evaluated, considered and relied upon in the issuance of this permit.

This permit is now in effect; however, under Georgia law it is subject to appeal for 30 days following issuance and is subject to modification or revocation on evidence of noncompliance: (i) with any provision of the Act or of the Rules promulgated pursuant thereto; or (ii) with any representation made in the above mentioned application or the statements and supporting data entered therein or attached thereto; or (iii) with any condition of this permit.

Richard E. Dunn, Director
Environmental Protection Division

Permit No. **013-004D (MSWL)**                                    Date:May 9, 2022
Issued To: **Brantley County Development Partners, LLC**

**Conditions for Permit 013-004D (MSWL) (Page 1 of 4):**

**Conditions for Municipal Solid Waste Landfill**

1. The Design and Operational Plan submitted by the Permittee and approved by the Division on May 4, 2022 for this facility is hereby made a part of this permit and the facility shall be operated in accordance with the Plan. Conditions of this permit supersede any provisions of the plan which may conflict.

2. The disposal facility shall be operated only under the direct supervision of an operator duly certified in accordance with Rule 391-3-4-.18.

3. Solid waste unloading shall be restricted to the working face of the operation in such a manner that waste may be easily incorporated into the landfill with available equipment.

4. A uniform compacted layer of clean earth cover at least six (6) inches in depth shall be placed over all exposed solid waste by the end of each day's operation, or more frequently as may be determined by the Division. In no case shall waste be left uncovered for more than 24 hours.

5. A uniform compacted layer of clean earth cover not less than one (1) foot in depth shall be placed over each portion of any intermediate lift following completion of that lift.

6. A uniform compacted layer of clean earth cover not less than two (2) feet in depth shall be placed over the final lift no later than one month following the establishment of final grades. The final cover shall be consistent with the final cover system delineated in the approved facility Design and Operational Plan.

7. All-weather access roads shall be provided to the disposal facility and provisions shall be made for prompt equipment repair or replacement when needed.

8. Access to the landfill shall be limited to authorized entrances, which shall be closed when the facility is not in operation.

9. Signs shall be posted at the entrance to the facility stating the days and hours of operation and the type of material accepted for disposal.

10. The facility shall be graded and drained to minimize runoff onto the landfill surface, to prevent erosion, and to drain water from the surface of the landfill.  Best management practices (BMPs) from the most recent edition of the Manual for Erosion and Sedimentation Control in Georgia shall be utilized.

11. Site survey control shall be provided and maintained to ensure compliance with the approved Design and Operational Plan.

Permit No. **013-004D (MSWL)**                                                  Date: May 9, 2022
Issued To: **Brantley County Development Partners, LLC**

**Conditions for Permit 013-004D (MSWL) (Page 2 of 4):**

12. Stormwater runoff from disturbed areas not covered under an applicable National Pollutant Discharge Elimination System (NPDES) permit shall be controlled by use of appropriate erosion and sedimentation control measures or devices. Best management practices (BMPs) from the most recent edition of the Manual for Erosion and Sedimentation Control in Georgia shall be utilized.

13. Operations shall be always conducted in such a manner as to prevent air, land, and water pollution and to prevent public health hazards.

14. Scattering of wastes by wind shall be controlled by fencing or other barriers, and the entire facility shall be policed daily.

15.  Regulated quantities of hazardous waste shall not be disposed of at this facility.

16. Suitable measures to control fires that may start shall be provided.  Stockpiled soil is considered to be the most satisfactory firefighting material.

17. The Permittee shall fully satisfy all applicable financial responsibility requirements for closure and post-closure care in accordance with Solid Waste Rule 391-3-4-.13.  If a funded trust is used to satisfy financial responsibility requirements for this site, at no point shall the area of the disposal facility that has received waste and has not been closed exceed that area which could be properly closed using the funds available in the trust. The pay in period for annual trust fund payments shall be the lesser of the remaining design life of the facility or remaining capacity, as reported in accordance with Solid Waste Rule 391-3-4-.17.

18. The landfill shall be closed in accordance with Rule 391-3-4-.11 and the closure plan included in the approved Design and Operational Plan.

19. A minimum 50-foot undisturbed buffer shall be maintained between the waste disposal area and all wetlands, as defined by the U.S. Army Corps of Engineers, unless evidence is provided to the Director by the Permittee that the use of wetlands has been permitted under all applicable state and federal laws and rules.  The owner or operator must also place a demonstration of compliance in the operating record and notify the Director that it has been placed in the operating record.

