# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Mark D. Johnson of Gilbert, Harrell, Sumerford & Martin, P.C., attorney for Plaintiff, and moves this Honorable Court for a Leave of Absence in the above-styled case from **July 25 – August 8, 2022** for the purpose of a family vacation. The undersigned respectfully requests that the above-referenced case not be calendared during this period of absence.

RESPECTFULLY SUBMITTED, this 13th day of May, 2022.

                                       GILBERT, HARRELL,
                                     SUMERFORD & MARTIN, P.C.

                                     By:   */s/ Mark D. Johnson*
                                              Mark D. Johnson
                                              Georgia Bar No. 395041

Post Office Box 190                         ***Attorney for Plaintiff Brantley County***
Brunswick, Georgia 31521-0190      ***Development Partners, LLC***
P: (912) 265-6700
mjohnson@gilbertharrelllaw.com

2

**CERTIFICATE OF SERVICE**

    I certify a true and correct copy of the foregoing MOTION FOR LEAVE OF ABSENCE was served upon all counsel of record via the Court's electronic filing system or United States Mail, postage prepaid, and properly addressed on this the 13th day of May, 2022.

                                      */s/ Mark D. Johnson*
                                      Mark D. Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Mark D. Johnson's Motion for Leave of Absence for the period of **July 25 – August 8, 2022** is hereby GRANTED.

SO ORDERED this _____ day of _____, 2022.

_____
BENJAMIN W. CHEESBRO
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA