IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>      Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA by and through its CHAIRMAN and MEMBERS OF THE BRANTLEY COUNTY BOARD OF COMMISSIONERS; CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSE MOBLEY and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

## **DEFENDANTS' NOTICE OF INTENT TO FILE REPLY BRIEF**

COME NOW Defendants Brantley County, Georgia, by and through its Chairman and Members of the Brantley County Board of Commissioners and Chris "Skipper" Harris, Randy Davison, Brian Hendrix, Jesse Mobley, and Ray Griffin[1], ("Defendants" or "the County"), and pursuant to L.R. 7.6, hereby file this Notice of Intent to File a Reply Brief as follows:

Plaintiff filed and served its Response to Defendants' Motion for Summary Judgment on June 22, 2022. Defendants intend to file a reply brief in support of their Motion for Summary Judgment in accordance with L.R. 7.6.

This 27th day of June, 2022.

---

[1] Ray Griffin is no longer a Brantley County Commissioner.

1

2

|  | FREEMAN MATHIS & GARY, LLP |
|---|---|
|  | */s/ Dana K. Maine* |
|  | Dana K. Maine |
|  | Georgia Bar No. 466580 |
|  | dmaine@fmglaw.com |
| 100 Galleria Parkway, Suite 1600 | Robert P. Marcovitch |
| Atlanta, GA 30339-5948 | Georgia Bar No. 469979 |
| (770) 818-0000 | Robert.Marcovitch@fmglaw.com |
| (telephone) | Rachael Slimmon |
|  | Georgia Bar No. 831661 |
|  | rslimmon@fmglaw.com |
|  | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' NOTICE OF INTENT TO FILE REPLY BRIEF to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

| | |
|---|---|
| L. Robert Lovett<br>Lovett Law Group<br>5400 Riverside Drive, Suite 203<br>Macon, GA 31210<br>Bob@LovettLawGroup.com | George Rountree<br>Brown Rountree, P.C.<br>26 North Main Street<br>Statesboro, GA 30458<br>george@br-firm.com |
| Kyler L. Wise<br>Wilson Brock & Irby, LLC<br>2849 Paces Ferry Road, Suite 700<br>Atlanta, GA 30339<br>kwise@wbilegal.com | Mark D. Johnson<br>Gilbert, Harrell, Sumerford & Martin, PC<br>PO Box 190<br>Brunswick, GA 31521-0190<br>mjohnson@gilbertharrelllaw.com |

This 27th day of June, 2022.

/s/ Dana K. Maine
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)

3