# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

July 27, 2022

Clerk - Southern District of Georgia
U.S. District Court
124 BARNARD ST
SAVANNAH, GA 31401

Appeal Number: 21-11865-GG
Case Style: Brantley County Development v. Brantley County, GA, et al
District Court Docket No: 5:19-cv-00109-LGW-BWC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11865-GG

_____

BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,

                                      Plaintiff - Appellee,

versus

BRANTLEY COUNTY, GA, by and through its Chairman and Members of the Brantley County Board of Commissioners,
CHRIS HARRIS, In Individual and
Official Capacity as Commissioner, a.k.a. Skipper Harris,
RANDY DAVIDSON, In Individual and
Official Capacity as Commissioner,
BRIAN HENDRIX,
In Individual and
Official Capacity as Commissioner ,
JESSE MOBLEY,
In Individual and
Official Capacity as Commissioner,
RAY GRIFFIN,
In Individual and
Official Capacity as Commissioner,
BRANTLEY COUNTY BOARD OF COMMISSIONERS,

                                      Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

Before: LAGOA, BRASHER, and EDMONDSON, Circuit Judges.

BY THE COURT:

      "Appellee's Motion to Dismiss Interlocutory Appeal as Moot" is GRANTED in that this appeal is DISMISSED as moot.

The Court leaves undisturbed the district court's May 14, 2021 order.

The case is REMANDED to the district court for further proceedings.

The Clerk is directed to close the file on this appeal.