**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| | | | |
|---|---|---|---|
| **CASE NO.** | 519-cv-109 | **DATE:** | 9/27/2022 |
| **TITLE:** | Brantley County Development Partners, LLC v. Brantley County, Georgia, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME**: | 9:43 – 6:05 | **TOTAL:** | 8 HRS/22 MINUTES |

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** | **DEFENDANT** |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, Georgia, et al. |

Settlement Conference held. No settlement reached. Parties will continue negotiations.
Court to set telephonic status call in two weeks for parties to provide update.