**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| | | | |
|---|---|---|---|
| **CASE NO.** | 519cv109 | **DATE:** | 10/13/2022 |

**TITLE:**   Brantley County Development Partners, LLC v. Brantley County, Georgia, et al.

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME**: | 3:03-3:12 | **TOTAL:** | 9 minutes |

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** | **DEFENDANT** |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, |
| Kyler Wise | Rachel Slimmon | Georgia, et al. |

Telephonic status conference held for follow up from 9/27/2022 settlement conference.
Court hears from parties.
Plaintiff's counsel, Mark Johnson, has submitted proposed agreement to the attorneys for Brantley County.  Defense counsel (Dana Maine) indicates Defendants are evaluating the proposed agreement and states it may be Monday, 10/17/2022, before they can deliver a response back to Plaintiff.
Court orders Defense to provide response back to Plaintiff by close of business on Monday, 10/17/2022.
Court will set another status call at the end of next week.  Plaintiff needs to be able to state its position at that time on the response received by Defense.
Counsel will provide any scheduling conflicts to courtroom deputy by email so that next status call can be set.