# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 519cv109 | **DATE:** | 10/21/2022 |
| **TITLE:** | Brantley County Development Partners, LLC v. Brantley County, Georgia, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:** KIM MIXON

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME**: | 2:00-2:09 | **TOTAL:** | 9 minutes |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, |
| Kyler Wise | Rachel Slimmon | Georgia, et al. |
| Bob Lovett | | |

Telephonic status conference held for follow up on settlement negotiations.
Court hears from parties.
Plaintiff's counsel, Mark Johnson, has confirmed that a counter-offer was relayed to the defense counsel today. Plaintiffs feel like the issues between the parties are drawing narrower.
Defense counsel, Dana Maine, has not had a chance to review the proposed counter-offer.
Court will set a follow-up call for mid to late next week. Court will issue notice.