# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERKS MINUTES - CIVIL

**CASE NO.**  519cv109                                    **DATE:**  10/26/2022

**TITLE:**  Brantley County Development Partners, LLC v. Brantley County, Georgia, et al.

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

**TAPE NO.**  BWC-CHAMBERS        **TIME**:  4:30-4:43        **TOTAL:**  13 minutes

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, |
| Kyler Wise | Rachel Slimmon | Georgia, et al. |

Telephonic status conference in furtherance of settlement conference.
Court hears from parties regarding status.
Court sets next telephonic conference for November 1, 2022.  Court will issue hearing notice.