# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 519cv109 | **DATE:** | 11/1/2022 |
| **TITLE:** | Brantley County Development Partners, LLC v. Brantley County, Georgia, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:** KIM MIXON

**COURT REPORTER**:

| **TAPE NO.** | BWC-CHAMBERS | **TIME**: | 3:30-3:40 | **TOTAL:** | 10 minutes |
|---|---|---|---|---|---|

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, |
| Kyler Wise | Rachel Slimmon | Georgia, et al. |
| Bob Lovett | | |

Telephonic status conference in furtherance of settlement negotiations. Court hears from parties regarding status. Court will reconvene settlement conference. Court will issue notice of date.