## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## CLERKS MINUTES - CIVIL

**CASE NO.**   519-cv-109                                    **DATE:**   11/17/2022

**TITLE:**   Brantley County Development Partners, LLC v. Brantley County, Georgia, et al.

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

**TAPE NO.**   N/A          **TIME**:   9:30-6:30          **TOTAL:**   9 hours

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, Georgia, et al. |
| Kyle Wise | | |

Settlement Conference held.