### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : | |
| | : | |
| Defendants. | : | |

### MOTION FOR LEAVE OF ABSENCE

COMES NOW Mark D. Johnson of Gilbert, Harrell, Sumerford & Martin, P.C., attorney for Plaintiff, and moves this Honorable Court for a Leave of Absence in the above-styled case from **February 13-24, 2023** and **July 6-21, 2023** for the purpose of a family vacation. The undersigned respectfully requests that the above-referenced case not be calendared during this period of absence.

RESPECTFULLY SUBMITTED, this 2nd day of December, 2022.

                                        GILBERT, HARRELL,
                                      SUMERFORD & MARTIN, P.C.

                                      By:   */s/ Mark D. Johnson*
                                                 Mark D. Johnson
                                                 Georgia Bar No. 395041

Post Office Box 190                       *Attorney for Plaintiff Brantley County*
Brunswick, Georgia 31521-0190     *Development Partners, LLC*
P: (912) 265-6700
mjohnson@gilbertharrelllaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE OF ABSENCE was served upon all counsel of record via the Court's CM/ECF filing system.

This 2nd day of December, 2022.

*/s/ Mark D. Johnson*
Mark D. Johnson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : |
| Defendants. | : |

## **ORDER**

Mark D. Johnson's Motion for Leave of Absence for the period of **February 13-24, 2023 and July 6-21, 2023** is hereby GRANTED.

SO ORDERED this _____ day of _____, 2022.

_____
BENJAMIN W. CHEESBRO
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA