IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRANTLEY COUNTY, GEORGIA, et al., <br><br> Defendants. | CIVIL ACTION NO.: 5:19-cv-109 |

**O R D E R**

This matter comes before the Court following the parties' settlement conferences with the undersigned on September 27, 2022 and November 17, 2022. Docs. 177, 182. These proceedings were stayed to facilitate settlement negotiations in this case. Doc. 175. The Court left the stay in place after the settlement conferences so the parties could continue negotiations. During a telephone status conference on December 12, 2022, Plaintiff asked the Court to lift the stay, and Defendants agreed. Accordingly, the Court **LIFTS** the stay and **ORDERS** the parties to file the proposed pretrial order **within 21 days** of this Court's ruling on their cross-motions for summary judgment, if any claims remain pending. Docs. 141, 167.

**SO ORDERED**, this 12th day of December, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA