IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Plaintiff Brantley County Development Partners, LLC moves the Court to enter an order directing the Clerk to file under seal its Motion to Enforce Settlement and attached Exhibits A-R. This filing contains records of confidential settlement negotions and should not be available to the public.

This 12th day of December, 2022.

Respectfully submitted,

LOVETT LAW GROUP, LLC

By: _/s/ L. Robert Lovett_
        L. Robert Lovett
        Georgia Bar No. 459566
        5400 Riverside Drive
        Suite 203
        Macon, Georgia 31210
        (478) 476-4500
        bob@LovettLawGroup.com

GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.

By: ___*/s/ Mark D. Johnson*_____
       Mark D. Johnson
       Georgia Bar No. 395041
       Amber M. Carter
       Georgia Bar No. 631649
       Post Office Box 190
       Brunswick, Georgia 31521-0190
       (912) 265-6700
       mjohnson@gilbertharrelllaw.com
       acarter@gilbertharrelllaw.com

BROWN ROUNTREE PC

By: ___*/s/ George Rountree*_____
       George Rountree
       Georgia Bar No. 616205
       26 North Main St
       Statesboro, Georgia 30458
       (912) 489-6900
       georgia@br-firm.com

WILSON BROCK & IRBY, L.L.C.

By: ___*/s/ Kyler L. Wise*_____
       Kyler L. Wise
       Georgia Bar No. 77128
       2849 Paces Ferry Road SE
       Suite 700
       Atlanta, Georgia 30339
       (404) 853-5050
       kwise@wbilegal.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Robert Markovitch
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 12th day of December, 2022.

*/s/ Mark D. Johnson*
Mark D. Johnson