# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 519cv109 | **DATE:** | 12/12/2022 |
| **TITLE:** | Brantley County Development Partners, LLC v. Brantley County, Georgia, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:** KIM MIXON

**COURT REPORTER:**

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME:** | 3:00-3:15 | **TOTAL:** | 15 minutes |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Mark Johnson | Dana Maine | Brantley County, Georgia, et al. |
| Kyler Wise | | |
| Bob Lovett | | |

Telephonic status conference held to check status of settlement negotiations.
Court hears from parties.
Plaintiff's counsel Mark Johnson believes that based on emails between the parties, a settlement agreement was reached. Defense did not put the matter on the agenda for the County meeting.
Plaintiff now requests Court to lift stay so that appropriate motions can be filed.
Defense contends that an issue has arose regarding a difference of an opinion about whether the agreement was binding. Defense confirms that the matter was not put on the agenda for County meeting.
Court will issue order lifting stay in case. Written Order to follow.