IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : | |
| Defendants. | : : | |

## NOTICE OF APPEARANCE

COMES NOW Amber M. Carter of the law firm Gilbert Harrell Sumerford & Martin, P.C., 777 Gloucester Street, Suite 200, Brunswick, Georgia, 31520, and hereby enters her appearance as counsel of record for Brantley County Development Partners, LLC, Plaintiff in the above-captioned matter, and requests that she be served with all process, pleadings, and orders in this case.

Respectfully submitted, this 12th day of December, 2022.

By:   /s/ Amber M. Carter
      Amber M. Carter
      Georgia Bar No. 631649
      Gilbert Harrell Sumerford & Martin, P.C.
      Post Office Box 190
      Brunswick, Georgia 31521-0190
      (912) 265-6700
      acarter@gilbertharrelllaw.com

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine<br>
Robert Markovitch<br>
Rachael Slimmon<br>
Freeman Mathis & Gary, LLP<br>
100 Galleria Parkway, Suite 1600<br>
Atlanta, Georgia 30339

This 12th day of December, 2022.

*/s/ Amber M. Carter*
Amber M. Carter