IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>    Defendants. | Civil Action No: 5:19-CV-00109 |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

COMES NOW, Paul H. Threlkeld, and enters his appearance as counsel of record for Defendants in the above-styled case. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleadings or other documents concerning this case.

This <u>19</u> day of <u>**December**</u>, 2022.

OLIVER MANER LLP

/s/ Paul H. Threlkeld
PAUL H. THRELKELD
Georgia Bar No: 710731

*Attorney for Defendants*

P. O Box 10186
Savannah, Georgia   31412
912-236-3311
pht@olivermaner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>   Defendants. | Civil Action No: 5:19-CV-00109 |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a true and correct copy of the within and foregoing NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS on all parties and counsel of record in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This **19th** day of **December,** 2022.

                                    OLIVER MANER LLP

                                    /s/ Paul H. Threlkeld
P. O Box 10186                       PAUL H. THRELKELD
Savannah, Georgia   31412            Georgia Bar No: 710731
912-236-3311
pht@olivermaner.com                  *Attorney for Defendant*