IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>    Defendants. | Civil Action No: 5:19-CV-00109 |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

COMES NOW, Amelia C. Stevens, and enters her appearance as counsel of record for Defendants in the above-styled case. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleadings or other documents concerning this case.

This 19th day of December, 2022.

                                            OLIVER MANER LLP

                                            /s/ Amelia C. Stevens

P.O. Box 10186                            AMELIA C. STEVENS
Savannah, Georgia 31412              Georgia Bar No: 758771
912-236-3311
astevens@olivermaner.com             *Attorney for Defendants*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a true and correct copy of the within and foregoing NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS on all parties and counsel of record in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 19th day of December, 2022.

OLIVER MANER LLP

/s/ Amelia C. Stevens
AMELIA C. STEVENS
Georgia Bar No: 758771

P.O. Box 10186
Savannah, Georgia 31412
912-236-3311
astevens@olivermaner.com

*Attorney for Defendants*