IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : | |
| | : | |
| Defendants. | : | |

## SECOND AFFIDAVIT OF MARK D. JOHNSON

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Mark D. Johnson, who, being first duly sworn, deposes and states as follows:

1.

My name is Mark D. Johnson. I am over the age of twenty-one (21) and am suffering under no legal disability. I am legally competent to give this Second Affidavit. I provide this Second Affidavit upon my personal knowledge and of my own free will. I understand this Second Affidavit is being submitted in support of Plaintiff, Brantley County Development Partners, LLC's ("Plaintiff") Renewed Motion for Award of Attorney's Fees in the above-styled matter.

1

2.

I adopt and incorporate by this reference into this Second Affidavit my previous June 28, 2021 Affidavit, including the redacted fee bills attached thereto as Exhibit "A", as if fully set forth herein in its entirety. [Doc. 127-4].

3.

I hereby supplement my previous June 28, 2021 Affidavit [Doc. 127-4], in order to provide for additional work performed, and time spent, after May 28, 2021 relative to the Plaintiff's Motion for Preliminary Injunction and the Court's grant of Preliminary Injunction.

4.

After May 28, 2021, I and attorneys and staff under my supervision[1], worked 56.4 hours of time on the Plaintiff's motion for attorney's fees, supportive briefing and evidentiary materials, 23.9 hours of time responding to the Defendants' motion seeking to stay enforcement of the Preliminary Injunction Order, and 46.8 hours of time on Plaintiff's motion seeking to compel Defendants to obey the Preliminary Injunction Order, for a total of 127.1 hours ("Additional Preliminary Injunction Work").

5.

Attached to this Second Affidavit as Exhibit "A-1" are true and correct copies of redacted fee bills reflecting services rendered by me on behalf of the Plaintiff in the preparation and prosecution of the Additional Preliminary Injunction Work.

---

[1] Information provided about the attorneys and staff working on this matter is provided in my June 28, 2021 Affidavit.  The only additional attorneys contributing work on this matter not previously referenced in my June 28, 2021 Affidavit are Judson H. Turner and Beth A. Blalock.  As the supervising and billing attorney on this matter, all of the work done by the attorneys listed in Exhibit A-1 was done under my supervision.

6.

It is the regular and customary practice of the law firm of Gilbert Harrell Sumerford & Martin, P.C. to generate and maintain fees bills for its clients such as the ones attached hereto as Exhibit "A-1".

7.

The redacted fee bills attached hereto as Exhibit "A-1" have been generated and maintained in the ordinary course of Gilbert Harrell Sumerford & Martin, P.C.'s business activity and the entries reflecting services rendered within the redacted fee bills were made at or near the time such professional services were performed.

8.

The redacted fee bills attached hereto as Exhibit "A-1" were prepared by me and/or by someone under my supervision and control.

9.

The redacted fee bills attached hereto as Exhibit "A-1" accurately reflect actual billing rates charged, time spent, expenses and work done and they identify the provider of each such service.

10.

During the course of this litigation, I have examined the bills attached hereto as Exhibit "A-1" and adjusted any time which needed adjustment prior to submitting the bill for payment. All bills are sent to the client on a monthly basis.  Months missing from the collective fee bills attached hereto as Exhibit "A-1" does not mean that no services were rendered on behalf of the client for that month.  It simply means that there was no time expended during that particular

month on the Preliminary Injunction Work or the Additional Preliminary Injunction Work which

is the subject of Plaintiff's Motion for Attorney's Fees pending before the Court.

11.

It is my opinion that the number of hours of work performed set out herein in the amount

of 127.1 hours and contained within Exhibit "A-1" attached hereto which were expended on the

Additional Preliminary Injunction Work on behalf of the Plaintiff were reasonably necessary to

successfully prosecute Plaintiff's Motion for Preliminary Injunction against the Defendants,

enforce the Preliminary Injunction Order, and for recovery of attorney's fees.  The number of

hours expended on the Additional Preliminary Injunction Work is reasonable given the nature of

the case, the length of time in which this matter has been litigated, the complexity of the issues

involved and the results obtained.

12.

During the course of this litigation, I have expended as of December 23, 2022, the total

amount of 492.05 hours of time working on obtaining and enforcing the Preliminary Injunction

Order.  Not all of the hours which have been incurred by Plaintiff are included or otherwise

sought within the Renewed Motion for Attorney's Fees.  The number of hours set out herein in

the total amount of 492.05 hours was incurred preparing and prosecuting Plaintiff's Motion for

Preliminary Injunctive Relief and the Preliminary Injunction Order.

13.

