IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO. 5:19-CV-00109<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **SECOND AFFIDAVIT OF KYLER L. WISE**

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Kyler L. Wise, who, being first duly sworn, deposes and states as follows:

1.

My name is Kyler L. Wise. I am over the age of twenty-one (21) and am suffering under no legal disability. I am legally competent to give this Second Affidavit. I provide this Second Affidavit upon my personal knowledge and of my own free will. I understand this Second Affidavit is being submitted in support of Plaintiff, Brantley County Development Partners, LLC's ("Plaintiff") Renewed Motion for Award of Attorney's Fees in the above-styled matter.

2.

I adopt and incorporate by this reference into this Second Affidavit my previous June 28, 2021 Affidavit, including the redacted fee bills attached thereto as Exhibit "A", as if fully set forth herein in its entirety. [Doc. 127-1].

3.

I hereby supplement my previous June 28, 2021 Affidavit [Doc. 127-1], in order to provide for additional work performed, and time spent, after May 28, 2021 relative to the Plaintiff's Motion for Preliminary Injunction and the Court's grant of Preliminary Injunction.

4.

After May 28, 2021, I worked 8.7 hours of time on the Plaintiff's motion for attorney's fees, supportive briefing and evidentiary materials, 19.6 hours of time responding to the Defendants' motion seeking to stay enforcement of the Preliminary Injunction Order, and 2.4 hours of time on Plaintiff's motion seeking to compel Defendants to obey the Preliminary Injunction Order, for a total of 30.7 hours ("Additional Preliminary Injunction Work").

5.

Attached to this Second Affidavit as Exhibit "A-1" are true and correct copies of redacted fee bills reflecting services rendered by me on behalf of the Plaintiff in the preparation and prosecution of the Additional Preliminary Injunction Work.

6.

It is the regular and customary practice of the law firm of Wilson Brock & Irby, LLC to generate and maintain fees bills for its clients such as the ones attached hereto as Exhibit "A-1".

7.

The redacted fee bills attached hereto as Exhibit "A-1" have been generated and maintained in the ordinary course of Wilson Brock & Irby, LLC's business activity and the entries reflecting services rendered within the redacted fee bills were made at or near the time such professional services were performed.

8.

The redacted fee bills attached hereto as Exhibit "A-1" were prepared by me and/or by someone under my supervision and control.

9.

The redacted fee bills attached hereto as Exhibit "A-1" accurately reflect actual billing rates charged, time spent, expenses and work done and they identify the provider of each such service.

10.

During the course of this litigation, I have examined the bills attached hereto as Exhibit "A-1" and adjusted any time which needed adjustment prior to submitting the bill for payment. All bills are sent to the client on a monthly basis. Months missing from the collective fee bills attached hereto as Exhibit "A-1" does not mean that no services were rendered on behalf of the client for that month. It simply means that there was no time expended during that particular month on the Preliminary Injunction Work or the Additional Preliminary Injunction Work which is the subject of Plaintiff's Motion for Attorney's Fees pending before the Court.

11.

It is my opinion that the number of hours of work performed set out herein in the amount of 30.7 hours and contained within Exhibit "A-1" attached hereto which were expended on the

Additional Preliminary Injunction Work on behalf of the Plaintiff were reasonably necessary to successfully prosecute Plaintiff's Motion for Preliminary Injunction against the Defendants, enforce the Preliminary Injunction Order, and for recovery of attorney's fees. The number of hours expended on the Additional Preliminary Injunction Work is reasonable given the nature of the case, the length of time in which this matter has been litigated, the complexity of the issues involved and the results obtained.

12.

During the course of this litigation, I have expended the total amount of 473.7 hours of time working on obtaining and enforcing the Preliminary Injunction Order. Not all of the hours which have been incurred by Plaintiff are included or otherwise sought within the Renewed Motion for Attorney's Fees. The number of hours set out herein in the total amount of 473.7 hours were incurred preparing and prosecuting Plaintiff's Motion for Preliminary Injunctive Relief and the Preliminary Injunction Order.

13.

It is my opinion that the time incurred of 473.7 hours and fees generated as set forth within Exhibit "A" to my first Affidavit and Exhibit "A-1" attached to this my Second Affidavit are fair and reasonable and were necessary for the proper and appropriate handling of this case relative to Plaintiff's Motion for Preliminary Injunction. Consequently, it is my opinion that an award of attorney's fees equal to the total time incurred in the amount of 473.7 hours in representing the Plaintiff relative to the Motion for Preliminary Injunction is fair and reasonable. It is my further opinion that the rate charged for my time in this case in the amount of $415.00 per hour is a reasonable hourly rate for my time and is a customary hourly rate for civil litigators of similar knowledge and experience.

