IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BKE |

## **NOTICE OF NON-OPPOSITION**

Defendants hereby provide notice to the Court that they do not oppose Plaintiff's motion to file motion to enforce settlement under seal. As they have not seen Plaintiff's motion, Defendants reserve the right to move the Court to unseal some or all of the filing at a later time.

This 28th day of December, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com
Rachael Slimmon
Georgia Bar No. 831661
rslimmon@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000

*Attorney for Defendants*

**OLIVER MANER LLP**

Paul H. Threlkeld
Georgia Bar No. 710731
pthrelkeld@olivermaner.com
Amelia C. Stevens
Georgia Bar No. 758771
astevens@olivermaner.com

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing NOTICE OF NON-OPPOSITION to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

| | |
|---|---|
| L. Robert Lovett<br>Lovett Law Group<br>5400 Riverside Drive, Suite 203<br>Macon, GA 31210<br>Bob@LovettLawGroup.com | George Rountree<br>Brown Rountree, P.C.<br>26 North Main Street<br>Statesboro, GA 30458<br>george@br-firm.com |
| Kyler L. Wise<br>Wilson Brock & Irby, LLC<br>2849 Paces Ferry Road, Suite 700<br>Atlanta, GA 30339<br>kwise@wbilegal.com | Mark D. Johnson<br>Gilbert, Harrell, Sumerford & Martin, PC<br>PO Box 190<br>Brunswick, GA 31521-0190<br>mjohnson@gilbertharrelllaw.com |

This 28th day of December, 2022.

/s/ Dana K. Maine
Dana K. Maine
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
17675675