IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>BRANTLEY COUNTY, GEORGIA, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

**NOTICE OF INTENT TO OPPOSE ATTORNEY FEES REQUESTED BY PLAINTIFF AND REQUEST FOR DEADLINE**

COME NOW Defendants Brantley County, Georgia, Chairman and members of the Brantley County Board of Commissioners ("Defendants" or "County"), by and through the undersigned counsel, and file this Notice to inform the Court of Defendants' intent to file a brief opposing the amounts requested by Plaintiff for attorney fees. The County intends to oppose the itemized entries included in the Second Affidavit of Mark D. Johnson (Doc. 192) and the Second Affidavit of Kyler L. Wise (Doc. 193).

Plaintiff Brantley County Development Partners filed a Renewed Motion for Attorney Fees on August 3, 2022. (Doc. 174). The Renewed Motion incorporated the documentation previously filed in support of Plaintiff's first motion for attorney fees, including the affidavits of Mark D. Johnson and Kyler L. Wise. (Doc. 174, p.6).

The County already filed a brief in opposition to Plaintiff's Renewed Motion. (Doc. 176). Now, almost four months later, Plaintiff filed the Second Affidavit of Mark D. Johnson and the Second Affidavit of Kyler L. Wise which adopt, incorporate, and supplement Mr. Johnson's and Mr. Wise's previous affidavits and fee bills. (Doc. 192, p.2; Doc. 193, p.2). It is these affidavits

and supporting documentation to which Defendants intend to provide objections.

As the party opposing Plaintiff's fee application, the County must provide specific and "reasonably precise" objections regarding the hours it wants excluded from the attorney fee calculation. *Lambert v. Fulton Cnty.*, 151 F. Supp. 2d 1364, 1369 (N.D. Ga. 2000) (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 428 (1983)). Plaintiff has submitted additional documentation for multiple attorneys and non-attorney professionals at multiple law firms, which supplements Plaintiff's previously submitted documentation for multiple attorneys and non-attorney professionals at multiple law firms, as well as an expert who reviewed the bills.

The County is in the process of reviewing each of the billing entries recently provided by Plaintiff to identify the bills to which it objects being included in an award of attorneys' fees. The County therefore requests that this Court permit the County to file a brief outlining its opposition to Plaintiff's renewed attorney fee application with a deadline of January 28, 2023, which is 30 days from today's date.

Respectfully submitted, this 29th day of December, 2022.

**FREEMAN MATHIS & GARY, LLP**

|  |  |
|---|---|
| 100 Galleria Parkway, Suite 1600 | */s/ Dana K. Maine* |
| Atlanta, GA  30339-5948 | Dana K. Maine |
| (770) 818-0000 | Georgia Bar No. 466580 |
|  | dmaine@fmglaw.com |
|  | Rachael Slimmon |
|  | Georgia Bar No. 831661 |
|  | rslimmon@fmglaw.com |

*Attorney for Defendants*

**OLIVER MANER LLP**

|  |  |
|---|---|
|  | */s/ Paul H. Threlkeld* |
|  | Paul H. Threlkeld |
| P.O. Box 10186 | Georgia Bar No. 710731 |

Savannah, GA 31412  
(912) 236-3311

pht@olivermaner.com  
Amelia C. Stevens  
Georgia Bar No. 758771  
astevens@olivermaner.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically submitted the foregoing NOTICE OF INTENT TO OPPOSE ATTORNEY FEES REQUESTED BY PLAINTIFF AND REQUEST FOR DEADLINE to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

| | |
|---|---|
| L. Robert Lovett<br>Lovett Law Group<br>5400 Riverside Drive, Suite 203<br>Macon, GA 31210<br>Bob@LovettLawGroup.com | George Rountree<br>Brown Rountree, P.C.<br>26 North Main Street<br>Statesboro, GA 30458<br>george@br-firm.com |
| Kyler L. Wise<br>Wilson Brock & Irby, LLC<br>2849 Paces Ferry Road, Suite 700<br>Atlanta, GA 30339<br>kwise@wbilegal.com | Mark D. Johnson<br>Gilbert, Harrell, Sumerford & Martin, PC<br>PO Box 190<br>Brunswick, GA 31521-0190<br>mjohnson@gilbertharrelllaw.com |

      This 29th day of December, 2022.

                                            */s/ Dana K. Maine*
                                            Dana K. Maine
                                            Georgia Bar No. 466580
                                            dmaine@fmglaw.com

                                            *Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)