IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )    CV 519-109 |
| BRANTLEY COUNTY, GEORGIA, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

The Court **GRANTS** Defendants' motion to file a brief outlining their opposition to Plaintiff's renewed application for attorney fees.  (Doc. no. 196.)  Defendants shall have through and including January 30, 2023, within which to file their brief.

SO ORDERED this 13th day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA