IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : | |
| Defendants. | : | |

## MOTION TO FILE UNDER SEAL

Plaintiff Brantley County Development Partners, LLC moves the Court to enter an order directing the Clerk to file under seal its Motion to Enforce Settlement and attached Exhibits A-T. This filing contains records of confidential settlement negotiations and should be temporarily sealed until the entry of final judgment.

This 17th day of January, 2023.

Respectfully submitted,

LOVETT LAW GROUP, LLC

By: */s/ L. Robert Lovett*
     L. Robert Lovett
     Georgia Bar No. 459566
     5400 Riverside Drive
     Suite 203
     Macon, Georgia 31210
     (478) 476-4500
     bob@LovettLawGroup.com

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

By: ___*/s/ Mark D. Johnson*___
      Mark D. Johnson
      Georgia Bar No. 395041
      Amber M. Carter
      Georgia Bar No. 631649
      Post Office Box 190
      Brunswick, Georgia 31521-0190
      (912) 265-6700
      mjohnson@gilbertharrelllaw.com
      acarter@gilbertharrelllaw.com

BROWN ROUNTREE PC

By: ___*/s/ George Rountree*___
      George Rountree
      Georgia Bar No. 616205
      26 North Main St
      Statesboro, Georgia 30458
      (912) 489-6900
      georgia@br-firm.com

WILSON BROCK & IRBY, L.L.C.

By: ___*/s/ Kyler L. Wise*___
      Kyler L. Wise
      Georgia Bar No. 77128
      2849 Paces Ferry Road SE
      Suite 700
      Atlanta, Georgia 30339
      (404) 853-5050
      kwise@wbilegal.com

- 3 -

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Robert Markovitch
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 17th day of January, 2023.

*/s/ Mark D. Johnson*
Mark D. Johnson