IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, <br><br> Plaintiff, <br><br> V. <br><br> BRANTLEY COUNTY, GEORGIA, ET AL. <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 5:19-CV-00109-LGW-BWC |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW Dana K. Maine of Freeman Mathis & Gary, LLP, attorney for Defendants Brantley County, Georgia, by and through its Chairman and Members of the Brantley County Board of Commissioners and Chris "Skipper" Harris, Randy Davison, Brian Hendrix, Jesse Mobley and Ray Griffin, and moves this Honorable Court for a Leave of Absence in the above-styled case from March 6-13, 2023 for the purpose of a family vacation. The undersigned respectfully requests that the above-referenced case not be calendared during this period of absence.

Respectfully submitted this 18th day of January, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
dmaine@fmglaw.com
RACHAEL SLIMMON
Georgia Bar No. 831661
rslimmon@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing MOTION FOR LEAVE OF ABSENCE to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to the following counsel of record:

L. Robert Lovett
LOVETT LAW GROUP
5400 Riverside Drive, Suite 203
Macon, GA 31210
Bob@LovettLawGroup.com

Kyler L. Wise
Jeffrey R. Davis
WILSON BROCK & IRBY, LLC
2849 Paces Ferry Road, Suite 700
Atlanta, GA 30339
kwise@wbilegal.com
jdavis@wbilegal.com

George Rountree
BROWN ROUNTREE, P.C.
26 North Main Street
Statesboro, GA 30458
george@br-firm.com

Mark D. Johnson
Amber M. Carter
GILBERT, HARRELL, SUMERFORD
   & MARTIN, PC
PO Box 190
Brunswick, GA 31521-0190
mjohnson@gilbertharrelllaw.com
acarter@gilbertharrelllaw.com

Paul H. Threlkeld
Amelia C. Stevens
OLIVER MANER, LLP
PO Box 10186
Savannah, GA 31412
pht@olivermaner.com
astevens@olivermaner.com

This 18th day of January, 2023.

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
dmaine@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)