IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>  Plaintiff,<br><br>V.<br><br>BRANTLEY COUNTY, GEORGIA, ET AL.<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 5:19-CV-00109-LGW-BWC |

### **(PROPOSED) ORDER**

  Dana K. Maine's Motion for Leave of Absence for the period of March 6-13, 2023 is hereby GRANTED.

  SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
HON. BENJAMIN W. CHEESBRO
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA, WAYCROSS DIVISION