IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 519-109 |
| BRANTLEY COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff moves to file under seal its Motion to Enforce Settlement Agreement along with Exhibits A-T. (Doc. no. 199.) In its prior Order, (doc. no. 200), the Court approved sealing Exhibits A-R and ordered Plaintiff to submit, for *in camera* review, proposed redactions to the motion to enforce and Exhibits S and T. Plaintiff did not have any redactions to Exhibits S and T but did submit proposed redactions to the motion itself. Because all the proposed redactions to the motion concern confidential settlement negotiations, the Court **APPROVES** the redactions.

Accordingly, the Court **GRANTS IN PART** Plaintiff's motion to seal, (doc. no. 199), and **ORDERS** Plaintiff to perform the following tasks on or before Tuesday, January 24, 2023: (1) file under seal with the Clerk of Court in the Brunswick Division a paper copy of the original, unredacted motion and all exhibits; and (2) file through PACER the approved, redacted version of the motion and exhibits, thereby omitting all exhibits except Exhibits S and T.

It appears from email correspondence that defense counsel has already received an unredacted version of the motion and exhibits.  Out of an abundance of caution, the Court **DIRECTS** Plaintiff to email a complete copy of the motion and exhibits to defense counsel immediately upon receipt of this Order and **ORDERS** Defendants to file their response on or before Friday, January 27, 2023.  The Court **SCHEDULES** an in-person hearing on the motion for <u>Monday, January 30, 2023, at 2:00 p.m.</u> at the United States Federal Courthouse, 3rd Floor Courtroom, 601 Tebeau Street, Waycross, Georgia, 31501.

SO ORDERED this 20th day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA