**From:** Dana K. Maine
**Sent:** Thursday, September 22, 2022 2:35 PM
**To:** Kim_Mixon@gas.uscourts.gov
**Subject:** RE: Brantley 19-00109 - Defendants' Confidential Settlement Statement

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████

Finally, can we bring phones and laptops into the mediation?

**Dana K. Maine**
Partner and General Counsel
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1408 | C: 404-786-5459**
dmaine@fmglaw.com  |  LinkedIn  |  Bio
www.fmglaw.com  |  Instagram  |  Twitter  |  Facebook



CA | CT | FL | GA | IL | IN | KY | MA | NJ | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

**From:** Penny M. Tapia <ptapia@fmglaw.com>
**Sent:** Thursday, September 22, 2022 2:06 PM
**To:** Kim_Mixon@gas.uscourts.gov
**Cc:** Dana K. Maine <DMAINE@fmglaw.com>
**Subject:** Brantley 19-00109 - Defendants' Confidential Settlement Statement

Good afternoon.

Attached please find *Defendants' Confidential Settlement Statement* in connection with the above matter.
Thank you.

**Penny M. Tapia**
Legal Assistant
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 678-996-9098**
ptapia@fmglaw.com
www.fmglaw.com  |  Instagram  |  Twitter  |  Facebook



CA **|** CT **|** FL **|** GA **|** IL **|** IN **|** KY **|** MA **|** NJ **|** NY **|** OH **|** PA **|** RI **|** TN **|** TX

Please read this important notice and confidentiality statement