# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>      Defendants. | Civil Action No:  5:19-CV-00109 |

## DECLARATION OF KIMBERLEY J. HALE

1.      My name is Kimberley J. Hale. I am over 18 years of age, I am of sound mind, and the facts in this Declaration are based on my own personal knowledge, except where stated on information and belief. I am an attorney admitted to the Georgia Bar and represent Defendant Brantley County ("the County") in matters related to the County's solid waste management plan and Plaintiff Brantley County Development Partners, LLC's efforts to engage in various and evolving waste handling activities within the county's jurisdiction, although I have not appeared as an attorney of record in the above-styled action.  This declaration is given in response to Plaintiff's Motion to Enforce Settlement and under the terms of 28 U.S.C. § 1746 [Doc. 204].

2.      On August 11, 2022, the Court ordered the parties to attend a settlement conference with Magistrate Judge Cheesbro.  Although I am not counsel of record in this matter, I participated in the court-ordered settlement conference to provide subject matter support to Dana Maine, Brantley County's lead counsel in this matter.

2

3.     The Court's Order for Settlement Conference [Doc. 175] provided that "Counsel must ensure a client representative with full settlement authority is available in person or by telephone or video teleconference at all times from the beginning of the conference until the conference is concluded," and further directed counsel to "contact the Magistrate Judge's office no later than five business days before the settlement conference to request a waiver" in the event a party could not comply with any aspect of the Court's directive. On September 22, 2022, Ms. Maine complied with this Order by alerting Magistrate Judge Cheesbro via email ██████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████ [See Exhibit No.1]

4.     ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████ Rather, ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████ To the contrary, ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

2

████████████████████████████████████████████████████████████████████
████████████

5.      On September 27, 2022, five days after Ms. Maine's September 22, 2022 email stating the qualifications of Brantley County's participation, I attended the settlement conference, along with Ms. Maine, the county's attorney Deen Strickland, the county's Chairman of the Board of Commissioners Chris "Skipper" Harris, County Commissioner Randy Davison, and County Manager Bryan Singleton (together the "County Representatives"). ███████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████ The proposal would then be set on the County agenda for a vote at a subsequent public meeting. ████████████████████████████████████████████████████████████████
███████████████████████████████████████████ Further, ██████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

6.      ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

3

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

7. ████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████ By way of explanation, in addition to the state level permit, most landfills are sited under a host agreement that sets out additional terms for the landfill's operation (e.g., host fee payments to the County, County waste services, hours of operation, and other restrictions).  Host agreements are common but are not required by rule or statute. ████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

8. ████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████ Upon information and belief, ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

9. Accordingly, following the in-person settlement conference and as a continuation of those discussions, ████████████████████████████████████████████

4

██████████████████████████████████████ [Doc 204, Exhs. A-B]. ████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

██████████████

10.     On November 17, 2022, I attended a second settlement conference convened by Magistrate Judge Cheesbro to discuss our progress with the terms of a Proposed Host Agreement. ███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

██████████████

11.     ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

thresholds (found at Ga. Comp. R. & Regs. r. 110-12-3-.05).  A new waste handling facility like the one the Plaintiff proposes clearly triggers the DRI review process when the County takes any action to approve such facility as confirmed in a call with a director of the Department of Community Affairs.  Failure to complete the DRI process before such action is taken can result in suspension of the local government's Qualified Local Government status (i.e., potential loss of state funding) for up to a year.

12. In attempts to comply with the Court's Order to explore all settlement avenues, █

█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████

13. Therefore, █████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████

14. █████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

15. The following day, November 18, 2022, I emailed Plaintiff's attorney Mark Johnson ████████████████████████████████████████████████████ [See Doc. 204, Exh I.]

16. On November 29, 2022, prior to the parties' update to Magistrate Judge Cheesbro and in furtherance of the commitment made at the end of the last in-person negotiation session, ██████████████████████████████████████████████████████████████████

██████████████████████ [Id., Exh. K.] ████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████

17. ██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████

18. On December 2, 2022, Mr. Johnson emailed me ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Only 3 minutes later, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ [Id., Exh. M.] I was immediately alarmed by Mr. Johnson's use of the phrase ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ In addition, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Accordingly, within just a few hours, I sent an email ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ [Id., Exh. P.]

19. Four days elapsed before, on December 6, 2022, Mr. Johnson emailed ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ [Id., Exh. Q]. As previously made clear, I did not have the authority to present a binding settlement proposal on behalf of the County nor did I ever represent to the Plaintiff's counsel or anyone else that I did have such authority. Rather, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

20. ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

8

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓ More importantly, such settlement authority – even on a more pedestrian matter -- could only be granted by a vote of the Board of Commissioners with such settlement authority clearly outlined and recorded in the public records.  The Brantley County Board of Commissioners, the elected officials whose authority to decide matters on behalf of the County flows from the Georgia Constitution, never granted such settlement authority regarding this matter to anyone.

21. The unsupported legal position asserted in Mr. Johnson's December 6th email made it abundantly clear that there was no meeting of the minds between the Plaintiff and the County's negotiating delegation.  Therefore, it made no sense for the Board of Commissioners to attempt to evaluate the Proposed Host Agreement during its meeting later that same day.

22. In an executive session held during its next regular work session on January 10th, the Board of Commissioners discussed the proposal and discussed submitting the landfill project for DRI Review. At the regular public meeting held on January 12, 2023, the Board of Commissioners voted not to refer the landfill for DRI review and it did not approve the Proposed Host Agreement on the terms it then contained.

Pursuant to 28 U.S.C.A. § 1746, by my signature below, I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 27th day of January, 2023.

*Kimberley J. Hale*
_____
KIMBERLEY J. HALE

Georgia Bar No. 571698

9