**From:** Dana K. Maine <DMAINE@fmglaw.com>
**Sent:** Friday, November 18, 2022 3:00 PM
**To:** Mark Johnson <mjohnson@ghsmlaw.com>
**Cc:** khale@kmcllaw.com; Kyler Wise <kwise@wbilegal.com>; Amber Carter <acarter@ghsmlaw.com>; Kim Kroscavage <kkroscavage@ghsmlaw.com>; Jonathan Wells <jwells@kmcllaw.com>; Deen Strickland <cdsatty@gmail.com>; Rachael Slimmon <rslimmon@fmglaw.com>
**Subject:** Brantley Development

[REDACTED]

**Dana K. Maine**
Partner and General Counsel
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1408 | C: 404-786-5459**

dmaine@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IL | IN | KY | MA | NJ | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement