IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION FILE |
| BRANTLEY COUNTY, GEORGIA, ET AL., | : | NO. 5:19-CV-00109 LGW-BWC |
| Defendants. | : | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Kyler L. Wise of Wilson Brock & Irby, LLC, attorney for Plaintiff, Brantley County Development Partners, LLC, and moves this Honorable Court for a Leave of Absence in the above-styled case from February 17, 20-22, 2023 and March 10, 13-17, 20-22, 2023, for the purpose of a family vacation. The undersigned respectfully requests that the above-referenced case not be calendared during this period of absence.

Respectfully submitted this 30th day of January, 2023.

WILSON BROCK & IRBY, L.L.C.

By: /s/ Kyler L. Wise
Kyler L. Wise
Georgia Bar No. 77128
2849 Paces Ferry Road SE, Suite 700
Atlanta, Georgia 30339
(404) 853-5050
kwise@wbilegal.com

106168.1 141566-000002

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Leave of Absence was served upon all counsel of record via service through the PACER e-filing system or United States Mail, postage prepaid, and properly addressed on this the 30th day of January, 2023.

/s/ Kyler L. Wise
Kyler L. Wise

106168.1 141566-000002