# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **5:19cv109**                                   DATE **January 30, 2023**

TITLE **Brantley County Development Partners, LLC v Brantley County, GA, et al.**                    TIMES **2:03 - 3:32**

Honorable : **Brian K. Epps, United States Magistrate Judge**      Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Mark D. Johnson** | **Paul Threlkeld** |
| **Kyle Wise** | **Amelia Stevens** |
| **Amber Carter** | **Dana Maine** |

PROCEEDINGS:  **Motions Hearing**                                ✓ In Court
☐ In Chambers

NOTES:

The Court takes the matter under advisement.