IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>    Defendants. | Civil Action No: 5:19-CV-00109 |

### DEFENDANTS' SUPPLEMENTAL RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners ("Defendants" or "County"), file this Supplemental Response in Opposition of Plaintiff's Motion to Enforce Settlement Agreement (*See* Doc. 206).

The purpose of this Supplemental Response is to distinguish the case emailed to the Court by Plaintiff during oral argument on the Motion to Enforce Settlement on January 30, 2023. The case is *State v. Federal Defender Program, Inc. et al.*, No. S22A1099, 2022 WL 17813458 (Ga. Sp. Ct. December 20, 2022). It is distinguishable from the present dispute for obvious reasons. First, there is nothing in the opinion to indicate that the State of Georgia, acting through the Attorney General's office, is a political subdivision remotely similar to Brantley County which is governed by its Board of Commissioners. In *State*, the Supreme Court noted that Chapter 15 of

Title 45 of the Official Code of Georgia establishes that the Attorney General has a number of deputies, assistants and special assistant attorneys general to help him "*carry out the functions of the Attorney General and the Department of Law.*" *State* at \*13. In this case, the charter, code of ordinances and state laws specifically delineating the powers and authority governing the operations of Brantley County do not allow for the Board of Commissioners to delegate its power to contract or resolve claims. (*See* Doc. 206, pp. 16-17).

In addition, the Supreme Court of Georgia noted that there was evidence that the deputy and senior assistant attorneys general involved in the *State* case had authority to bind the Attorney General's office. Or, at least, there was an absence of proof of a limitation on their authority to bind the state. *State* at \*14. In the case at bar, just the opposite is true. There are four declarations in the record which establish that none of the attorneys (outside counsel or the county attorney) nor the two commissioners present at the settlement conferences had authority to bind the Brantley County Board of Commissioners. (Doc. 206, Exhibits 2-5). In fact, the record is clear that only the Board of Commissioners could consider the agreement and bind the County.

Defendants pray that this Court deny Plaintiff's Motion to Enforce Settlement. (Doc. 204)

Respectfully submitted, this 2nd day of February, 2023.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  |  |
|  | **/s/ PAUL H. THRELKELD** |
| P.O. Box 10186 | PAUL H. THRELKELD |
| Savannah, GA 31412 | Georgia Bar No. 710731 |
| (912) 236-3311 | AMELIA C. STEVENS |
| pht@olivermaner.com | Georgia Bar No. 758771 |
| astevens@olivermaner.com |  |
|  | *Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing DEFENDANTS' SUPPLEMNTAL RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT on all parties and counsel of record in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 2nd day of February, 2023.

OLIVER MANER LLP

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
pht@olivermaner.com
astevens@olivermaner.com

/s/ PAUL H. THRELKELD
PAUL H. THRELKELD
Georgia Bar No. 710731
AMELIA C. STEVENS
Georgia Bar No. 758771

*Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners*