IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : | |
| Defendants. | : : | |

**PLAINTIFF BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC'S NOTICE OF INTENTION TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.6, Plaintiff, Brantley County Development Partners, LLC, notifies the Clerk and opposing counsel of its intention to file a reply brief to the Defendants' Memorandum of Law in Opposition to Plaintiff's Supporting Documentation Regarding Plaintiff's Renewed Attorney's Fees.

Respectfully Submitted, this 3rd day of February, 2023.

LOVETT LAW GROUP, LLC

By: _/s/ L. Robert Lovett_
     L. Robert Lovett
     Georgia Bar No. 459566
     5400 Riverside Drive
     Suite 203
     Macon, Georgia 31210

(478) 476-4500
bob@LovettLawGroup.com


GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.

By: ___*/s/ Mark D. Johnson*_____
Mark D. Johnson
Georgia Bar No. 395041
Amber M. Carter
Georgia Bar No. 631649
Post Office Box 190
Brunswick, Georgia 31521-0190
(912) 265-6700
mjohnson@gilbertharrelllaw.com
acarter@gilbertharrelllaw.com


BROWN ROUNTREE PC

By: ___*/s/ George Rountree*_____
George Rountree
Georgia Bar No. 616205
26 North Main St
Statesboro, Georgia 30458
(912) 489-6900
georgia@br-firm.com


WILSON BROCK & IRBY, L.L.C.

By: ___*/s/ Kyler L. Wise*_____
Kyler L. Wise
Georgia Bar No. 77128
2849 Paces Ferry Road SE
Suite 700
Atlanta, Georgia 30339
(404) 853-5050
kwise@wbilegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading via electronic service through the e-filing system and by placing a copy of same in the United States Mail, properly addressed with adequate postage thereon upon:

Dana K. Maine
Robert Markovitch
Rachael Slimmon
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

This 3rd day of February, 2023.

>*/s/ Mark D. Johnson*
>Mark D. Johnson