IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 519-109 |
| BRANTLEY COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than February 13, 2023, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. [1]

Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk

---

[1] While the normal objections period is fourteen days, the Court may shorten the period to account for exigencies. See United States v. Jackson, No. 2:21-CR-331-MHT-SMD, 2022 WL 1498191, at *5 n.3 (M.D. Ala. Mar. 15, 2022); JetSmarter Inc. v. Benson, No. 17-62541-CIV, 2018 WL 2694598, at *9 n.9 (S.D. Fla. Apr. 6, 2018); 28 U.S.C. § 636(b)(1)(C).

will submit this Report and Recommendation together with any objections to United States District Judge Lisa G. Wood, on February 14, 2023.

The Court will not grant any extensions of time to file objections. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 6th day of February, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA