IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : | |
| Defendants. | : | |

## MOTION TO FILE UNDER SEAL

Plaintiff Brantley County Development Partners, LLC moves the Court to enter an order directing the Clerk to file under seal certain portions of its Objections to Magistrate Judge's Report and Recommendation. This filing contains records of confidential settlement negotiations and should be temporarily sealed until the entry of final judgment.

This 13th day of February, 2023.

Respectfully submitted,

LOVETT LAW GROUP, LLC

By: */s/ L. Robert Lovett*
    L. Robert Lovett
    Georgia Bar No. 459566
    5400 Riverside Drive
    Suite 203
    Macon, Georgia 31210
    (478) 476-4500
    bob@LovettLawGroup.com

GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.

By: ___*/s/ Mark D. Johnson*___
      Mark D. Johnson
      Georgia Bar No. 395041
      Amber M. Carter
      Georgia Bar No. 631649
      Post Office Box 190
      Brunswick, Georgia 31521-0190
      (912) 265-6700
      mjohnson@gilbertharrelllaw.com
      acarter@gilbertharrelllaw.com


BROWN ROUNTREE PC

By: ___*/s/ George Rountree*___
      George Rountree
      Georgia Bar No. 616205
      26 North Main St
      Statesboro, Georgia 30458
      (912) 489-6900
      georgia@br-firm.com


WILSON BROCK & IRBY, L.L.C.

By: ___*/s/ Kyler L. Wise*___
      Kyler L. Wise
      Georgia Bar No. 77128
      2849 Paces Ferry Road SE
      Suite 700
      Atlanta, Georgia 30339
      (404) 853-5050
      kwise@wbilegal.com

- 3 -

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a copy of the foregoing pleading via the Court's CM/ECF system which will electronically notify all counsel of record of the filing.

This 13th day of February, 2023.

                                                    */s/ Mark D. Johnson*  
                                                   Mark D. Johnson