### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:19-CV-00109 |
| | : | |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : | |
| | : | |
| Defendants. | : | |

### ORDER

BEFORE THE COURT is Plaintiff Brantley County Development Partners, LLC's Motion to File Under Seal. Specifically, Plaintiff seeks to have certain portions of its Objections to Magistrate Judge's Report and Recommendation ("Objections") as they relate to confidential settlement negotiations redacted from the public record.

Upon review and careful consideration of Plaintiff's redacted Objections, Plaintiff's Motion to File Under Seal is hereby **GRANTED.** Plaintiff's redacted Objections shall be filed via CM/ECF and added to the case docket.

SO ORDERED, this _____ day of February, 2022.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

<u>Order Prepared By:</u>

Mark D. Johnson
Georgia Bar No. 395041
Amber M. Carter
Georgia Bar No. 631646
G<small>ILBERT</small> H<small>ARRELL</small> S<small>UMERFORD</small> & M<small>ARTIN</small>, P.C.
777 Gloucester St., Ste. 200
Brunswick, GA 31520
(912) 265-6700
mjohnson@ghsmlaw.com
acarter@ghsmlaw.com

***Attorneys for Plaintiff***