IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 519-109 |
| BRANTLEY COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's motion to file under seal its objections to the undersigned's pending Report and Recommendation, (doc. no. 215), and **ORDERS** Plaintiff to file under seal with the Clerk of Court in the Brunswick Division a paper copy of the original, unredacted objections, and file through PACER the redacted version of the objections.[1] The Court further **DIRECTS** Plaintiff to email a complete copy of the unredacted objections to defense counsel immediately upon receipt of this order. Sealing shall only extend to the contents of the filings and not the identity of the filers or titles of the filings. Plaintiff's objections shall remain under seal until entry of final judgment.

SO ORDERED this 13th day of February, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court has informed the Court Plaintiff has already submitted the unredacted objections for sealing.