IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 5:19-CV-00109 |
| BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners, | : : : : : : : : : : | |
| Defendants. | : | |

## MOTION TO FILE UNDER SEAL

Plaintiff Brantley County Development Partners, LLC moves the Court to enter an order directing the Clerk to file under seal certain portions of its Reply Brief in Support of Its Renewed Motion for Award of Attorney's Fees and Its Supporting Documentation Therefor. This filing contains discussion of confidential settlement negotiations and should be temporarily sealed until the entry of final judgment.

This 16th day of February, 2023.

Respectfully submitted,

LOVETT LAW GROUP, LLC

By: _/s/ L. Robert Lovett_
L. Robert Lovett
Georgia Bar No. 459566
5400 Riverside Drive
Suite 203
Macon, Georgia 31210

        (478) 476-4500
        bob@LovettLawGroup.com

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

By: ___*/s/ Mark D. Johnson*_____
        Mark D. Johnson
        Georgia Bar No. 395041
        Amber M. Carter
        Georgia Bar No. 631649
        Post Office Box 190
        Brunswick, Georgia 31521-0190
        (912) 265-6700
        mjohnson@gilbertharrelllaw.com
        acarter@gilbertharrelllaw.com

BROWN ROUNTREE PC

By: ___*/s/ George Rountree*_____
        George Rountree
        Georgia Bar No. 616205
        26 North Main St
        Statesboro, Georgia 30458
        (912) 489-6900
        georgia@br-firm.com

WILSON BROCK & IRBY, L.L.C.

By: ___*/s/ Kyler L. Wise*_____
        Kyler L. Wise
        Georgia Bar No. 77128
        2849 Paces Ferry Road SE
        Suite 700
        Atlanta, Georgia 30339
        (404) 853-5050
        kwise@wbilegal.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing pleading via the Court's CM/ECF system which will electronically notify all counsel of record of the filing.

This 16th day of February, 2023.

                                                  */s/ Mark D. Johnson*
                                                 Mark D. Johnson