IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 519-109 |
| BRANTLEY COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's motion to file under seal its reply brief in support of its renewed motion for attorney fees because it contains discussion of confidential settlement negotiations, (doc. no. 219), and **ORDERS** Plaintiff to file under seal with the Clerk of Court in the Brunswick Division a paper copy of the original, unredacted brief, and file through PACER the redacted version of the brief.  The Court further **DIRECTS** Plaintiff to email a complete copy of the unredacted brief and supporting documentation to defense counsel immediately upon receipt of this Order.  Plaintiff's brief shall remain under seal until entry of final judgment.

SO ORDERED this 17th day of February, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA