IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>　　Defendants. | Civil Action No: 5:19-CV-00109 |

## **DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY**

Defendants Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners, pursuant to Local Rule 7.6, hereby notify the Clerk and the Court that they intend to file a surreply to Plaintiff's Reply Brief in Support of Its Renewed Motion for Award of Attorney's Fees (doc. 221). Defendants will file the surreply brief no later than Friday, March 17, 2023.

Respectfully submitted this 9th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　OLIVER MANER LLP

　　　　　　　　　　　　　　　　　　　　　**/s/ PAUL H. THRELKELD**

P.O. Box 10186　　　　　　　　　　　　　PAUL H. THRELKELD
Savannah, GA 31412　　　　　　　　　　Georgia Bar No. 710731
(912) 236-3311　　　　　　　　　　　　　AMELIA C. STEVENS
pht@olivermaner.com　　　　　　　　　Georgia Bar No. 758771
astevens@olivermaner.com

1

|  |  |
|---|---|
|  | FREEMAN MATHIS & GARY, LLP |
| 100 Galleria Parkway, Suite 1600 | DANA K. MAINE |
| Atlanta, GA 30339 | Georgia Bar No. 466580 |
| (770) 8181-0000 | RACHAEL SLIMMON |
| dmaine@fmglaw.com | Georgia Bar No. 831661 |
| rslimmon@fmglaw.com |  |
|  | *Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing on all parties and counsel of record in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 9th day of March 2023.

                                                   OLIVER MANER LLP

                                                   **/s/ PAUL H. THRELKELD**

| | |
|---|---|
| P.O. Box 10186 | PAUL H. THRELKELD |
| Savannah, GA 31412 | Georgia Bar No. 710731 |
| (912) 236-3311 | AMELIA C. STEVENS |
| pht@olivermaner.com | Georgia Bar No. 758771 |
| astevens@olivermaner.com | |
| | FREEMAN MATHIS & GARY, LLP |
| 100 Galleria Parkway, Suite 1600 | DANA K. MAINE |
| Atlanta, GA 30339 | Georgia Bar No. 466580 |
| (770) 8181-0000 | RACHAEL SLIMMON |
| dmaine@fmglaw.com | Georgia Bar No. 831661 |
| rslimmon@fmglaw.com | |

                                                 *Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners*