# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CV519-109**  DATE **03/22/2023**

TITLE  **Brantley County Development Partners, LLC v. Brantley County, Georgia et al**

TIMES **9:30 - 9:41**  TOTAL **11 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Mark Johnson<br>Kyler Wise | Dana Maine<br>Amelia Stevens<br>Paul Threlkeld<br>Johnathan Wells | |

PROCEEDINGS : **Telephonic Status Conference**   ☐ In Court   ☑ In Chambers

**Case called for telephonic status conference.**
**Plaintiff has appealed decision of ALJ on March 6th in Bibb County.**
**Court hears from Plaintiff on position of permit and appeal. Court hears from Defense on their position as well.**
**Court will consider whether to stay the case pending resolution of the ALJ appeal.**
**Written order forthcoming.**

(Rev 7/2003)  GENERAL CLERK'S MINUTES