# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners; CHRIS "SKIPPER" HARRIS, RANDY DAVIDSON, BRIAN HENDRIX, JESSE MOBLEY, and RAY GRIFFIN, all in their individual and official capacities as Commissioners,<br><br>    Defendants. | No. 5:19-CV-109 |

## ORDER

On February 27, 2023, the Office of State Administrative Hearings of the State of Georgia ("OSAH") rendered a Final Decision, styled <u>Board of Commissioners of Brantley County, Georgia v. Richard E. Dunn</u>, 2228917-OSAH-EPD-SW-13-SCHROER ("Final Decision"), on Defendants' appeal of a solid waste handling permit issued to Plaintiff on May 9, 2022 (the "Permit") by the Georgia Environmental Protection Division ("EPD"). In the Final Decision, OSAH concluded that the Permit was wrongfully issued because Plaintiff "failed to submit a valid consistency letter for the

proposed facility" and reversed the EPD Director's decision to issue the Permit.  Id. at 47.

On March 22, 2023, during a telephonic status conference with the Parties, the Court was made aware that Plaintiff filed an appeal of the Final Decision in the Superior Court of Bibb County on March 6, 2023.  Consequently, the Court concludes that, pending the ultimate resolution of Plaintiff's appeal, a stay of this case is warranted because the outcome of the state proceedings could substantially impact the Court's decision on the various pending motions.  See Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist., 559 F.3d 1191, 1198 (11th Cir. 2009) (finding a stay is warranted where a pending decision in another court would "have a substantial or controlling effect on the claims and issues in the stayed case"); see also Clinton v. Jones, 520 U.S. 681, 706-07 (1997) (describing a district court's "broad discretion to stay proceedings as an incident to its power to control its own docket"); Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 713 (1996) (noting that principles of abstention may lead a district court to stay a case pending resolution of related proceedings).

Therefore, it is hereby **ORDERED** that this case is **STAYED** until further Order of this Court.  The Parties are **ORDERED** to file a status report with the Court within **ninety (90) days** of the date of this Order, or **within five (5) days** of the

resolution of Plaintiff's state court appeal, whichever is earlier.

**SO ORDERED** this 23rd day of March, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA