# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>    Defendants. | Civil Action No: 5:19-CV-00109 |

## STATUS REPORT

Plaintiff and Defendants file this Status Report as required by the Court's Order staying the case entered on March 23, 2023 (Doc. 230). The Final Decision rendered by the Office of State Administrative Hearings ("OSAH") on February 27, 2023, has been appealed by both parties. Plaintiff appealed the findings in Count II to the Superior Court of Bibb County and a decision in that appeal is due by June 26, 2023. Defendant Brantley County Board of Commissioners and respondent/petitioner-intervenor (aligned with Defendants) Satilla River Watch Alliance, Inc. d/b/a Satilla Riverkeeper appealed Count V to the Superior Courts of Brantley County and Ware County, respectively. The consolidated hearing in the Count V appeal is scheduled for June 26, 2023. The decision in the Count V appeal will be due by July 26, 2023.

    Respectfully submitted this 21st day of June, 2023.

                  [signatures on following page]

|  |  |
|---|---|
|  | GILBERT, HARRELL, SUMERFORD & MARTIN, P.C. |
| Post Office Box 190<br>Brunswick, Georgia 31521-0910<br>(912) 265-6700<br>mjohnson@gilbertharrelllaw.com<br>acarter@gilbertharrelllaw.com | **/s/ MARK D. JOHNSON**<br>MARK D. JOHNSON<br>Georgia Bar No. 395041<br>AMBER M. CARTER<br>Georgia Bar No. 631649<br><br>*Attorneys for Plaintiff Brantley County Development Partners, LLC* |
|  | OLIVER MANER LLP |
| P.O. Box 10186<br>Savannah, GA 31412<br>(912) 236-3311<br>pht@olivermaner.com<br>astevens@olivermaner.com | **/s/ PAUL H. THRELKELD**<br>PAUL H. THRELKELD<br>Georgia Bar No. 710731<br>AMELIA C. STEVENS<br>Georgia Bar No. 758771 |
|  | FREEMAN MATHIS & GARY, LLP |
| 100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339<br>(770) 8181-0000<br>dmaine@fmglaw.com<br>rslimmon@fmglaw.com | **/s/ DANA K. MAINE**<br>DANA K. MAINE<br>Georgia Bar No. 466580<br>RACHAEL SLIMMON<br>Georgia Bar No. 831661<br><br>*Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners* |