# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA by and through its Chairman and Members of the Brantley County Board of Commissioners: CHRIS "SKIPPER" HARRIS; RANDY DAVIDSON; BRIAN HENDRIX; JESSEE MOBLEY AND RAY GRIFFIN, all in their individual and official capacities as Commissioners.<br><br>　　Defendants. | Civil Action No:  5:19-CV-00109 |

## DEFENDANTS' RESPONSE TO

## PLAINTIFF'S "UPDATE TO STATUS REPORT" AND REQUEST TO LIFT STAY

On June 27, 2023, Plaintiff filed a brief status report updating the Court on the various superior court rulings on the appeals from the ALJ rulings in the permit appeals. (Doc. 232). Defendants inform this Court that they intend to file applications for discretionary appeals in the Georgia Court of Appeals within 30 days of the rulings entered in Bibb County and Brantley County.  In addition, the Satilla River Watch Alliance, Inc. d/b/a Satilla Riverkeeper intends to file an application for discretionary appeal of the Ware County order. It would be Defendants' intent to have the three appeals consolidated if the Court of Appeals grants the applications. Based on the foregoing, Defendants oppose Plaintiff's premature request to lift the stay in this case. A reversal of any of the superior court orders by the Court of Appeals could again invalidate Plaintiff's landfill permit.

Respectfully submitted this 7th day of July, 2023.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  | **/s/ PAUL H. THRELKELD** |
| P.O. Box 10186 | PAUL H. THRELKELD |
| Savannah, GA 31412 | Georgia Bar No. 710731 |
| (912) 236-3311 | AMELIA C. STEVENS |
| pht@olivermaner.com | Georgia Bar No. 758771 |
| astevens@olivermaner.com |  |
|  | FREEMAN MATHIS & GARY, LLP |
| 100 Galleria Parkway, Suite 1600 | DANA K. MAINE |
| Atlanta, GA 30339 | Georgia Bar No. 466580 |
| (770) 8181-0000 | RACHAEL SLIMMON |
| dmaine@fmglaw.com | Georgia Bar No. 831661 |
| rslimmon@fmglaw.com |  |

*Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S "UPDATE TO STATUS REPORT" AND REQUEST TO LIFT STAY** on all parties and counsel of record in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 7th day of July, 2023.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  | **/s/ PAUL H. THRELKELD** |
| P.O. Box 10186 | PAUL H. THRELKELD |
| Savannah, GA 31412 | Georgia Bar No. 710731 |
| (912) 236-3311 | AMELIA C. STEVENS |
| pht@olivermaner.com | Georgia Bar No. 758771 |
| astevens@olivermaner.com |  |
|  | *Attorneys for Defendant Brantley County, Georgia, Chairman, and members of the Brantley County Board of Commissioners* |