# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA, et al.,<br><br>    Defendants. | No. 5:19-CV-109 |

### ORDER

On March 23, 2023, the Court stayed proceedings in this matter due to pending state court proceedings which could substantially impact the Court's decision on the Parties' various pending motions. Dkt. No. 230 at 2. Recently, Plaintiff Brantley County Development Partners, LLC filed a status report informing the Court of developments in the state proceedings, specifically, that a decision favorable to Plaintiff had been rendered. Dkt. No. 232. As a result, Plaintiff moved the Court to lift the stay in this case. Id. Defendants have responded in opposition to Plaintiff's motion, declaring their intent to file applications for discretionary appeals of the orders issued in the state proceedings. Dkt. No. 233. After consideration, the Court **DENIES** as premature Plaintiff's motion to lift the stay. Dkt. No. 230.

**SO ORDERED**, this ___ day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2