# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| BRANTLEY COUNTY DEVELOPMENT PARTNERS, LLC.<br><br>    Plaintiffs,<br><br>v.<br><br>BRANTLEY COUNTY, GEORGIA, et al<br><br>    Defendants | CV 519-109 |

### ORDER

The above captioned case filed in the Waycross Division of this Court was previously assigned to the undersigned.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Chief Judge J. Randal Hall for further plenary disposition.

SO ORDERED, this 21 of July, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA