**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

BRANTLEY COUNTY DEVELOPMENT
PARTNERS, LLC,

     Plaintiff,

     v.

BRANTLEY COUNTY, GEORGIA, by
and through its Chairman and
members of the Brantley County
Board of Commissioners, et al.,

     Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

APR - 9 2025

**FILED**

CV 519-109

---

### O R D E R

---

Presently before the Court is Plaintiff Brantley County Development Partners, LLC's motion to lift stay. (Doc. 239.) On March 23, 2023, the Court stayed this matter pending the outcome of state court proceedings initiated by the Defendants' appeal of a solid waste handling permit issued to Plaintiff on May 9, 2022 (the "Permit"). (Id. at 1; Doc. 230.) The state court proceedings ended with a final judgment affirming issuance of the Permit to Plaintiff. (Doc. 239, at 1-2.) As such, three matters remain before the Court for resolution: (1) Plaintiff's renewed motion for attorney's fees (Doc. 174); (2) Plaintiff's motion for summary judgment (Doc. 141); and (3) Defendants' motion for summary judgment (Doc. 167).

Upon due consideration, the Court **GRANTS** Plaintiff's motion to lift the stay. (Doc. 239.) The **CLERK** is **DIRECTED** to lift the

stay previously entered in this case.  Further, the Court instructs the Parties to submit additional briefing to address the effect of the affirmation of the Permit on the pending motions.  The Parties shall have **TWENTY-ONE** days from the date of this Order to submit any additional briefing, and **FOURTEEN** days thereafter to respond to the opposing Party's brief.  The Court will then consider the motions ripe for its review.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of April, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2