20. The Permittee shall compile and submit quarterly reports of all solid waste disposed at the facility no later than the 30th day after the beginning of each calendar quarter in accordance with Solid Waste Rule 391-3-4-.17(1).

Permit No. **013-004D (MSWL)**                                          Date: May 9, 2022
Issued To: **Brantley County Development Partners, LLC**

**Conditions for Permit 013-004D (MSWL) (Page 3 of 4):**

21. Prior to receipt of waste, the Division shall be provided with written certification, by a professional engineer licensed to practice in Georgia, that a newly constructed cell or phase has been completed in accordance with the permit.  Unless notified by the Division within 15 days of receipt by the Division of the written certification, the facility owner or operator may commence disposal of solid waste.

22. The Permittee shall record and retain in the operating records at or near the facility the record keeping requirements of Solid Waste Rule 391-3-4-.07(3)(u).

23. Prior to the initial receipt of waste, a letter from each Wastewater Treatment Facility (WWTF) or other EPD approved leachate treatment facility accepting leachate from the facility for treatment, stating the acceptable limits of leachate quality and quantity transferred to the WWTF shall be included in the facility operating record. The letter shall be updated and replaced in the operating record within 30 days of any change in WWTF or acceptable limits for leachate quality or quantity.

24. In accordance with O.C.G.A. 12-8-39(a) and (b), the Permittee shall provide a mechanism to collect a cost reimbursement fee upon each ton or the volume equivalent of a ton of waste received at the disposal facility regardless of its source. The cost reimbursement fee shall be paid into a local restricted account and shall be used for solid waste management purposes only.

25. In accordance with O.C.G.A. 12-8-39(e), the Permittee shall assess and collect on behalf of the EPD from each disposer of waste a surcharge per ton of solid waste disposed. Surcharges assessed and collected shall be due to the Environmental Protection Division on the first day of July of each year.

26. This permit may be voided by the Director if construction of the permitted disposal facility has not commenced within one year from the date of this permit or if the permitted disposal operation has not commenced within two years from the date of this permit.

27. The Permittee shall comply with all other applicable state and local laws, rules and ordinances which are not incorporated as conditions of this permit, but which are separately enforced by the relevant state or local agency with jurisdiction.

**Conditions For Materials Recovery Facility**

1. The recycling area shall be constructed and operated in accordance with the D&O Plan submitted by the Permittee and approved by the Division on May 4, 2022. Conditions of this permit supersede any provisions of the plan which may conflict.

2. Operation and management of recycling area processing shall be under the supervision and control of a responsible individual properly trained in the operation of such processes at all times during operation.

Permit No. **013-004D (MSWL)**                                        Date: May 9, 2022
Issued To: **Brantley County Development Partners, LLC**

**Conditions for Permit 013-004D (MSWL) (Page 4 of 4):**

3. Signs shall be posted at the entrance to the recycling area, stating the days and hours of operation and the type of material accepted for processing.

4. Regulated quantities of hazardous waste, as defined in the Rules for Hazardous Waste Management Chapter 391-3-11, shall not be stored, received, or processed at the recycling area.

5. All wastewater that results from the cleaning of vehicles and equipment must be handled in a manner that meets all applicable environmental laws and regulations.

6. Solid Waste shall be confined to the interior of processing buildings, and not allowed to scatter to the outside. Waste shall not be allowed to accumulate, and floors shall be kept clean and well drained.

7. Insects, rodents, and other such pests shall be controlled at all times.

8. Dust, odor, and similar conditions resulting from the recycling area operations shall be controlled at all times.

9. Suitable measures to control fires that may start at the recycling area shall be provided.

10. Prior to receipt of materials at the recycling area, EPD shall be provided with written certification by a professional engineer licensed to practice in Georgia that the area has been constructed in accordance with the permit.

11. All materials diverted from the waste stream shall be reported quarterly, in accordance with Solid Waste Rule 391-3-4-.17, on forms provided by EPD.

12. All treatment residues generated in the Waste to Energy facility shall be measured and recorded, by weight, in the facility operating record.

13. All treatment residues disposed of in the Municipal Solid Waste Landfill shall be measured and reported quarterly.

14. In the recycling area, the Permittee shall comply with all other applicable state and local laws, rules and ordinances which are not incorporated as conditions of this permit, but which are separately enforced by the relevant state or local agency with jurisdiction.