It is my opinion that the time incurred of 492.05 hours and fees generated as set forth

within Exhibit "A" to my first Affidavit and Exhibit "A-1" attached to this my Second Affidavit

are fair and reasonable and were necessary for the proper and appropriate handling of this case

relative to Plaintiff's Motion for Preliminary Injunction.  My opinion is that an award of

attorneys' fees equal to the total time incurred in the amount of 280.30 hours for myself at $300 per hour, 5.60 hours for Judson H. Turner at $375 per hour, 1.4 hours for Beth A. Blalock at $375 per hour, 176.50 hours for Jordan Parks at $200 per hour, and 28.25 hours for Kim Kroscavage at $100 per hour in representing the Plaintiff relative to the Motion for Preliminary Injunction is fair and reasonable.

SO SWORN this 23rd day of December, 2022.

Mark D. Johnson
Georgia Bar No. 395041
Attorney for Brantley County Development
Partners, LLC

Sworn to and subscribed by
me this 23 day of December, 2022.

Notary Public

My Commission Expires:

6

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing pleading via electronic

service through the PACER e-filing system upon:

Dana K. Maine
Robert Marcovitch
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

Paul H. Threlkeld
Amelia C. Stevens
Oliver Maner, LLP
218 West State Street
Savannah, Georgia 31401

This 23rd day of December, 2022.

/s/ *Mark D. Johnson*
Mark D. Johnson

# Exhibit A-1

## Redacted Fee Bills

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA   30339

| | |
|---|---|
| Statement Date: | July 12, 2021 |
| Statement No. | 28 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.



HOURS

06/01/2021

06/02/2021

06/03/2021

JP      Read and review email from Kyle re: attorney. fee affidavit;
        read and review attachment of same.                                      0.30

MDJ     Conference call with Kyle and John re: ███████████
        ██████████ timing issues for renewed demand and
        attorneys' fee motion; ████████████                                      0.80

06/04/2021
MDJ

Brantley County Development Partners, LLC

Page: 2
07/12/2021
ACCOUNT NO:    17292-66540
28

Claim against Brantley County, GA et al.

|  |  | HOURS |
|---|---|---|
| ███████████ telephone conference with Jim Durham re: expert report on fees; review of draft affidavit re: same |  | 1.30 |
| ██████ ████████████████████████████████ |  | ██ |
| 06/07/2021 JP ███████████ead and review emails re: attorney fees affidavit and example of same. |  | 0.50 |
| ███████████████████████████████ |  | |
| MDJ  Review of draft affidavit; follow-up email with Kyle re: same; ██████████████████████ |  | 0.60 |
| ██████ ███████████████████ |  | ██ |
| 06/09/2021 JP  Read and review emails re: fees affidavit; respond to same; email Hannah re: same; follow up with Mark re: due dates for same. |  | 0.40 |
| JP  Email correspondence with Jim Durham re: fees affidavit; read and review emails re: same. |  | 0.30 |
| JP  Work on invoice review for fees affidavit; email Mark re: same; follow up with Katherine re: same. |  | 0.80 |
| JP  Legal research re: extension; read and review motion for fees; conference call with Mark re: extension to file affidavit; read and review emails re: same; draft request for extension and order for same; email correspondence with counsel re: same. |  | 2.70 |
| JP  Conference call with Mark and Kyle re: filing extension; email counsel copy of draft motion and order re: same. |  | 0.40 |
| MDJ  Read and respond to email with John, Kyle et al re: supplement to motion; emails with Jim Durham re: expert report on same; emails with Kim re: extension request; telephone conference with Kyle re: same |  | 1.00 |

Brantley County Development Partners, LLC

Page: 3
07/12/2021

ACCOUNT NO:    17292-66540
28

Claim against Brantley County, GA et al.

|  |  | HOURS |
|---|---|---|
| **06/10/2021** |  |  |
| MDJ | Initial review of opposition to motion for attorneys' fees; read/respond to emails re: Judge Brooks | 0.40 |
| **06/11/2021** |  |  |
| MDJ | Review of court order on extension and read/respond to emails re: same; ███████ | 1.10 |
| **06/14/2021** | ███████ | ███ |
| MDJ | ███████ follow-up email with Kyle re: notice of appearance and attorney fee briefing | 0.40 |
| **06/15/2021** | ███████ | ███ |
| JP | Read and respond to email re: invoice review for attorney fees affidavit. | 0.20 |
| JP | Read and review invoices re: preliminary injunction proceeding fees; annotate same for Mark's review. | 0.90 |
| MDJ | Work on attorneys' fee affidavit and information for same; follow-up with KK and JP re: same; ███████ | 2.50 |
| **06/16/2021** | ███████ | ███ |
| JP | Conference call with co-counsel re: settlement, fees affidavits, ███████ follow up conference with Mark re: same. | 0.80 |
| JP | Legal research re: local rules notice requirement; email correspondence with Mark re: same. | 0.40 |
| JP | Draft notice of reply brief; send copy of same to Mark. | 0.40 |
| JP | Read and review Def's opposition brief to attorneys fees motion. | 0.20 |
| JP | Read and review invoices for attorney fees affidavit; work on totaling time for same; read and review Mark's invoices and time |  |