105408.1 141566-000002

SO SWORN this 22nd day of December, 2022.

                                                KYLER L. WISE
                                                Georgia Bar No. 771285
                                                Attorney for Brantley County Development
                                                Partners, LLC

Sworn to and subscribed by
me this 22nd day of December, 2022.

_____
Notary Public

My Commission Expires:

# EXHIBIT "A-1"

**In Account With**

# WILSON BROCK & IRBY, L.L.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| **2849 PACES FERRY ROAD SE STE 700**<br>**ATLANTA, GA 30339** | **TELEPHONE**<br>**(404) 853-5050** |
| | **FACSIMILE**<br>**(404) 853-1812** |
| E.I.N. #58-2165110 | |

Brantley County Development Partners, LLC
80 W Wieuca Rd NE STE 204
Atlanta, GA 30342-3243

July 7, 2021
Client: 141566.000002
Invoice #: 16847

In Reference To: Brantley County Landfill Litigation

## LEGAL SERVICES

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 6/1/2021 | correspond regarding: scheduling conference call; work on redaction of fee bills and computation of time relative to motion for preliminary injunction in support of attorney fee proffer | KLW | 2.30 | 954.50 |
| 6/2/2021 | finish review and redaction of fee bills; dictate attorney fee affidavit and compute total hours expended to date relative to motion for preliminary injunction; receipt and review of additional open records request | KLW | 2.50 | 1,037.50 |
| 6/3/2021 | participate in conference call with litigation counsel; follow up call with Bob Lovett; look at 11th Circuit docket sheet and recent opinions regarding: [redacted] | KLW | 1.50 | 622.50 |
| | Draft Notice of Appearance for Jeff Davis; draft KLW Affidavit for Attorney Fees. | EWJ | 1.50 | 187.50 |
| 6/4/2021 | Review letter and notice of docketing from 11th Circuit Court of Appeals; calendar deadline dates required in letter; prepare Appearance of Counsel form. | EWJ | 0.75 | 93.75 |
| | receipt and review of response to latest open records request; correspondence regarding: [redacted] telephone conference with Bob Lovett regarding [redacted] review, revise and finalize fee affidavit; send to co-counsel | KLW | 1.50 | 622.50 |
| 6/7/2021 | Forward 11th Circuit COA correspondence to Jeff Davis. | EWJ | 0.10 | 12.50 |
| | receipt and review of correspondence by and between counsel regarding: [redacted] | KLW | 0.30 | 124.50 |
| 6/8/2021 | receipt and review of Jeff Davis entry of appearance in 11th Circuit appeal case; receipt and review of entry of appearance, sign and finalize same; receipt and review of fee affidavit from George Rountree | KLW | 0.50 | 207.50 |
| 6/9/2021 | receipt and review of correspondence to fee expert and proposed affidavit drafts; correspond with Mark Johnson regarding: [redacted] [redacted] telephone conference with Mark Johnson; | KLW | 1.10 | 456.50 |

Client: 141566.000002                                                      Page 2
Invoice #: 16847

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| | review, revise finalize and file motion for extension of time and proposed order granting same | | | |
| 6/10/2021 | receipt and review of Bob Lovett fee affidavit; receipt and review of order from court granting extension of time to submit evidence for attorney fee proffer | KLW | 0.40 | 166.00 |
| 6/11/2021 | receipt and review of various briefing and filing deadlines from 11th circuit; correspond with Mark Johnson regarding: [redacted] | KLW | 0.40 | 166.00 |
| 6/14/2021 | receipt and review of defendants' response to motion for attorney fees; correspond with Mark Johnson regarding: [redacted] receipt and review of Bob's revised affidavit and redacted fee bills | KLW | 0.60 | 249.00 |
| 6/15/2021 | receipt and review of mediation notice from 11th Circuit; conference with JHI | KLW | 0.50 | 207.50 |
| 6/16/2021 | participate in conference call with counsel; correspond with George Rountree regarding: [redacted] correspondence regarding: scheduling conference call with Jim Durham regarding: expert affidavit | KLW | 0.90 | 373.50 |
| 6/17/2021 | conference call with co-counsel regarding: [redacted]; correspond with George Rountree regarding: status of reply brief; revise fee affidavit and send it and redacted fee bills to co-counsel | KLW | 0.90 | 373.50 |
| 6/18/2021 | participate in conference call with fee expert Jim Durham and Mark Johnson; send fee affidavits and redacted fee bills to Durham for use in formulating opinions and conclusions | KLW | 0.60 | 249.00 |
| 6/24/2021 | receipt and review of reply brief in support of motion for award of attorney's fees; offer thoughts and comments to co-counsel | KLW | 0.50 | 207.50 |
| 6/25/2021 | drafting and preparation of corporate disclosure statement to file with the 11th circuit court of appeals; revise, finalize and sign fee affidavit; send executed fee affidavit and redacted fee bills to Mark Johnson for filing; review and execute motion for admission to 11th circuit for Mark Johnson; receipt and review of correspondence regarding: extension of time to file briefing before the 11th circuit | KLW | 2.30 | 954.50 |
| | **For professional services rendered** | | **19.15** | **$7,265.75** |