Brantley County Development Partners, LLC

ACCOUNT NO:

Claim against Brantley County, GA et al.

|  |  | HOURS |
|---|---|---|
|  | included for affidavit. | 2.30 |
| MDJ | Work on attorney fees affidavit; conference call with counsel re: ████████████ ████████ ████████filing of Notice of Intent to Reply; read/respond to emails with Jim Durham re: expert affidavit; ████ ███████████████ | |
|  | | 1.70 |
| **06/17/2021** | | |
| KK | Review 2021 time sheets re: affidavit on attorneys' fees | 0.50 |
| MDJ | Work on attorneys' fees affidavit; ████████████ ██████████████████████████ ████████████████████████ ████work on attorneys' fees redactions and conference with JP re: same; ██████ | |
|  | | 3.20 |
| JP | Work on redacting invoices for attorney fees affidavit; email and conference with MDJ re: same; read and review emails with Jim Durham re: expert affidavit; emails with Kim re: her time included for MDJ affidavit; follow up with MDJ re: same. | 4.90 |
| **06/18/2021** | | |
| MDJ | Read and respond to emails with counsel re: ███████ ████████response to Deen Strickland; review of revised attorneys' fee affidavit and follow-up on finalizing same; conference call with Jim Durham and Kyle re: expert report; follow-up telephone conference with Jim Durham re: supporting affidavits; telephone conference with Kyle re: same | 1.30 |
| JP | Read and review emails re: ████████████████ | 0.30 |
| JP | Read and review emails re: fee affidavits and fee bills; read and review copies of Kyle's and Bob's affidavit and fee bills; follow up with Mark re: same and status of GHSM fee bills redaction and MDJ affidavit ; email correspondence with MDJ re: same. | 1.70 |
| JP | Conference call with Jim Durham re: expert affidavit. | 0.50 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 5
07/12/2021
ACCOUNT NO:   17292-66540
28

| | | | HOURS |
|---|---|---|---|
| JP | Draft update on current task and status of each for MDJ review on Monday. | | 0.40 |
| JP | Finalize invoices redaction package and send same to Mark. | | 0.30 |
| **06/21/2021** | | | |
| MDJ | Work on attorneys' fee affidavit - review and revise same; ███████ conference call with team re: update on status; ████████ | | 2.50 |
| JHT | Standing call (.8); ████████ | | |
| JP | Standing conference call with team; follow up with Mark re: priority tasks; review notes re: same. | | 1.10 |
| BB | Team call | | 0.70 |
| **06/22/2021** | | | |
| MDJ | Email Jim Durham and Kyle re: attorneys' fee affidavit; review of website fact sheet and read/respond to emails with Betsey re: same; ████ read/respond to emails re: standby statement; telephone conference with Mike Biers re: same and website edits; ████ | | 1.40 |
| JP | Read and review emails re: MDJ's attorney. fees aff.; read and review copy of same; email Mark re: drop box status. ████ | | 0.40 |
| **06/23/2021** | | | |
| JP | Conference with MDJ re: GORA requests, attorney fees affs and drop box, ████ | | 0.40 |
| JP | Work on dropbox for Jim Durham; email Jim & team re: same; email Mark re: same; pull relevant filings from | | |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 6
07/12/2021
ACCOUNT NO:      17292-66540
28

| | | HOURS |
|---|---|---|
| | SD GA site to upload to same. | 3.30 |
| JP | Read and review emails re: PLF's reply brief for attorney fees; read and review draft of same; read and review attorney fees motion and def's response to same; copy and save case law cited in same. | |
| ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.80 |
| MDJ | Follow-up on attorneys' fees affidavit; conference with JP re: documents for Jim Durham review and GORA requests; initial review of reply brief in support of attorneys' fees motion | 1.10 |

**06/24/2021**

| MDJ | Additional review of reply brief in support of attorneys' fee motion; read/respond to emails with George re: same and filing for same; ▬▬▬▬▬▬▬▬▬ | 0.90 |
|---|---|---|
| JP | Read and review emails re: reply brief. | 0.20 |

**06/25/2021**

| MDJ | Telephone conference with Jim Durham re: work on expert attorneys' fee affidavit; follow-up emails with Bob and Kyle re: same; telephone conference with Kyle re: same; ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 2.20 |
|---|---|---|