**Timekeeper Recap**

| Name | Hours | Rate |
|---|---|---|
| Ellen Jugar | 2.35 | 125.00 |
| Kyler Wise | 16.80 | 415.00 |

**DISBURSEMENTS**

| Date | Description | | | |
|---|---|---|---|---|
| 6/2/2021 | Overnight Delivery | | | 27.83 |

In Account with

# WILSON BROCK & IRBY, L.L.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| **2849 PACES FERRY ROAD SE STE 700** <br> **ATLANTA, GA 30339** | **TELEPHONE** <br> **(404) 853-5050** |
| | **FACSIMILE** <br> **(404) 853-1812** |
| E.I.N. #58-2165110 | |

Brantley County Development Partners, LLC
80 W Wieuca Rd NE STE 204
Atlanta, GA 30342-3243

August 2, 2021
Client: 141566.000002
Invoice #: 16908

In Reference To: Brantley County Landfill Litigation

### LEGAL SERVICES

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 7/7/2021 | receipt and review of correspondence regarding: affidavits for fee submissions; receipt and review of final submissions and Jim Durham expert report; receipt and review of correspondence on motion to stay filed by the county and Mark Johnson ▓▓▓▓▓; receipt and review of correspondence regarding: finalization of submission of attorney fee filings; receipt and review of order on discovery dispute issues as to specific emails, ▓▓▓▓▓ receipt and review of renewed and updated open records requests; pull case law and review for response to motion to stay; receipt and review of defendants' motion to stay; plan and prepare for response; participate in conference call with co-counsel regarding: ▓▓▓▓▓; begin drafting and preparation of response to motion to stay | KLW | 6.80 | 2,822.00 |
| 7/8/2021 | drafting, review and revision of response in opposition to defendants' motion to stay preliminary injunction | KLW | 6.50 | 2,697.50 |
| 7/9/2021 | review, revise and finalize draft of response to defendants' motion to stay; send to co-counsel for review and comment | KLW | 3.80 | 1,577.00 |
| 7/12/2021 | E-file Plaintiff's Response In Opposition to Defendants' Motion to Stay Preliminary Injunction Pending Appeal. | EWJ | 0.25 | 31.25 |
| | correspond with co-counsel regarding: brief in response to motion to stay; review, revise finalize and file response brief; receipt and review of defendants' notice of intent to reply to attorney's fees proffer | KLW | 2.50 | 1,037.50 |
| 7/14/2021 | receipt and review correspondence about ▓▓▓▓▓ | KLW | 0.40 | 166.00 |
| 7/19/2021 | participate in conference call ▓▓▓▓▓ | KLW | 1.00 | 415.00 |
| 7/20/2021 | receipt and review of renewed open records requests | KLW | 0.30 | 124.50 |

In Account with

# WILSON BROCK & IRBY, L.L.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| **2849 PACES FERRY ROAD SE STE 700**<br>**ATLANTA, GA 30339** | **TELEPHONE**<br>**(404) 853-5050** |
| | **FACSIMILE**<br>**(404) 853-1812** |
| E.I.N. #58-2165110 | |

Brantley County Development Partners, LLC
80 W Wieuca Rd NE STE 204
Atlanta, GA 30342-3243