**06/28/2021**

| KK | Prepare Notice of Filing re: supporting documentation regarding award of attorneys' fees; email same to counsel for review and approval; work on B. Lovett redactions; collect affidavits and expert witness report and organize for filing; file and serve notice w/ attachments | 1.00 |
|---|---|---|
| MDJ | Read and respond to emails with Jim Durham and telephone conference with Jim re: finalizing expert report on attorneys' fees; follow-up telephone conference with Jim re: same; emails with Bob Lovett re: same; work on finalizing supplemental filing with court; ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬ finalizing and filing of supplemental information; read/respond to emails with Kyle re: defendants' motion to stay; finalize ▬▬▬ letters; review of Jim Durham draft report and email counsel re: same; | |



Brantley County Development Partners, LLC

Page: 7
07/12/2021

ACCOUNT NO:   17292-66540
28

Claim against Brantley County, GA et al.

HOURS

follow-up with Jim re: finalizing report                      2.90

JP       Read and review emails re: Durham's expert report and
         copy of same; email Kim copy of same.                0.50

06/29/2021
MDJ                      review of defendants' motion/brief to stay
         preliminary injunction pending appeal; email Kyle re: same;
         read/respond to emails with counsel re: attorneys' fee
         briefing;

                                                              1.80

For Current Services Rendered                         79.10   19,042.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 29.00 | $300.00 | $8,700.00 |
| JUDSON H. TURNER | 2.00 | 375.00 | 750.00 |
| KIM KROSCAVAGE | 1.50 | 100.00 | 150.00 |
| BETH A. BLALOCK | 0.70 | 375.00 | 262.50 |
| JORDAN PARKS | 45.90 | 200.00 | 9,180.00 |

Total Current Work                                            19,042.50

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 8
07/12/2021
ACCOUNT NO:    17292-66540
28

**BALANCE DUE**                                    $19,042.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA   30339

| | |
|---|---|
| Statement Date: | August 3, 2021 |
| Statement No. | 30 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.



HOURS

07/01/2021

JP    Read and review emails re: motion to stay; read and review motion to stay.    0.90

07/02/2021
JP    Follow up with MDJ re: motion to stay and response to same;    0.40

07/07/2021
MDJ    Conference with Jordan                conference call with counsel re: opposition to stay request and GORA requests;    2.00

JP    Conference call with co-counsel.    0.80

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 2
08/03/2021
ACCOUNT NO:   17292-66540
30

| Date | | | HOURS |
|------|---|---|-------|
| 07/09/2021 | MDJ | Initial review of brief in opposition to defendants' motion for stay; read/respond to emails with counsel re: same | 0.50 |
| 07/12/2021 | MDJ | Review and edits to brief in opposition to defendant's motion for stay of injunction; read/respond to email with Kyle re: same; review final version of brief | 1.20 |
| 07/13/2021 | MDJ | Review of defendants' notice of intent to oppose attorneys' fees; read/respond to email with Kyle re: same; ███████ | |
| | | ████████████████████████████████ | ████ |
| | ████ | ████████████████████████████████ | |
| | | ████████████████████████ | ████ |
| 07/14/2021 | MDJ | ████████████ review of notice of deficiency on defendants' opposition to attorneys' fees | 0.40 |
| | ██████ | ████████████████████████████ | ████ |
| 07/19/2021 | JHT | Standing call | 1.00 |
| | JP | Read and review agenda for standing call; email MDJ re: follow up ██████ requests; standing legal call. | 1.40 |
| | MDJ | Conference call with team re: ████████████████ | |
| | | ████████████████████████████ | |
| | | ████████████████████████ | 1.40 |
| 07/20/2021 | █ | | ████ |
| | JP | Draft ████████████ letters and letter ██████ ████ legal research re ████ | |
| | MDJ | Review and finalize follow-up ████ ████ requests; | 1.20 |

Brantley County Development Partners, LLC

Page: 3
08/03/2021
ACCOUNT NO:      17292-66540
30

Claim against Brantley County, GA et al.