November 1, 2021
Client: 141566.000002
Invoice #: 17118

In Reference To: Brantley County Landfill Litigation

### LEGAL SERVICES

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 10/4/2021 | work on drafting of brief in support of motion for summary judgment | KLW | 2.60 | 1,079.00 |
| 10/5/2021 | work on preparation and drafting of brief in support of motion for summary judgment; revise, finalize statement of facts and send to co-counsel for review and comment; ~~[redacted]~~ | KLW | 6.20 | 2,573.00 |
| 10/6/2021 | receipt and review of revisions and comments from Mark Johnson to statement of material facts and summary judgment brief; make revisions and edits to summary judgment brief and statement of material facts; preparation of motion for summary judgment with reference to record citations in accordance with local rules | KLW | 3.20 | 1,328.00 |
| | Draft Motion for Summary Judgment. | EWJ | 0.75 | 93.75 |
| 10/11/2021 | Receipt and review of defendants' motion for reconsideration of order denying in part motion to dismiss; participate in team conference call, discuss ~~[redacted]~~ review prior court orders and docket in preparation for responding to motion for reconsideration; research and pull case law for use with responding to motion for reconsideration; drafting response to motion for reconsideration; receipt and review of draft motion for contempt; offer comments and revisions. | KLW | 6.20 | 2,573.00 |
| 10/12/2021 | Correspond with Mark Johnson regarding thoughts on motion for contempt; work on response in opposition to Defendants' Motion for Reconsideration; receipt and review co-counsel's thoughts on motion for contempt; receipt and review correspondence from Jud Turner ~~[redacted]~~ receipt and review of Defendants' objections to magistrate judge's report and recommendation; review and revision to response to motion to reconsider based on objections to magistrate report. | KLW | 5.70 | 2,365.50 |
| 10/13/2021 | Telephone conference with Mark Johnson regarding ~~[redacted]~~ motion for contempt; drafting, review and revision of response to motion for reconsideration; receipt and review of correspondence by and between Mark and George regarding ~~[redacted]~~ motion for contempt; finalize draft response to motion for reconsideration | KLW | 2.60 | 1,079.00 |

In Account with

# WILSON BROCK & IRBY, L.L.C.
## ATTORNEYS AT LAW

| | |
|---|---|
| **2849 PACES FERRY ROAD SE STE 700**<br>**ATLANTA, GA 30339** | **TELEPHONE**<br>**(404) 853-5050** |
| | **FACSIMILE**<br>**(404) 853-1812** |
| E.I.N. #58-2165110 | |

Brantley County Development Partners, LLC
80 W Wieuca Rd NE STE 204
Atlanta, GA 30342-3243

December 2, 2021
Client: 141566.000002
Invoice #: 17201

In Reference To: Brantley County Landfill Litigation

### LEGAL SERVICES

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 11/1/2021 | Participate in conference call with team; receipt and review of newspaper article from JHI on ~~████~~ telephone conference with JHI regarding ~~████~~ | KLW | 1.50 | 622.50 |
| 11/2/2021 | Receipt and review of Mark Johnson comments and edits to supplement for motion for summary judgment; edit and revise supplement to motion for summary judgment per comments and suggestions from co-counsel; review and revise supplement to statement of material facts to include 2021 SWMP into the record; receipt and review of correspondence from Jud Turner regarding ~~████~~ | KLW | 1.00 | 415.00 |
| 11/3/2021 | Receipt and review of correspondence by and between co-counsel regarding ~~████~~ receipt and review of filed Appellant Record Index. | KLW | 0.30 | 124.50 |
| 11/5/2021 | Receipt and review of reaffirmation letter from Brantley County to Georgia EPD and Georgia EPD's acknowledgment of receipt; telephone conference with John Kelly; telephone conference with Mark Johnson; receipt and review of correspondence from co-counsel regarding county issuance of letter ~~████~~ | KLW | 1.00 | 415.00 |
| 11/8/2021 | Conference with JHI regarding ~~████~~ correspond with co-counsel regarding same; receipt and review of county's response to motion for contempt; receipt and review of county's response to motion for summary judgment; review statutes and case law for use with reply brief and conference call; receipt and review of county's notice of filing to place letter to EPD and EPD's confirmation of receipt into the record. | KLW | 2.50 | 1,037.50 |
| 11/9/2021 | Participate in conference call ~~████~~; telephone call with Mark Johnson regarding ~~████~~ work on reply brief and supplement to motion for summary judgment. | KLW | 3.20 | 1,328.00 |
| 11/10/2021 | Drafting of reply brief in support of motion for summary judgment. | KLW | 3.00 | 1,245.00 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the PACER e-filing system upon:

Dana K. Maine
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

Paul H. Threlkeld
Amelia C. Stevens
Oliver Maner LLP
P.O. Box 10186
Savannah, Georgia 31412

This 22nd day of December, 2022.

/s/ Kyler L. Wise
Kyler L. Wise

105408.1 141566-000002