|  |  | HOURS |  |
|---|---|---|---|
| ████████████████ conference with JP re: same |  | 0.90 |  |
| 07/21/2021 |  |  |  |
| JP | Read and review emails re: Deen Strickland's response to ████ | 0.20 |  |
| MDJ | Telephone conference with Kyle re: ████████ read/respond to email with Deen Strickland re: ████ email counsel re: same | 0.50 |  |
| ████ | ████████████████████ | ████ |  |
| ████ | ███████████████ | ████ |  |
| ████ | █████████████ | ████ |  |
| 07/27/2021 |  |  |  |
| JP | Read and review emails re: ████ emails re: responses ████ skim docs. ████ | 0.60 |  |
| MDJ | Review email from Deen Strickland re: ████ read/respond to email with Kyle re: same | 0.60 |  |
| 07/28/2021 |  |  |  |
| JP | Read and review emails re: status of ████ requests doc. | 0.10 |  |
| ████ | █████████████ | ████ |  |
| 07/30/2021 |  |  |  |
| JP | Read and review emails re: ████ requests follow up; respond to same. | 0.10 |  |
| ████ | █████████████ | ████ |  |
| 07/31/2021 |  |  |  |
| MDJ | Review of draft agenda; read/respond to emails with Betsey and John re: same; follow-up on same | 0.30 |  |
| | For Current Services Rendered | 26.90 | 7,077.50 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 4
08/03/2021
ACCOUNT NO:  17292-66540
30

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 14.70 | $300.00 | $4,410.00 |
| JUDSON H. TURNER | 1.30 | 375.00 | 487.50 |
| JORDAN PARKS | 10.90 | 200.00 | 2,180.00 |

Total Current Work        7,077.50

**BALANCE DUE**        $7,077.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA  30339

| | |
|---|---|
| Statement Date: | August 3, 2021 |
| Statement No. | 30 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.



HOURS

07/01/2021

JP  Read and review emails re: motion to stay; read and review
motion to stay.                                                    0.90

07/02/2021
JP  Follow up with MDJ re: motion to stay and response to
same;                                                             0.40

07/07/2021
MDJ  Conference with Jordan
                         conference call with counsel re:
opposition to stay request and GORA requests;
                                                                  2.00

JP  Conference call with co-counsel.                              0.80

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 2
08/03/2021
ACCOUNT NO:    17292-66540
30

|  |  | HOURS |
|---|---|---|
| **07/09/2021** | | |
| MDJ | Initial review of brief in opposition to defendants' motion for stay; read/respond to emails with counsel re: same | 0.50 |
| **07/12/2021** | | |
| MDJ | Review and edits to brief in opposition to defendant's motion for stay of injunction; read/respond to email with Kyle re: same; review final version of brief | 1.20 |
| **07/13/2021** | | |
| MDJ | Review of defendants' notice of intent to oppose attorneys' fees; read/respond to email with Kyle re: same; review of Brantley news article and read/respond to email re: same; review of draft standby statement | 0.90 |
| | ████████████████████████████████ | ██ |
| **07/14/2021** | | |
| MDJ | ██████ review of notice of deficiency on defendants' opposition to attorneys' fees | 0.40 |
| | ████████████████████████████████ | ██ |
| **07/19/2021** | | |
| JHT | Standing call | 1.00 |
| JP | Read and review agenda for standing call; email MDJ re: follow up ████ requests; standing legal call. | 1.40 |
| MDJ | Conference call with team re: ████████████████████ | 1.40 |
| **07/20/2021** | | |
| JP | Draft ██ letters and letter ████ legal research re ██ | ██ |
| MDJ | Review and finalize follow-up ████ requests; | 1.20 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 3
08/03/2021
ACCOUNT NO:     17292-66540
30

|  |  | HOURS |
|---|---|---|
| ██████████████████████████ conference with JP re: same |  | 0.90 |
| 07/21/2021 | | |
| JP | Read and review emails re: Deen Strickland's response to ████████ | 0.20 |
| MDJ | Telephone conference with Kyle re: █████████ read/respond to email with Deen Strickland re: ████████ email counsel re: same | 0.50 |
| ████████ | ██████████████████████████ | ████ |
| ██████████ | ████████████████ | ████ |
| ████████ | ████████████████████ | ████ |
| 07/27/2021 | | |
| JP | Read and review emails re: ████████ emails re: responses ████████ skim docs. ████████ | 0.60 |
| MDJ | Review email from Deen Strickland re: ████████ read/respond to email with Kyle re: same ████████ | 0.60 |
| 07/28/2021 | | |
| JP | Read and review emails re: status of ████ requests doc. ████████████████ | 0.10 ████ |
| 07/30/2021 | | |
| JP | Read and review emails re: ████ requests follow up; respond to same. ████████████ | 0.10 ████ |
| 07/31/2021 | | |
| MDJ | Review of draft agenda; read/respond to emails with Betsey and John re: same; follow-up on same | 0.30 |
| | For Current Services Rendered | 26.90    7,077.50 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 4
08/03/2021
ACCOUNT NO:      17292-66540
30

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 14.70 | $300.00 | $4,410.00 |
| JUDSON H. TURNER | 1.30 | 375.00 | 487.50 |
| JORDAN PARKS | 10.90 | 200.00 | 2,180.00 |

Total Current Work                                    7,077.50

**BALANCE DUE**                                       $7,077.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA   30339

| | |
|---|---|
| Statement Date: | October 5, 2021 |
| Statement No. | 34 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.

HOURS



Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 2
10/05/2021
ACCOUNT NO:        17292-66540
34

HOURS



Brantley County Development Partners, LLC

Page: 3
10/05/2021
ACCOUNT NO:   17292-66540
34

Claim against Brantley County, GA et al.

HOURS



09/24/2021
MDJ       Initial review of Magistrate R&R on Defendants' motion to
          stay; follow-up emails re: same;

          1.20

09/26/2021
JP        Read and review Magistrate's report and recommendation
          re: Def's motion to stay.                                    0.50

09/27/2021
MDJ       Review of Magistrate R&R re: preparations for conference
          call; conference call with John, Kyle et al re: same and
          potential motion for contempt; follow-up conference with JP

Brantley County Development Partners, LLC

Page: 4
10/05/2021
ACCOUNT NO:    17292-66540
34

Claim against Brantley County, GA et al.

| | | HOURS |
|---|---|---|
| | re: same; follow-up conference with JHT re: same | 2.30 |
| ██ | ████████████████████████████ | |
| | ████████████████████████████ | |
| JP | Conf. with MDJ re: Cheesebro's report. | 0.10 |
| ██ | ███████████████████████ | ██ |
| JP | Conf. with MDJ re: motion to compel | |
| | | 0.50 |
| ██ | ██████████████████████ | ██ |
| 09/28/2021 | | |
| ██ | ███████████████████████████ | |
| JHT | ██████████████████        review Judge | ██ |
| | Cheesebro's report and recommendation re: defendant's motion to stay; draft email to MDJ re: same (.3) | ██ |
| ██ | | |
| JP | Work on motion to compel. | 0.90 |
| ███████ | ███████████████████████████ | |
| ██ | ███████████████████████████ | |
| | ██████████████████████ | ██ |
| ██████ | | |
| ██ | █████████████████████████ | |
| | ████████████ | ██ |

For Current Services Rendered                           43.80        12,652.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 19.50 | $300.00 | $5,850.00 |
| JUDSON H. TURNER | 9.30 | 375.00 | 3,487.50 |
| BETH A. BLALOCK | 1.80 | 375.00 | 675.00 |
| JORDAN PARKS | 13.20 | 200.00 | 2,640.00 |

Total Current Work                                                    12,652.50

Brantley County Development Partners, LLC

Page: 5
10/05/2021
ACCOUNT NO:      17292-66540
34

Claim against Brantley County, GA et al.

**BALANCE DUE**                                    $12,652.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA  30339

| | |
|---|---|
| Statement Date: | September 2, 2021 |
| Statement No. | 32 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.

HOURS



08/02/2021
MDJ

review of contempt legal research and read/respond to email re: same; conference with JP re: same
1.80

JP
Read and review emails re: civil contempt; respond to same; read and review case from Kyle re: same.
0.40

08/05/2021

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 2
09/02/2021
ACCOUNT NO:    17292-66540
32

| | | | HOURS |
|---|---|---|---|
| JP | Legal research re: civil contempt. | | 1.30 |
| **08/06/2021** | | | |
| JP | Legal research re: civil contempt; being drafting motion. | | 2.10 |
| JP | Read and review complaint, amended complaint, motion for PI, and order granting PI for contempt motion statement of facts. | | 1.30 |
| JP | Email Bob re: demand letter sent after PI order; follow up with Kim re: same. | | 0.40 |
| **08/09/2021** | | | |
| ▆ | ▆▆▆▆▆▆▆▆▆▆▆▆ | | ▆ |
| ▆ | ▆▆▆▆▆▆▆▆ | | ▆▆ |
| JP | Conf. with MDJ re: contempt motion status ▆▆▆ | | 0.30 |
| MDJ | ▆▆▆▆▆▆▆▆ | | |
| | follow-up with JP re: same; additional review of attorneys' fee invoices and follow-up with JP on analysis of same | | 1.30 |
| ▆▆ | ▆▆▆▆▆▆▆▆▆ | | ▆ |
| ▆ | ▆▆▆▆▆ | | ▆ |
| **08/12/2021** | | | |
| JP | Read and respond to Bob's email re: demand letter; forward same to Kim. | | 0.30 |
| ▆ | ▆▆▆▆▆▆▆▆ | | ▆ |
| ▆ | ▆▆▆▆▆ | | ▆ |
| ▆ | ▆▆▆▆▆▆▆ | | ▆ |
| ▆▆ | ▆▆▆▆▆▆▆▆ | | |

Brantley County Development Partners, LLC

Page: 3
09/02/2021
ACCOUNT NO:    17292-66540
32

Claim against Brantley County, GA et al.



HOURS

08/16/2021

|       |                                                             |       |
|-------|-------------------------------------------------------------|-------|
|       |                                                             | 2.00  |
| JP    | Standing legal call; follow up with MDJ re: contempt motion. | 1.50  |
| JP    | Read and review email re: facility name.                    | 0.10  |
| JP    | Begin county emails production doc. review.                  | 0.50  |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 4
09/02/2021
ACCOUNT NO:   17292-66540
32

HOURS



| | | HOURS |
|---|---|---|
| 08/24/2021 | | |
| MDJ | Conference with JP re: follow-up on email review and contempt motion | 0.30 |
| JP | Conf. with MDJ re: status of review ▮▮▮▮▮ doc. production and contempt motion. | 0.20 |
| 08/26/2021 | | |
| MDJ | Review of Court Order re: admissibility of evidence; read/respond to emails with Bob et al re: same | 0.40 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.



HOURS

For Current Services Rendered                     46.20      12,742.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 20.50 | $300.00 | $6,150.00 |
| JUDSON H. TURNER | 7.10 | 375.00 | 2,662.50 |
| BETH A. BLALOCK | 1.20 | 375.00 | 450.00 |
| JORDAN PARKS | 17.40 | 200.00 | 3,480.00 |

Total Current Work                                          12,742.50

**BALANCE DUE**                                        $12,742.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA  30339

| | |
|---|---|
| Statement Date: | December 3, 2021 |
| Statement No. | 38 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.



HOURS

11/01/2021
JP  Read and review emails re: MSJ supplement; conf. with
MDJ re: contempt motion supplement.          0.20

11/08/2021
JP  Follow up with MDJ re: [redacted] contempt
motion.          0.20

Brantley County Development Partners, LLC

Page: 2
12/03/2021
ACCOUNT NO:  17292-66540
38

Claim against Brantley County, GA et al.



|  |  | HOURS |
|---|---|---|
| JP | Read and review Def's resp. to contempt motion. | 0.20 |
| 11/10/2021 | | |
| JP | Read and review standing call notes re: MSJ supplement/response and contempt motion; draft Notice of Withdrawal; read and review county meeting re: Magnolia Holdings. | 1.90 |
| 11/11/2021 | | |
| MDJ | Review and revise draft notice of withdrawal of contempt motion; read/respond to emails with counsel re: same | 0.60 |
| JP | Edit withdrawal notice; read and review emails re: same. | 0.40 |
| JP | Continue editing withdrawal notice; emails re: same. | 0.20 |
| 11/12/2021 | | |
| MDJ | Review and finalize withdrawal notice pleading; conference with JP re: same; conference with Jud re: update on status; | 1.40 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

HOURS



JP  Read and review emails re: edit to withdrawal notice; follow
up with MDJ re: same; edit file same.                          0.60

Brantley County Development Partners, LLC

Page: 4
12/03/2021
ACCOUNT NO:    17292-66540
38

Claim against Brantley County, GA et al.

| | | HOURS |
|---|---|---|
| | ▮▮▮▮▮▮ | ▮▮ |

**11/19/2021**
MDJ    Initial review of Court Order on defendants' motion to stay; read/respond to emails re: same    0.50

**11/22/2021**
JHT    ▮▮▮▮▮▮ review J. Wood's order denying motion to stay (.2); ▮▮▮▮▮▮    0.70

▮ MDJ    Further review of court order denying motion to stay; conference call with engineers and Kyle/Jud re: update on status and EPD/litigation update; read/respond to emails with Betsey re ▮▮▮▮▮▮    1.60

For Current Services Rendered    41.30    12,092.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| MARK D. JOHNSON | 22.90 | $300.00 | $6,870.00 |
| JUDSON H. TURNER | 7.70 | 375.00 | 2,887.50 |
| KIM KROSCAVAGE | 0.50 | 100.00 | 50.00 |
| BETH A. BLALOCK | 1.40 | 375.00 | 525.00 |
| JORDAN PARKS | 8.80 | 200.00 | 1,760.00 |

Total Current Work    12,092.50

Brantley County Development Partners, LLC

Page: 5
12/03/2021
ACCOUNT NO:        17292-66540
38

Claim against Brantley County, GA et al.

**BALANCE DUE**                                        $12,092.50

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Brantley County Development Partners, LLC
John H. Irby
Wilson Brock & Irby LLC
2849 Paces Ferry Rd. SE #700
Atlanta, GA   30339

| | |
|---|---|
| Statement Date: | November 2, 2021 |
| Statement No. | 36 |
| Account No. | 17292.66540 |
| Page: | 1 |

Claim against Brantley County, GA et al.

HOURS

10/05/2021

JP    Read and respond to emails re: status of contempt motion.    0.20

10/06/2021

MDJ    Work on review/revisions to brief in support of summary
judgment; work on review and revisions to statement of
undisputed facts and conclusions of law; emails with Kyle
re: same; follow-up with JP re: contempt motion;
read/respond to emails re: ███████████    2.70

10/07/2021

JP    Read and review court orders and motions re: prelim. inj.
and MTD; work on contempt motion statement of facts
section.    3.50

10/08/2021

Page: 2
11/02/2021
ACCOUNT NO:      17292-66540
36

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

|  |  | HOURS |
|---|---|---|
|  | ████████████████████████ | ███ |
| JP | Legal research re: contempt motion; read and review case law re: same & legal standard; outline same for brief. | 1.40 |
| JP | Work on contempt motion brief. | 2.90 |
| **10/11/2021** |  |  |
| MDJ | Conference with Jud re: ███████████ status of litigation; conference call with internal group re ██████ litigation status; work on edits to contempt motion; review and finalize same; conference with JP re: same | 2.50 |
| JHT | Call with MDJ on summary judgment brief and status (.2); standing call with team (1.0) | 1.20 |
| BB | Team call | 0.70 |
| JP | Work on draft of contempt motion; follow up with MDJ re: same. | 1.20 |
| JP | Standing team call. | 1.00 |
| JP | Edit and finalize contempt motion and brief; email co-counsel re: same. | 0.50 |
| **10/12/2021** |  |  |
| JP | Read and review emails re: contempt motion draft; follow up with MDJ re: comments/suggestions related to same. | 0.80 |
| JP | Read and review def's motion for reconsideration. | 0.50 |
| ███ | ████████████████████████ | ███ |
| ███ | ████████████████████████ | ███ |
| JP | Read and review def's objection to Cheesbro's report and recommendation. | 0.40 |
| JP | Edit case cites in motion for contempt. | 0.30 |
| ███ | ████████████████████ | ███ |
| JP | Update and organize hard copy case file; review recent filings; calendar deadlines re; same; review upcoming due dates. | 1.90 |
| ███ | ██████████████████████ | ███ |

Brantley County Development Partners, LLC

Page: 3
11/02/2021
ACCOUNT NO:     17292-66540
36

Claim against Brantley County, GA et al.

| | | HOURS |
|---|---|---|
| **10/13/2021** | | |
| MDJ | Read and respond to emails with counsel ████ ████████ re: finalizing comments on motion for contempt briefing; ████ ████████ telephone conference with Kyle re: contempt brief | 1.30 |
| JP | Call with Kyle re: contempt motion comments/suggestions; read and review emails re: follow up on same. | 0.60 |
| ██ | ████████████████████████ | ██ |
| **10/14/2021** | | |
| | ████████████████████████ | ██ |
| MDJ | Review draft response brief on motion for reconsideration; read/respond to email with Kyle re: same; finalize and file motion for contempt | 0.60 |
| JP | Follow up with MDJ re: contempt motion; read and review BCDP's resp. to motion for reconsideration. | 0.70 |
| JP | Edit and finalize contempt motion; follow up with Kim re: filing and exhibits to same. | 0.60 |
| ██ | ████████████████ | ██ |
| ██ | ████████████████████ | ██ |
| ██ | ████████████████████ | ██ |
| ██ | ████████████████ | ██ |
| ██ | ████████████████████ | ██ |
| ██ | ████████████████████ | ██ |
| ██ | ████████████████████ | ██ |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 4
11/02/2021
ACCOUNT NO:   17292-66540
36

HOURS



10/27/2021
MDJ    Telephone conference with JHT re: follow-up conference calls with John I., Kyle, et al re: same and impact on litigation strategy; read/respond to emails with counsel re: defendants' extension request; read/respond to emails with defense counsel re: same    2.50

JHT    call with client, MDJ and K. Wise re: implications for contempt motion and MSJ before Judge Wood (1.0)    2.40

For Current Services Rendered    47.60    12,867.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| MARK D. JOHNSON | 19.30 | $300.00 | $5,790.00 |

Brantley County Development Partners, LLC

Claim against Brantley County, GA et al.

Page: 5
11/02/2021
ACCOUNT NO:    17292-66540
36

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| JUDSON H. TURNER | 7.40 | 375.00 | 2,775.00 |
| BETH A. BLALOCK | 0.70 | 375.00 | 262.50 |
| JORDAN PARKS | 20.20 | 200.00 | 4,040.00 |

Total Current Work                     12,867.50

**BALANCE DUE**                     $12,867.50